# ATTACHMENT H

**Albert, Eric (ENRD)**

| | |
|---|---|
| **From:** | █████████████ |
| **Sent:** | Tuesday, November 18, 2014 10:22 AM |
| **To:** | ENRD, PUBCOMMENT-EES (ENRD) |
| **Subject:** | Linnton Plywood "settlement" |

For starters, the sum of $450,000. seems rather paltry, to me, given the types of toxics present in the river and bank soils.  I realize that the corporation involved is looking for the cheapest way out...  This so-called "settlement" is nothing more than passing the buck on to the next developer and tenants.  It is not immoral and unacceptable for that reason.

Pamela Allee, resident

1