# Exhibit 3

 roberts | kaplan LLP

 **COPY**

**Direct Phone**
503-221-1576

**Direct Facsimile**
888-877-5823

March 24, 2010

**E-Mail**
pgeorge@robertskaplan.com

 RECEIVED

MAR 2 5 2010

**VIA EMAIL AND
UPS OVERNIGHT DELIVERY**

Ms. Lori Houck Cora
Assistant Regional Counsel
U.S. Environmental Protection Agency
Region 10, ORC-158
1200 Sixth Avenue
Seattle, WA  98101

U.S. EPA REGION 10
OFFICE OF REGIONAL COUNSEL.

     Re:    Portland Harbor Superfund Site; Linnton Plywood Association
           **FRE 408 Confidential Settlement Communication**

Dear Lori:

     This letter constitutes Linnton Plywood Association's ("Association") response to EPA's letter of February 9, 2010, and particularly the request for answers and documentation set out in your Attachment 2.

a.   Federal Tax Returns  True, complete and signed copies of the last two years federal tax returns were filed.

     **Enclosed under Tab A are true, complete and signed copies of the last two years federal tax returns which were filed, namely, returns for the fiscal years ended March 31, 2008, and March 31, 2009.  The tax return for the fiscal year ending March 31, 2010, will not be due until December 15, 2010.**

b.   Annual Financial Statements  True and complete copies to include but not limited to an Income Statement, Balance Sheet, Cash Flow Statement and Expense Statement for the past two calendar years.

     In the first instance, annual Financial Statements should be those completed by an outside CPA. In order of preference, this would be an audit, a review, or a compilation - and includes all attached notes. If an outside CPA does not prepare these statements, then company generated annual financial statements should be provided. In the event that final financial statements are not yet ready for a just completed fiscal year, then provide a draft copy.

Ms. Lori Houck Cora
March 24, 2010
Page 2

> **Enclosed under Tab B are true and complete copies of the Balance Sheet and Profit & Loss Statement for the past two fiscal years ended March 31, 2008, and March 31, 2009.   These Financial Statements have not been audited or formally reviewed or compiled by an outside CPA.  Joan Edgell, Fellner & Kuhn, P.C., the outside CPA for Linnton Plywood Association, did assist the Association in the preparation of these Financial Statements.  Also enclosed under Tab (b) is an interim Balance Sheet and Profit & Loss Statement prepared by the Association for the six months ended September 30, 2009.  This interim statement has not been reviewed by the CPA.  The Financial Statements for the fiscal year ending March 31, 2010, will be available later this year.**

c.   Litigation Provide a statement with relevant details as to whether the company currently is, or anticipates being a party to, any litigation which has not been noted in the most recent financial statement and which could impact the company's financial situation.

> **The Association was named as a defendant in a action brought by the Lower Willamette Group ("LWG") for indemnity arising out of the Portland Harbor Superfund Site.  The Association has been dismissed from that action to facilitate settlement discussions between parties, in anticipation of the successful completion of the EPA settlement process.  Should this not occur, the Association may be named as an additional defendant in this litigation.  The Association has recently received a demand for indemnity from the State of Oregon, Department of Justice, arising out of the Association's submerged and submersible land lease with the State of Oregon, Division of State Lands ("DSL").  The amount of this claim is as yet unknown.  The claim is being tendered to LPA's insurance carrier.  The Association is generally aware that other claims may be made against the Association, and that some financial payment may be part of any resolution between the Association and the Natural Resources Trustees.**

d.   Financial Settlements Provide a statement with relevant details as to whether the company currently is, or anticipates receiving or paying, a financial settlement which has not been noted in the most recent financial statement.

> **The Association has entered into a Stipulation, which has been approved by the Multnomah County Circuit Court, in the matter of Weiss, et al. v. Linnton Plywood Association, et al., Case No. 0807-10423.  The settlement requires that the Association make payment of any proceeds from the dissolution of the Association and the sale of its assets to members and former members in accordance with the schedule set forth in the Stipulation.  Failure to adhere to the terms of the Stipulation, which have now become a judgment of the Court, would expose the Association to additional liability. Further, as part of the Stipulation the Association must reimburse Plaintiffs' attorney fees in the sum of $25,000.00.  A copy of the Stipulation is enclosed under Tab C.**

Ms. Lori Houck Cora
March 24, 2010
Page 3

e. Credit

   (1) Does the company have any lines of credit which have not been mentioned in the most recent financial statement? If the answer is 'Yes', indicate with which financial institution(s) or lender(s), the specific terms and conditions of that line of credit and the current financial status.

   **No.**

   (2) Has the company applied for and been denied credit during the review period? If the answer is 'Yes', provide a statement containing details of that credit request and denial (i.e. date applied for, amount, name of financial institution/lender, date denied, etc.). Include a copy of the letter of denial from that financial institution/lender.

   **No.**

f. Insurance

   i. Please provide complete copies of the confirmed liability insurance policies discussed in the October 2, 2009, letter to EPA. If complete copies for every year are not available, provide copies for the years available.

   **Enclosed under Tab D please find copies of all confirmed and specimen of unconfirmed policies.**

   ii. Please provide copies of all evidence LPA has regarding the unconfirmed insurance policies discussed in the October 2, 2009 letter. This request is seeking all information, documents and/or correspondence LPA possesses that would indicate the existence of such policies (check stubs, invoices, etc.) and the coverage and other terms and conditions of the policies (correspondence between insured and the insurance company).

   **Enclosed under Tab E please find copies of all correspondence related to confirmed and unconfirmed policies.**

   iii. If not provided in response to subpart ii. above, please provide copies of all correspondence between LPA and the insurance company(ies) regarding insurance coverage and the terms and conditions of such liability insurance policies, including any Reservation of Rights and agreement to defend LPA. Please include any information or

Ms. Lori Houck Cora
March 24, 2010
Page 4

communications that substantiates the claim that the liability insurance policies for all 19 years are "wasting policies".

**Enclosed under Tab E please find copies of all correspondence regarding these subjects. As previously confirmed, the subject policies are not "wasting policies".**

iv. Did LPA have any excess insurance in addition to the primary policies that may provide coverage for property damage or other costs being incurred in relation to the Portland Harbor Superfund Site? If so, please describe all such excess insurance and provide copies of all such policies.

**No, not to LPA's knowledge.**

v. What type and amount of liability insurance did LPA have prior to 1966, and does LPA have any evidence or other information regarding the terms and conditions of such insurance policies? If so, please provide copies.

**None to LPA's knowledge.**

vi. Please describe what the $400,000 of liability insurance coverage was paid for.

**In prior correspondence the Association noted the sum of $400,000 as accumulated remedial investigation and remedial costs, together with costs of defense that had been incurred as of that date. Those figures were included under the mistaken assumption that the insurance policies enclosed under Tab D referenced above were "wasting policies," which results in the insurance coverage being reduced by those expenditures. We have now confirmed that the policies are not "wasting policies." However, we have received confirmation from the insurance carrier that $62,959.00 in remediation costs has been deducted from the policy limits leaving approximately $1,837,000.00 in coverage to resolve all claims, including those asserted by EPA, LWG, DSL, Natural Resources Trustees and any other PRP claims.**

vii. Was LPA ever a third-party insured on liability insurance of a lessee or other authorized company or person operating on LPA's property? If so, please describe such insurance policy and provide copies.

**Not to LPA's knowledge.**

301173606.6

Ms. Lori Houck Cora
March 24, 2010
Page 5

g.  Settlement Costs Please provide details of the major items constituting the $600,000 of
    liabilities and the estimated $600,000 closing costs that will be paid from the property sale
    proceeds.

    **A. The $600,000 in estimated liabilities consists of payables other than to members or
    former members of the Association, as set forth in the attached financial
    statements. This figure also includes an estimate, at the time, of the attorneys' fees
    and expected accumulated operating losses and unpaid property taxes that would
    have been paid at the time of the closing of the then pending sale of the
    Association's property. The pending sale has been terminated. Nonetheless, the
    Association continues to incur losses of approximately $15,000 per month and
    accumulates unpaid property taxes and interest totaling approximately
    $325,000.00.**

    **B. The $600,000 in estimated closing costs are those costs that will be incurred upon
    the sale of the Association's property. The previously pending transaction has
    now been terminated, but the Association hopes to be able to sell its property to a
    new buyer. If it does, the Association expects to incur closing costs estimated to be
    $600,000.00, and likely will include, but not limited to, real estate broker's fees,
    escrow fees, title insurance fees, legal fees associated with drafting a new purchase
    agreement, and any other items that may be required to be paid by seller as a
    condition of closing a sale by a buyer.**

h.  Share Redemption and Retains Please provide the breakdown between the amount of stock
    or equity redemption and the Retains and any other information that may help explain and
    support the $3.2 Million Retains amount. If the amounts of Equity redemption and Retains
    is different than that shown on the most recent financial statements or tax returns (items a.
    and b. above), please explain the differences. Please provide record evidence that supports
    the company owes $3.2 Million in Retains to its members.

    **The Association began its operations as a cooperative in 1951 and continues as a
    cooperative today. A cooperative is owned and governed by its members, but it is
    substantially different from a corporation. To be a member in the Association an
    individual had to own one share of the Association's common stock. The Association's
    original issuance of 200 shares of common stock at a par value of $5,000 has been the
    only time the Association has raised capital through the issuance of stock. In private
    transactions the price per share fluctuated, but the Association's financial interest was
    only the original share issuance price. The Association has on a rare occasion
    redeemed shares, principally when the shareholder died and the redemption was for
    the benefit of the member's estate. In addition to owning a share a member had to**

Ms. Lori Houck Cora
March 24, 2010
Page 6

meet certain other requirements, primary among those was the obligation to actively work at the Association's plywood operation. Members who met all of the requisite criteria were entitle to vote, shareholders per se did not vote. Ownership did not entitle the owner to any dividends or other distributions.

A member, which by definition meant someone working at the plywood mill, was paid an hourly wage, which in essence was an advance (and said payment fluctuated with the market place) but for the most part was lower than what a worker could earn at a more traditional plywood mill. These wages were effectively advances of a member's share of any profits and were subject to adjustments for losses from mill operations for each fiscal year. Each member's allocation of profits and losses was based upon their "Patronage" (number of hours worked) in the mill. Patronage was determined by taking the hours worked by a member compared to the total hours worked by all members. In good years a member might make more than his peer at a standard operation, but in bad years he might not make as much after incurring responsibility for his share of the Association's losses.

Because there were only so many opportunities to work at the mill, issuing additional shares to increase membership was not an option for the Association nor was it a viable way to raise needed operating capital. Instead the Association capitalized its operations by allocating, but not distributing all of its profits to members. The Association "retained" some of the members' profits, even though the members paid income tax on the "Retains" as if they had been received. These "Retains" were noted on the Association's books and records and would fluctuate on a yearly basis. By way of example, a member's "Retains" in one year may be reduced by that member's share of losses in the next year. The Association's Bylaws require that these "Retains" be paid back to the members when there are funds available. However, there are still "Retains" on the books going back to 1984, with accumulated "Retains" thereafter each year until 2001 after which the Association ceased its mill operations. These unpaid "Retains", which do not bear any interest, total more than $3.1 Million. The Weiss lawsuit, which is referred to above, was brought by former members who contested the method by which "Retains", share equity and losses would be determined if and when the Association is able to sell its real property and have proceeds to distribute to members. The dispute was resolved by stipulation, which has now become a judgment of the Court, requiring the Association to make distributions to shareholders and members in accordance with the methodology described in the Stipulation. The majority of the Association's members are retired, elderly workers who have waited years to get back what they earned as wages and paid taxes on, but

Ms. Lori Houck Cora
March 24, 2010
Page 7

will never enjoy until the Association is able to sell its property and make distributions in accordance with the Stipulation.

Enclosed under Tab F is an Excel spreadsheet prepared from the member and shareholder records of the Association. The spreadsheet shows in column C the amount of retains allocated to each of the 199 members and former members. Column D shows the stock currently held by the 126 members and former members. The total retains and stock is shown in Column E, namely, $3,114,045.49. The names of each individual member and former member have not been shown in the spreadsheet. These amounts differ from the amounts shown in the financial statements and tax returns. The stock is shown in the financial statements and tax returns at a net figure of $407,908 (common stock less treasury stock). The spreadsheet shows that 126 persons own stock (one share each) and each share is due to receive on liquidation $5,000 pursuant to the Court approved Stipulation (a total of $630,000). The financial statements and tax returns show retains in an amount that is slightly different that the amount shown in the Association member records. The financial statement and tax return amount is $2,515,271 and the spreadsheet amount is $2,484,045.49, or a difference of $31,226. This difference arises from various accounting adjustments over the years that are not reflected in the member allocation data. Another difference that does not appear in the financial statements, Association tax returns and the spreadsheet is the actual cost of each share of stock held by the current stockholders. Almost all of the outstanding shares were purchased by these stockholders from deceased or retiring members when they became members since the ownership of one share was required to work at the cooperative. These purchases were made at a time when the Association was profitable and working there was attractive enough to create a premium for the share to be purchased from the retiring member. The average cost of the 126 shares currently outstanding is $44,970. However, each of these shares is scheduled to be retired on liquidation at only the original par value of $5,000 per share.

i.  Additional Information The EPA encourages the company to provide any additional information which may be relevant to the company's financial status and ability to pay response costs related to the Portland Harbor Superfund Site. Also, the EPA may request additional information to clarify issues raised by the above requested documents.

The Association adopted a plan of liquidation in 2001. Nine years and a number of failed sales later, the Association has been stymied by Superfund Site constraints which have precluded its ability to complete its liquidation by selling its real property, which is its last remaining asset. It is collecting some rental income, but this falls short by

Ms. Lori Houck Cora
March 24, 2010
Page 8

approximately $15,000 each month of covering expenses, not to mention deferred ad valorem real property taxes and interest. Early settlement to resolve CERCLA and related liabilities is essential. Currently insurance policy proceeds are the only resource from which any and all settlements can be funded.

While it still exists, the Association has the opportunity to reasonably contribute to Portland Harbor investigation and projected remediation costs taking into account its admitted role as a minor possible contributor to in-river contaminant impacts, to achieve a restoration project early and of a scale that is superior when compared to other sites within the Harbor, and to do justice to its aged members whose life's savings are locked up and about to be lost. These circumstances underscore the social, economic, and environmental value which can be derived from early resolution.

Very truly yours,

Paul B. George

WPH/dod
Enclosures
cc:    Kristine Koch

# DECLARATION

I declare under penalty of perjury that I am authorized to respond on behalf of Respondent and that the foregoing is complete, true, and correct.

Executed on <u>March 24, 2010</u>

_____
Signature

<u>Paul B. George</u>
Type or Print Name

<u>Attorney for Linnton Plywood Association</u>
Title

Mailing Address:

<u>Roberts Kaplan LLP</u>
<u>601 SW Second Avenue, Suite 1800</u>
<u>Portland, OR  97204</u>

Form **1120-C**

Department of the Treasury
Internal Revenue Service

## U.S. Income Tax Return for Cooperative Associations

For calendar year 2008 or tax year beginning 4/01/08, ending 3/31/09

▶ See separate Instructions.

OMB No. 1545-2052

**2008**

| A Check if: | | | B Employer identification number |
|---|---|---|---|
| 1 Consolidated return (attach Form 851) ☐ | Please type or print | Name **Linnton Plywood Association** | 93-0396404 |
| 2 Schedule M-3 (Form 1120) attached ☐ | | Number, street, and room or suite no. (If a P.O. box, see instr.) **10504 N.W. St. Helens Road** | C Check if: (1) Farmers' tax exempt cooperative ☐ |
| 3 Form 1120 filed in previous tax year ☐ | | City or town, state, and ZIP code **Portland          OR 97231** | (2) Nonexempt cooperative ☒ |

**D Check if:** (1) ☐ Initial return   (2) ☐ Final return   (3) ☐ Name change   (4) ☐ Address change   (5) ☐ Amended return

### Income

| | | |
|---|---|---|
| 1a Gross receipts or sales _____ b Less returns and allowances _____ c Bal ▶ | 1c | |
| 2 Cost of goods sold (Schedule A, line 9) | 2 | |
| 3 Gross profit. Subtract line 2 from line 1c | 3 | |
| 4 Dividends (Schedule C, line 19) | 4 | |
| 5 Interest | 5 | 5,614 |
| 6 Gross rents and royalties | 6 | 372,789 |
| 7 Capital gain net income (attach Schedule D (Form 1120)) | 7 | |
| 8 Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) | 8 | |
| 9 Other income (see instructions—attach schedule) | 9 | |
| 10 Total income. Add lines 3 through 9 ▶ | 10 | 378,403 |

### Deductions (See instructions for limitations on deductions.)

| | | |
|---|---|---|
| 11 Compensation of officers (Schedule E, line 4) | 11 | |
| 12 Salaries and wages (less employment credits) | 12 | 94,693 |
| 13 Bad debts | 13 | |
| 14 Rents | 14 | |
| 15 Taxes and licenses | 15 | 96,063 |
| 16 Interest | 16 | |
| 17 Charitable contributions | 17 | |
| 18 Depreciation not claimed in Schedule A or elsewhere on return (attach Form 4562) | 18 | 6,705 |
| 19 Advertising | 19 | |
| 20 Pension, profit-sharing, etc., plans | 20 | |
| 21 Employee benefit programs | 21 | 4,153 |
| 22 Domestic production activities deduction (attach Form 8903) | 22 | |
| 23 Other deductions (attach schedule)                    See Stmt 1 | 23 | 158,585 |
| 24 Total deductions. Add lines 11 through 23 ▶ | 24 | 360,199 |
| 25 Taxable income before section 1382, NOL, and special deductions. Subtract line 24 from line 10 | 25 | 18,204 |

| 26 Less: a Deductions and adjustments under section 1382 (Schedule H, line 5) | 26a | | | |
|---|---|---|---|---|
| b Net operating loss deduction (see instructions) | 26b | 18,204 | | |
| c Special deductions (Schedule C, line 20) | 26c | | 26d | 18,204 |

### Tax, Refundable Credits, and Payments

| | | |
|---|---|---|
| 27 Taxable income. Subtract line 26d from line 25 (see instructions) | 27 | 0 |
| 28 Total tax (Schedule J, line 9) | 28 | 0 |

| 29a 2007 overpayment credited to 2008 | 29a | | | |
|---|---|---|---|---|
| b 2008 estimated tax payments | 29b | | | |
| c 2008 refund applied for on Form 4466 | 29c ( | d Bal ▶ | 29d | |
| e Tax deposited with Form 7004 | | | 29e | |
| f Credits: (1) Form 2439 _____ (2) Form 4136 _____ | | | 29f | |
| g Refundable credits from Form 3800, line 19c, and Form 8827, line 8c | | | 29g | |
| h Section 1383 adjustment (see instructions) | | | 29h | |
| | | | 29i | |

| 30 Estimated tax penalty (see instructions). Check if Form 2220 is attached ▶ ☐ | 30 | |
|---|---|---|
| 31 Amount owed. If line 29i is smaller than the total of lines 28 and 30, enter amount owed | 31 | |
| 32 Overpayment. If line 29i is larger than the total of lines 28 and 30, enter amount overpaid | 32 | |
| 33 Enter amount of line 32 you want: Credited to 2009 estimated tax ▶ _____ Refunded ▶ | 33 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer _____   Date 12-14-09   Title

May the IRS discuss this return with the preparer shown below (see instr.)? ☒ Yes ☐ No

**Paid Preparer's Use Only**

| Preparer's signature | Date 12/08/09 | Check if self-employed ☐ | Preparer's SSN or PTIN P00158922 |
|---|---|---|---|
| Firm's name (or yours if self-employed), address, and ZIP code | **FELLNER & KUHN, P.C.** 900 SW 5TH AVE #1815 PORTLAND, OR          97204-1227 | | EIN 93-0641854 |
| | | | Phone no 503-227-0443 |

For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.

Form **1120-C** (2008)

DAA

Form 1120-C (2008)   **Linnton Plywood Association**          93-0396404                    Page 2

| Schedule A | Cost of Goods Sold (see instructions) | | |
|---|---|---|---|
| 1 | Inventory at beginning of year | 1 | |
| 2 | Purchases | 2 | |
| 3 | Cost of labor | 3 | |
| 4 | Per-unit retain allocations paid in: | | |
| a | Qualified per-unit retain certificates | 4a | |
| b | Money or other property (except nonqualified per-unit certificates) | 4b | |
| 5 | Nonqualified per-unit retain certificates redeemed this year | 5 | |
| 6a | Additional section 263A costs (attach schedule) | 6a | |
| b | Other costs (attach schedule) | 6b | |
| 7 | **Total.** Add lines 1 through 6b | 7 | |
| 8 | Inventory at end of year | 8 | |
| 9 | **Cost of goods sold.** Subtract line 8 from line 7. Enter here and on line 2, page 1 | 9 | |

10a  Check all methods used for valuing closing inventory:
    (i)  ☐ Cost as described in Regulations section 1.471-3
    (ii) ☒ Lower of cost or market as described in Regulations section 1.471-4
    (iii) ☐ Other (Specify method used and attach explanation) ▶ .....................................................

  b  Check if there was a writedown of subnormal goods as described in Regulations section 1.471-2(c) ................. ▶ ☐
  c  Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ............. ▶ ☐
  d  If the LIFO inventory method was used for this tax year, enter percentage (or amounts) of
     closing inventory computed under LIFO   | 10d |
  e  If property is produced or acquired for resale, do the rules of section 263A apply to the cooperative? ............. ☒ Yes  ☐ No
  f  Was there any change in determining quantities, cost, or valuations between opening and closing inventory? ...... ☐ Yes  ☒ No
     If "Yes," attach explanation.

| Schedule C | Dividends and Special Deductions (see instructions) | (a) Dividends received | (b) % | (c) Deduction ((a) x (b)) |
|---|---|---|---|---|
| 1 | Dividends from less-than-20%-owned domestic corporations (other than debt-financed stock) | | 70 | |
| 2 | Dividends from 20%-or-more-owned domestic corporations (other than debt-financed stock) | | 80 | |
| 3 | Dividends on debt-financed stock of domestic and foreign corporations | | See instructions | |
| 4 | Dividends on certain preferred stock of less-than-20%-owned public utilities | | 42 | |
| 5 | Dividends on certain preferred stock of 20%-or-more-owned public utilities | | 48 | |
| 6 | Dividends from less-than-20%-owned foreign corporations and certain FSCs | | 70 | |
| 7 | Dividends from 20%-or-more-owned foreign corporations and certain FSCs | | 80 | |
| 8 | Dividends from wholly owned foreign subsidiaries | | 100 | |
| 9 | **Total.** Add lines 1 through 8. See instructions for limitation | | | |
| 10 | Dividends from domestic corporations received by a small business investment company operating under the Small Business Investment Act of 1958 | | 100 | |
| 11 | Dividends from affiliated group members | | 100 | |
| 12 | Dividends from certain FSCs | | See instructions | |
| 13 | Dividends from foreign corporations not included on lines 3, 6, 7, 8, 11, or 12 | | | |
| 14 | Income from controlled foreign corporations under subpart F (attach Form(s) 5471) | | | |
| 15 | Foreign dividend gross-up | | | |
| 16 | IC-DISC and former DISC dividends not included on lines 1, 2, or 3 | | | |
| 17 | Other dividends | | | |
| 18 | Deduction for dividends paid on certain preferred stock of public utilities | | | |
| 19 | **Total dividends.** Add lines 1 through 17. Enter here and on line 4, page 1 ▶ | | | |
| 20 | **Total special deductions.** Add lines 9, 10, 11, 12, and 18. Enter here and on line 26c, page 1 ▶ | | | |

Form **1120-C** (2008)

DAA

Form 1120-C (2008)   Linnton Plywood Association                93-0396404                              Page 3

**Schedule E**   Compensation of Officers (See instructions for line 11, page 1.)

Complete Schedule E only if total receipts (line 1a, plus lines 4 through 9, of page 1) are $500,000 or more

| (a) Name of officer | (b) Social security number | (c) Percent of time devoted to business | Percent of association's stock owned | | (f) Amount of compensation |
|---|---|---|---|---|---|
| | | | (d) Common | (e) Preferred | |
| 1 | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |

| | | |
|---|---|---|
| 2 Total compensation of officers | 2 | |
| 3 Compensation of officers claimed on Schedule A and elsewhere on return | 3 | |
| 4 Subtract line 3 from line 2. Enter the result here and on line 11, page 1 | 4 | |

**Schedule G**   Allocation of Patronage and Nonpatronage Income and Deductions. Before completing, see Question 14 of Schedule K.

| | | | (a) Patronage | (b) Nonpatronage |
|---|---|---|---|---|
| 1 | Gross receipts or sales | 1 | | |
| 2 | Cost of goods sold | 2 | | |
| 3 | Gross profit. Subtract line 2 from line 1 | 3 | | |
| 4 | Other income | 4 | | 378,403 |
| 5 | Total income. Combine lines 3 and 4 | 5 | | 378,403 |
| 6a | Domestic production activities deduction (attach Form 8903) | 6a | | |
| b | Other deductions | 6b | | 360,199 |
| c | Total deductions (add lines 6a and 6b) | 6c | | 360,199 |
| 7 | Taxable income before section 1382, NOL, and special deductions. Subtract line 6c from line 5 | 7 | | 18,204 |
| 8 | Deductions and adjustments under section 1382 from Schedule H, line 5 (see instructions) | 8 | | |
| 9a | Net operating loss deduction (attach schedule)      See Worksheet | 9a | | 18,204 |
| b | Special deductions (see instructions) | 9b | | |
| 10 | Taxable income. Subtract the total of lines 8, 9a, and 9b from line 7 | 10 | 0 | 0 |
| 11 | Combined taxable income. Combine columns (a) and (b) of line 10 (see instructions) | 11 | | |
| 12 | Unused patronage loss (see instructions) | 12 | | |
| 13 | Unused nonpatronage loss (see instructions) | 13 | | 2,109,406 |

**Schedule H**   Deductions and Adjustments Under Section 1382 (see instructions)

| | | |
|---|---|---|
| 1 | Dividends paid on capital stock (section 521 cooperatives only) | 1 | |
| 2 | Nonpatronage income allocated to patrons (section 521 cooperatives only) | 2 | |
| 3 | Patronage dividends: | | |
| a | Money | 3a | |
| b | Qualified written notices of allocation | 3b | |
| c | Other property (except nonqualified written notices of allocation) | 3c | |
| d | Money or other property (except written notices of allocation) in redemption of nonqualified written notices of allocation | 3d | |
| 4 | Domestic production activities deduction allocated to patrons | 4 | ( ) |
| 5 | Total. Combine lines 1 through 4. Enter here and on line 26a, page 1, and Schedule G, line 8 | 5 | |

Form **1120-C** 2008

DAA

Form 1120-C (2008)  **Linnton Plywood Association**                     93-0396404                    Page 4

## Schedule J — Tax Computation (see instructions)

| | | | |
|---|---|---:|---:|
| 1 | Check if the cooperative is a member of a controlled group (attach Schedule O (Form 1120)) ▶ ☐ | | |
| 2 | Income tax (see instructions) | 2 | 0 |
| 3 | Alternative minimum tax (attach Form 4626) | 3 | |
| 4 | Add lines 2 and 3 | 4 | 0 |
| 5a | Foreign tax credit (attach Form 1118) | 5a | |
| b | Credit from Form 8834 | 5b | |
| c | General business credit (attach Form 3800) | 5c | |
| d | Credit for prior year minimum tax (attach Form 8827) | 5d | |
| 6 | Total credits. Add lines 5a through 5d | 6 | |
| 7 | Subtract line 6 from line 4 | 7 | |
| 8 | Other taxes. Check if from:  ☐ Form 4255  ☐ Form 8611  ☐ Other (attach schedule)   ☐ Form 8902 | 8 | |
| 9 | Total tax. Add lines 7 and 8. Enter here and on line 28, page 1 | 9 | 0 |

## Schedule K — Other Information (see instructions)

| | | Yes | No | | | Yes | No |
|---|---|---|---|---|---|---|---|
| 1 | Check accounting method: | | | | If "Yes," enter: (a) Percentage owned ▶ and (b) Owner's country ▶ | | |
| a | ☐ Cash | | | c | The cooperative may have to file Form 5472, Information Return of a 25% Foreign-Owned U.S. Corporation or a Foreign Corporation Engaged in a U.S. Trade or Business Enter number of Forms 5472 attached ▶ | | |
| b | ☒ Accrual | | | | | | |
| c | ☐ Other (specify) ▶ | | | | | | |
| 2 | See the instructions and enter the: | | | 9 | Check this box if the cooperative issued publicly offered debt instruments with original issue discount ▶ ☐ If checked, the cooperative may have to file Form 8281, Information Return for Publicly Offered Original Issue Discount Instruments | | |
| a | Business activity code no. ▶ 321210 | | | | | | |
| b | Business activity ▶ MANUFACTURING | | | | | | |
| c | Product or service ▶ PLYWOOD | | | | | | |
| d | Date of incorporation ▶ 2/02/1951 | | | 10 | Enter the amount of tax-exempt income received or accrued during the tax year (for example, interest or extraterritorial income) ▶ $ 0 | | |
| 3 | Check the accounting method used to compute distributable patronage: | | | | | | |
| a | ☐ Book | | | 11a | Enter the number of foreign patrons at the end of the tax year ▶ | | |
| b | ☒ Tax | | | b | Enter the total amount of patronage distributions described in (or deducted under) IRC 1382(b) paid or allocated to foreign patrons ▶ 0 | | |
| c | ☐ Other (specify) ▶ | | | | | | |
| 4 | At the end of the tax year, did the cooperative own, directly or indirectly, 50% or more of the voting stock of a domestic corporation? (For rules of attribution, see section 267(c).) | | X | 12 | If the cooperative has an NOL for the tax year and is electing to forego the carryback period, check here ▶ ☐ If the cooperative is filing a consolidated return, the statement required by Regulations section 1.1502-21(b)(3) must be attached or the election will not be valid. | | |
| | If "Yes," attach a schedule showing: (a) name and employer identification number (EIN), (b) percentage owned, and (c) taxable income or (loss) before NOL and special deductions of such corporation for the tax year ending with or within your tax year. | | | | | | |
| 5 | Is the cooperative a subsidiary in an affiliated group or a parent-subsidiary controlled group? | | X | 13 | Enter the available NOL carryover from prior tax years (Do not reduce it by any deduction on line 26b.) Patronage ▶ $ Nonpatronage ▶ $ 2,127,610 | | |
| | If "Yes," enter name and EIN of the parent corporation ▶ | | | | | | |
| 6 | At the end of the tax year, did any individual, partnership, corporation, estate, or trust own, directly or indirectly, 50% or more of the cooperative's voting stock? (For rules of attribution, see section 267(c).) | | X | 14 | Are the cooperative's total receipts (line 1a plus lines 4 through 9 on page 1) for the tax year and its total assets at the end of the tax year less than $250,000? If "Yes," the cooperative is not required to complete Schedules G, L, M-1, or M-2 instead, enter the total amount of cash distributions and the book value of property distributions (other than cash) made during the tax year ▶ $ | | X |
| | If "Yes," attach a schedule showing name and identifying number (Do not include any information already entered in 5 above.) Enter percentage owned ▶ | | | 15 | Enter the amount of outstanding nonqualified notices of allocation (attach schedule) ▶ | | |
| 7 | Enter the cooperative's total assets (see instructions) ▶ $ 1,528,963 | | | | | | |
| 8 | At any time during the tax year, did one foreign person own, directly or indirectly, at least 25% of (a) the total voting power of all classes of stock of the cooperative entitled to vote or (b) the total value of all classes of stock of the cooperative? | | X | | | | |

DAA

Form **1120-C** (2008)

Form 1120-C (2008)  Linnton Plywood Association      93-0396404          Page 5

## Schedule L — Balance Sheets per Books

| Assets | (a) Beginning of tax year | (b) | (c) End of tax year | (d) |
|---|---|---|---|---|
| 1 Cash | | 192,613 | | 143,916 |
| 2a Trade notes and accounts receivable | | | 145,836 | 145,836 |
| b Less allowance for bad debts | | ( ) | ( ) | |
| 3 Inventories | | | | |
| 4 Other current assets (att. sch.) Stmt 2 | | 273,522 | | 167,771 |
| 5 Investments (see instructions) | | | | |
| 6 Loans to shareholders | | | | |
| 7 Mortgage and real estate loans | | | | |
| 8a Buildings and other depreciable assets | 793,925 | | 793,925 | |
| b Less accumulated depreciation | 750,467 | 43,458 | 757,172 | 36,753 |
| 9a Depletable assets | | | | |
| b Less accumulated depletion | ( ) | | ( ) | |
| 10 Land (net of amortization) | | 276,110 | | 276,110 |
| 11a Intangible assets (amortizable only) | | | | |
| b Less accumulated amortization | ( ) | | ( ) | |
| 12 Other assets (attach sch.) Stmt 3 | | 549,716 | | 758,577 |
| 13 Total assets | | 1,335,419 | | 1,528,963 |
| **Liabilities and Capital** | | | | |
| 14 Accounts payable | | 153,887 | | 239,931 |
| 15 Mortgages, notes, bonds payable in less than 1 year | | | | 8,505 |
| 16 Other current liabilities (att. sch.) Stmt 4 | | 96,731 | | 171,775 |
| 17 Loans from shareholders | | | | |
| 18 Mortgages, notes, bonds payable in 1 year or more | | | | |
| 19 Other liabilities (attach schedule) Stmt 5 | | 734,784 | | 758,735 |
| 20 Capital stock: a Preferred stock | | | | |
| b Common stock | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 |
| 21 Additional paid-in capital | | | | |
| 22 Patronage dividends allocated in noncash form | | | | |
| 23 Per-unit retains allocated in noncash form | | | | |
| 24 Retained earnings—Appropriated (att. sch.) | | | | |
| 25 Retained earnings—Unappropriated | | -57,891 | | -57,891 |
| 26 Adjustments to SH equity (att.sch.) | | | | |
| 27 Less cost of treasury stock | | ( 592,092) | | ( 592,092) |
| 28 Total liabilities and capital | | 1,335,419 | | 1,528,963 |

## Schedule M-1 — Reconciliation of Income (Loss) per Books With Income per Return

Note: Schedule M-3 required instead of Schedule M-1 if total assets are $10 million or more—see instructions

| | | | |
|---|---|---|---|
| 1 Net income (loss) per books | | 7 Income recorded on books this year not included in this tax return (itemize): | |
| 2 Federal income tax per books | | Tax-exempt interest $ | |
| 3 Excess of capital losses over capital gains | | | |
| 4 Income subject to tax not recorded on books this year (itemize): | | Stmt 7    -23,951 | -23,951 |
| | | 8 Deductions in this tax return not charged against book income this year (itemize): | |
| 5 Expenses recorded on books this year not deducted in this return (itemize): | | a Depreciation $ | |
| a Depreciation $ | | b Charitable contributions $ | |
| b Charitable contributions $ | | Stmt 8    21,807 | |
| c Travel and entertainment $ | | | 21,807 |
| Stmt 6    16,060 | 16,060 | 9 Add lines 7 and 8 | -2,144 |
| 6 Add lines 1 through 5 | 16,060 | 10 Income (line 25, page 1)—line 6 less line 9 | 18,204 |

## Schedule M-2 — Analysis of Unappropriated Retained Earnings per Books (Line 25, Schedule L)

| | | | |
|---|---|---|---|
| 1 Balance at beginning of year | -57,891 | 5 Distributions: a Cash | |
| 2 Net income (loss) per books | 0 | b Stock | |
| 3 Other increases (itemize): | | c Property | |
| | | 6 Other decreases (itemize): | |
| | | 7 Add lines 5 and 6 | |
| 4 Add lines 1, 2, and 3 | -57,891 | 8 Balance at end of year (line 4 less line 7) | -57,891 |

Form 1120-C (2008)

DAA

60480 12/08/2009 6 36 PM

| Form **4562** | **Depreciation and Amortization** | OMB No 1545-0172 |
|---|---|---|
| | (Including Information on Listed Property) | **2008** |
| Department of the Treasury Internal Revenue Service (99) | ▶ See separate instructions.    ▶ Attach to your tax return. | Attachment Sequence No **67** |

Name(s) shown on return
**Linnton Plywood Association**

Identifying number
**93-0396404**

Business or activity to which this form relates
**Regular Depreciation**

## Part I    Election To Expense Certain Property Under Section 179

Note: If you have any listed property, complete Part V before you complete Part I.

| | | | |
|---|---|---|---|
| 1 | Maximum amount. See the instructions for a higher limit for certain businesses | 1 | 250,000 |
| 2 | Total cost of section 179 property placed in service (see instructions) | 2 | |
| 3 | Threshold cost of section 179 property before reduction in limitation (see instructions) | 3 | 800,000 |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | 4 | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | 5 | |

| (a) Description of property | (b) Cost (business use only) | (c) Elected cost | |
|---|---|---|---|
| 6 | | | |

| | | | | |
|---|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 | 7 | | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | | 8 | |
| 9 | Tentative deduction. Enter the smaller of line 5 or line 8 | | 9 | |
| 10 | Carryover of disallowed deduction from line 13 of your 2007 Form 4562 | | 10 | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 (see instructions) | | 11 | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11 | | 12 | |
| 13 | Carryover of disallowed deduction to 2009. Add lines 9 and 10. less line 12 ▶ | 13 | | |

Note: Do not use Part II or Part III below for listed property. Instead, use Part V.

## Part II    Special Depreciation Allowance and Other Depreciation (Do not include listed property.) (See instructions.)

| | | | |
|---|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year (see instructions) | 14 | |
| 15 | Property subject to section 168(f)(1) election | 15 | |
| 16 | Other depreciation (including ACRS) | 16 | 5,162 |

## Part III    MACRS Depreciation (Do not include listed property.) (See instructions.)

### Section A

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2008 | 17 | 1,543 |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here ▶ ☐ | | |

### Section B—Assets Placed in Service During 2008 Tax Year Using the General Depreciation System

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only—see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a  3-year property | | | | | | |
| b  5-year property | | | | | | |
| c  7-year property | | | | | | |
| d  10-year property | | | | | | |
| e  15-year property | | | | | | |
| f  20-year property | | | | | | |
| g  25-year property | | | 25 yrs. | | S/L | |
| h  Residential rental property | | | 27.5 yrs. | MM | S/L | |
| | | | 27.5 yrs. | MM | S/L | |
| i  Nonresidential real property | | | 39 yrs. | MM | S/L | |
| | | | | MM | S/L | |

### Section C—Assets Placed in Service During 2008 Tax Year Using the Alternative Depreciation System

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a  Class life | | | | | S/L | |
| b  12-year | | | 12 yrs. | | S/L | |
| c  40-year | | | 40 yrs. | MM | S/L | |

## Part IV    Summary (See instructions.)

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 | 21 | |
| 22 | Total. Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations—see instr. | 22 | 6,705 |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | 23 | |

For Paperwork Reduction Act Notice, see separate instructions.

Form **4562** (2008)

DAA

There are no amounts for Page 2

**NOL and Contribution Carryover Worksheet - Regular Tax**

Form **1120**    For calendar year 2008 or tax year beginning   4/01/08  , ending   3/31/09     **2008**

Name

Linnton Plywood Association

Employer Identification Number

93-0396404

| Preceding Taxable Year | Adj. To NOL Inc/(Loss) After Adj. | Prior Year | | Current Year | Next Year |
|---|---|---|---|---|---|
| | | NOL Utilized (Income Offset) | Carryovers | Income Offset By NOL Carryback/ Carryover NOL Utilized | Carryover |
| 15th 3/31/94 | | | | | |
| 14th 3/31/95 | | | | | |
| 13th 3/31/96 | | | | | |
| 12th 3/31/97 | | | | | |
| 11th 3/31/98 | | | | | |
| 10th 3/31/99 | | | | | |
| 9th 3/31/00 | | | | | |
| 8th 3/31/01 | -46,813 | | 46,813 | 18,204 | 28,609 |
| 7th 3/31/02 | -556,891 | | 556,891 | | 556,891 |
| 6th 3/31/03 | -356,521 | | 356,521 | | 356,521 |
| 5th 3/31/04 | -257,755 | | 257,755 | | 257,755 |
| 4th 3/31/05 | -180,520 | | 180,520 | | 180,520 |
| 3rd 3/31/06 | -176,665 | | 176,665 | | 176,665 |
| 2nd 3/31/07 | -234,848 | | 234,848 | | 234,848 |
| 1st 3/31/08 | -317,597 | | 317,597 | | 317,597 |
| NOL Carryover Available To Current Year | | | 2,127,610 | | |
| Current Year | 0 18,204 | | | 18,204 | 0 |
| NOL Carryover Available To Next Year | | | | | 2,109,406 |

| Charitable Contributions | | Prior Year | | Current Year | | Next Year |
|---|---|---|---|---|---|---|
| Preceding Tax Year | Excess Contributions | Utilized Or Reclassed to NOL | Carryover | Reclassed to NOL (Reg.Sec. 1.170A-11(c)(2)) | Carryovers Utilized | Carryover |
| 5th 3/31/04 | | | | | | |
| 4th 3/31/05 | | | | | | |
| 3rd 3/31/06 | | | | | | |
| 2nd 3/31/07 | | | | | | |
| 1st 3/31/08 | | | | | | |
| Charitable Contribution Carryover To Current Year | | | 0 | | | |
| Current Year | 0 | | | | | 0 |
| Charitable Contribution Carryover Available To Next Year | | | | | | 0 |

## NOL and Contribution Carryover Worksheet - AMT

Form **1120**

2008

For calendar year 2008 or tax year beginning     4/01/08    , ending    3/31/09

Name

Employer Identification Number

Linnton Plywood Association

93-0396404

| Preceding Taxable Year | Adj. To NOL Inc/(Loss) After Adj. | Prior Year | | Current Year | Next Year |
|---|---|---|---|---|---|
| | | NOL Utilized (Income Offset) | Carryovers | Income Offset By NOL Carryback/ Carryover NOL Utilized | Carryover |
| 15th 3/31/94 | | | | | |
| 14th 3/31/95 | | | | | |
| 13th 3/31/96 | | | | | |
| 12th 3/31/97 | | | | | |
| 11th 3/31/98 | | | | | |
| 10th 3/31/99 | | | | | |
| 9th 3/31/00 | | | | | |
| 8th 3/31/01 | -231,799 | 184,986 | 46,813 | 16,385 | 30,428 |
| 7th 3/31/02 | -559,731 | | 559,731 | | 559,731 |
| 6th 3/31/03 | -359,928 | | 359,928 | | 359,928 |
| 5th 3/31/04 | -257,756 | | 257,756 | | 257,756 |
| 4th 3/31/05 | -180,519 | | 180,519 | | 180,519 |
| 3rd 3/31/06 | -176,666 | | 176,666 | | 176,666 |
| 2nd 3/31/07 | -234,847 | | 234,847 | | 234,847 |
| 1st 3/31/08 | -317,598 | | 317,598 | | 317,598 |
| NOL Carryover Available To Current Year | | | 2,133,858 | | |
| Current Year | 0 16,385 | | | 16,385 | 0 |

NOL Carryover Available To Next Year

2,117,473

| Charitable Contributions | | Prior Year | | Current Year | | Next Year |
|---|---|---|---|---|---|---|
| Preceding Tax Year | Excess Contributions | Utilized Or Reclassed to NOL | Carryover | Reclassed to NOL (Reg Sec. 1.170A-11(c)(2)) | Carryovers Utilized | Carryover |
| 5th 3/31/04 | | | | | | |
| 4th 3/31/05 | | | | | | |
| 3rd 3/31/06 | | | | | | |
| 2nd 3/31/07 | | | | | | |
| 1st 3/31/08 | | | | | | |
| Charitable Contribution Carryover To Current Year | | | 0 | | | |
| Current Year | 0 | | | | | 0 |
| Charitable Contribution Carryover Available To Next Year | | | | | | 0 |

## General Footnote

Cooperative Association - Taxpayer is an organization described in Section
1381(A)(2), operating on a cooperative basis.

Palmer & Kuhn, P.C.

0480 Linnton Plywood Association
93-0396404
FYE: 3/31/2009

Case 3:14-cv-01772-MO   Document 33-13   Filed 04/10/15   Page 29 of 127
12/8/2009 6:36 PM

**Federal Statements**

## Statement 1 - Form 1120-C, Page 1, Line 23 - Other Deductions

| Description | Amount |
|---|---|
| Fuel, power, water | $ 40,518 |
| Insurance expense | 36,460 |
| Security patrol | 49,269 |
| Payroll expense | 5,448 |
| Miscellaneous selling exp | 1,142 |
| Office expense | 2,318 |
| Printing and postage | 92 |
| Telephone & Fax | 2,059 |
| Professional fees | 1,239 |
| Dues & supscriptions | 90 |
| Miscellaneous & bank charges | 335 |
| Fees, licenses & permits | 3,453 |
| Industrial acc. insurance | 9,716 |
| Repairs and Maintenance | 6,446 |
| Total | $ 158,585 |

# Federal Statements

## Statement 2 - Form 1120-C, Page 5, Schedule L, Line 4 - Other Current Assets

| Description | Beginning of Year | End of Year |
|---|---|---|
| UNEXPIRED INSURANCE | $ 13,671 | $ 13,233 |
| DEFERRED INCOME TAXES | 135,000 | 135,000 |
| Prepaid Environmental Costs | 19,538 | 19,538 |
| Rent receivable | 105,313 | |
| Total | $ 273,522 | $ 167,771 |

## Statement 3 - Form 1120-C, Page 5, Schedule L, Line 12 - Other Assets

| Description | Beginning of Year | End of Year |
|---|---|---|
| Selling Costs - 3/31/06 | $ 133,637 | $ 133,637 |
| Selling Costs - 3/31/07 | 148,467 | 148,467 |
| Selling Costs - 3/31/08 | 267,612 | 267,612 |
| Selling Costs - 3/31/09 | | 208,861 |
| Total | $ 549,716 | $ 758,577 |

## Statement 4 - Form 1120-C, Page 5, Schedule L, Line 16 - Other Current Liabilities

| Description | Beginning of Year | End of Year |
|---|---|---|
| Accrued Industrial Accident | $ 21,807 | $ 16,060 |
| Accrued Property Tax | 66,420 | 155,715 |
| Premium Financing | 8,504 | |
| Total | $ 96,731 | $ 171,775 |

## Statement 5 - Form 1120-C, Page 5, Schedule L, Line 19 - Other Liabilities

| Description | Beginning of Year | End of Year |
|---|---|---|
| UNRESTRICTED PATRONAGE | $ 2,184,611 | $ 2,184,611 |
| UNRESTRICTED NON-PATRONAGE | 116,787 | 116,787 |
| RESTRICTED PATRONAGE | 62,540 | 62,540 |
| RESTRICTED NON-PATRONAGE | 151,333 | 151,333 |
| OVERADVANCE 3-96 | -1,337 | -1,337 |
| OVERADVANCE 3-94 | -2,342 | -2,342 |
| OVERADVANCE 3-02 | -794,465 | -794,465 |
| OVERADVANCE 3-01 | -25,135 | -25,135 |
| NON-PATRONAGE 3-03 | -358,444 | -358,444 |
| NON-PATRONAGE 3-04 | -258,998 | -258,998 |
| NON-PATRONAGE 3-05 | -189,771 | -189,771 |
| NON-PATRONAGE 3-06 | -28,667 | -28,667 |
| NON-PATRONAGE 3-07 | -76,342 | -76,342 |
| NON-PATRONAGE 3-08 | -44,986 | -44,986 |
| NON-PATRONAGE 3-09 | | 23,951 |
| Total | $ 734,784 | $ 758,735 |

# Federal Statements

### Statement 6 - Form 1120-C, Page 5, Schedule M-1, Line 5 - Expense on Books Not Deducted

| Description | Amount |
|---|---|
| Accr Ind Accident 2009 | $     16,060 |
| Total | $     16,060 |

### Statement 7 - Form 1120-C, Page 5, Schedule M-1, Line 7 - Income on Books Not on Return

| Description | Amount |
|---|---|
| Non-patronage allocated to members | $ -23,951 |
| Total | $ -23,951 |

### Statement 8 - Form 1120-C, Page 5, Sch M-1, Line 8 - Deductions on Return Not on Books

| Description | Amount |
|---|---|
| Accr Ind Accident 2008 | $     21,807 |
| Total | $     21,807 |

# Federal Asset Report
## Form 1120, Page 1

| Asset | Description | Date In Service | Cost | Bus % | Sec 179Bonus | Basis for Depr | PerConv Meth | Prior | Current |
|-------|-------------|-----------------|------|-------|--------------|---------------|--------------|-------|---------|
| **Prior MACRS:** | | | | | | | | | |
| 49 | RAILROAD SPUR | 9/30/89 | 10,825 | | | 10,825 | 20 MQ S/L | 10,081 | 541 |
| 196 | COMPUTER PENT 100MHZ | 1/21/97 | 1,942 | | | 1,942 | 5 HY S/L | 1,942 | 0 |
| 218 | BUILDING NOISE SYSTEM | 4/01/87 | 3,916 | | | 3,916 | 10 HY S/L | 3,916 | 0 |
| 219 | SPRINKLER SYSTEM | 2/29/88 | 3,737 | | | 3,737 | 10 HY S/L | 3,737 | 0 |
| 220 | HYDRAULIC ROOM | 12/31/88 | 5,743 | | | 5,743 | 31 MM S/L | 2,781 | 144 |
| 221 | MDO ROOF FAN | 8/01/88 | 3,719 | | | 3,719 | 31 MM S/L | 1,841 | 93 |
| 222 | NEW PARKING LOT | 9/30/89 | 9,630 | | | 9,630 | 20 MQ S/L | 8,968 | 482 |
| 223 | PARKING LOT | 9/30/90 | 1,999 | | | 1,999 | 20 HY S/L | 1,749 | 100 |
| 225 | SANDERDUST BLDG EXT | 8/31/95 | 3,211 | | | 3,211 | 20 HY S/L | 2,007 | 160 |
| 248 | CARPET | 1/31/00 | 3,580 | | | 3,580 | 5 HY S/L | 3,580 | 0 |
| 254 | Carpet | 8/31/00 | 1,055 | | | 1,055 | 5 HY S/L | 1,055 | 0 |
| 255 | Telephone System | 4/27/00 | 2,800 | | | 2,800 | 7 HY S/L | 2,800 | 0 |
| 256 | Telephone System | 5/17/00 | 11,659 | | | 11,659 | 7 HY S/L | 11,659 | 0 |
| 257 | Telephone System | 6/30/00 | 6,532 | | | 6,532 | 7 HY S/L | 6,532 | 0 |
| 258 | Fax machine | 1/31/01 | 299 | | | 299 | 7 HY S/L | 299 | 0 |
| 259 | COPIER | 6/15/03 | 500 | X | | 250 | 7 HY 200DB | 444 | 23 |
| | | | 71,147 | | | 70,897 | | 63,391 | 1,543 |
| **ACRS:** | | | | | | | | | |
| 41 | NEW ROOF | 9/30/86 | 8,250 | | | 8,250 | 19 MM S/L | 8,250 | 0 |
| 210 | RESTROOM | 10/01/84 | 3,787 | | | 3,787 | 18 MM S/L | 3,787 | 0 |
| 212 | PILINGS | 10/01/84 | 250,376 | | | 250,376 | 18 MM S/L | 250,376 | 0 |
| 213 | DOCK | 4/01/85 | 4,233 | | | 4,233 | 18 MM S/L | 4,233 | 0 |
| 214 | DRYER FLOOR | 4/15/85 | 11,241 | | | 11,241 | 18 MM S/L | 11,239 | 0 |
| 215 | FIRE PUMP | 12/15/85 | 58,165 | | | 58,165 | 5 HY S/L | 58,165 | 0 |
| 216 | FAN SILENCERS | 12/06/85 | 1,840 | | | 1,840 | 5 HY S/L | 1,840 | 0 |
| 217 | NEW BLDG ADD'N | 9/30/86 | 5,873 | | | 5,873 | 19 MM S/L | 5,872 | 0 |
| | **Total ACRS Depreciation** | | 343,765 | | | 343,765 | | 343,762 | 0 |
| **Other Depreciation:** | | | | | | | | | |
| 146 | CLARK #15 | 7/01/71 | 11,835 | | | 11,835 | 10 MO200DB | 11,835 | 0 |
| 160 | FILE CABINET | 7/01/63 | 64 | | | 64 | 10 MO200DB | 64 | 0 |
| 161 | STEEL FILE CAB | 8/01/65 | 65 | | | 65 | 10 MO200DB | 65 | 0 |
| 162 | STEEL FILE CAB | 12/01/65 | 165 | | | 165 | 10 MO200DB | 165 | 0 |
| 163 | STEEL FILE CAB | 11/01/65 | 66 | | | 66 | 10 MO200DB | 66 | 0 |
| 164 | FILE CABINET | 5/01/66 | 99 | | | 99 | 10 MO200DB | 99 | 0 |
| 165 | DESK & CHAIRS | 11/01/66 | 413 | | | 413 | 10 MO200DB | 413 | 0 |
| 167 | ARM CHAIR | 11/01/67 | 60 | | | 60 | 10 MO200DB | 60 | 0 |
| 168 | METAL DESK | 12/31/68 | 254 | | | 254 | 10 MO200DB | 254 | 0 |
| 172 | FIRE PROOF FILE | 5/01/77 | 1,227 | | | 1,227 | 10 MO200DB | 1,227 | 0 |
| 198 | OFC REMODELING | 7/01/73 | 8,048 | | | 8,048 | 10 MO150DB | 8,048 | 0 |
| 199 | PAVING & PATCHING | 3/31/73 | 963 | | | 963 | 7 MO150DB | 963 | 0 |
| 200 | SEWER | 1/01/75 | 78,740 | | | 78,740 | 13 MO150DB | 78,740 | 0 |
| 201 | NEW DRYER BLDG | 3/01/75 | 230,000 | | | 230,000 | 40 MO150DB | 194,298 | 5,162 |
| 202 | CUTTER & SPOUTS | 3/01/75 | 3,818 | | | 3,818 | 10 MO150DB | 3,818 | 0 |
| 203 | RETAIL SHED | 10/01/75 | 3,273 | | | 3,273 | 10 MO150DB | 3,273 | 0 |
| 204 | SPRINKLER SYS | 12/01/76 | 4,639 | | | 4,639 | 10 MO150DB | 4,639 | 0 |
| 205 | CIRCUIT BREAKER | 9/01/76 | 5,540 | | | 5,540 | 20 MO150DB | 5,540 | 0 |
| 207 | ROOF SUPPORT | 9/01/79 | 12,600 | | | 12,600 | 7 MO S/L | 12,600 | 0 |
| 208 | RETAINAGE WALL | 12/01/80 | 4,300 | | | 4,300 | 10 MO S/L | 4,300 | 0 |
| 209 | RAILROAD SPUR | 8/01/78 | 5,841 | | | 5,841 | 20 MO200DB | 5,841 | 0 |
| 227 | SHARP UX175 FAX | 11/30/97 | 190 | | | 190 | 7 MO S/L | 190 | 0 |
| 235 | IBM APTIVA CMPTR | 9/30/98 | 2,401 | | | 2,401 | 5 MO S/L | 2,401 | 0 |
| 237 | HP LASER PRINTER | 12/31/98 | 1,268 | | | 1,268 | 5 MO S/L | 1,268 | 0 |
| 238 | COMPUTER 17INCH MONITOR | 3/16/99 | 230 | | | 230 | 5 MO S/L | 230 | 0 |
| 239 | HP OFFICEJET 710 CLR | 3/16/99 | 500 | | | 500 | 5 MO S/L | 500 | 0 |
| 240 | INTEL PII450 512K COMPUTER | 3/17/99 | 2,414 | | | 2,414 | 5 MO S/L | 2,414 | 0 |
| | **Total Other Depreciation** | | 379,013 | | | 379,013 | | 343,311 | 5,162 |
| | **Total ACRS and Other Depreciation** | | 722,778 | | | 722,778 | | 687,073 | 5,162 |

# Federal Asset Report
## Form 1120, Page 1

| Asset | Description | Date In Service | Cost | Bus % | Sec 179 | Bonus | Basis for Depr | PerConv Meth | Prior | Current |
|-------|-------------|-----------------|------|-------|---------|-------|----------------|--------------|-------|---------|
| | Grand Totals | | 793,925 | | | | 793,675 | | 750,464 | 6,705 |
| | Less: Dispositions | | 0 | | | | 0 | | 0 | 0 |
| | Less: Start-up/Org Expense | | 0 | | | | 0 | | 0 | 0 |
| | Net Grand Totals | | 793,925 | | | | 793,675 | | 750,464 | 6,705 |

# Bonus Depreciation Report

| Asset | Property Description | Date In Service | Tax Cost | Bus Pct | Tax Sec 179 Exp | Current Bonus | Prior Bonus | Tax - Basis for Depr |
|-------|---------------------|-----------------|----------|---------|-----------------|---------------|-------------|----------------------|
| **Activity: Form 1120, Page 1** | | | | | | | | |
| 259 COPIER | | 6/15/03 | 500 | | 0 | 0 | 250 | 250 |
| | | Form 1120, Page 1 | 500 | | 0 | 0 | 250 | 250 |
| | | **Grand Total** | 500 | | 0 | 0 | 250 | 250 |

# AMT Asset Report
## Form 1120, Page 1

| Asset | Description | Date In Service | Cost | Bus % | Sec 179Bonus | Basis for Depr | Per | Conv Meth | Prior | Current |
|---|---|---|---|---|---|---|---|---|---|---|
| **Prior MACRS:** | | | | | | | | | | |
| 49 | RAILROAD SPUR | 9/30/89 | 10,825 | | | 10,825 | 20 | MQ S/L | 10,081 | 541 |
| 196 | COMPUTER PENT 100MHZ | 1/21/97 | 1,942 | | | 1,942 | 5 | HY S/L | 1,942 | 0 |
| 218 | BUILDING NOISE SYSTEM | 4/01/87 | 3,916 | | | 3,916 | 10 | HY S/L | 3,916 | 0 |
| 219 | SPRINKLER SYSTEM | 2/29/88 | 3,737 | | | 3,737 | 10 | HY S/L | 3,737 | 0 |
| 220 | HYDRAULIC ROOM | 12/31/88 | 5,743 | | | 5,743 | 31 | MM S/L | 2,770 | 143 |
| 221 | MDO ROOF FAN | 8/01/88 | 3,719 | | | 3,719 | 31 | MM S/L | 1,825 | 93 |
| 222 | NEW PARKING LOT | 9/30/89 | 9,630 | | | 9,630 | 20 | MQ S/L · | 8,968 | 482 |
| 223 | PARKING LOT | 9/30/90 | 1,999 | | | 1,999 | 20 | HY S/L | 1,749 | 100 |
| 225 | SANDERDUST BLDG EXT | 8/31/95 | 3,211 | | | 3,211 | 20 | HY S/L | 2,007 | 160 |
| 227 | SHARP UX175 FAX | 11/30/97 | 190 | | | 190 | 10 | HY 150DB | 190 | 0 |
| 235 | IBM APTIVA CMPTR | 9/30/98 | 2,401 | | | 2,401 | 5 | HY 150DB | 2,401 | 0 |
| 237 | HP LASER PRINTER | 12/31/98 | 1,268 | | | 1,268 | 5 | HY 150DB | 1,268 | 0 |
| 238 | COMPUTER 17INCH MONITOR | 3/16/99 | 230 | | | 230 | 5 | HY 150DB | 230 | 0 |
| 239 | HP OFFICEJET 710 CLR | 3/16/99 | 500 | | | 500 | 5 | HY 150DB | 500 | 0 |
| 240 | INTEL PII450 512K COMPUTER | 3/17/99 | 2,414 | | | 2,414 | 5 | HY 150DB | 2,414 | 0 |
| 248 | CARPET | 1/31/00 | 3,580 | | | 3,580 | 5 | HY S/L | 3,580 | 0 |
| 254 | Carpet | 8/31/00 | 1,055 | | | 1,055 | 5 | HY S/L | 1,055 | 0 |
| 255 | Telephone System | 4/27/00 | 2,800 | | | 2,800 | 7 | HY S/L | 2,800 | 0 |
| 256 | Telephone System | 5/17/00 | 11,659 | | | 11,659 | 7 | HY S/L | 11,659 | 0 |
| 257 | Telephone System | 6/30/00 | 6,532 | | | 6,532 | 7 | HY S/L | 6,532 | 0 |
| 258 | Fax machine | 1/31/01 | 299 | | | 299 | 7 | HY S/L | 299 | 0 |
| 259 | COPIER | 6/15/03 | 500 | | X | 250 | 7 | HY 200DB | 444 | 23 |
| | | | 78,150 | | | 77,900 | | | 70,367 | 1,542 |
| **ACRS:** | | | | | | | | | | |
| 41 | NEW ROOF | 9/30/86 | 8,250 | | | 8,250 | 19 | MM S/L | 8,250 | 0 |
| 210 | RESTROOM | 10/01/84 | 3,787 | | | 3,787 | 18 | MM S/L | 1,060 | 0 |
| 212 | PILINGS | 10/01/84 | 250,376 | | | 250,376 | 18 | MM S/L | 250,376 | 0 |
| 213 | DOCK | 4/01/85 | 4,233 | | | 4,233 | 18 | MM S/L | 4,233 | 0 |
| 214 | DRYER FLOOR | 4/15/85 | 11,241 | | | 11,241 | 18 | MM S/L | 11,241 | 0 |
| 217 | NEW BLDG ADD'N | 9/30/86 | 5,873 | | | 5,873 | 19 | MM S/L | 5,873 | 0 |
| | **Total ACRS Depreciation** | | 283,760 | | | 283,760 | | | 281,033 | 0 |
| **Other Depreciation:** | | | | | | | | | | |
| 146 | CLARK #15 | 7/01/71 | 0 | | | 0 | 0 | HY | 0 | 0 |
| 160 | FILE CABINET | 7/01/63 | 0 | | | 0 | 0 | HY | 0 | 0 |
| 161 | STEEL FILE CAB | 8/01/65 | 0 | | | 0 | 0 | HY | 0 | 0 |
| 162 | STEEL FILE CAB | 12/01/65 | 0 | | | 0 | 0 | HY | 0 | 0 |
| 163 | STEEL FILE CAB | 11/01/65 | 0 | | | 0 | 0 | HY | 0 | 0 |
| 164 | FILE CABINET | 5/01/66 | 0 | | | 0 | 0 | HY | 0 | 0 |
| 165 | DESK & CHAIRS | 11/01/66 | 0 | | | 0 | 0 | HY | 0 | 0 |
| 167 | ARM CHAIR | 11/01/67 | 0 | | | 0 | 0 | HY | 0 | 0 |
| 168 | METAL DESK | 12/31/68 | 0 | | | 0 | 0 | HY | 0 | 0 |
| 172 | FIRE PROOF FILE . | 5/01/77 | 0 | | | 0 | 0 | HY | 0 | 0 |
| 198 | OFC REMODELING | 7/01/73 | 0 | | | 0 | 0 | HY | 0 | 0 |
| 199 | PAVING & PATCHING | 3/31/73 | 0 | | | 0 | 0 | HY | 0 | 0 |
| 200 | SEWER | 1/01/75 | 0 | | | 0 | 0 | HY | 0 | 0 |
| 201 | NEW DRYER BLDG | 3/01/75 | 0 | | | 0 | 0 | HY | 0 | 0 |
| 202 | CUTTER & SPOUTS | 3/01/75 | 0 | | | 0 | 0 | HY | 0 | 0 |
| 203 | RETAIL SHED · | 10/01/75 | 0 | | | 0 | 0 | HY | 0 | 0 |
| 204 | SPRINKLER SYS | 12/01/76 | 0 | | | 0 | 0 | HY | 0 | 0 |
| 205 | CIRCUIT BREAKER | 9/01/76 | 0 | | | 0 | 0 | HY | 0 | 0 |
| 207 | ROOF SUPPORT . | 9/01/79 | 0 | | | 0 | 0 | HY | 0 | 0 |
| 208 | RETAINAGE WALL | 12/01/80 | 0 | | | 0 | 0 | HY | 0 | 0 |
| 209 | RAILROAD SPUR | 8/01/78 | 0 | | | 0 | 0 | HY | 0 | 0 |
| 215 | FIRE PUMP | 12/15/85 | 0 | | | 0 | 0 | HY | 0 | 0 |
| 216 | FAN SILENCERS | 12/06/85 | 0 | | | 0 | 0 | HY | 0 | 0 |
| | **Total Other Depreciation** | | 0 | | | 0 | | | 0 | 0 |
| | **Total ACRS and Other Depreciation** | | 283,760 | | | 283,760 | | | 281,033 | 0 |

| Asset | Description | Date In Service | Cost | Bus % | Sec 179 | Bonus | Basis for Depr | PerConv Meth | Prior | Current |
|-------|-------------|-----------------|------|-------|---------|-------|----------------|--------------|-------|---------|
| | Grand Totals | | 361,910 | | | | 361,660 | | 351,400 | 1,542 |
| | Less: Dispositions | | 0 | | | | 0 | | 0 | 0 |
| | Net Grand Totals | | 361,910 | | | | 361,660 | | 351,400 | 1,542 |

0480 · Linnton Plywood Association                                                    12/08/2009 6:36 PM
93-0396404                    **Depreciation Adjustment Report**
FYE: 3/31/2009                    **All Business Activities**

| Form | Unit | Asset | Description | Tax | AMT | ACE | AMT Adjustments/ Preferences |
|------|------|-------|-------------|-----|-----|-----|------------------------------|
| **MACRS Adjustments:** | | | | | | | |
| Page 1 | 1 | 49 | RAILROAD SPUR | 541 | 541 | 540 | 0 |
| Page 1 | 1 | 196 | COMPUTER PENT 100MHZ | 0 | 0 | 0 | 0 |
| Page 1 | 1 | 218 | BUILDING NOISE SYSTEM | 0 | 0 | 0 | 0 |
| Page 1 | 1 | 219 | SPRINKLER SYSTEM | 0 | 0 | 0 | 0 |
| Page 1 | 1 | 220 | HYDRAULIC ROOM | 144 | 143 | 144 | 1 |
| Page 1 | 1 | 221 | MDO ROOF FAN | 93 | 93 | 93 | 0 |
| Page 1 | 1 | 222 | NEW PARKING LOT | 482 | 482 | 481 | 0 |
| Page 1 | 1 | 223 | PARKING LOT | 100 | 100 | 100 | 0 |
| Page 1 | 1 | 225 | SANDERDUST BLDG EXT | 160 | 160 | 160 | 0 |
| Page 1 | 1 | 248 | CARPET | 0 | 0 | 0 | 0 |
| Page 1 | 1 | 254 | Carpet | 0 | 0 | 0 | 0 |
| Page 1 | 1 | 255 | Telephone System | 0 | 0 | 0 | 0 |
| Page 1 | 1 | 256 | Telephone System | 0 | 0 | 0 | 0 |
| Page 1 | 1 | 257 | Telephone System | 0 | 0 | 0 | 0 |
| Page 1 | 1 | 258 | Fax machine | 0 | 0 | 0 | 0 |
| Page 1 | 1 | 259 | COPIER | 23 | 23 | 23 | 0 |
| | | | | 1,543 | 1,542 | 1,541 | 1 |

**Additional ACE Information for Other Assets:**

| Form | Unit | Asset | Description | Tax | AMT | ACE | AMT Adjustments/ Preferences |
|------|------|-------|-------------|-----|-----|-----|------------------------------|
| Page 1 | 1 | 41 | NEW ROOF | 0 | 0 * | 353 | |
| Page 1 | 1 | 146 | CLARK #15 | 0 | 0 * | 0 | |
| Page 1 | 1 | 160 | FILE CABINET | 0 | 0 * | 0 | |
| Page 1 | 1 | 161 | STEEL FILE CAB | 0 | 0 * | 0 | |
| Page 1 | 1 | 162 | STEEL FILE CAB | 0 | 0 * | 0 | |
| Page 1 | 1 | 163 | STEEL FILE CAB | 0 | 0 * | 0 | |
| Page 1 | 1 | 164 | FILE CABINET | 0 | 0 * | 0 | |
| Page 1 | 1 | 165 | DESK & CHAIRS | 0 | 0 * | 0 | |
| Page 1 | 1 | 167 | ARM CHAIR | 0 | 0 * | 0 | |
| Page 1 | 1 | 168 | METAL DESK | 0 | 0 * | 0 | |
| Page 1 | 1 | 172 | FIRE PROOF FILE | 0 | 0 * | 0 | |
| Page 1 | 1 | 198 | OFC REMODELING | 0 | 0 * | 0 | |
| Page 1 | 1 | 199 | PAVING & PATCHING | 0 | 0 * | 0 | |
| Page 1 | 1 | 200 | SEWER | 0 | 0 * | 0 | |
| Page 1 | 1 | 201 | NEW DRYER BLDG | 5,162 | 0 * | 5,162 s | |
| Page 1 | 1 | 202 | CUTTER & SPOUTS | 0 | 0 * | 0 | |
| Page 1 | 1 | 203 | RETAIL SHED | 0 | 0 * | 0 | |
| Page 1 | 1 | 204 | SPRINKLER SYS | 0 | 0 * | 0 | |
| Page 1 | 1 | 205 | CIRCUIT BREAKER | 0 | 0 * | 0 | |
| Page 1 | 1 | 207 | ROOF SUPPORT | 0 | 0 * | 0 | |
| Page 1 | 1 | 208 | RETAINAGE WALL | 0 | 0 * | 0 | |
| Page 1 | 1 | 209 | RAILROAD SPUR | 0 | 0 * | 0 s | |
| Page 1 | 1 | 210 | RESTROOM | 0 | 0 * | 0 | |
| Page 1 | 1 | 212 | PILINGS | 0 | 0 * | 0 | |
| Page 1 | 1 | 213 | DOCK | 0 | 0 * | 0 | |
| Page 1 | 1 | 214 | DRYER FLOOR | 0 | 0 * | 0 | |
| Page 1 | 1 | 215 | FIRE PUMP | 0 | 0 * | 0 | |
| Page 1 | 1 | 216 | FAN SILENCERS | 0 | 0 * | 0 | |
| Page 1 | 1 | 217 | NEW BLDG ADD'N | 0 | 0 * | 251 | |
| Page 1 | 1 | 227 | SHARP UX175 FAX | 0 | 0 * | 0 | |
| Page 1 | 1 | 235 | IBM APTIVA CMPTR | 0 | 0 * | 0 | |
| Page 1 | 1 | 237 | HP LASER PRINTER | 0 | 0 * | 0 | |
| Page 1 | 1 | 238 | COMPUTER 17INCH MONITOR | 0 | 0 * | 0 | |
| Page 1 | 1 | 239 | HP OFFICEJET 710 CLR | 0 | 0 * | 0 | |
| Page 1 | 1 | 240 | INTEL PII450 512K COMPUTER | 0 | 0 * | 0 | |
| | | | | 5,162 | 0 | 5,766 s | |

* - This asset has no values in AMT column, assume AMT = Tax Value
s - Substituted applicable AMT or Tax data when ACE column is blank.

# Depreciation Adjustment Report
## All Business Activities

| Form | Unit | Asset | Description | Tax | AMT | ACE | AMT Adjustments/ Preferences |
|------|------|-------|-------------|-----|-----|-----|------------------------------|
| | | | Totals for ACE Depreciation Adjustment: AMT Depreciation Addback | | 6,704 | | |
| | | | ACE Depreciation Expense | | | 7,307 s | |

| Form | 1120-C | Two Year Comparison Worksheet Page 1 | | | 2007 & 2008 |
|---|---|---|---|---|---|

| Name | | | | | Employer Identification Number |
|---|---|---|---|---|---|
| Linnton Plywood Association | | | | | 93-0396404 |

| | | 2007 | 2008 | Differences |
|---|---|---|---|---|
| **Income** | Gross profit percentage | | | |
| | Gross receipts less returns and allowances | | | |
| | Cost of goods sold | | | |
| | Gross profit | | | |
| | Dividends | | | |
| | Interest | 1,238 | 5,614 | 4,376 |
| | Gross rents and royalties | 352,506 | 372,789 | 20,283 |
| | Capital gain net income from Schedule D | | | |
| | Net gain or (loss) from Form 4797 | | | |
| | Other income | 10,000 | | -10,000 |
| | Total Income | 363,744 | 378,403 | 14,659 |
| **Deductions** | Compensation of officers | | | |
| | Salaries and wages less employment credits | 173,821 | 94,693 | -79,128 |
| | Bad debts | | | |
| | Rents | | | |
| | Taxes and licenses | 101,503 | 96,063 | -5,440 |
| | Interest | | | |
| | Charitable contributions | | | |
| | Depreciation | 8,224 | 6,705 | -1,519 |
| | Advertising | | | |
| | Pension, profit-sharing, etc., plans | | | |
| | Employee benefit programs | 7,064 | 4,153 | -2,911 |
| | Domestic production activities deduction | | | |
| | Other deductions | 390,589 | 158,585 | -232,004 |
| | Total deductions | 681,201 | 360,199 | -321,002 |
| | Taxable income before sec 1382, NOL & special deductions | -317,457 | 18,204 | 335,661 |
| | Deductions and adjustments under section 1382 | | | |
| | Net operating loss | | 18,204 | 18,204 |
| | Special deductions | | | |
| **Tax and Payments** | Taxable income | -317,457 | | 317,457 |
| | Income tax | 0 | 0 | 0 |
| | Alternative minimum tax | | | |
| | Foreign tax credit | | | |
| | Credit from Form 8834 | | | |
| | General business credit | | | |
| | Credit for prior year minimum tax | | | |
| | Other taxes | | | |
| | Total tax (Including additional taxes) | 0 | 0 | 0 |

D480 12/08/2009 6:36 PM

| Form **1120-C** | Two Year Comparison Worksheet Page 2 | | | 2007 & 2008 |
|---|---|---|---|---|

| Name | | | | Employer Identification Number |
|---|---|---|---|---|
| Linnton Plywood Association | | | | 93-0396404 |

| | | 2007 | 2008 | Differences |
|---|---|---|---|---|
| **Payments and Credits** | Prior year overpayment credited to current year | | | |
| | Current year estimated tax payments | | | |
| | Refund applied for on Form 4466 | ( X | ) | |
| | Tax deposited with Form 7004 | | | |
| | Credit from Form 2439 | | | |
| | Credit for Federal tax on fuels | | | |
| | Refundable credits | | | |
| | Section 1383 credit | | | |
| | Backup withholding | | | |
| | Total payments and credits | | | |
| **Tax Due or Refund** | Tax due (overpayment) | 0 | 0 | 0 |
| | Estimated tax penalty from Form 2220 | | | |
| | Penalties and interest | | | |
| | Net tax due (overpayment) | 0 | 0 | 0 |
| | Amount of overpayment credited to next year's tax | | | |
| | Amount of overpayment refunded | | | |
| **Sch L** | Beginning assets | 875,603 | 1,335,419 | 459,816 |
| | Beginning liabilities and equity | 875,603 | 1,335,419 | 459,816 |
| | Ending assets | 785,703 | 1,528,963 | 743,260 |
| | Ending liabilities and equity | 785,703 | 1,528,963 | 743,260 |
| **Sch M-1** | Net income per books | | | |
| | Federal income tax | | | |
| | Excess of capital losses over capital gains | | | |
| | Taxable income not on books | | | |
| | Book expenses not deducted | 22,889 | 16,060 | -6,829 |
| | Income on books not on return | 312,598 | -23,951 | -336,549 |
| | Return deductions not on books | 27,888 | 21,807 | -6,081 |
| | Income per return | -317,597 | 18,204 | 335,801 |
| **Sch M-2** | Beginning of year balance | -57,891 | -57,891 | |
| | Net income (loss) per books | | | |
| | Other increases | | | |
| | Cash distributions | | | |
| | Stock distributions | | | |
| | Property distributions | | | |
| | Other decreases | | | |
| | Balance at end of year | -57,891 | -57,891 | |
| **Sch M-3** | Total income (loss) items: | | | |
| | Income (loss) per income statement | | | |
| | Temporary difference | | | |
| | Permanent difference | | | |
| | Income (loss) per tax return | | | |
| | Total expense/deduction items: | | | |
| | Expense per income statement | | | |
| | Temporary difference | | | |
| | Permanent difference | | | |
| | Deduction per tax return | | | |
| | Other items with no differences: | | | |
| | Income (loss) per income statement | | | |
| | Income (loss) per tax return | | | |
| | Reconciliation totals: | | | |
| | Income (loss) per income statement | | | |
| | Temporary difference | | | |
| | Permanent difference | | | |
| | Income (loss) per tax return | | | |

# Federal Statements

## Form 1120-C, Page 1, Line 5 - Interest

| Description | Amount |
|---|---|
| Interest income | $ 5,614 |
| Total | $ 5,614 |

## Form 1120-C, Page 1, Line 6 - Gross Rents and Royalties

| Description | Amount |
|---|---|
| Gross Rents | $ 372,789 |
| Total | $ 372,789 |

## Form 1120-C, Page 1, Line 15 - Taxes and Licenses

| Description | Amount |
|---|---|
| City of PDX Bus. Lic Fee | $ 100 |
| Other taxes - Paychex | 6,558 |
| State Corp. Income Tax | 10 |
| Multnomah County | 100 |
| Property taxes | 89,295 |
| Total | $ 96,063 |

# Federal Statements

## Form 1120-C, Page 5, Schedule L, Line 2a - Trade Notes and Accounts Receivable

| Description | Beginning of Year | End of Year |
|---|---|---|
| Rent Receivable | $ | $ 145,836 |
| Total | $ 0 | $ 145,836 |

## Form 1120-C, Page 5, Schedule L, Line 15 - Mortgages, Notes, Bonds Payable

| Description | Beginning of Year | End of Year |
|---|---|---|
| Ins. Premium Financing | $ | $ 7,080 |
| Ins. Premium Financing | | 1,425 |
| Total | $ 0 | $ 8,505 |

## Form 1120-C, Page 5, Schedule L, Line 27 - Cost of Treasury Stock

| Description | Beginning of Year | End of Year |
|---|---|---|
| Treasury stock - cost | $ 592,092 | $ 592,092 |
| Total | $ 592,092 | $ 592,092 |

0480,09/01/2009 12:23 PM

| Form **1120-C** | | U.S. Income Tax Return for Cooperative Associations | | | | OMB No. 1545-2052 |
|---|---|---|---|---|---|---|

Department of the Treasury
Internal Revenue Service

For calendar year 2007 or tax year beginning **4/01/07**, ending **3/31/08**

► See separate Instructions.

**2007**

**A** Check if:
1 ☐ Consolidated return (attach Form 851)
2 ☐ Schedule M-3 (Form 1120) attached
3 ☐ Form 1120 filed in previous tax year

Please print or type

Name Number, street, and room or suite no. (If a P.O. box, see instructions.)
LINNTON PLYWOOD ASSOCIATION

10504 NW ST. HELENS ROAD

City or town, state, and ZIP code
PORTLAND          OR 97231

**B** Employer Identification number
93-0396404

**C** Check if:
(1) Farmers' tax exempt cooperative ☐
(2) Nonexempt cooperative ☒

**D** Check if: (1) ☐ Initial return   (2) ☐ Final return   (3) ☐ Name change   (4) ☐ Address change   (5) ☒ Amended return   **STMT 1**

| | | | | | | |
|---|---|---|---|---|---|---|
| Income | 1a | Gross receipts or sales | b Less returns and allowances | c Bal ► | 1c | |
| | 2 | Cost of goods sold (Schedule A, line 9) | | | 2 | |
| | 3 | Gross profit. Subtract line 2 from line 1c | | | 3 | |
| | 4 | Dividends (Schedule C, line 19) | | AMENDED | 4 | |
| | 5 | Interest | | | 5 | 1,238 |
| | 6 | Gross rents and royalties | | | 6 | 352,506 |
| | 7 | Capital gain net income (attach Schedule D (Form 1120)) | | | 7 | |
| | 8 | Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) | | | 8 | |
| | 9 | Other income (see instructions—attach schedule) | | SEE STMT 2 | 9 | 10,000 |
| | 10 | Total income. Add lines 3 through 9 | | ► | 10 | 363,744 |
| Deductions (See instructions for limitations on deductions) | 11 | Compensation of officers (Schedule E, line 4) | | | 11 | |
| | 12 | Salaries and wages (less employment credits) | | | 12 | 92,821 |
| | 13 | Bad debts | | | 13 | |
| | 14 | Rents | | | 14 | |
| | 15 | Taxes and licenses | | | 15 | 94,103 |
| | 16 | Interest | | | 16 | |
| | 17 | Charitable contributions | | | 17 | |
| | 18 | Depreciation not claimed in Schedule A or elsewhere on return (attach Form 4562) | | | 18 | 8,224 |
| | 19 | Advertising | | | 19 | |
| | 20 | Pension, profit-sharing, etc., plans | | | 20 | |
| | 21 | Employee benefit programs | | | 21 | 4,180 |
| | 22 | Domestic production activities deduction (attach Form 8903) | | | 22 | |
| | 23 | Other deductions (attach schedule) | | SEE STMT 3 | 23 | 214,402 |
| | 24 | Total deductions. Add lines 11 through 23 | | ► | 24 | 413,730 |
| | 25 | Taxable income before section 1382, NOL, and special deductions. Subtract line 24 from line 10 | | | 25 | -49,986 |
| | 26 | Less: a Deductions and adjustments under section 1382 | | | | |
| | | (Schedule H, line 5) | 26a | | | |
| | | b Net operating loss deduction (see instructions) | 26b | | | |
| | | c Special deductions (Schedule C, line 20) | 26c | | 26d | |
| | 27 | Taxable income. Subtract line 26d from line 25 (see instructions) | | | 27 | -49,986 |
| | 28 | Total tax (Schedule J, line 9) | | | 28 | 0 |

| | | | | | |
|---|---|---|---|---|---|
| Tax and Payments | 29a | 2006 overpayment credited to 2007 | 29a | | |
| | b | 2007 estimated tax payments | 29b | | |
| | c | 2007 refund applied for on Form 4466 | 29c | d Bal► 29d | |
| | e | Tax deposited with Form 7004 | | 29e | |
| | f | Credits: (1) Form 2439 | (2) Form 4136 | 29f | |
| | g | Section 1383 adjustment (see instructions) | | 29g | 29h |
| | 30 | Estimated tax penalty (see instructions). Check if Form 2220 is attached ► ☐ | | | 30 |
| | 31 | Amount owed. If line 29h is smaller than the total of lines 28 and 30, enter amount owed | | | 31 |
| | 32 | Overpayment. If line 29h is larger than the total of lines 28 and 30, enter amount overpaid | | | 32 |
| | 33 | Enter amount of line 32 you want: Credited to 2008 estimated tax ► | | Refunded ► | 33 |

**Sign Here**
Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer          Date  9-14-09   Title

May the IRS discuss this return with the preparer shown below (see instr.)? ☒ Yes ☐ No

**Paid Preparer's Use Only**

| Preparer's signature | | Date 9/01/09 | Check if self-employed ☐ | Preparer's SSN or PTIN P00158922 |
|---|---|---|---|---|
| Firm's name (or yours if self-employed), address, and ZIP code | FELLNER & KUHN, P.C. 9001 SW 5TH AVE #1815 PORTLAND, OR   97204-1227 | | | EIN 93-0641854 Phone no. 503-227-0443 |

For Privacy Act and Paperwork Reduction Act Notice, see separate Instructions.

Form **1120-C** (2007)

DAA

Form 1120-C (2007)   LINNTON PLYWOOD ASSOCIATION      93-0396404   **AMENDED**      Page 2

## Schedule A     Cost of Goods Sold (see instructions)

| | | |
|---|---|---|
| 1 | Inventory at beginning of year | 1 |
| 2 | Purchases | 2 |
| 3 | Cost of labor | 3 |
| 4 | Per-unit retain allocations paid in: | |
| a | Qualified per-unit retain certificates | 4a |
| b | Money or other property (except nonqualified per-unit certificates) | 4b |
| 5 | Nonqualified per-unit retain certificates redeemed this year | 5 |
| 6a | Additional section 263A costs (attach schedule) | 6a |
| b | Other costs (attach schedule) | 6b |
| 7 | **Total.** Add lines 1 through 6b | 7 |
| 8 | Inventory at end of year | 8 |
| 9 | **Cost of goods sold.** Subtract line 8 from line 7. Enter here and on line 2, page 1 | 9 |

10a  Check all methods used for valuing closing inventory:

    (I) ☐ Cost as described in Regulations section 1.471-3

    (II) ☒ Lower of cost or market as described in Regulations section 1.471-4

    (III) ☐ Other (Specify method used and attach explanation) ▶

  b Check if there was a writedown of subnormal goods as described in Regulations section 1.471-2(c) ▶ ☐

  c Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ▶ ☐

  d If the LIFO inventory method was used for this tax year, enter percentage (or amounts) of

    closing inventory computed under LIFO | 10d |

  e If property is produced or acquired for resale, do the rules of section 263A apply to the cooperative? ☒ Yes ☐ No

  f Was there any change in determining quantities, cost, or valuations between opening and closing inventory? ☐ Yes ☒ No

    If "Yes," attach explanation.

## Schedule C     Dividends and Special Deductions (see instructions)

| | | (a) Dividends received | (b) % | (c) Deduction ((a) x (b)) |
|---|---|---|---|---|
| 1 | Dividends from less-than-20%-owned domestic corporations (other than debt-financed stock) | | 70 | |
| 2 | Dividends from 20%-or-more-owned domestic corporations (other than debt-financed stock) | | 80 | |
| 3 | Dividends on debt-financed stock of domestic and foreign corporations | | See instructions | |
| 4 | Dividends on certain preferred stock of less-than-20%-owned public utilities | | 42 | |
| 5 | Dividends on certain preferred stock of 20%-or-more-owned public utilities | | 48 | |
| 6 | Dividends from less-than-20%-owned foreign corporations and certain FSCs | | 70 | |
| 7 | Dividends from 20%-or-more-owned foreign corporations and certain FSCs | | 80 | |
| 8 | Dividends from wholly owned foreign subsidiaries | | 100 | |
| 9 | **Total.** Add lines 1 through 8. See instructions for limitation | | | |
| 10 | Dividends from domestic corporations received by a small business investment company operating under the Small Business Investment Act of 1958 | | 100 | |
| 11 | Dividends from affiliated group members | | 100 | |
| 12 | Dividends from certain FSCs | | See instructions | |
| 13 | Dividends from foreign corporations not included on lines 3, 6, 7, 8, 11, or 12 | | | |
| 14 | Income from controlled foreign corporations under subpart F (attach Form(s) 5471) | | | |
| 15 | Foreign dividend gross-up | | | |
| 16 | IC-DISC and former DISC dividends not included on lines 1, 2, or 3 | | | |
| 17 | Other dividends | | | |
| 18 | Deduction for dividends paid on certain preferred stock of public utilities | | | |
| 19 | **Total dividends.** Add lines 1 through 17. Enter here and on line 4, page 1 ▶ | | | |

Fellner & Kuhn, P.C.

20 **Total special deductions.** Add lines 9, 10, 11, 12, and 18. Enter here and on line 26c, page 1 ▶

DAA

Form **1120-C** (2007)

Form 1120-C (2007)   LINNTON PLYWOOD ASSOCIATION                93-0396404   **AMENDED**   Page 3

**Schedule E**   Compensation of Officers (See instructions for line 11, page 1.)

Complete Schedule E only if total receipts (line 1a, plus lines 4 through 9, of page 1) are $500,000 or more.

| (a) Name of officer | (b) Social security number | (c) Percent of time devoted to business | Percent of association's stock owned | | (f) Amount of compensation |
|---|---|---|---|---|---|
| | | | (d) Common | (e) Preferred | |
| 1 | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |

| | | |
|---|---|---|
| 2 | Total compensation of officers | 2 |
| 3 | Compensation of officers claimed on Schedule A and elsewhere on return | 3 |
| 4 | Subtract line 3 from line 2. Enter the result here and on line 11, page 1 | 4 |

**Schedule G**   Allocation of Patronage and Nonpatronage Income and Deductions. Before completing, see Question 14 of Schedule K.

| | | | (a) Patronage | (b) Nonpatronage |
|---|---|---|---|---|
| 1 | Gross receipts or sales | 1 | | |
| 2 | Cost of goods sold | 2 | | |
| 3 | Gross profit. Subtract line 2 from line 1 | 3 | | |
| 4 | Other income | 4 | | 363,744 |
| 5 | Total income. Combine lines 3 and 4 | 5 | | 363,744 |
| 6a | Domestic production activities deduction (attach Form 8903) | 6a | | |
| b | Other deductions | 6b | | 413,730 |
| c | Total deductions (add lines 6a and 6b) | 6c | | 413,730 |
| 7 | Taxable income before section 1382, NOL, and special deductions. Subtract line 6c from line 5 | 7 | | -49,986 |
| 8 | Deductions and adjustments under section 1382 from Schedule H, line 5 (see instructions) | 8 | | |
| 9a | Net operating loss deduction (attach schedule) | 9a | | |
| b | Special deductions (see instructions) | 9b | | |
| 10 | Taxable income. Subtract the total of lines 8, 9a, and 9b from line 7 | 10 | 0 | -49,986 |
| 11 | Combined taxable income. Combine columns (a) and (b) of line 10 (see instructions) | 11 | -49,986 | |
| 12 | Unused patronage loss (see instructions) | 12 | | |
| 13 | Unused nonpatronage loss (see instructions) | 13 | | 1,577,895 |

**Schedule H**   Deductions and Adjustments Under Section 1382 (see instructions)

| | | |
|---|---|---|
| 1 | Dividends paid on capital stock (section 521 cooperatives only) | 1 |
| 2 | Nonpatronage income allocated to patrons (section 521 cooperatives only) | 2 |
| 3 | Patronage dividends: | |
| a | Money | 3a |
| b | Qualified written notices of allocation | 3b |
| c | Other property (except nonqualified written notices of allocation) | 3c |
| d | Money or other property (except written notices of allocation) in redemption of nonqualified written notices of allocation | 3d |
| 4 | Domestic production activities deduction allocated to patrons | 4 ( ) |
| 5 | Total. Combine lines 1 through 4. Enter here and on line 26a, page 1, and Schedule G, line 8 | 5 |

Form **1120-C** (2007)

Fellner & Kuhn, P.C.

DAA

Form 1120-C (2007)   LINNTON PLYWOOD ASSOCIATION   93-0396404   **AMENDED**   Page 4

## Schedule J   Tax Computation (see instructions)

| | | | | | |
|---|---|---|---|---|---|
| 1 | Check if the cooperative is a member of a controlled group (attach Schedule O (Form 1120)) ▶ ☐ | | | | |
| 2 | Income tax (see instructions) | | | 2 | 0 |
| 3 | Alternative minimum tax (attach Form 4626) | | | 3 | |
| 4 | Add lines 2 and 3 | | | 4 | 0 |
| 5a | Foreign tax credit (attach Form 1118) | 5a | | | |
| b | Credit from Forms 5735 and 8834 | 5b | | | |
| c | General business credit. Check applicable box(es): ☐ Form 3800 ☐ Form 5884 ☐ Form 6478 ☐ Form 8835, Section B ☐ Form 8844 ☐ Form 8846 | 5c | 0 | | |
| d | Credit for prior year minimum tax (attach Form 8827) | 5d | | | |
| 6 | Total credits. Add lines 5a through 5d | | | 6 | |
| 7 | Subtract line 6 from line 4 | | | 7 | |
| 8 | Other taxes. Check if from: ☐ Form 4255 ☐ Form 8611 ☐ Other (attach schedule) Form 8902 | | | 8 | |
| 9 | Total tax. Add lines 7 and 8. Enter here and on line 28, page 1 | | | 9 | 0 |

## Schedule K   Other Information (see instructions)

| | | Yes | No |
|---|---|---|---|
| 1 | Check accounting method: | | |
| a | ☐ Cash | | |
| b | ☒ Accrual | | |
| c | ☐ Other (specify) ▶ | | |
| 2 | See the instructions and enter the: | | |
| a | Business activity code no. ▶ 321210 | | |
| b | Business activity ▶ MANUFACTURING | | |
| c | Product or service ▶ PLYWOOD | | |
| 3 | Enter the date of incorporation ▶ 2/02/1951 | | |
| 4 | At the end of the tax year, did the cooperative own, directly or indirectly, 50% or more of the voting stock of a domestic corporation? (For rules of attribution, see section 267(c).) If "Yes," attach a schedule showing: (a) name and employer identification number (EIN), (b) percentage owned, and (c) taxable income or (loss) before NOL and special deductions of such corporation for the tax year ending with or within your tax year. | | X |
| 5 | Is the cooperative a subsidiary in an affiliated group or a parent-subsidiary controlled group? If "Yes," enter name and EIN of the parent corporation ▶ | | X |
| 6 | At the end of the tax year, did any individual, partnership, corporation, estate, or trust own, directly or indirectly, 50% or more of the cooperative's voting stock? (For rules of attribution, see section 267(c).) If "Yes," attach a schedule showing name and identifying number. (Do not include any information already entered in 5 above.) Enter percentage owned ▶ | | X |
| 7 | Enter the cooperative's total assets (see instructions) ▶ $ 1,335,419 | | |

| | | Yes | No |
|---|---|---|---|
| 8 | At any time during the tax year, did one foreign person own, directly or indirectly, at least 25% of (a) the total voting power of all classes of stock of the cooperative entitled to vote or (b) the total value of all classes of stock of the cooperative? If "Yes," enter: (a) Percentage owned ▶ and (b) Owner's country ▶ | | X |
| c | The cooperative may have to file Form 5472, Information Return of a 25% Foreign-Owned U.S. Corporation or a Foreign Corporation Engaged in a U.S. Trade or Business. Enter number of Forms 5472 attached ▶ | | |
| 9 | Check this box if the cooperative issued publicly offered debt instruments with original issue discount ▶ ☐ If checked, the cooperative may have to file Form 8281, Information Return for Publicly Offered Original Issue Discount Instruments. | | |
| 10 | Enter the amount of tax-exempt income received or accrued during the tax year (for example, interest or extraterritorial income) ▶ $ 0 | | |
| 11a | Enter the number of foreign patrons at the end of the tax year ▶ | | |
| b | Enter the total amount of patronage distributions described in (or deducted under) IRC 1382(b) paid or allocated to foreign patrons ▶ 0 | | |
| 12 | If the cooperative has an NOL for the tax year and is electing to forego the carryback period, check here ▶ ☐ If the cooperative is filing a consolidated return, the statement required by Regulations section 1.1502-21(b)(3) must be attached or the election will not be valid. | | |
| 13 | Enter the available NOL carryover from prior tax years (Do not reduce it by any deduction on line 26b.) Patronage ▶ $ Nonpatronage ▶ $ 1,527,909 | | |
| 14 | Are the cooperative's total receipts (line 1a plus lines 4 through 9 on page 1) for the tax year and its total assets at the end of the tax year less than $250,000? If "Yes," the cooperative is not required to complete Schedules G, L, M-1, or M-2. Instead, enter the total amount of cash distributions and the book value of property distributions (other than cash) made during the tax year. ▶ $ | | X |

Fellner & Kuhn, P.C.

Form 1120-C (2007)

Form 1120-C (2007)   LINNTON PLYWOOD ASSOCIATION   93-0396404   **AMENDED**   Page 5

## Schedule L — Balance Sheets per Books

| | Assets | (a) Beginning of tax year | (b) Beginning of tax year | (c) End of tax year | (d) End of tax year |
|---|---|---|---|---|---|
| 1 | Cash | | 196,406 | | 192,613 |
| 2a | Trade notes and accounts receivable | | | | |
| b | Less allowance for bad debts | ( | ( | ( | ( |
| 3 | Inventories | | | | |
| 4 | Other current assets (att. sch.)  STMT 4 | | 351,405 | | 273,522 |
| 5 | Investments (see instructions) | | | | |
| 6 | Loans to shareholders | | | | |
| 7 | Mortgage and real estate loans | | | | |
| 8a | Buildings and other depreciable assets | 793,925 | | 793,925 | |
| b | Less accumulated depreciation | ( 742,243) | 51,682 | ( 750,467) | 43,458 |
| 9a | Depletable assets | | | | |
| b | Less accumulated depletion | ( | | ( | |
| 10 | Land (net of amortization) | | 276,110 | | 276,110 |
| 11a | Intangible assets (amortizable only) | | | | |
| b | Less accumulated amortization | ( | | ( | |
| 12 | Other assets (attach sch.)  STMT 5 | | 282,104 | | 549,716 |
| 13 | **Total assets** | | 1,157,707 | | 1,335,419 |
| | **Liabilities and Capital** | | | | |
| 14 | Accounts payable | | | | 153,887 |
| 15 | Mortgages, notes, bonds payable in less than 1 year | | | | |
| 16 | Other current liabilities (att. sch.)  STMT 6 | | 27,920 | | 96,731 |
| 17 | Loans from shareholders | | | | |
| 18 | Mortgages, notes, bonds payable in 1 year or more | | | | |
| 19 | Other liabilities (attach schedule)  STMT 7 | | 779,770 | | 734,784 |
| 20 | Capital stock:  a Preferred stock | | | | |
| | b Common stock | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 |
| 21 | Additional paid-in capital | | | | |
| 22 | Patronage dividends allocated in noncash form | | | | |
| 23 | Per-unit retains allocated in noncash form | | | | |
| 24 | Retained earnings—Appropriated (att. sch.) | | | | |
| 25 | Retained earnings—Unappropriated | | -57,891 | | -57,891 |
| 26 | Adjustments to SH equity (att.sch.) | | | | |
| 27 | Less cost of treasury stock | | ( 592,092) | | ( 592,092) |
| 28 | **Total liabilities and capital** | | 1,157,707 | | 1,335,419 |

## Schedule M-1 — Reconciliation of Income (Loss) per Books With Income per Return

Note: Schedule M-3 required instead of Schedule M-1 if total assets are $10 million or more—see instructions

| | | | | | |
|---|---|---|---|---|---|
| 1 | Net income (loss) per books | | 7 | Income recorded on books this year | |
| 2 | Federal income tax per books | | | not included in this tax return (itemize): | |
| 3 | Excess of capital losses over capital gains | | | Tax-exempt interest $ | |
| 4 | Income subject to tax not recorded on | | | | |
| | books this year (itemize): | | | STMT 9   44,987 | 44,987 |
| | | | 8 | Deductions in this tax return not charged | |
| 5 | Expenses recorded on books this year not | | | against book income this year (itemize): | |
| | deducted in this return (itemize): | | a | Depreciation $ | |
| a | Depreciation $ | | b | Charitable contributions $ | |
| b | Charitable contributions $ | | | STMT 10   27,888 | |
| c | Travel and entertainment $ 1,082 | | | | 27,888 |
| | STMT 8   21,807 | 22,889 | 9 | Add lines 7 and 8 | 72,875 |
| 6 | Add lines 1 through 5 | 22,889 | 10 | Income (line 25, page 1)—line 6 less line 9 | -49,986 |

## Schedule M-2 — Analysis of Unappropriated Retained Earnings per Books (Line 25, Schedule L)

| | | | | | |
|---|---|---|---|---|---|
| 1 | Balance at beginning of year | -57,891 | 5 | Distributions:  a Cash | |
| 2 | Net income (loss) per books | 0 | | b Stock | |
| 3 | Other increases (itemize): | | | c Property | |
| | | | 6 | Other decreases (itemize): | |
| | | | 7 | Add lines 5 and 6 | |
| 4 | Add lines 1, 2, and 3 | -57,891 | 8 | Balance at end of year (line 4 less line 7) | -57,891 |

Form **1120-C** (2007)

DAA

Feilner & Kuhn P.C.

Smob, Ussy 1/2009 12:23 PM

Form **4562**

Department of the Treasury
Internal Revenue Service

## Depreciation and Amortization

### (Including Information on Listed Property)

▶ See separate instructions.   ▶ Attach to your tax return.

OMB No. 1545-0172

**2007**

Attachment
Sequence No. **67**

Name(s) shown on return
LINNTON PLYWOOD ASSOCIATION

Identifying number
93-0396404

Business or activity to which this form relates
REGULAR DEPRECIATION

**Part I**   Election To Expense Certain Property Under Section 179
Note: If you have any listed property, complete Part V before you complete Part I.

| | | | | | |
|---|---|---|---|---|---|
| 1 | Maximum amount. See the instructions for a higher limit for certain businesses | | | **1** | 125,000 |
| 2 | Total cost of section 179 property placed in service (see instructions) | | | **2** | |
| 3 | Threshold cost of section 179 property before reduction in limitation | | | **3** | 500,000 |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | | | **4** | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | | | **5** | |

| (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|
| 6 | | |
| | | |

| | | | | | |
|---|---|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 | | **7** | | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | | | **8** | |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 | | | **9** | |
| 10 | Carryover of disallowed deduction from line 13 of your 2006 Form 4562 | | | **10** | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 (see instructions) | | | **11** | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11 | | | **12** | |
| 13 | Carryover of disallowed deduction to 2008. Add lines 9 and 10, less line 12 ... ▶ | **13** | | | |

Note: Do not use Part II or Part III below for listed property. Instead, use Part V.

**Part II**   Special Depreciation Allowance and Other Depreciation (Do not include listed property.) (See instructions.)

| | | | |
|---|---|---|---|
| 14 | Special allowance for qualified New York Liberty or Gulf Opportunity Zone property (other than listed property) and cellulosic biomass ethanol plant property placed in service during the tax year (see instructions) | **14** | |
| 15 | Property subject to section 168(f)(1) election | **15** | |
| 16 | Other depreciation (including ACRS) | **16** | 5,162 |

**Part III**   MACRS Depreciation (Do not include listed property.) (See instructions.)

#### Section A

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2007 | **17** | 3,062 |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here ▶ | | |

#### Section B-Assets Placed In Service During 2007 Tax Year Using the General Depreciation System

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only-see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a  3-year property | | | | | | |
| b  5-year property | | | | | | |
| c  7-year property | | | | | | |
| d  10-year property | | | | | | |
| e  15-year property | | | | | | |
| f  20-year property | | | | | | |
| g  25-year property | | | 25 yrs. | | S/L | |
| h  Residential rental property | | | 27.5 yrs. | MM | S/L | |
| | | | 27.5 yrs. | MM | S/L | |
| i  Nonresidential real property | | | 39 yrs. | MM | S/L | |
| | | | | MM | S/L | |

#### Section C-Assets Placed in Service During 2007 Tax Year Using the Alternative Depreciation System

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a  Class life | | | | | S/L | |
| b  12-year | | | 12 yrs. | | S/L | |
| c  40-year | | | 40 yrs. | MM | S/L | |

**Part IV**   Summary (see instructions)

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 | **21** | |
| 22 | Total. Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations-see instr. | **22** | 8,224 |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | **23** | |

For Paperwork Reduction Act Notice, see separate instructions.

DAA

Form **4562** (2007)

THERE ARE NO AMOUNTS FOR PAGE 2

**Form 1120**

NOL and Contribution Carryover Worksheet - Regular Tax

**2007**

For calendar year 2007 or tax year beginning  4/01/07 , ending  3/31/08

Name

**AMENDED**

LINNTON PLYWOOD ASSOCIATION

Employer Identification Number

93-0396404

| Preceding Taxable Year | Adj. To NOL Inc/(Loss) After Adj. | NOL Utilized (Income Offset) | Carryovers | Income Offset By NOL Carryback/ Carryover NOL Utilized | Carryover |
|---|---|---|---|---|---|
| | | **Prior Year** | | **Current Year** | **Next Year** |
| 15th 3/31/93 | | | | | |
| 14th 3/31/94 | | | | | |
| 13th 3/31/95 | | | | | |
| 12th 3/31/96 | | | | | |
| 11th 3/31/97 | | | | | |
| 10th 3/31/98 | | | | | |
| 9th 3/31/99 | | | | | |
| 8th 3/31/00 | | | | | |
| 7th 3/31/01 | -46,813 | | 46,813 | | 46,813 |
| 6th 3/31/02 | -556,891 | | 556,891 | | 556,891 |
| 5th 3/31/03 | -356,521 | | 356,521 | | 356,521 |
| 4th 3/31/04 | -257,755 | | 257,755 | | 257,755 |
| 3rd 3/31/05 | -180,520 | | 180,520 | | 180,520 |
| 2nd 3/31/06 | -43,028 | | 43,028 | | 43,028 |
| 1st 3/31/07 | -86,381 | | 86,381 | | 86,381 |

NOL Carryover Available To Current Year          1,527,909

| Current Year | 0 -49,986 | | | | 49,986 |

NOL Carryover Available To Next Year          1,577,895

| Charitable Contributions | | Prior Year | | Current Year | | Next Year |
|---|---|---|---|---|---|---|
| Preceding Tax Year | Excess Contributions | Utilized Or Reclassed to NOL | Carryover | Reclassed to NOL (Reg.Sec. 1.170A-11(c)(2)) | Carryovers Utilized | Carryover |
| 5th 3/31/03 | | | | | | |
| 4th 3/31/04 | | | | | | |
| 3rd 3/31/05 | | | | | | |
| 2nd 3/31/06 | | | | | | |
| 1st 3/31/07 | | | | | | |
| Charitable Contribution Carryover To Current Year | | | 0 | | | |
| Current Year | 0 | | | | | 0 |
| Charitable Contribution Carryover Available To Next Year | | | | | | 0 |

0480'09/01/2009 12:23 PM

## NOL and Contribution Carryover Worksheet - AMT

| Form **1120** | | | | | | **2007** |
|---|---|---|---|---|---|---|

For calendar year 2007 or tax year beginning   **4/01/07** , ending   **3/31/08**

Name

LINNTON PLYWOOD ASSOCIATION

**AMENDED**

Employer Identification Number

93-0396404

| | | Prior Year | | Current Year | Next Year |
|---|---|---|---|---|---|
| Preceding Taxable Year | Adj. To NOL Incl/(Loss) After Adj. | NOL Utilized (Income Offset) | Carryovers | Income Offset By NOL Carryback/ Carryover NOL Utilized | Carryover |
| 15th 3/31/93 | | | | | |
| 14th 3/31/94 | | | | | |
| 13th 3/31/95 | | | | | |
| 12th 3/31/96 | | | | | |
| 11th 3/31/97 | | | | | |
| 10th 3/31/98 | | | | | |
| 9th 3/31/99 | | | | | |
| 8th 3/31/00 | | | | | |
| 7th 3/31/01 | -231,799 | 184,986 | 46,813 | | 46,813 |
| 6th 3/31/02 | -559,731 | | 559,731 | | 559,731 |
| 5th 3/31/03 | -359,928 | | 359,928 | | 359,928 |
| 4th 3/31/04 | -257,756 | | 257,756 | | 257,756 |
| 3rd 3/31/05 | -180,519 | | 180,519 | | 180,519 |
| 2nd 3/31/06 | -43,028 | | 43,028 | | 43,028 |
| 1st 3/31/07 | -86,381 | | 86,381 | | 86,381 |
| NOL Carryover Available To Current Year | | | 1,534,156 | | |
| Current Year | 0 -49,987 | | | | 49,987 |
| NOL Carryover Available To Next Year | | | | | 1,584,143 |

| **Charitable Contributions** | | Prior Year | | Current Year | | Next Year |
|---|---|---|---|---|---|---|
| Preceding Tax Year | Excess Contributions | Utilized Or Reclassed to NOL | Carryover | Reclassed to NOL (Reg.Sec. 1.170A-11(c)(2)) | Carryovers Utilized | Carryover |
| 5th 3/31/03 | | | | | | |
| 4th 3/31/04 | | | | | | |
| 3rd 3/31/05 | | | | | | |
| 2nd 3/31/06 | | | | | | |
| 1st 3/31/07 | | | | | | |
| Charitable Contribution Carryover To Current Year | | | 0 | | | |
| Current Year | 0 | | | | | 0 |
| Charitable Contribution Carryover Available To Next Year | | | | | | 0 |



0480  Linnton Plywood Association
93-0396404
FYE: 3/31/2008

# Federal Statements

## Statement 1 - Form 1120-C, Page 1, Item D(5) - Reason for Amended Return

| Description |
| --- |

THE AMENDMENT IS NECESSARY TO RECLASSIFY EXPENSES ASSOCIATED WITH THE SALE
OF REAL PROPERTY.  EXPENSES WERE REDUCED AS FOLLOWS:

| | |
| --- | --- |
| PAYROLL | $ 81,000 |
| PAYROLL TAX AND INSURANCE | 10,285 |
| PROFESSIONAL FEES | 176,327 |
| TOTAL | $267,612 |

THE TOTAL AMOUNT OF EXPENSES LISTED ABOVE, $267,612, WAS CAPITALIZED AS A
PREPAID SELLING COST.

## Statement 2 - Form 1120-C, Page 1, Line 9 - Other Income

| Description | Amount |
| --- | --- |
| MISCELLANEOUS INCOME | $ 10,000 |
| TOTAL | $ 10,000 |

## Statement 3 - Form 1120-C, Page 1, Line 23 - Other Deductions

| Description | Amount |
| --- | --- |
| FUEL, POWER, WATER | $ 41,698 |
| INSURANCE | 49,837 |
| SECURITY PATROL | 49,164 |
| PROFESSIONAL FEES | 47,437 |
| TELEPHONE | 2,036 |
| OFFICE SUPPLIES & EXPENSE | 582 |
| PRINTING AND POSTAGE | 433 |
| FEES, LICENSES & PERMITS | 20,805 |
| DUES & SUBSCRIPTIONS | 274 |
| MISCELLANEOUS & BANK FEES | 913 |
| 50% OF MEALS & ENTERTAINMENT | 1,083 |
| REPAIRS AND MAINTENANCE | 140 |
| TOTAL | $ 214,402 |

Fellner & Kuhn, P.C.

0480  Linnton Plywood Association
93-0396404
FYE: 3/31/2008

**Federal Statements**

9/1/2009  12:22 PM

### Statement 4 - Form 1120-C, Page 5, Schedule L, Line 4 - Other Current Assets

| Description | Beginning of Year | End of Year |
|---|---|---|
| UNEXPIRED INSURANCE | $ 21,882 | $ 13,671 |
| ACCOUNTS RECEIVABLE - OTHER | -10,000 | |
| PREPAID PROPERTY TAXES | 18,211 | |
| DEFERRED INCOME TAXES | 135,000 | 135,000 |
| PREPAID ENVIRONMENTAL COSTS | 19,538 | 19,538 |
| RENT RECEIVABLE | 166,774 | 105,313 |
| TOTAL | $ 351,405 | $ 273,522 |

### Statement 5 - Form 1120-C, Page 5, Schedule L, Line 12 - Other Assets

| Description | Beginning of Year | End of Year |
|---|---|---|
| SELLING COSTS - 3/31/06 | $ 133,637 | $ 133,637 |
| SELLING COSTS - 3/31/07 | 148,467 | 148,467 |
| SELLING COSTS - 3/31/08 | | 267,612 |
| TOTAL | $ 282,104 | $ 549,716 |

### Statement 6 - Form 1120-C, Page 5, Schedule L, Line 16 - Other Current Liabilities

| Description | Beginning of Year | End of Year |
|---|---|---|
| ACCRUED PAYROLL TAXES & INSUR | $ 32 | $ |
| ACCRUED INDUSTRIAL ACCIDENT | 27,888 | 21,807 |
| ACCRUED PROPERTY TAX | | 66,420 |
| PREMIUM FINANCING | | 8,504 |
| TOTAL | $ 27,920 | $ 96,731 |

Fellner & Kuhn, P.C.

### Statement 7 - Form 1120-C, Page 5, Schedule L, Line 19 - Other Liabilities

| Description | Beginning of Year | End of Year |
|---|---|---|
| UNRESTRICTED NON-PATRONAGE | $    116,787 | $    116,787 |
| UNRESTRICTED PATRONAGE | 2,184,611 | 2,184,611 |
| RESTRICTED NON-PATRONAGE | 151,333 | 151,333 |
| RESTRICTED PATRONAGE | 62,540 | 62,540 |
| OVERADVANCE 3-94 | -2,342 | -2,342 |
| OVERADVANCE 3-96 | -1,337 | -1,337 |
| OVERADVANCE 3-01 | -25,135 | -25,135 |
| OVERADVANCE 3-02 | -794,465 | -794,465 |
| NON-PATRONAGE 3-03 | -358,444 | -358,444 |
| NON-PATRONAGE 3-04 | -258,998 | -258,998 |
| NON-PATRONAGE 3-05 | -189,771 | -189,771 |
| NON-PATRONAGE 3-06 | -28,667 | -28,667 |
| NON-PATRONAGE 3-07 | -76,342 | -76,342 |
| NON-PATRONAGE 3-08 |  | -44,986 |
| TOTAL | $    779,770 | $    734,784 |

### Statement 8 - Form 1120-C, Page 5, Schedule M-1, Line 5 - Expense on Books Not Deducted

| Description | Amount |
|---|---|
| ACCR IND ACCIDENT 2008 | $    21,807 |
| TOTAL | $    21,807 |

### Statement 9 - Form 1120-C, Page 5, Schedule M-1, Line 7 - Income on Books Not on Return

| Description | Amount |
|---|---|
| NON-PATRONAGE ALLOCATED TO MEMBERS | $    44,987 |
| TOTAL | $    44,987 |

### Statement 10 - Form 1120-C, Page 5, Sch M-1, Line 8 - Deductions on Return Not on Books

| Description | Amount |
|---|---|
| ACCR IND ACCIDENT 2007 | $    27,888 |
| TOTAL | $    27,888 |

Fellner & Kuhn, P.C.

# Federal Statements

### Form 1120-C, Page 1, Line 6 - Gross Rents and Royalties

| Description | Amount |
|---|---|
| GROSS RENTS | $ 352,506 |
| TOTAL | $ 352,506 |

### Form 1120-C, Page 1, Line 15 - Taxes and Licenses

| Description | Amount |
|---|---|
| PROPERTY TAXES | $ 84,631 |
| PAYROLL TAXES | 8,481 |
| OTHER | 881 |
| STATE OF OREGON TAXES | 10 |
| CITY OF PDX BUS. LIC FE | 100 |
| TOTAL | $ 94,103 |

Fellner & Kuhn, P.C.

Form **1120-C**

Department of the Treasury
Internal Revenue Service

# U.S. Income Tax Return for Cooperative Associations

For calendar year 2007 or tax year beginning **4/01/07**, ending **3/31/08**

▶ See separate instructions.

OMB No. 1545-2052

**2007**

**A Check if:**
1 Consolidated return (attach Form 851)
2 Schedule M-3 (Form 1120) attached
3 Form 1120 filed in previous tax year

Please print or type

**Name**
LINNTON PLYWOOD ASSOCIATION

**Number, street, and room or suite no.** (If a P.O. box, see instructions.)
10504 NW ST. HELENS ROAD

**City or town, state, and ZIP code**
PORTLAND                    OR 97231

**B Employer identification number**
93-0396404

**C Check if:**
(1) Farmers' tax exempt cooperative ☐
(2) Nonexempt cooperative ☒

**D Check if:** (1) ☐ Initial return (2) ☐ Final return (3) ☐ Name change (4) ☐ Address change (5) ☐ Amended return

COPY. ONLY DO NOT PROCESS - ATTACHMENT
TO FORM *AMENDED RETURN*

| | | | |
|---|---|---|---:|
| **Income** | 1a | Gross receipts or sales | |
| | | b Less returns and allowances | c Bal ▶ 1c |
| | 2 | Cost of goods sold (Schedule A, line 9) | 2 |
| | 3 | Gross profit. Subtract line 2 from line 1c | 3 |
| | 4 | Dividends (Schedule C, line 19) | 4 |
| | 5 | Interest | 5 | 1,238 |
| | 6 | Gross rents and royalties | 6 | 352,506 |
| | 7 | Capital gain net income (attach Schedule D (Form 1120)) | 7 |
| | 8 | Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) | 8 |
| | 9 | Other income (see instructions—attach schedule)   SEE STMT 1 | 9 | 10,000 |
| | 10 | **Total income.** Add lines 3 through 9 ▶ | 10 | 363,744 |

| | | | |
|---|---|---|---:|
| **Deductions (See instructions for limitations on deductions.)** | 11 | Compensation of officers (Schedule E, line 4) | 11 |
| | 12 | Salaries and wages (less employment credits) | 12 | 173,821 |
| | 13 | Bad debts | 13 |
| | 14 | Rents | 14 |
| | 15 | Taxes and licenses | 15 | 101,503 |
| | 16 | Interest | 16 |
| | 17 | Charitable contributions | 17 |
| | 18 | Depreciation not claimed in Schedule A or elsewhere on return (attach Form 4562) | 18 | 8,224 |
| | 19 | Advertising | 19 |
| | 20 | Pension, profit-sharing, etc., plans | 20 |
| | 21 | Employee benefit programs | 21 | 7,064 |
| | 22 | Domestic production activities deduction (attach Form 8903) | 22 |
| | 23 | Other deductions (attach schedule)   SEE STMT 2 | 23 | 390,729 |
| | 24 | **Total deductions.** Add lines 11 through 23 ▶ | 24 | 681,341 |
| | 25 | Taxable income before section 1382, NOL, and special deductions. Subtract line 24 from line 10 | 25 | -317,597 |
| | 26 | Less: a Deductions and adjustments under section 1382 | | |
| | | (Schedule H, line 5) | 26a |
| | | b Net operating loss deduction (see instructions) | 26b |
| | | c Special deductions (Schedule C, line 20) | 26c |
| | | | 26d |

| | | | |
|---|---|---|---:|
| | 27 | **Taxable income.** Subtract line 26d from line 25 (see instructions) | 27 | -317,597 |
| | 28 | Total tax (Schedule J, line 9) | 28 | 0 |

| | | | | | | |
|---|---|---|---|---|---|---:|
| **Tax and Payments** | 29a | 2006 overpayment credited to 2007 | 29a | | | |
| | b | 2007 estimated tax payments | 29b | | | |
| | c | 2007 refund applied for on Form 4466 | 29c ( | ) d Bal ▶ | 29d | |
| | e | Tax deposited with Form 7004 | | | 29e | |
| | f | Credits: (1) Form 2439 | (2) Form 4136 | | 29f | |
| | g | Section 1383 adjustment (see instructions) | | | 29g | |
| | | | | | 29h | |
| | 30 | Estimated tax penalty (see instructions). Check if Form 2220 is attached ▶ ☐ | | | 30 | |
| | 31 | **Amount owed.** If line 29h is smaller than the total of lines 28 and 30, enter amount owed | | | 31 | |
| | 32 | **Overpayment.** If line 29h is larger than the total of lines 28 and 30, enter amount overpaid | | | 32 | |
| | 33 | Enter amount of line 32 you want: **Credited to 2008 estimated tax** ▶       **Refunded** ▶ | | | 33 | |

**Sign Here**
Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer _____   Date _____   Title _____

May the IRS discuss this return with the preparer shown below (see instr.)? ☒ Yes ☐ No

**Paid Preparer's Use Only**

| | | |
|---|---|---|
| Preparer's signature | Date 7/10/08 | Check if self-employed ☐ | Preparer's SSN or PTIN P00158922 |
| Firm's name (or yours if self-employed), address, and ZIP code | FELLNER & KUHN, P.C. 900 SW 5TH AVE #1815 PORTLAND, OR 97204-1227 | EIN 93-0641854 Phone no. 503-227-0443 |

For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.

DAA

Form **1120-C** (2007)

Form 1120-C (2007)    LINNTON PLYWOOD ASSOCIATION    AS ORIGINALLY FILED    93-0396404    Page 2

## Schedule A    Cost of Goods Sold (see instructions)

| | | |
|---|---|---|
| 1 | Inventory at beginning of year | **1** | |
| 2 | Purchases | **2** | |
| 3 | Cost of labor | **3** | |
| 4 | Per-unit retain allocations paid in: | | |
| a | Qualified per-unit retain certificates | **4a** | |
| b | Money or other property (except nonqualified per-unit certificates) | **4b** | |
| 5 | Nonqualified per-unit retain certificates redeemed this year COPY ONLY DO NOT PROCESS - ATTACHMENT | **5** | |
| 6a | Additional section 263A costs (attach schedule) TO FORM *AMENDED RETURN* | **6a** | |
| b | Other costs (attach schedule) | **6b** | |
| 7 | Total. Add lines 1 through 6b | **7** | |
| 8 | Inventory at end of year | **8** | |
| 9 | Cost of goods sold. Subtract line 8 from line 7. Enter here and on line 2, page 1 | **9** | |

10a Check all methods used for valuing closing inventory:

    (I) ☐ Cost as described in Regulations section 1.471-3

    (II) ☒ Lower of cost or market as described in Regulations section 1.471-4

    (III) ☐ Other (Specify method used and attach explanation) ▶

  b Check if there was a writedown of subnormal goods as described in Regulations section 1.471-2(c) ▶ ☐

  c Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ▶

  d If the LIFO inventory method was used for this tax year, enter percentage (or amounts) of

    closing inventory computed under LIFO | **10d** |

  e If property is produced or acquired for resale, do the rules of section 263A apply to the cooperative? ☒ Yes ☐ No

  f Was there any change in determining quantities, cost, or valuations between opening and closing inventory? ☐ Yes ☒ No

    If "Yes," attach explanation.

## Schedule C    Dividends and Special Deductions (see instructions)

| | | (a) Dividends received | (b) % | (c) Deduction ((a) x (b)) |
|---|---|---|---|---|
| 1 | Dividends from less-than-20%-owned domestic corporations (other than debt-financed stock) | | 70 | |
| 2 | Dividends from 20%-or-more-owned domestic corporations (other than debt-financed stock) | | 80 | |
| 3 | Dividends on debt-financed stock of domestic and foreign corporations | | See instructions | |
| 4 | Dividends on certain preferred stock of less-than-20%-owned public utilities | | 42 | |
| 5 | Dividends on certain preferred stock of 20%-or-more-owned public utilities | | 48 | |
| 6 | Dividends from less-than-20%-owned foreign corporations and certain FSCs | | 70 | |
| 7 | Dividends from 20%-or-more-owned foreign corporations and certain FSCs | | 80 | |
| 8 | Dividends from wholly owned foreign subsidiaries | | 100 | |
| 9 | Total. Add lines 1 through 8. See instructions for limitation | | | |
| 10 | Dividends from domestic corporations received by a small business investment company operating under the Small Business Investment Act of 1958 | | 100 | |
| 11 | Dividends from affiliated group members | | 100 | |
| 12 | Dividends from certain FSCs | | See instructions | |
| 13 | Dividends from foreign corporations not included on lines 3, 6, 7, 8, 11, or 12 | | | |
| 14 | Income from controlled foreign corporations under subpart F (attach Form(s) 5471) | | | |
| 15 | Foreign dividend gross-up | | | |
| 16 | IC-DISC and former DISC dividends not included on lines 1, 2, or 3 | | | |
| 17 | Other dividends | | | |
| 18 | Deduction for dividends paid on certain preferred stock of public utilities | | | |
| 19 | Total dividends. Add lines 1 through 17. Enter here and on line 4, page 1 ▶ | | | |

20 Total special deductions. Add lines 9, 10, 11, 12, and 18. Enter here and on line 26c, page 1 ▶

DAA    Form **1120-C** (2007)

Form 1120-C (2007)   LINNTON PLYWOOD ASSOCIATION                          93-0396404                          Page 3

## Schedule E    Compensation of Officers (See instructions for line 11, page 1.)

Complete Schedule E only if total receipts (line 1a, plus lines 4 through 9, of page 1) are $500,000 or more.

| (a) Name of officer | (b) Social security number | (c) Percent of time devoted to business | Percent of association's stock owned | | (f) Amount of compensation |
|---|---|---|---|---|---|
| | | | (d) Common | (e) Preferred | |
| 1 | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |

| | | | |
|---|---|---|---|
| 2 | Total compensation of officers ......................... COPY ONLY DO NOT PROCESS - ATTACHMENT TO FORM *AMENDED RETURN* | 2 | |
| 3 | Compensation of officers claimed on Schedule A and elsewhere on return .................................... | 3 | |
| 4 | Subtract line 3 from line 2. Enter the result here and on line 11, page 1 | 4 | |

## Schedule G    Allocation of Patronage and Nonpatronage Income and Deductions. Before completing, see Question 14 of Schedule K.

| | | | (a) Patronage | (b) Nonpatronage |
|---|---|---|---|---|
| 1 | Gross receipts or sales ............................................... | 1 | | |
| 2 | Cost of goods sold ................................................. | 2 | | |
| 3 | Gross profit. Subtract line 2 from line 1 ................................ | 3 | | |
| 4 | Other income ...................................................... | 4 | | 363,744 |
| 5 | Total income. Combine lines 3 and 4 ................................... | 5 | | 363,744 |
| 6a | Domestic production activities deduction (attach Form 8903) ............... | 6a | | |
| b | Other deductions ................................................... | 6b | | 681,341 |
| c | Total deductions (add lines 6a and 6b) ................................. | 6c | | 681,341 |
| 7 | Taxable income before section 1382, NOL, and special deductions. Subtract line 6c from line 5 ............................................ | 7 | | -317,597 |
| 8 | Deductions and adjustments under section 1382 from Schedule H, line 5 (see instructions) .................................................... | 8 | | |
| 9a | Net operating loss deduction (attach schedule) .......................... | 9a | | |
| b | Special deductions (see instructions) .................................. | 9b | | |
| 10 | Taxable income. Subtract the total of lines 8, 9a, and 9b from line 7 ....... | 10 | 0 | -317,597 |
| 11 | Combined taxable income. Combine columns (a) and (b) of line 10 (see instructions) ...................................................... | 11 | -317,597 | |
| 12 | Unused patronage loss (see instructions) ............................... | 12 | | |
| 13 | Unused nonpatronage loss (see instructions) ............................ | 13 | | 2,127,610 |

## Schedule H    Deductions and Adjustments Under Section 1382 (see instructions)

| | | | |
|---|---|---|---|
| 1 | Dividends paid on capital stock (section 521 cooperatives only) ............................................. | 1 | |
| 2 | Nonpatronage income allocated to patrons (section 521 cooperatives only) ................................... | 2 | |
| 3 | Patronage dividends: | | |
| a | Money ............................................................................................ | 3a | |
| b | Qualified written notices of allocation ................................................................. | 3b | |
| c | Other property (except nonqualified written notices of allocation) ......................................... | 3c | |
| d | Money or other property (except written notices of allocation) in redemption of nonqualified written notices of allocation .......................................................................... | 3d | |
| 4 | Domestic production activities deduction allocated to patrons ............................................. | 4 | ) |
| 5 | Total. Combine lines 1 through 4. Enter here and on line 26a, page 1, and Schedule G, line 8 .............. | 5 | |

Form 1120-C (2007)

DAA

Form 1120-C (2007)    LINNTON PLYWOOD ASSOCIATION    93-0396404    Page 4

## Schedule J    Tax Computation (see instructions)

| | | | |
|---|---|---|---|
| 1 | Check if the cooperative is a member of a controlled group (attach Schedule O (Form 1120)) .......... ▶ ☐ | | |
| 2 | Income tax (see instructions) .......... COPY ONLY DO NOT PROCESS - ATTACHMENT | 2 | 0 |
| 3 | Alternative minimum tax (attach Form 4626) .......... TO FORM *AMENDED RETURN* | 3 | |
| 4 | Add lines 2 and 3 .......... | 4 | 0 |
| 5a | Foreign tax credit (attach Form 1118) .......... **5a** | | |
| b | Credit from Forms 5735 and 8834 .......... **5b** | | |
| c | General business credit. Check applicable box(es): ☐ Form 3800 ☐ Form 5884 ☐ Form 6478 ☐ Form 8835, Section B ☐ Form 8844 ☐ Form 8846 **5c** 0 | | |
| d | Credit for prior year minimum tax (attach Form 8827) .......... **5d** | | |
| 6 | Total credits. Add lines 5a through 5d .......... | 6 | |
| 7 | Subtract line 6 from line 4 .......... | 7 | |
| 8 | Other taxes. Check if from: ☐ Form 4255 ☐ Form 8611 ☐ Other (attach schedule) Form 8902 | 8 | |
| 9 | Total tax. Add lines 7 and 8. Enter here and on line 28, page 1 .......... | 9 | 0 |

## Schedule K    Other Information (see instructions)

| | | Yes | No |
|---|---|---|---|
| 1 | Check accounting method: | | |
| a | ☐ Cash | | |
| b | ☒ Accrual | | |
| c | ☐ Other (specify) ▶ .......... | | |
| 2 | See the instructions and enter the: | | |
| a | Business activity code no. ▶  321210 | | |
| b | Business activity ▶ MANUFACTURING | | |
| c | Product or service ▶ PLYWOOD | | |
| 3 | Enter the date of incorporation ▶ 2/02/1951 | | |
| 4 | At the end of the tax year, did the cooperative own, directly or indirectly, 50% or more of the voting stock of a domestic corporation? (For rules of attribution, see section 267(c).) .......... | | X |
| | If "Yes," attach a schedule showing: (a) name and employer identification number (EIN), (b) percentage owned, and (c) taxable income (or loss) before NOL and special deductions of such corporation for the tax year ending with or within your tax year. | | |
| 5 | Is the cooperative a subsidiary in an affiliated group or a parent-subsidiary controlled group? .......... | | X |
| | If "Yes," enter name and EIN of the parent corporation ▶ .......... | | |
| 6 | At the end of the tax year, did any individual, partnership, corporation, estate, or trust own, directly or indirectly, 50% or more of the cooperative's voting stock? (For rules of attribution, see section 267(c).) .......... | | X |
| | If "Yes," attach a schedule showing name and identifying number. (Do not include any information already entered in 5 above.) Enter percentage owned ▶ .......... | | |
| 7 | Enter the cooperative's total assets (see instructions) ▶ $  785,703 | | |

| | | Yes | No |
|---|---|---|---|
| 8 | At any time during the tax year, did one foreign person own, directly or indirectly, at least 25% of (a) the total voting power of all classes of stock of the cooperative entitled to vote or (b) the total value of all classes of stock of the cooperative? .......... | | X |
| | If "Yes," enter: (a) Percentage owned ▶ .......... and (b) Owner's country ▶ .......... | | |
| c | The cooperative may have to file Form 5472, Information Return of a 25% Foreign-Owned U.S. Corporation or a Foreign Corporation Engaged in a U.S. Trade or Business. Enter number of Forms 5472 attached ▶ .......... | | |
| 9 | Check this box if the cooperative issued publicly offered debt instruments with original issue discount .......... ▶ ☐ | | |
| | If checked, the cooperative may have to file Form 8281, Information Return for Publicly Offered Original Issue Discount Instruments. | | |
| 10 | Enter the amount of tax-exempt income received or accrued during the tax year (for example, interest or extraterritorial income) ▶ $  0 | | |
| 11a | Enter the number of foreign patrons at the end of the tax year ▶ .......... | | |
| b | Enter the total amount of patronage distributions described in (or deducted under) IRC 1382(b) paid or allocated to foreign patrons ▶ 0 | | |
| 12 | If the cooperative has an NOL for the tax year and is electing to forego the carryback period, check here .......... ▶ ☐ If the cooperative is filing a consolidated return, the statement required by Regulations section 1.1502-21(b)(3) must be attached or the election will not be valid. | | |
| 13 | Enter the available NOL carryover from prior tax years (Do not reduce it by any deduction on line 26b.) Patronage ▶ $ .......... Nonpatronage ▶ $  1,810,013 | | |
| 14 | Are the cooperative's total receipts (line 1a plus lines 4 through 9 on page 1) for the tax year and its total assets at the end of the tax year less than $250,000? .......... If "Yes," the cooperative is not required to complete Schedules G, L, M-1, or M-2. Instead, enter the total amount of cash distributions and the book value of property distributions (other than cash) made during the tax year. ▶ $ | | X |

Form **1120-C** (2007)

DAA

0480 07/18/2008 8:46 PM

Form 1120-C (2007)   LINNTON PLYWOOD ASSOCIATION        93-0396404        Page **5**

### Schedule L — Balance Sheets per Books

| Assets | Beginning of tax year (a) | Beginning of tax year (b) | End of tax year (c) | End of tax year (d) |
|---|---|---|---|---|
| 1 Cash .............................. COPY ONLY DO NOT PROCESS - ATTACHMENT 6 | | | | 192,613 |
| 2a Trade notes and accounts receivable ........ TO FORM AMENDED RETURN | | | | |
| b Less allowance for bad debts ............... | ( | ) | ( | ) |
| 3 Inventories ................................ | | | | |
| 4 Other current assets (att. sch.) STMT 3 | | 351,405 | | 273,522 |
| 5 Investments (see instructions) ............. | | | | |
| 6 Loans to shareholders ..................... | | | | |
| 7 Mortgage and real estate loans ........... | | | | |
| 8a Buildings and other depreciable assets ...... | 793,925 | | 793,925 | |
| b Less accumulated depreciation ............ | ( 742,243 ) | 51,682 | ( 750,467 ) | 43,458 |
| 9a Depletable assets ........................ | | | | |
| b Less accumulated depletion ............... | ( | ) | ( | ) |
| 10 Land (net of amortization) .................. | | 276,110 | | 276,110 |
| 11a Intangible assets (amortizable only) ......... | | | | |
| b Less accumulated amortization ............ | ( | ) | ( | ) |
| 12 Other assets (attach sch.) ................. | | | | |
| 13 Total assets .............................. | | 875,603 | | 785,703 |
| **Liabilities and Capital** | | | | |
| 14 Accounts payable ........................ | | | | 153,887 |
| 15 Mortgages, notes, bonds payable in less than 1 year | | | | |
| 16 Other current liabilities (att. sch.) STMT 4 | | 27,920 | | 96,731 |
| 17 Loans from shareholders ................. | | | | |
| 18 Mortgages, notes, bonds payable in 1 year or more | | | | |
| 19 Other liabilities (attach schedule) STMT 5 | | 497,666 | | 185,068 |
| 20 Capital stock:  a Preferred stock ........ | | | | |
| b Common stock ........ | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 |
| 21 Additional paid-in capital .................. | | | | |
| 22 Patronage dividends allocated in noncash form | | | | |
| 23 Per-unit retains allocated in noncash form .... | | | | |
| 24 Retained earnings—Appropriated (att. sch.) | | | | |
| 25 Retained earnings—Unappropriated ......... | | -57,891 | | -57,891 |
| 26 Adjustments to SH equity (att.sch.) ......... | | | | |
| 27 Less cost of treasury stock ............... | | 592,092 | ( | 592,092 ) |
| 28 Total liabilities and capital ................. | | 875,603 | | 785,703 |

### Schedule M-1 — Reconciliation of Income (Loss) per Books With Income per Return

Note: Schedule M-3 required instead of Schedule M-1 if total assets are $10 million or more—see instructions

| | | | | |
|---|---|---|---|---|
| 1 Net income (loss) per books .......... | | 7 Income recorded on books this year | | |
| 2 Federal income tax per books ............. | | not included in this tax return (itemize): | | |
| 3 Excess of capital losses over capital gains ... | | Tax-exempt interest $ ..................... | | |
| 4 Income subject to tax not recorded on | | ............................ | | |
| books this year (itemize): .................. | | STMT 7 .............. 312,598 | | 312,598 |
| ............................ | | 8 Deductions in this tax return not charged | | |
| 5 Expenses recorded on books this year not | | against book income this year (itemize): | | |
| deducted in this return (itemize): | | a Depreciation $ ..................... | | |
| a Depreciation ... $ .................... | | b Charitable $ | | |
| b Charitable $ ..................... | | contributions | | |
| contributions ... | | STMT 8 ........... 27,888 | | |
| c Travel and $ 1,082 | | ............................ | | 27,888 |
| entertainment | | | | |
| STMT 6 .......... 21,807 | 22,889 | 9 Add lines 7 and 8 .................... | | 340,486 |
| 6 Add lines 1 through 5 | 22,889 | 10 Income (line 25, page 1)—line 6 less line 9 | | -317,597 |

### Schedule M-2 — Analysis of Unappropriated Retained Earnings per Books (Line 25, Schedule L)

| | | | | |
|---|---|---|---|---|
| 1 Balance at beginning of year ............... | -57,891 | 5 Distributions:  a Cash .................... | | |
| 2 Net income (loss) per books ............... | 0 | b Stock .................... | | |
| 3 Other increases (itemize): ................. | | c Property ................. | | |
| ............................ | | 6 Other decreases (itemize): ................ | | |
| ............................ | | 7 Add lines 5 and 6 ..................... | | |
| 4 Add lines 1, 2, and 3 | -57,891 | 8 Balance at end of year (line 4 less line 7) | | -57,891 |

Form **1120-C** (2007)

DAA

# Federal Statements

AS ORIGINALLY FILED

---

### Statement 1 - Form 1120-C, Page 1, Line 9 - Other Income

| Description | Amount |
|---|---|
| MISCELLANEOUS INCOME | $      10,000 |
| TOTAL | $      10,000 |

---

### Statement 2 - Form 1120-C, Page 1, Line 23 - Other Deductions

| Description | Amount |
|---|---|
| FUEL, POWER, WATER | $       41,698 |
| INSURANCE | 49,837 |
| SECURITY PATROL | 49,164 |
| PROFESSIONAL FEES | 223,764 |
| TELEPHONE | 2,036 |
| OFFICE SUPPLIES & EXPENSE | 582 |
| PRINTING AND POSTAGE | 433 |
| FEES, LICENSES & PERMITS | 20,805 |
| DUES & SUBSCRIPTIONS | 274 |
| MISCELLANEOUS & BANK FEES | 913 |
| 50% OF MEALS & ENTERTAINMENT | 1,083 |
| REPAIRS AND MAINTENANCE | 140 |
| TOTAL | $      390,729 |

COPY ONLY DO NOT PROCESS - ATTACHMENT
TO FORM *Amended Return*

7/10/2008 8:46 PM

93-0396404  Case 3:14-cv-01772-M  Federal Statements Filed 04/10/15  Page 93 of 127
FYE: 3/31/2008                    AS ORIGINALLY FILED   COPY ONLY DO NOT PROCESS - ATTACHMENT
                                                        TO FORM *Amended Return*

## Statement 3 - Form 1120-C, Page 5, Schedule L, Line 4 - Other Current Assets

| Description | Beginning of Year | End of Year |
|---|---|---|
| UNEXPIRED INSURANCE | $ 21,882 | $ 13,671 |
| ACCOUNTS RECEIVABLE - OTHER | -10,000 | |
| PREPAID PROPERTY TAXES | 18,211 | |
| DEFERRED INCOME TAXES | 135,000 | 135,000 |
| PREPAID ENVIRONMENTAL COSTS | 19,538 | 19,538 |
| RENT RECEIVABLE | 166,774 | 105,313 |
| TOTAL | $ 351,405 | $ 273,522 |

## Statement 4 - Form 1120-C, Page 5, Schedule L, Line 16 - Other Current Liabilities

| Description | Beginning of Year | End of Year |
|---|---|---|
| ACCRUED PAYROLL TAXES & INSUR | $ 32 | $ |
| ACCRUED INDUSTRIAL ACCIDENT | 27,888 | 21,807 |
| ACCRUED PROPERTY TAX | | 66,420 |
| PREMIUM FINANCING | | 8,504 |
| TOTAL | $ 27,920 | $ 96,731 |

## Statement 5 - Form 1120-C, Page 5, Schedule L, Line 19 - Other Liabilities

| Description | Beginning of Year | End of Year |
|---|---|---|
| UNRESTRICTED NON-PATRONAGE | $ 116,787 | $ 116,787 |
| UNRESTRICTED PATRONAGE | 2,184,611 | 2,184,611 |
| RESTRICTED NON-PATRONAGE | 151,333 | 151,333 |
| RESTRICTED PATRONAGE | 62,540 | 62,540 |
| OVERADVANCE 3-94 | -2,342 | -2,342 |
| OVERADVANCE 3-96 | -1,337 | -1,337 |
| OVERADVANCE 3-01 | -25,135 | -25,135 |
| OVERADVANCE 3-02 | -794,465 | -794,465 |
| NON-PATRONAGE 3-03 | -358,444 | -358,444 |
| NON-PATRONAGE 3-04 | -258,998 | -258,998 |
| NON-PATRONAGE 3-05 | -189,771 | -189,771 |
| NON-PATRONAGE 3-06 | -162,304 | -162,304 |
| NON-PATRONAGE 3-07 | -224,809 | -224,809 |
| NON-PATRONAGE 3-08 | | -312,598 |
| TOTAL | $ 497,666 | $ 185,068 |

## Statement 6 - Form 1120-C, Page 5, Schedule M-1, Line 5 - Expense on Books Not Deducted

| Description | Amount |
|---|---|
| ACCR IND ACCIDENT 2008 | $ 21,807 |
| TOTAL | $ 21,807 |

3-6

**Federal Statements** COPY ONLY DO NOT PROCESS - ATTACHMENT
TO FORM *AMENDED RETURN*
AS ORIGINALLY FILED

## Statement 7 - Form 1120-C, Page 5, Schedule M-1, Line 7 - Income on Books Not on Return

| Description | Amount |
|---|---|
| NON-PATRONAGE ALLOCATED TO MEMBERS | $ 312,598 |
| TOTAL | $ 312,598 |

## Statement 8 - Form 1120-C, Page 5, Sch M-1, Line 8 - Deductions on Return Not on Books

| Description | Amount |
|---|---|
| ACCR IND ACCIDENT 2007 | $ 27,888 |
| TOTAL | $ 27,888 |

## Form 1120-C, Page 1, Line 6 - Gross Rents and Royalties

| Description | Amount |
|---|---|
| GROSS RENTS | $ 352,506 |
| TOTAL | $ 352,506 |

## Form 1120-C, Page 1, Line 15 - Taxes and Licenses

| Description | Amount |
|---|---|
| PROPERTY TAXES | $ 84,631 |
| PAYROLL TAXES | 8,481 |
| OTHER | 881 |
| STATE OF OREGON TAXES | 10 |
| CITY OF PDX BUS. LIC FE | 100 |
| TOTAL | $ 94,103 |

8:21 AM

10/20/09

Accrual Basis

# Linnton Plywood Association
## Balance Sheet
### As of March 31, 2009

|  | Mar 31, 09 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 101-00 · CASH-CHECKING WFB | 142,916.48 |
| **Total Checking/Savings** | 142,916.48 |
| | |
| **Other Current Assets** | |
| 108-00 · RENT RECEIVABLE | 145,836.00 |
| 117-00 · STATE DEFERRED INC TAX ASSET | 52,000.00 |
| 118-00 · FEDERAL DEFERRED INC TAX ASSET | 83,000.00 |
| 12000 · Undeposited Funds | 1,000.00 |
| 129-00 · PREPAID ENGINEERING | 19,537.89 |
| 130-00 · UNEXPIRED INSURANCE | 13,233.00 |
| **Total Other Current Assets** | 314,606.89 |
| | |
| **Total Current Assets** | 457,523.37 |
| | |
| **Fixed Assets** | |
| 140-00 · LAND | 276,109.75 |
| 141-00 · BUILDINGS & IMPROVEMENTS | 744,307.00 |
| 142-00 · MACHINERY & EQUIPMENT | 49,618.51 |
| 144-00 · ACCUMULATED DEPRECIATION | -757,171.06 |
| 145-00 · Capitalized Selling Expenses | 758,576.50 |
| **Total Fixed Assets** | 1,071,440.70 |
| | |
| **TOTAL ASSETS** | **1,528,964.07** |
| | |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| 20000 · Accounts Payable | 239,928.29 |
| **Total Accounts Payable** | 239,928.29 |
| | |
| **Other Current Liabilities** | |
| 203-00 · ACCOUNTS PAYABLE-PROP TAX | 155,714.82 |
| 247-00 · INDUSTRIAL ACCIDENT INSURANCE | 16,060.11 |
| 250-00 · INSURANCE PREMIUM FINANCING | 7,079.56 |
| 251-00 · INSURANCE PREMIUM FINANCING - 1 | 1,424.75 |
| **Total Other Current Liabilities** | 180,279.24 |
| | |
| **Total Current Liabilities** | 420,207.53 |
| | |
| **Total Liabilities** | 420,207.53 |
| | |
| **Equity** | |
| 300-00 · COMMON STOCK | 1,000,000.00 |
| 320-00 · INVESTED CAPITAL | 71,954.86 |
| 330-00 · RETAINED PATRONAGE-RESTRICTED | 62,540.49 |
| 335-00 · RET. NONPATRONAGE-RESTRICTED | 151,332.87 |
| 340-00 · RET PATRONAGE-UNRESTRICTED | 2,184,610.67 |
| 345-00 · RET NONPATRONAGE UNRESTRICTED | 116,787.11 |
| 348-00 · OVER ADV 3/31/94 | -2,341.95 |
| 349-00 · OVER ADV 3/31/96 | -1,336.88 |
| 350-00 · RETAINED EARNINGS-UNALLOCATED | -129,844.68 |
| 351-00 · OVER ADV 3.31.02 | -25,134.62 |
| 352-00 · OVER ADV 3/31/02 | -794,464.78 |
| 353-00 · OVER ADV 3/31/03 | -358,444.09 |
| 354-00 · OVER ADV 3/31/04 | -258,998.18 |
| 355-00 · OVER ADV 3/31/05 | -189,770.54 |
| 356-00 · OVER ADV 3/31/06 | -28,667.13 |
| 357-00 · OVER ADV 3-31-07 | -76,341.52 |
| 358-00 · OVER ADV 3-31-08 | -44,985.67 |

8:21 AM

10/20/09

Accrual Basis

# Linnton Plywood Association
## Balance Sheet
### As of March 31, 2009

|  | Mar 31, 09 |
|---|---|
| 390-00 · TREASURY STOCK-AT COST | -592,091.91 |
| Net Income | 23,952.49 |
| **Total Equity** | 1,108,756.54 |
| **TOTAL LIABILITIES & EQUITY** | **1,528,964.07** |

8:22 AM

10/20/09

Accrual Basis

# Linnton Plywood Association
# Profit & Loss
## April 2008 through March 2009

|  | Apr '08 - Mar 09 |
|---|---|
| **Ordinary Income/Expense** |  |
| **Expense** |  |
| **GENERAL & ADMINISTRATIVE** |  |
| 800-00 · SALARIES | 94,693.00 |
| 805-00 · SUPERVISION | 0.00 |
| 810-00 · GROUP INSURANCE | 4,153.08 |
| 815-00 · OFFICE EXPENSE | 2,318.33 |
| 820-00 · POSTAGE & PRINTING | 92.21 |
| 825-00 · TELEPHONE & FAX | 2,058.60 |
| 830-00 · PROFESSIONAL FEES | 1,239.40 |
| 840-00 · DUES & SUBSCRIPTIONS | 90.00 |
| 860-00 · MISCELLANEOUS & BANK CHARGES | 335.21 |
| 865-00 · FEES, LICENSES & PERMITS | 3,652.83 |
| **Total GENERAL & ADMINISTRATIVE** | 108,632.66 |
| **OPERATING EXPENSES** |  |
| 621-00 · GENERAL MIL REPAIR | 6,446.04 |
| 631-00 · FUEL, POWER, & WATER | 40,517.65 |
| 635-00 · DEPRECIATION - OFFICE EQUIP | 22.32 |
| 636-00 · DEPRECIATION - EQUIPMENT | 6,681.61 |
| 643-00 · P/R - INDUSTRIAL ACCIDENT | 3,968.87 |
| 650-00 · PROPERTY TAXES | 89,294.82 |
| 651-00 · OTHER TAXES - PAYCHEX | 6,558.26 |
| 656-00 · INSURANCE - GENERAL | 36,459.84 |
| 660-00 · SECURITY PATROL | 49,269.00 |
| **Total OPERATING EXPENSES** | 239,218.41 |
| **SELLING & SHIPPING EXPENSES** |  |
| 720-00 · TRAVEL & ENTERTAINMENT | 1,142.00 |
| **Total SELLING & SHIPPING EXPENSES** | 1,142.00 |
| 66000 · PAYROLL EXPENSE | 5,448.10 |
| **Total Expense** | 354,441.17 |
| **Net Ordinary Income** | -354,441.17 |
| **Other Income/Expense** |  |
| **Other Income** |  |
| 900-00 · INTEREST INCOME | 5,614.49 |
| 906-00 · LEASE INCOME | 372,789.17 |
| **Total Other Income** | 378,403.66 |
| **Other Expense** |  |
| **INCOME TAX** |  |
| 960-00 · STATE CORP EXCISE INCOME TAX | 10.00 |
| **Total INCOME TAX** | 10.00 |
| **Total Other Expense** | 10.00 |
| **Net Other Income** | 378,393.66 |
| **Net Income** | 23,952.49 |

# Linnton Plywood Association
## Balance Sheet
### As of March 31, 2008

|  | Mar 31, 08 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 100-00 · PETTY CASH | 75.00 |
| 101-00 · CASH-CHECKING WFB | 96,990.73 |
| **Total Checking/Savings** | 97,065.73 |
| **Other Current Assets** | |
| 102-00 · INVESTMENTS | 95,551.75 |
| 108-00 · RENT RECEIVABLE | 105,312.50 |
| 114-00 · ACCOUNTS RECEIVABLE - OTHER | 10,000.00 |
| 115-00 · EARNEST MONEY-11/18/04 | -10,000.00 |
| 117-00 · STATE DEFERRED INC TAX ASSET | 52,000.00 |
| 118-00 · FEDERAL DEFERRED INC TAX ASSET | 83,000.00 |
| 129-00 · PREPAID ENGINEERING | 19,537.89 |
| 130-00 · UNEXPIRED INSURANCE | 13,671.00 |
| **Total Other Current Assets** | 369,073.14 |
| **Total Current Assets** | 466,138.87 |
| **Fixed Assets** | |
| 140-00 · LAND | 276,109.75 |
| 141-00 · BUILDINGS & IMPROVEMENTS | 744,307.00 |
| 142-00 · MACHINERY & EQUIPMENT | 49,618.51 |
| 144-00 · ACCUMULATED DEPRECIATION | -750,467.13 |
| **Total Fixed Assets** | 319,568.13 |
| **TOTAL ASSETS** | **785,707.00** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| 20000 · Accounts Payable | 153,887.14 |
| **Total Accounts Payable** | 153,887.14 |
| **Other Current Liabilities** | |
| 203-00 · ACCOUNTS PAYABLE-PROP TAX | 66,420.00 |
| 246-00 · ACCRUED INDUSTRIAL ACC. INS | 31.58 |
| 247-00 · INDUSTRIAL ACCIDENT INSURANCE | 21,775.81 |
| 250-00 · INSURANCE PREMIUM FINANCING | 7,079.56 |
| 251-00 · INSURANCE PREMIUM FINANCING - 1 | 1,424.75 |
| **Total Other Current Liabilities** | 96,731.70 |
| **Total Current Liabilities** | 250,618.84 |
| **Total Liabilities** | 250,618.84 |
| **Equity** | |
| 300-00 · COMMON STOCK | 1,000,000.00 |
| 320-00 · INVESTED CAPITAL | 71,954.86 |
| 330-00 · RETAINED PATRONAGE-RESTRICTED | 62,540.49 |
| 335-00 · RET. NONPATRONAGE-RESTRICTED | 151,332.87 |
| 340-00 · RET PATRONAGE-UNRESTRICTED | 2,184,610.67 |
| 345-00 · RET NONPATRONAGE UNRESTRICTED | 116,787.11 |
| 348-00 · OVER ADV 3/31/94 | -2,341.95 |
| 349-00 · OVER ADV 3/31/96 | -1,336.88 |
| 350-00 · RETAINED EARNINGS-UNALLOCATED | -129,844.58 |
| 361-00 · OVER ADV 3.31.02 | -25,134.82 |
| 362-00 · OVER ADV 3/31/02 | -794,464.78 |
| 363-00 · OVER ADV 3/31/03 | -358,444.09 |
| 354-00 · OVER ADV 3/31/04 | -258,998.18 |
| 355-00 · OVER ADV 3/31/05 | -189,770.54 |
| 356-00 · OVER ADV 3/31/06 | -162,303.86 |
| 357-00 · OVER ADV 3-31-07 | -224,808.77 |

# Linnton Plywood Association
## Balance Sheet
### As of March 31, 2008

|  | Mar 31, 08 |
|---|---|
| **390-00 · TREASURY STOCK-AT COST** | -592,091.91 |
| Net Income | -312,597.68 |
| **Total Equity** | 535,088.16 |
| **TOTAL LIABILITIES & EQUITY** | 785,707.00 |

9:12 AM

08/08/08

Accrual Basis

# Linnton Plywood Association
## Profit & Loss
### April 2007 through March 2008

|  | Apr '07 - Mar 08 |
| --- | --- |
| **Ordinary Income/Expense** |  |
| **Expense** |  |
| **GENERAL & ADMINISTRATIVE** |  |
| 800-00 · SALARIES | 108,696.32 |
| 805-00 · SUPERVISION | 64,132.66 |
| 810-00 · GROUP INSURANCE | 7,064.16 |
| 815-00 · OFFICE EXPENSE | 582.41 |
| 820-00 · POSTAGE & PRINTING | 432.71 |
| 825-00 · TELEPHONE & FAX | 2,035.83 |
| 830-00 · PROFESSIONAL FEES | 223,764.07 |
| 840-00 · DUES & SUBSCRIPTIONS | 274.35 |
| 860-00 · MISCELLANEOUS & BANK CHARGES | 909.42 |
| 865-00 · FEES, LICENSES & PERMITS | 20,804.67 |
| **Total GENERAL & ADMINISTRATIVE** | 428,696.60 |
| **OPERATING EXPENSES** |  |
| 621-00 · GENERAL MIL REPAIR | 140.00 |
| 631-00 · FUEL, POWER, & WATER | 41,698.17 |
| 635-00 · DEPRECIATION - OFFICE EQUIP | 1,543.01 |
| 636-00 · DEPRECIATION - EQUIPMENT | 6,681.57 |
| 643-00 · P/R - INDUSTRIAL ACCIDENT | -382.80 |
| 650-00 · PROPERTY TAXES | 84,631.40 |
| 651-00 · OTHER TAXES - PAYCHEX | 16,872.12 |
| 656-00 · INSURANCE - GENERAL | 44,141.08 |
| 660-00 · SECURITY PATROL | 49,163.89 |
| **Total OPERATING EXPENSES** | 244,488.44 |
| **SELLING & SHIPPING EXPENSES** |  |
| 720-00 · TRAVEL & ENTERTAINMENT | 2,164.75 |
| **Total SELLING & SHIPPING EXPENSES** | 2,164.75 |
| **66000 · PAYROLL EXPENSE** | 992.17 |
| **Total Expense** | 676,341.96 |
| **Net Ordinary Income** | -676,341.96 |
| **Other Income/Expense** |  |
| **Other Income** |  |
| 900-00 · INTEREST INCOME | 1,237.79 |
| 906-00 · LEASE INCOME | 352,506.49 |
| 907-00 · MISC. INCOME | 10,000.00 |
| **Total Other Income** | 363,744.28 |
| **Net Other Income** | 363,744.28 |
| **Net Income** | **-312,597.68** |

10:46 AM
10/20/09
Accrual Basis

# Linnton Plywood Association
## Balance Sheet
### As of September 30, 2009

| | Sep 30, 09 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 101-00 · CASH-CHECKING WFB | 215,712.86 |
| **Total Checking/Savings** | 215,712.86 |
| | |
| **Other Current Assets** | |
| 106-00 · RENT RECEIVABLE | 203,936.00 |
| 117-00 · STATE DEFERRED INC TAX ASSET | 52,000.00 |
| 118-00 · FEDERAL DEFERRED INC TAX ASSET | 83,000.00 |
| 129-00 · PREPAID ENGINEERING | 19,537.89 |
| 130-00 · UNEXPIRED INSURANCE | 13,233.00 |
| **Total Other Current Assets** | 371,706.89 |
| | |
| **Total Current Assets** | 587,419.75 |
| | |
| **Fixed Assets** | |
| 140-00 · LAND | 276,109.75 |
| 141-00 · BUILDINGS & IMPROVEMENTS | 744,307.00 |
| 142-00 · MACHINERY & EQUIPMENT | 49,618.51 |
| 144-00 · ACCUMULATED DEPRECIATION | -760,208.56 |
| 148-00 · Capitalized Selling Expenses | 824,173.13 |
| **Total Fixed Assets** | 1,133,999.83 |
| | |
| **TOTAL ASSETS** | 1,721,419.58 |
| | |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| 20000 · Accounts Payable | 245,270.36 |
| **Total Accounts Payable** | 245,270.36 |
| | |
| **Other Current Liabilities** | |
| 203-00 · ACCOUNTS PAYABLE-PROP TAX | 200,046.06 |
| 247-00 · INDUSTRIAL ACCIDENT INSURANCE | 14,384.11 |
| **Total Other Current Liabilities** | 214,430.17 |
| | |
| **Total Current Liabilities** | 459,700.53 |
| | |
| **Total Liabilities** | 459,700.53 |
| | |
| **Equity** | |
| 305-00 · COMMON STOCK | 1,000,000.00 |
| 320-00 · INVESTED CAPITAL | 71,954.86 |
| 330-00 · RETAINED PATRONAGE-RESTRICTED | 62,540.48 |
| 335-00 · RET. NONPATRONAGE-RESTRICTED | 151,332.87 |
| 340-00 · RET PATRONAGE-UNRESTRICTED | 2,184,610.67 |
| 345-00 · RET NONPATRONAGE UNRESTRICTED | 118,787.11 |
| 348-00 · OVER ADV 3/31/84 | -2,341.95 |
| 348-00 · OVER ADV 3/31/90 | -1,336.88 |
| 350-00 · RETAINED EARNINGS-UNALLOCATED | -105,892.19 |
| 351-00 · OVER ADV 3.31.02 | -25,134.62 |
| 352-00 · OVER ADV 3/31/02 | -794,484.78 |
| 353-00 · OVER ADV 3/31/03 | -358,444.09 |
| 354-00 · OVER ADV 3/31/04 | -258,998.16 |
| 355-00 · OVER ADV 3/31/05 | -189,770.54 |
| 356-00 · OVER ADV 3/31/06 | -28,667.13 |
| 357-00 · OVER ADV 3-31-07 | -76,341.52 |
| 358-00 · OVER ADV 3-91-08 | -44,965.67 |
| 380-00 · TREASURY STOCK-AT COST | -592,091.91 |
| Net Income | 152,982.51 |
| **Total Equity** | 1,261,719.05 |
| | |
| **TOTAL LIABILITIES & EQUITY** | 1,721,419.58 |

10:47 AM
10/20/09
Accrual Basis

# Linnton Plywood Association
# Profit & Loss
## July through September 2009

|  | Jul - Sep 09 |
|---|---|
| **Ordinary Income/Expense** | |
| **Expense** | |
| **GENERAL & ADMINISTRATIVE** | |
| 805-00 · SUPERVISION | 22,739.00 |
| 810-00 · GROUP INSURANCE | 1,738.04 |
| 816-00 · OFFICE EXPENSE | 29.85 |
| 826-00 · TELEPHONE & FAX | 514.81 |
| 830-00 · PROFESSIONAL FEES | 1,000.00 |
| 860-00 · MISCELLANEOUS & BANK CHARGES | 154.08 |
| 865-00 · FEES, LICENSES & PERMITS | 688.93 |
| **Total GENERAL & ADMINISTRATIVE** | 26,865.71 |
| **OPERATING EXPENSES** | |
| 821-00 · GENERAL MIL REPAIR | 765.33 |
| 831-00 · FUEL, POWER, & WATER | 4,843.49 |
| 835-00 · DEPRECIATION - OFFICE EQUIP | 5.50 |
| 836-00 · DEPRECIATION - EQUIPMENT | 1,510.50 |
| 643-00 · P/R - INDUSTRIAL ACCIDENT | 811.36 |
| 850-00 · PROPERTY TAXES | 22,165.62 |
| 851-00 · OTHER TAXES - PAYCHEX | 1,638.25 |
| 856-00 · INSURANCE - GENERAL | 5,985.68 |
| 860-00 · SECURITY PATROL | 13,211.75 |
| **Total OPERATING EXPENSES** | 50,937.48 |
| **SELLING & SHIPPING EXPENSES** | |
| 720-00 · TRAVEL & ENTERTAINMENT | 110.50 |
| **Total SELLING & SHIPPING EXPENSES** | 110.50 |
| **66000 · PAYROLL EXPENSE** | 682.45 |
| **Total Expense** | 78,598.14 |
| **Net Ordinary Income** | -78,598.14 |
| **Other Income/Expense** | |
| **Other Income** | |
| 906-00 · LEASE INCOME | 116,669.35 |
| **Total Other Income** | 116,669.35 |
| **Net Other Income** | 116,669.35 |
| **Net Income** | 38,073.21 |



ENTERED

OCT 2 8 2009

IN REGISTER BY EG

FILED
2009 OCT 27 AM 11: 08
FUR HULTNOMAH COURT

### IN THE CIRCUIT COURT OF THE STATE OF OREGON

### FOR THE COUNTY OF MULTNOMAH

DOUG WEISS, RON ELSNER, STANLEY )
G. LOMNICKY, HARVEY E. YOUNG and )
JOHN DUVALL, )
                                       )
                      Plaintiffs, )
                                         )
      vs. )
                                         )
LINNTON PLYWOOD ASSOCIATION, )
JIMMY STAHLEY, GAIL HOLTER, )
GENE ELSEY and MIKE BALTO, )
                                         )
                      Defendants. )
                                         )

No. 080710423

**ORDER ON JOINT MOTION TO
APPROVE STIPULATION FOR
SETTLEMENT**

This matter came before the Honorable Christopher J. Marshall on October 12, 2009.

Plaintiffs appeared through their attorney, Edward H. Trompke, and Defendants appeared

through their attorney, Paul B. George (telephone appearance) and Nancie K. Potter. The

Court had previously received and reviewed the motion and supporting memorandum and

declarations; the Objections of Barry Axtell, Max M. Smith, Ronald E. Thomas, Holly D.

Jackson, and Karen S. Fitch (on behalf of the Estate of Herbert A. Randall), and Francis V.

L'Amie. The Court heard all arguments by the attorneys for all parties and by Mr. Thomas,

Ms. Randall, and Mr. Laney. Judge Marshall then heard oral argument by the attorneys for

PAGE 1 – ORDER ON JOINT MOTION TO APPROVE
STIPULATION FOR SETTLEMENT

**ROBERTS KAPLAN LLP**
601 S.W. SECOND AVENUE, SUITE 1800
PORTLAND, OREGON 97204-3171
PHONE: 503-221-0607; FAX: 503-221-1510

30168423.1

1    all parties and by Mr. Thomas, Ms. Jackson and Mr. Laney.  Being thus fully advised in the

2    premises, it is hereby

3            ORDERED, that the Joint Motion to Approve Stipulation for Settlement is granted.

4    Defendants may enter a judgment of dismissal without delay.

5

6    DATED this 23rd day of October, 2009.

7

8

9                                    The Honorable Christopher J. Marshall

10

11   Presented by:

12   Nancie K. Potter, OSB # 80152
     Roberts Kaplan LLP
13   601 SW Second Ave., Suite 1800
     Portland, OR 97204
14   (503) 221-0607

15

16

17

18

19

20

21

22

23

24

25

26

PAGE 2 – ORDER ON JOINT MOTION TO APPROVE
STIPULATION FOR SETTLEMENT

ROBERTS KAPLAN LLP
601 S.W. SECOND AVENUE, SUITE 1800
PORTLAND, OREGON 97204-3171
PHONE: 503-221-0607; FAX: 503-221-1510

30168423.1

1

2

3

4

5          IN THE CIRCUIT COURT OF THE STATE OF OREGON

6                FOR THE COUNTY OF MULTNOMAH

7   DOUG WEISS, RON ELSNER, STANLEY    )
8   G. LOMNICKY, HARVEY E. YOUNG and   )     Case No. 0807-10423
    JOHN DUVALL,                        )
9                                       )     **STIPULATION FOR SETTLEMENT**
                         Plaintiffs,    )
10                                      )
11      vs.                             )
                                        )
12  LINNTON PLYWOOD ASSOCIATION,        )
    JIMMY STAHLEY, GAIL HOLTER,         )
13  GENE ELSEY, MIKE BALTO, and DOES    )
    1 THROUGH 10,                       )
14                                      )
15                       Defendants.    )
                                        )

16

17                      **INTRODUCTION**

18      This Stipulation for Settlement (the "Stipulation") is by and between Linnton Plywood

19  Association, an Oregon cooperative corporation ("Association")[1], Jimmy Stahly (referred to

20  incorrectly in the case caption as Jimmy Stahley), Gail Holter, Gene Elsey, Mike Balto

21  (collectively "Individual Defendants" herein) and Doug Weiss, Ron Elsner, Stanley G.

22  Lomnicky, Harvey E. Young and John Duvall (collectively "Plaintiffs" herein).

23  ////

24  ////

25

26  [1] The definitions set forth herein are those defined in the Memorandum of Law in Support of
    Joint Motion to Approve Stipulation for Settlement.

ROBERTS KAPLAN LLP
601 S.W. SECOND AVENUE, SUITE 1800
PORTLAND, OREGON 97204-3171
PHONE: 503-221-0607; FAX: 503-221-1510

30163183.5

1 **I.    RECITALS**

2   A.   On July 22, 2008, Plaintiffs filed a complaint (the "Complaint") in the Circuit
3        Court of the State of Oregon for the County of Multnomah Case No. 0807-10423
4        alleging that the Liquidation Plan was improperly adopted by the Association and
5        that the Liquidation Plan was in breach of the Settlement Agreement.  The
6        Association and the Individual Defendants, each of whom is a member of the
7        Board of Directors of the Association, deny each of the allegations of the
8        Complaint, but have not been required to file an answer to the Complaint by
9        virtue of the fact that the Association and the Individual Defendants have filed a
10       motion, now pending before the Court, for the complete dismissal of the
11       Complaint on the grounds it is untimely and ill founded.

12   B.   Many of the current and former members of the Association are elderly and
13        depend heavily upon the expectation that they will receive some distribution
14        through the liquidation of the Association's assets to pay their "Retains".
15

16   C.   The Parties agree that protracted litigation, no matter who prevails, will work to
17        the detriment of the Association and its current and former members by delaying
18        the close of the sale of the Real Property, the distribution of net proceeds and
19        require all Parties to incur substantial costs and fees.

20   D.   The Parties have now agreed to settle the claims alleged in the Complaint and all
21        other claims between them, both in their individual capacities and their derivative
22        capacities.  The settlement as set forth below is conditioned upon the final
23        approval by the Court of all of its terms and conditions.

24        NOW THEREFORE IN CONSIDERATION OF THE RECITALS AND COVENANTS
25        AND CONDITIONS HEREINAFTER SET FORTH, IT IS AGREED:
26

PAGE 2 – STIPULATION FOR SETTLEMENT

**ROBERTS KAPLAN LLP**
601 S.W. SECOND AVENUE, SUITE 1800
PORTLAND, OREGON 97204-3171
PHONE: 503-221-0607; FAX: 503-221-1510

301631835

1  II.   **THE AGREEMENT**

2
3  1.   Incorporation. The Recitals are incorporated herein by reference.

4  2.   Definitions.   In addition to the terms defined elsewhere in this Stipulation,

5  as used in this Stipulation the following terms have the meanings specified below:

6
7  2.1   The Individual Defendants are all members of the Board of Directors

8  of the Association.  Plaintiffs have named Doe defendants in the Complaint

9  and have indicated an intention to amend the Complaint to include the

10  remaining members of the Board of Directors as the previously named Doe

11  defendants.  The Individual Defendants, the Doe defendants and the unnamed

12  members of the Board of Directors are hereinafter collectively, referred to as

13  the "Board".

14  2.2   "Plaintiffs" means Doug Weiss, Ron Elsner, Stanley G. Lomnicky,

15  Harvey E. Young and John Duvall.

16  2.3   "Defendants" means Linnton Plywood Association, Jimmy Stahly,

17  Gail Holter, Gene Elsey and Mike Balto.

18

19  2.4   "Parties" means collectively each of the Defendants and the Plaintiffs

20  for themselves and/or itself and derivatively on behalf of Linnton Plywood

21  Association.

22  2.5   "Complaint" means the action filed by Plaintiffs against Defendants in

23  the Circuit Court of the State of Oregon for the County of Multnomah Case

24  No. 0807-10423.

25

26

**ROBERTS KAPLAN LLP**
601 S.W. SECOND AVENUE, SUITE 1800
PORTLAND, OREGON 97204-3171
PHONE: 503-221-0607; FAX: 503-221-1510

30163183.5

1          2.6     "Related Persons" means and includes, as the case may be, each and

2     all of the Parties' past and/or present directors, officers, employees, partners,

3     principals, agents, attorneys, consultants, accountants, legal representatives,

4     insurers or co-insurers, predecessors, successors, assigns, spouses, heirs,

5     executors, estates, administrators and associates.

6

7          2.7     "Released Claims" means and includes any and all claims and causes

8     of action, including unknown claims, charges, complaints, actions, suits,

9     controversies, demands, rights, liabilities, costs, damages, debts, expenses,

10     guarantees, promises and obligations of every nature and description

11     whatsoever, whether based in law or equity, on federal, state, local, statutory

12     or common law, rule or regulation, including, without limitation, claims for

13     negligence, gross negligence, breach of duty of care, breach of fiduciary duty,

14     breach of contract, declaratory judgment, judgment or injunctive relief,

15     whether concealed or hidden, known or unknown, suspected or unsuspected,

16     matured or not matured, contingent or fixed, asserted or that could have been

17     asserted in the Complaint or in any other forum or proceeding by Plaintiffs in

18     their individual or derivative capacity.

19          2.8     "Released Derivative Claims" means and includes any and all claims

20     and causes of action, including unknown claims, charges, complaints, actions,

21     suits, controversies, demands, rights, liabilities, costs, damages, debts,

22     expenses, guarantees, promises and obligations of every nature and

23     description whatsoever, whether based in law or equity, on federal, state,

24     local, statutory or common law, rule or regulation, including, without

25     limitation, claims for negligence, gross negligence, breach of duty of care,

26     breach of fiduciary duty, breach of contract, declaratory judgment, judgment

ROBERTS KAPLAN LLP
601 S.W. SECOND AVENUE, SUITE 1800
PORTLAND, OREGON 97204-3171
PHONE: 503-221-0607; FAX: 503-221-1510

30163183 5

1          or injunctive relief, whether concealed or hidden, known or unknown,

2          suspected or unsuspected, matured or not matured, contingent or fixed,

3          asserted or that could have been asserted in the Complaint or in any other

4          forum or proceeding by the Plaintiffs on behalf of the Association.

5

6          2.9     "Shareholder" means current and former members, or the heirs of

            either, who own a share of the Association's stock.

7

8          2.10    The Stipulation will be "Effective" upon the "Effective Date", which

9          means the first date by which all of the following events have been met and

10         have occurred:

11

12              A.     All of the following necessary approvals have been obtained

               and shall be in effect with respect to the Stipulation: (i) all individual

13

14              Plaintiffs have signed this Stipulation, (ii) all individual Defendants

               and the Association have signed this Stipulation, and (iii) the Plaintiffs

15

16              and the Board have approved the process adopted by the Court for

               notifying Shareholders and Former Shareholders of this Settlement.

17

18              B.     The trial Court has entered a judgment approving the

19             Stipulation;

20

21              C.     The judgment has become Final. For this purpose, "Final"

               shall mean that the time to appeal the judgment has passed without

22

23              notice of appeal being filed by any party or person, or an appeal has

               been filed but the appeal has been dismissed with prejudice, or the

24

25              appeal has been decided with no possibility of subsequent revival,

               modification or judicial review.

26

PAGE 5 – STIPULATION FOR SETTLEMENT

30163183.5

1    2.11    The term "Former Shareholders" means those persons who have

2    "Retains" on the books of the Association but no longer hold any shares of

3    stock of the Association.

4

5    3.    Terms. The Parties have agreed to abide by the terms of this Stipulation as

6    follows:

7    3.1    The Parties will cooperate in preparing and filing with the trial Court a

8    motion for approval of the Stipulation for Settlement.  If this Stipulation is not

9    approved by the Court either party may go forward with the Complaint.

10

11    3.2    The Plaintiffs and Individual Defendants agree that they will

12    recommend to all Shareholders and to all current and former members the

13    approval of this Stipulation.

14    3.3    Further, the Board will recommend approval of this Stipulation to all

15    Shareholders and all current and former members of the Association.

16

17    3.4    Upon the Effective Date, Plaintiffs for themselves in their individual

18    capacity and in their representative capacity derivatively for the Association

19    and all Related Persons release the Board from all of the Released Claims and

20    the Released Derivative Claims except to the extent payments are due under

21    the Modified Allocation and Distribution Plan.

22    3.5    Upon the Effective Date the allocation and distribution of net proceeds

23    from the sale and liquidation of the Association's assets shall be made as set

24    forth in the Modified Allocation and Distribution Plan attached hereto as

25    Exhibit A and incorporated herein by reference, and the Association's Bylaws

26

PAGE 6 – STIPULATION FOR SETTLEMENT

30163183 5

1    shall be deemed amended with respect to such allocation and distribution by
2    the Modified Allocation and Distribution Plan.

3    3.6    Upon the Effective Date, Plaintiffs shall dismiss the Complaint with
4    prejudice, with all Parties to bear their own costs and attorneys' fees except as
5    provided in paragraph 3.7 below.
6

7    3.7    The Association shall pay $25,000 to Jordan Schrader Ramis PC,
8    attorneys for Plaintiffs, as partial reimbursement for Plantiffs' attorneys' fees
9    incurred in this matter.  Such payment shall be payable together with other
10   debts of the Association when distribution of proceeds of the sale of the Real
11   Property is made pursuant to the Modified Allocation and Distribution Plan.

12   4.   Miscellaneous Provisions
13

14   4.1    The Parties acknowledge that the Board shall have all the decision
15   making/authority vested to a cooperative Board of Directors under ORS
16   Chapter 62 and such powers and authority as vested pursuant to the
17   Association's existing Articles and Bylaws, as modified by this Stipulation.

18   4.2    The Parties agree to cooperate to the extent reasonably necessary to
19   effectuate and implement all terms and conditions of this Stipulation, its
20   exhibits, and all of the transactions contemplated hereby and thereby, and in
21   obtaining all necessary approvals therefore, and to exercise their best efforts to
22   accomplish the foregoing terms and conditions of this Stipulation.
23

24   4.3    Each of the Parties represents and warrants that he, she or it has not
25   assigned or transferred, or purported to assign or transfer, to any Person any
26   claim herein released.

PAGE 7 – STIPULATION FOR SETTLEMENT

30163183.5

1    4.4    The Parties agree that terms of the settlement were negotiated in good

2    faith by the Parties, and reflect a settlement that was reached voluntarily after

3    consultation with competent legal counsel.

4
5    4.5    Neither the Stipulation nor the exhibits attached to the Stipulation, nor

     the settlement contained herein, nor any matter learned of in connection with
6
     the matters contemplated by the Stipulation and its exhibits or the settlement
7
     or any act performed or document executed pursuant to or in furtherance of
8
     the Stipulation and its exhibits or the settlement is or may be deemed or
9
     offered or received in evidence as a presumption, a concession, or an
10
     admission of any fault, liability, or wrongdoing, and, except as required to
11
     enforce this Stipulation, shall not be offered or received in evidence or
12
     otherwise used by any Person in this or any other lawsuit, action, litigation or
13
     proceedings, whether civil, criminal, or administrative. The foregoing
14
     covenants shall survive notwithstanding the fact that this Stipulation is not
15
     approved by the Trial Court or the settlement set forth in this Stipulation is
16
     terminated or fails to become Effective in accordance with its terms, or the
17
     Effective Date does not occur for any reason. Upon the Judgment becoming
18
     Final, any of the Defendants and/or the other Released Persons may file the
19
     Stipulation and/or the Judgment in any action that may be brought against
20
     them in order to support a defense or counterclaim based on principles of res
21
     judicata, collateral estoppel, full faith and credit, release, good faith
22
     settlement, judgment bar, or reduction, or any other theory of claim preclusion
23
     or issue preclusion or similar defense or counterclaim.
24
25
26

ROBERTS KAPLAN LLP
601 S.W. SECOND AVENUE, SUITE 1800
PORTLAND, OREGON 97204-3171
PHONE: 503-221-0607; FAX: 503-221-1510

30163183.5

1    4.6    This Stipulation may be amended or modified only by a written

2    instrument signed by or on behalf of all of the Parties, or their respective

3    successors-in-interest.

4
5    4.7    No provision of this Stipulation may be waived, other than by an

6    express waiver signed by the party to be charged. No waiver of any provision

     in one instance shall be construed as a continuing waiver as to that provision
7
     in any other instance, nor as a waiver of any other provision of this Stipulation
8
     or any of its exhibits.
9

10   4.8    Except as otherwise provided herein, this Stipulation and the Exhibit

11   attached hereto, constitute the entire agreement among the Parties with respect

12   to the subject matter herein and therein, and no other representations,

13   warranties or inducements have been made to any party concerning the

14   Stipulation.

15
     4.9    The Parties state that there are no additional agreements made in
16
     connection with the proposed settlement, except as stated herein.
17

18   4.10   Each Person executing the Stipulation hereby warrants that such

19   Person has the full authority to do so.

20
     4.11   This Stipulation may be executed in one or more counterparts. All
21
     executed counterparts and each of them shall be deemed to be one and the
22
     same instrument. A complete set of original executed counterparts shall be
23
     filed with the Court.
24

25   4.12   This Stipulation shall be binding upon, and inure to the benefit of, the

26   successors and assigns of the Parties hereto.

PAGE 9 – STIPULATION FOR SETTLEMENT

**ROBERTS KAPLAN LLP**
601 S.W. SECOND AVENUE, SUITE 1800
PORTLAND, OREGON 97204-3171
PHONE: 503-221-0607; FAX: 503-221-1510

30163183 5

1                  4.13    The Court shall retain jurisdiction with respect to implementation and

2    enforcement of the terms of this Stipulation, and all Parties hereto submit to

3    the jurisdiction of the Court for purposes of implementing and enforcing the

4    settlement embodied in this Stipulation.

5

6                  4.14    This Agreement and the Exhibit hereto shall be considered to have

7    been negotiated, executed and delivered, and to be wholly performed, in the

8    State of Oregon, and the rights and obligations of the Parties to this

9    Agreement shall be construed and enforced in accordance with, and governed

10    by, the internal, substantive laws of the State of Oregon.

11        IN WITNESS WHEREOF, this Stipulation is agreed to by:

12

13    DATED this _____ day of January, 2010.       _____

14                                  Doug Weiss

15    DATED this ___ day of January, 2010.       _____

16                                  Ron Elsner

17    DATED this ___ day of January, 2010.       _____

18                                  Stanley G. Lomnicky

19

20    DATED this ___ day of January, 2010.       _____

21                                  Harvey E. Young

22    DATED this ___ day of January, 2010.       _____

23                                  John Duvall

24

25

26

ROBERTS KAPLAN LLP
601 S.W. SECOND AVENUE, SUITE 1800
PORTLAND, OREGON 97204-3171
PHONE: 503-221-0607; FAX: 503-221-1510

30163183.5