1    DATED this ___ day of January, 2010.    LINNTON PLYWOOD ASSOCIATION

2
                                            By:_____
3                                           Its:_____

4
     DATED this ___ day of January, 2010.   _____
5
                                            Jimmy Stahly
6

7    DATED this ___ day of January, 2010.   _____
                                            Gail Holter
8

9    DATED this ___ day of January, 2010.   _____
10                                          Gene Elsey

11
     DATED this ___ day of January, 2010.   _____
12                                          Mike Balto

13

14        This Stipulation was reviewed and approved by the duly authorized attorneys for the
     aforementioned Parties:
15

16   DATED this ___ day of January, 2010.   JORDAN SCHRADER RAMIS PC
17

18                                          _____
                                            Edward H. Trompke, OSB No. 843653
19                                          Of Attorneys for Plaintiffs

20

21

22   DATED this ✗ day of January, 2010.   ROBERTS KAPLAN LLP
23

24                                          _____
                                            Paul B. George, OSB No. 990090
25                                          Of Attorneys for Defendants

26

**ROBERTS KAPLAN LLP**
601 S.W. SECOND AVENUE, SUITE 1800
PORTLAND, OREGON 97204-3171
PHONE: 503-221-0607; FAX: 503-221-1510

30163183.5

1   DATED this 20 day of January, 2010.    LINNTON PLYWOOD ASSOCIATION

2
                                           By: _____
3                                          Its: SECRETARY / TREASURER

4
    DATED this ___ day of January, 2010.   _____
5                                          Jimmy Stahly

6
7   DATED this 20 day of January, 2010.    _____
                                           Gail Holter
8

9   DATED this ___ day of January, 2010.   _____
10                                         Gene Elsey

11
    DATED this ___ day of January, 2010.   _____
12                                         Mike Balto

13

14        This Stipulation was reviewed and approved by the duly authorized attorneys for the
    aforementioned Parties:
15

16  DATED this ___ day of January, 2010.   JORDAN SCHRADER RAMIS PC

17
                                           _____
18                                         Edward H. Trompke, OSB No. 843653
                                           Of Attorneys for Plaintiffs
19

20

21

22
    DATED this ___ day of January, 2010.   ROBERTS KAPLAN LLP
23

24                                         _____
                                           Paul B. George, OSB No. 990090
25                                         Of Attorneys for Defendants

26

PAGE 11 – STIPULATION FOR SETTLEMENT

ROBERTS KAPLAN LLP
601 S.W. SECOND AVENUE, SUITE 1800
PORTLAND, OREGON 97204-3171
PHONE: 503-221-0607; FAX: 503-221-1510

DATED this ___ day of January, 2010.   LINNTON PLYWOOD ASSOCIATION

By:_____
Its:_____

DATED this **20** day of January, 2010.

Jimmy Stahly

DATED this ___ day of January, 2010.
Gail Holter

DATED this ___ day of January, 2010.
Gene Elsey

DATED this ___ day of January, 2010.
Mike Balto

This Stipulation was reviewed and approved by the duly authorized attorneys for the aforementioned Parties:

DATED this ___ day of January, 2010.   JORDAN SCHRADER RAMIS PC

Edward H. Trompke, OSB No. 843653
Of Attorneys for Plaintiffs

DATED this ___ day of January, 2010.   ROBERTS KAPLAN LLP

Paul B. George, OSB No. 990090
Of Attorneys for Defendants

ROBERTS KAPLAN LLP
601 S.W. SECOND AVENUE, SUITE 1800
PORTLAND, OREGON 97204-3171
PHONE: 503-221-0607; FAX: 503-221-1510

1    DATED this 22 day of January, 2010.    LINNTON PLYWOOD ASSOCIATION

2
                                            By:_____
3                                           Its:_____

4
5    DATED this ___ day of January, 2010.   _____
                                            Jimmy Stahly
6

7    DATED this ___ day of January, 2010.   _____
                                            Gail Holter
8

9    DATED this 20 day of January, 2010.    Gene Elsey
10                                          Gene Elsey

11
     DATED this ___ day of January, 2010.   _____
12                                          Mike Balto

13

14        This Stipulation was reviewed and approved by the duly authorized attorneys for the
     aforementioned Parties:
15

16   DATED this ___ day of January, 2010.   JORDAN SCHRADER RAMIS PC

17
18                                          _____
                                            Edward H. Trompke, OSB No. 843653
19                                          Of Attorneys for Plaintiffs

20

21

22
     DATED this ___ day of January, 2010.   ROBERTS KAPLAN LLP
23

24                                          _____
                                            Paul B. George, OSB No. 990090
25                                          Of Attorneys for Defendants

26

PAGE 11 – STIPULATION FOR SETTLEMENT

30163183.5

1   DATED this ___ day of January, 2010.   LINNTON PLYWOOD ASSOCIATION

2
                                           By:_____
3                                          Its:_____

4
5   DATED this ___ day of January, 2010.   _____
                                           Jimmy Stahly
6

7   DATED this ___ day of January, 2010.   _____
                                           Gail Holter
8

9   DATED this ___ day of January, 2010.   _____
10                                         Gene Elsey

11
    DATED this 22 day of January, 2010.    *Michael Bolte*
12                                         Mike Balto  Michael Bolteau

13

14      This Stipulation was reviewed and approved by the duly authorized attorneys for the
    aforementioned Parties:
15

16  DATED this ___ day of January, 2010.   JORDAN SCHRADER RAMIS PC
17
18                                         _____
                                           Edward H. Trompke, OSB No. 843653
19                                         Of Attorneys for Plaintiffs

20

21

22
    DATED this ___ day of January, 2010.   ROBERTS KAPLAN LLP
23

24                                         _____
                                           Paul B. George, OSB No. 990090
25                                         Of Attorneys for Defendants

26


PAGE 11 – STIPULATION FOR SETTLEMENT

ROBERTS KAPLAN LLP
601 S.W. SECOND AVENUE, SUITE 1800
PORTLAND, OREGON 97204-3171
PHONE: 503-221-0607; FAX: 503-221-1510

301631825

## EXHIBIT A TO STIPULATION FOR SETTLEMENT

The settlement agreement between the parties calls for certain adjustments to first be made before distribution of proceeds, if any, occurs. The distribution generally anticipates refunding of retains first, payment for stock next, and any residual being distributed on a patronage basis.

The allocating adjustments which are first made and the order in which they are made is as follows:

1. First, to offset the net after tax losses for the fiscal years commencing on or after April 1, 2002;

2. Second, to reinstate patronage credits previously reduced for the fiscal year ended March 31, 2002 by the net losses for such fiscal year in the same proportion that such losses were allocated to the members; and,

3. Third, the balance (the "New Credits") to the Shareholders (those who currently are owners of record of membership stock) and Former Shareholders (those who previously were but no longer are owners of record of membership stock) who have net retains or were record owners of membership stock as of March 31, 2001, (the "Current and Prior Shareholders") on a patronage basis based on hours worked by the Current and Prior Shareholders in the following sequence: the balance up to $1,690,000 will be allocated to the Current and Prior Shareholders in two pools: first, (a) $140/1690^{th}$ to the those who have hours of work during the period from April 1, 1984 to March 31, 1991 (the "Pool 1 Current and Prior Shareholders"); and, second, (b) $1550/1690^{th}$ to the those who have hours of work during the period from April 1, 1991 to March 31, 2001 (the "Pool 2 Current and Prior Shareholders"). Each allocation will be based on hours of work during the respective pool period.

4. The balance, if any, will be allocated 50% to the Pool 1 Current and Prior Shareholders and 50% to the Pool 2 Current and Prior Shareholders to be allocated among such Current and Prior Members based on the hours worked by each during their respective pool period.

Based on the foregoing adjustments, distribution to the Current and Prior Shareholders of any proceeds remaining after payment of or reservation for all liabilities or anticipated liabilities will be in the order as follows:

1. Payment to the Current and Prior Shareholders pro rata up to an amount equal to the retains as of March 31, 2001, including the retains reinstated per the above adjustment.

2. Payment of the balance, if any, to the Shareholders of record pro rata up to the par value of each outstanding share of membership stock.

3. Payment to the Current and Prior Shareholders pro rata, if any, for the New Credits, if any, created per the above adjustment.

POLICY:                          CP646638B
EFFECTIVE:                       4/23/82-4/23/85

LIABILITY FORM:                  C-1138 4/78
CONDITIONS FORM:                 C-1652 8/78
POLLUTION EXCLUSION:             CGL-21201 4/80

## 1. COVERAGE A — BODILY INJURY — except Automobile
## COVERAGE B — PROPERTY DAMAGE — except Automobile

The company will pay all sums which the insured shall become legally obligated to pay as damages because of bodily injury or property damage to which this insurance applies, caused by an occurrence. The company shall have the right and duty to defend any suit against the insured seeking damages on account of such bodily injury or property damage, even if any of the allegations of the suit are groundless, false or fraudulent, and may make such investigation and settlement of any claim or suit as it deems expedient. The company shall not be obligated to pay any claim or judgment or to defend any suit after the applicable limit of the company's liability has been exhausted by payment of judgments or settlements.

### Exclusions

This insurance does not apply

(a) to bodily injury or property damage arising out of the ownership, maintenance, operation, use, loading or unloading of
  (1) any automobile or aircraft owned or operated by or rented or loaned to any insured, or
  (2) any other automobile or aircraft operated by any person in the course of his employment by any insured;
  but this exclusion does not apply to the parking of an automobile on insured premises, if such automobile is not owned by or rented or loaned to any insured;

(b) to bodily injury or property damage included within the war hazard with respect to liability assumed by the insured under any contract or agreement or expenses for first aid under the Supplementary Payments provision;

(c) to any obligation for which the insured or any carrier as his insurer may be held liable under any workmen's compensation, unemployment compensation or disability benefits law, or under any similar law;

(d) to bodily injury to any employee of the insured arising out of and in the course of his employment by the insured; but this exclusion does not apply to liability assumed by the insured under any contract

(e) to property damage: (1) to property owned or transported by the insured; (2) to property occupied by or rented to the insured; (3) to property under bailment to the insured (except injury to or destruction of such property arising out of the use of elevators or escalators or to liability assumed under sidetrack agreement), (4) to that particular part of any property (i) upon which operations are being performed by or on behalf of the insured; or (ii) out of which such injury or destruction arises; (5) to premises alienated by the named insured arising out of such premises or any part thereof; (6) to the named insured's products arising out of such products or any part of such products; (7) with respect to the completed operations hazard and with respect to any classification stated in the company's manual as "including completed operations," to work performed by or on behalf of the named insured arising out of such work or any portion thereof, or out of such materials, parts or equipment furnished in connection therewith;

(f) to damages claimed for the withdrawal, inspection, repair, replacement, or loss of use of the named insured's products or work completed by or for the named insured or of any property of which such products or work form a part, if such products, work or property are withdrawn from the market or from use because of any known or suspected defect or deficiency therein;

(g) to bodily injury or property damage arising out of (1) the ownership, maintenance, operation, use, loading or unloading of any mobile equipment while being used in any prearranged or organized racing, speed or demolition contest or in any stunting activity or in practice or preparation for any such contest or activity, (2) and in the course of the transportation of mobile equipment by an automobile owned or operated by or rented or loaned to any insured;

(h) to loss of use of tangible property which has not been physically injured or destroyed resulting from:

(1) a delay in or lack of performance by or on behalf of the named insured of any contract or agreement, or
(2) the failure of the named insured's products or work performed by or on behalf of the named insured to meet the level of performance, quality, fitness or durability warranted or represented by the named insured;

but this exclusion does not apply to loss of use of other tangible property resulting from the sudden and accidental physical injury to or destruction of the named insured's products or work performed by or on behalf of the named insured after such products or work have been put to use by any person or organization other than an insured;

(i) to contractual liability assumed by the insured, if the insured or his indemnitee is an architect, engineer or surveyor, for bodily injury or property damage arising out of the rendering of or the failure to render professional services by such insured or indemnitee, including:
  (1) the preparation or approval of maps, plans, opinions, reports, surveys, designs or specifications; and
  (2) supervisory, inspection or engineering services;

(j) under Coverages A and B, to liability or injury arising out of or in connection with domestic activities of any insured which are not connected with the business of any insured.

## 2. COVERAGE E — PREMISES MEDICAL PAYMENTS

The company will pay to or for each person who sustains bodily injury caused by accident all reasonable medical expense incurred within one year from the date of the accident on account of such bodily injury, provided such bodily injury arises out of (a) a condition in the insured premises or (b) operations with respect to which the named insured is afforded coverage for bodily injury liability under this policy.

### Exclusions

This insurance does not apply

(a) to bodily injury
  (1) arising out of the ownership, maintenance, operation, use, loading or unloading of
    (i) any automobile or aircraft owned or operated by or rented or loaned to any insured, or
    (ii) any other automobile or aircraft operated by any person in the course of his employment by any insured;
    but this exclusion does not apply to the parking of an automobile on the insured premises, if such automobile is not owned by or rented or loaned to any insured;
  (2) arising out of the ownership, maintenance, operation, use, loading or unloading of any mobile equipment while being used in any prearranged or organized racing, speed or demolition contest or in any stunting activity or in practice or preparation for any such contest or activity;
  (3) arising out of and in the course of the transportation of mobile equipment by an automobile owned or operated by or rented or loaned to any insured;

(b) to bodily injury
  (1) included within the completed operations hazard or the products hazard;
  (2) arising out of operations performed for the named insured by independent contractors other than (a) maintenance and repair of the insured premises or (b) structural alterations at such premises which do not involve changing the size of or moving buildings or other structures;
  (3) resulting from the selling, serving or giving of any alcoholic beverage (i) in violation of any statute, ordinance or regulation, (ii) to a minor, (iii) to a person under the influence of alcohol or (iv) which causes or contributes to the intoxication of any person, if the named insured is a person or organization engaged in the business of manufacturing, distributing, selling or serving alcoholic beverages or, if not so engaged, is an owner or lessor of premises used for such purposes but only part (i) of this exclusion (b) (3) applies when the named insured is such an owner or lessor;
  (4) included within the war hazard;

(c) to bodily injury

(1) to the named insured, any partner therein, any tenant or other person regularly residing on the insured premises or any employee of any of the foregoing if the bodily injury arises out of and in the course of his employment therewith;

(2) to any other tenant if the bodily injury occurs on that part of the insured premises rented from the named insured or to any employee of such a tenant if the bodily injury occurs on the tenant's part of the insured premises and arises out of and in the course of his employment for the tenant;

(3) to any person while engaged in maintenance and repair of the insured premises or alteration, demolition or new construction at such premises;

(4) to any person if any benefits for such bodily injury are payable or required to be provided under any workmen's compensation, unemployment compensation or disability benefits law, or under any similar law;

(5) to any person practicing, instructing or participating in any physical training, sport, athletic activity or contest;

(d) to any medical expense for services by the named insured, any employee thereof or any person or organization under contract to the named insured to provide such services.

3. PERSONS INSURED

Each of the following is an insured under this insurance to the extent set forth below:

(a) the named insured and, if an individual, the spouse of such named insured if a resident of the same household;

(b) for Coverages A and B

(1) if the named insured is designated in the declarations as

(i) a partnership or joint venture, the partnership or joint venture so designated and any partner or member thereof but only with respect to his liability as such;

(ii) other than an individual, partnership or joint venture, the organization so designated and any executive officer, director or stock holder thereof while acting within the scope of his duties as such;

(2) any person (other than an employee of the named insured) or organization while acting as real estate manager for the named insured; and

(3) with respect to the operation, for the purpose of locomotion upon a public highway, of mobile equipment registered under any motor vehicle registration law,

(i) an employee of the named insured while operating any such equipment in the course of his employment, and

(ii) any other person while operating with the permission of the named insured any such equipment registered in the name of the named insured and any person or organization legally responsible for such operation, but only if there is no other valid and collectible insurance available, either on a primary or excess basis, to such person or organization;

provided that no person or organization shall be an insured under this paragraph (3) with respect to

(A) bodily injury to any fellow employee or

(B) property damage to property owned by, rented to, in charge of or occupied by the named insured or the employer of any person described in subparagraph (ii).

This insurance does not apply to bodily injury or property damage arising out of the conduct of any partnership or joint venture of which the insured is a partner or member and which is not designated in this policy as a named insured.

4. LIMITS OF LIABILITY

For the purpose of determining the limit of the company's liability, all bodily injury and property damage arising out of continuous or repeated exposure to substantially the same general conditions shall be considered as arising out of one occurrence.

Regardless of the number of insureds under this policy, the company's liability is limited as follows.

(a) Combined Limits Plan

The limit of liability under the Combined Limits Plan expressed in the declarations as applicable to "each occurrence" is the total limit of the company's liability under the bodily injury liability and property damage liability coverages combined for all damages as the result of any one occurrence provided

(1) with respect to damages included within the (i) completed operations hazard and the (ii) products hazard, such limit of liability shall be the total limit of the company's liability during each annual policy period as the result of one or more than one occurrence;

(2) with respect to all damages arising out of property damage (other than the completed operation hazard, or the products hazard) such limit of liability shall be the total limit of the company's liability during each annual policy period as the result of one or more than one occurrence, but said limit of liability shall apply separately to each project with respect to operations being performed away from premises owned by or rented to the insured;

(3) with respect to any occurrence for which the notice of this policy is given in lieu of security, or when when this policy is certified as proof of financial responsibility under the provisions of the motor vehicle financial responsibility law of any state or province, such limit of liability shall be applied in accordance with the applicable terms of such law, except that the total limit of liability shall not be reduced.

(b) Divided Limits Plan

Coverage A —

The total liability of the company for all damages including damages for care and loss of services because of bodily injury sustained by one or more persons as the result of any one occurrence shall not exceed the limit of bodily injury liability stated in the declarations as applicable to "each occurrence." The total liability of the company for all damages because of (1) all bodily injury included within the completed operations hazard and (2) all bodily injury included within the products hazard shall not exceed the limit of bodily injury liability stated in the declarations as "aggregate."

Coverage B —

The total liability of the company for all damages because of all property damage sustained by one or more persons or organizations as the result of any one occurrence shall not exceed the limit of property damage liability stated in the declarations as applicable to "each occurrence." The total liability of the company for all damages because of all property damage to which this coverage applies shall not exceed the limit of property damage liability stated in the declarations as "aggregate."

Such aggregate limit shall apply separately with respect to each project away from premises owned by or rented to the named insured.

Aggregate limits of liability as stated in this policy shall apply separately to each annual policy period.

Coverage E —

The limit of liability for Premises Medical Payments Coverage stated in the declarations as applicable to "each person" is the limit of the company's liability for all medical expense for bodily injury to any one person as the result of any one accident, but subject to the above provision respecting "each person," the total liability of the company under Premises Medical Payments Coverage for all medical expense for bodily injury to two or more persons as the result of any one accident shall not exceed the limit of liability stated in the declarations as applicable to "each accident."

5. TERRITORIAL APPLICATION

This insurance applies only to bodily injury or property damage which occurs: (a) for Coverages A and B, during the policy period within the policy territory; (b) for Coverage E, during the policy period within the United States of America, its territories or possessions, or Canada.

6. ADDITIONAL DEFINITIONS

When used in reference to this insurance (including endorsements forming a part of the policy):

"contractual liability" means liability expressly assumed under a contract or agreement; provided, however, that contractual liability shall not be construed as including liability under a warranty of the fitness or quality of the named insured's products or a warranty that work performed by or on behalf of the named

(continued on following page)

insured will be done in a workmanlike manner;

"insured premises" for Coverage E, means all premises owned by or rented to the named insured with respect to which the named insured is afforded coverage for bodily injury liability under this policy, and includes the ways immediately adjoining on land;

"medical expense" means expenses for necessary medical, surgical, X-ray and dental services, including prosthetic devices, and necessary ambulance, hospital, professional nursing and funeral services;

"war hazard" includes all bodily injury and property damage due to war, whether or not declared, civil war, insurrection, rebellion or revolution or to any act or condition incident to any of the foregoing.

7. ADDITIONAL CONDITIONS

(a) Medical Reports; Proof and Payment of Claim

As soon as practicable the injured person or someone on his behalf shall give to the company written proof of claim, under oath if required, and shall, after each request from the company, execute authorization to enable the company to obtain medical reports and copies of records. The injured person shall submit to physical examination by physicians selected by the company when and as often as the company may reasonably require. The company may pay the injured person or any person or organization rendering the services and the payment shall reduce the amount payable hereunder for such injury. Payment hereunder shall not constitute an admission of liability of any person or, except hereunder, of the company.

## GENERAL CONDITIONS

The following Conditions apply except as otherwise indicated. Additional Conditions or modifications of the following Conditions may appear in the specific coverage sections.

1 **Premium.** All premiums for this policy shall be computed in accordance with the company's rules, rates, rating plans, premiums and minimum premiums applicable to the insurance afforded herein.

If this policy is issued for a period in excess of one year with a specified expiration date and a premium is payable at each anniversary, such premium shall be determined annually on the basis of the rates in effect at the anniversary date.

If this policy is issued for a period without a specified expiration date, it may be continued by payment of the required premium for the succeeding annual period. Such premium must be paid to the company prior to each anniversary date, if not so paid, this policy shall expire on the first anniversary date that the said premium has not been received by the company.

2 **Time of Inception.** To the extent that coverage in this policy replaces coverage in other policies terminating noon standard time on the inception date of this policy, coverage under this policy shall not become effective until such other coverage has terminated.

3 **Cancellation.** This policy may be canceled by the **named insured** by surrender thereof to the company or any of its authorized agents or by mailing to the company written notice stating when thereafter the cancellation shall be effective. This policy may be canceled by the company by mailing to the **named insured** at the mailing address shown in the Declarations, written notice stating when not less than ten days thereafter such cancellation shall be effective. The mailing of notice as aforesaid shall be sufficient proof of notice. The time of surrender or the effective date and hour of cancellation stated in the notice shall become the end of the policy period. Delivery of such written notice either by the **named insured** or by the company shall be equivalent to mailing.

If the **named insured** cancels, the company shall, upon demand and surrender of this policy, refund the excess of paid premium above the customary short rate for the expired time. If the company cancels, earned premium shall be computed pro rata. Premium adjustment may be made either at the time cancellation is effected or as soon as practicable after cancellation becomes effective, but payment or tender of unearned premium is not a condition of cancellation.

Notice of cancellation addressed to the **named insured** and mailed to the mailing address shown in the Declaration shall be sufficient notice to effect cancellation of the policy.

4 **Concealment or Fraud.** This policy is void if any **insured** has intentionally concealed or misrepresented any material fact or circumstance relating to this insurance.

5 **Assignment.** Assignment of interest under this policy shall not bind the company until its consent is endorsed hereon. However, if the **named insured** shall die, this insurance shall apply:

(a) to the **named insured's** legal representative as the **named insured**, but only as to a time when the ... or ... before its death, or

(b) to the person having temporary ... of the ... the **named insured** but only until the appointment ... qualification of the legal representative.

6 **Subrogation.**

(a) In the event of any payment under this policy, the company shall be subrogated to all the **insured's** rights of recovery against any person or organization and the **insured** shall execute and deliver instruments and papers and do whatever else is necessary to secure such rights. The **insured** shall do nothing after loss to prejudice such rights.

(b) The company shall not be ... to ... if the **insured** has impaired any right of recovery, but ... however, if it is agreed that the **insured** may ...

(1) as respects property while on the premises of the **insured,** release others in writing from liability for loss prior to loss, and such release shall not affect the right of the **insured** to recover hereunder, and

(2) as respects property in transit, accept such bills of lading, receipts or contracts of transportation as are ordinarily issued by carriers containing a limitation as to the value of such goods or merchandise.

7 **Inspection and Audit.** The company shall be permitted but not obligated to inspect the **named insured's** property and operations at any time. Neither the company's right to make inspections nor the making thereof nor any report thereon shall constitute an undertaking on behalf of or for the benefit of the **named insured** or others to determine or warrant that such property or operations are safe or healthful or are in compliance with any law, rule or regulation.

The company may examine and audit the **named insured's** books and records at any time during the policy period and extensions and within three years after the final termination of this policy, as far as they relate to the subject matter of this insurance.

8 **Liberalization Clause.** In the event any filing is submitted to the insurance supervisory authorities on behalf of the company, and

(a) the filing is approved or accepted by the insurance authorities to be effective while this policy is in force or within 45 days prior to its inception, and

(b) the filing includes insurance forms or other provisions that would extend or broaden this insurance by endorsement or substitution of form without additional premium

the benefit of such extended or broadened insurance shall inure to the benefit of the **insured** as though the endorsement or substitution of form has been made.

9 **Insurance Under More Than One Coverage, Part or Endorsement.** In the event that more than one coverage, part or endorsement of this policy insures the same loss, damage or claim, the company shall not be liable for more than the actual loss or damage sustained by the **insured.**

10 **Waiver or Change of Provisions.** The terms of this insurance shall not be waived, changed or modified except by endorsement issued to form a part of this policy.

## DEFINITIONS APPLICABLE TO SECTION II

We are in the process of making our policies easier to read. Because there are so many different forms, we cannot rewrite them all at one time. For a time then when used in this policy, you and your, refer to the named insured shown in the Declarations. We, Us and Our refer to the company providing this insurance.

When used in this policy (including endorsements forming a part hereof):

"**Alcoholic Beverage Hazard**" means **bodily injury** or **property damage** for which the **insured** or his predecessors in title or interest ...

(a) as a person or organization engaged in the business of manufacturing, distributing, selling, serving or dispensing of alcoholic beverages, or

(b) if not in such business, in connection with a ... or ... in which ... alcoholic beverages, ...

by reason of the selling, serving or giving of any alcoholic beverage

(1) in violation of any statute, ordinance or regulation,

(2) to a minor,

(3) to a person under the influence of alcohol, or

(4) which causes or contributes to the intoxication of any person, but parts (2), (3) and (4) of this definition do not apply with respect to liability of an **insured** ... for causing or ... described in this section.

"automobile" means a land motor vehicle or trailer or semitrailer designed for travel on public roads (including any machinery or apparatus attached thereto), snowmobiles, all-terrain vehicles and similar equipment and trailers designed for use therewith, but does not include **mobile equipment**;

"**automobile business**" means the business or occupation of selling, repairing, servicing, storing or parking **automobiles**;

"**bailment**" means a delivery of property by any person to the **insured** for some purpose beneficial to either the **insured** or such person or both under a contract, express or implied, for the **insured** to carry out such purpose and to redeliver such property or otherwise dispose of it as provided.

"**Blanket Contractual Hazard**" means liability assumed by the **insured** under any contract or agreement except an **incidental contract**; but this definition does not apply to a warranty of fitness or quality of the **named insured's products** or a warranty that work performed by or on behalf of the **named insured** will be done in a workmanlike manner;

"**bodily injury**" means bodily injury, sickness or disease sustained by any person which occurs during the policy period, including death at any time resulting therefrom;

"**Broad Form Property Damage Hazard**" means property damage to

(a) property used by the **insured**, or

(b) property in the care, custody or control of the **insured** or as to which the **insured** is for any purpose exercising physical control,

but parts (a) and (b) of this definition do not apply with respect to liability under a written sidetrack agreement and part (b) of this definition does not apply with respect to **property damage** (other than to **elevators**) arising out of the use of an **elevator** at premises owned by, rented to or controlled by the **named insured**.

"**Collapse Hazard**" includes "structural property damage" as defined herein and **property damage** to any other property at any time resulting therefrom. "Structural property damage" means the collapse of or structural injury to any building or structure due to

(a) grading of land, excavating, borrowing, filling, back filling, tunnelling, pile driving, cofferdam work or caisson work, or

(b) moving, shoring, underpinning, raising or demolition of any building or structure or removal or rebuilding of any structural support thereof.

The **collapse hazard** does not include **property damage**

(a) arising out of operations performed for the **named insured** by independent contractors, or

(b) included within the **completed operations hazard** or the **underground property damage hazard**; or

(c) for which liability is assumed by the **insured** under an **incidental contract**;

"**completed operations hazard**" includes **bodily injury** and **property damage** arising out of operations or reliance upon a representation or warranty made at any time with respect thereto, but only if the **bodily injury** or **property damage** occurs after such operations have been completed or abandoned and occurs away from premises owned by or rented to the **named insured**. "Operations" include materials, parts or equipment furnished in connection therewith. Operations shall be deemed completed at the earliest of the following times:

(a) when all operations to be performed by or on behalf of the **named insured** under the contract have been completed,

(b) when all operations to be performed by or on behalf of the **named insured** at the site of the operations have been completed, or

(c) when the portion of the work out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

Operations which may require further service or maintenance work, or correction, repair or replacement because of any defect or deficiency, but which are otherwise complete, shall be deemed completed.

The **completed operations hazard** does not include **bodily injury** or **property damage** arising out of

---

unless the **bodily injury** or **property damage** arises out of a condition in or on a vehicle created by the loading or unloading thereof,

(b) the existence of tools, uninstalled equipment or abandoned or unused materials, or

(c) operations for which the classification stated in the policy or in the company's manual specifies "including completed operations";

"**elevator**" means any hoisting or lowering device to connect floors or landings, whether or not in service, and all appliances thereof including any car, platform, shaft, hoistway, stairway, runway, power equipment and machinery, but does not include an **automobile** servicing hoist, or a hoist without a platform outside a building if without mechanical power or if not attached to building walls, or a hod or material hoist used in alteration, construction or demolition operations, or an inclined conveyor used exclusively for carrying property or a dumbwaiter used exclusively for carrying property and having a compartment height not exceeding four feet, or hydraulic or mechanical hoists used for dumping materials from trucks.

"**Explosion Hazard**" includes **property damage** arising out of blasting or explosion. The **explosion hazard** does not include **property damage**

(a) arising out of the explosion of air or steam vessels, piping under pressure, prime movers, machinery or power transmitting equipment; or

(b) arising out of operations performed for the **named insured** by independent contractors; or

(c) included within the **completed operations hazard** or the **underground property damage hazard**; or

(d) for which liability is assumed by the **insured** under an **incidental contract**;

"**incidental contract**" means any written (a) lease of premises (b) easement agreement, except in connection with construction or demolition operations on or adjacent to a railroad (c) undertaking to indemnify a municipality required by municipal ordinance, except in connection with work for the municipality (d) sidetrack agreement, or (e) elevator maintenance agreement.

"**insured**" means any person or organization qualifying as an insured in the "**Persons Insured**" provision of the applicable insurance coverage. The insurance afforded applies separately to each **insured** against whom claim is made or suit is brought, except with respect to the limits of the company's liability.

"**Malpractice and Professional Services Hazard (Form A)**" means **bodily injury** or **property damage** due to

(a) the rendering of or failure to render

(1) medical, surgical, dental, X-ray or nursing service or treatment, or the furnishing of food or beverages in connection therewith,

(2) any service or treatment conducive to health at or at a professional nature or

(3) any cosmetic or tonsorial service or treatment;

(b) the furnishing or dispensing of drugs or medical, dental or surgical supplies or appliances, or

(c) the handling of or performing of autopsies on dead bodies.

"**Malpractice and Professional Services Hazard (Form B)**" means **bodily injury** or **property damage** due to the rendering of or failure to render any cosmetic or beauty treatment, or the giving of or failure to give any hair or scalp treatment or dyeing, bleaching or curling of hair, application of hair tonics, or any similar service.

"**Malpractice and Professional Services Hazard (Form C)**" means **bodily injury** or **property damage** due to the rendering of or failure to render any professional service.

"**mobile equipment**" means a land vehicle (including any machinery or apparatus attached thereto), whether or not self-propelled, (a) not subject to motor vehicle registration, or (b) maintained for use exclusively on premises owned by or rented to the **named insured**, including the ways immediately adjoining, or (c) designed for use principally off public roads, or (d) designed or maintained for the sole purpose of affording mobility to equipment of the following types forming an integral part of or permanently attached to such vehicle: power cranes, shovels, loaders, diggers and drills; concrete mixers (other than the mix-in-

transit type), graders, scrap        (or        and other road construction or repair equipment, air-compressors, pumps and generators,
including spraying, welding and building cleaning equipment: and
geophysical exploration and well servicing equipment.

"named insured" means the person or organization named in
Item 1. of the declarations of this policy.

"named insured's products" means goods or products manufactured, sold, handled or distributed by the named insured or by
others trading under his name, including any container thereof
(other than a vehicle), but "named insured's products" shall not
include a vending machine or any property other than such
container, rented to or located for use of others but not sold.

"occurrence" means an event including continuous or repeated
exposure to conditions, which results in bodily injury or property
damage neither expected nor intended from the standpoint of the
insured;

"policy territory" means anywhere in the world, provided, however, that: (a) resulting claims are asserted within the United
States of America, its possessions, or Canada, and (b) it shall
apply to suits and judgments for damages resulting therefrom only
if suit is commenced in a court in the United States of America, its
possessions or in Canada;

"products hazard" includes bodily injury and property damage
arising out of the named insured's products or reliance upon a
representation or warranty made at any time with respect thereto,
but only if the bodily injury or property damage occurs away from
premises owned by or rented to the named insured and after
physical possession of such products has been relinquished to
others;

"property damage" means (a) physical injury to or destruction of
tangible property which occurs during the policy period, including
the loss of use thereof at any time resulting therefrom, or (b) loss
of use of tangible property which has not been physically injured
or destroyed provided such loss of use is caused by an occurrence
during the policy period;

"suit" includes an arbitration proceeding to which the insured is
required to submit or to which the insured has submitted with the
company's consent.

"Underground Property Damage Hazard" includes underground
property damage as defined herein and property damage to any
other property at any time resulting therefrom. "Underground
property damage" means property damage to wires, conduit,
pipes, mains, sewers, tanks, tunnels, any similar property and any
apparatus in connection therewith, beneath the surface of the
ground or water, caused by and occurring during the use of
mechanical equipment for the purpose of grading land, paving,
excavating, drilling, burrowing, filling, back filling or pile driving.

The underground property damage hazard does not include
property damage

(a)   arising out of operations performed for the named insured by
      independent contractors, or

(b)   included within the completed operations hazard; or

(c)   for which liability is assumed by the insured under an incidental contract;

### CONDITIONS APPLICABLE TO SECTION II

1   Supplementary Payments. The company will pay in addition
    to the applicable limit of liability.

    (a)   all expenses incurred by the company, all costs taxed
          against the insured in any suit defended by the company,
          and all interest on the entire amount of any judgment
          therein which does not exceed the limit of the company's
          liability thereon accruing after entry of the judgment and
          before the company has paid or tendered or deposited in
          court that part of the judgment which does not exceed the
          limit of the company's liability thereon;

    (b)   premiums on appeal bonds required in any such suit, premiums on bonds to release attachments in any such suit
          for an amount not in excess of the applicable limit of
          liability of this policy, but the company shall have no
          obligation to apply for or furnish any such bonds;

    (c)   expenses incurred by the insured for first aid to others at
          the time of an accident for bodily injury to which this
          policy applies;

    (d)   reasonable expenses incurred by the insured at the company's request in assisting the company in the investiga-

tion of any claim or suit, including actual loss
of earnings not to exceed $25 per day.

2   Premium. Premium designated in this policy as "advance
    premium" is a deposit premium only which shall be credited
    to the amount of the earned premium due at the end of the
    policy period. At the close of each period (or part thereof
    terminating with the end of the policy period) designated in
    the declarations as the audit period the earned premium shall
    be computed for such period and, upon notice thereof to the
    named insured, shall become due and payable. If the total
    earned premium for the policy period is less than the premium previously paid, the company shall return to the named
    insured the unearned portion paid by the named insured.

    The named insured shall maintain records of such information as is necessary for premium computation and shall send
    copies of such records to the company at the end of the policy
    period and at such times during the policy period as the
    company may direct.

3   Financial Responsibility Laws. Such insurance as is afforded
    by this policy for bodily injury liability or for property damage
    liability shall comply with the provisions of any motor vehicle
    financial responsibility law to the extent of the coverage and
    limits of liability required by such law but in no event in excess
    of the limits of liability stated in this policy.

4   Insured's Duties in the Event of Occurrence, Claim or Suit.
    (a)   In the event of an occurrence, written notice containing
          particulars sufficient to identify the insured and also
          reasonably obtainable information with respect to the
          time, place and circumstances thereof and the names and
          addresses of the injured and of available witnesses shall
          be given by or for the insured to the company or any of its
          authorized agents as soon as practicable.

    (b)   If claim is made or suit is brought against the insured, the
          insured shall immediately forward to the company every
          demand, notice, summons or other process received by
          him or his representative.

    (c)   The insured shall cooperate with the company and, upon
          the company's request, assist in making settlements, in
          the conduct of suits and in enforcing any right or contribution or indemnity against any person or organization
          who may be liable to the insured because of injury or
          damage with respect to which insurance is afforded under
          this policy, and the insured shall attend hearings and
          trials and assist in securing and giving evidence and
          obtaining the attendance of witnesses. The insured shall
          not, except at his own cost, voluntarily make any payment,
          assume any obligation or incur any expense other than for
          first aid to others at the time of the accident.

5   Action Against Company. No action shall lie against the
    company unless, as a condition precedent thereto, there shall
    have been full compliance with all of the terms of this policy,
    nor until the amount of the insured's obligation to pay shall
    have been finally determined either by judgment against the
    insured after actual trial or by written agreement of the
    insured, the claimant and the company.

    Any person or organization or the legal representative thereof
    who has secured such judgment or written agreement shall
    thereafter be entitled to recover under this policy to the extent
    of the insurance afforded by this policy. No person or organization shall have any right under this policy to join the
    company as a party in any action against the insured to
    determine the insured's liability, nor shall the company be
    impleaded by the insured or his legal representative. Bankruptcy or insolvency of the insured or of the insured's estate
    shall not relieve the company of any of its obligations hereunder.

6   Other Insurance. If applicable to the loss there is any valid
    and collectible insurance whether on a primary, excess or
    contingent basis available to the insured or to any other
    carriers, there shall be no insurance afforded by this policy in
    respects such loss, except that if the applicable limit of
    liability of this policy is in excess of the applicable limit of
    liability provided by the other insurance, this policy shall
    afford excess insurance over and above such other insurance in
    that amount sufficient to afford the insured a combined limit
    of liability equal to the applicable limit of liability afforded by
    this policy. Insurance under this policy shall in no event be
    deemed to be concurrent or contributing with any other insurance.

which is available to the insured.

7  Arbitration. The company shall be entitled to exercise all of the insured's rights in the choice of arbitrators and in the conduct of any arbitration proceeding.

8  Annual Aggregate. If this policy is issued for a period in excess of one year, any limit of the company's liability stated in this policy as "aggregate" shall apply separately to each consecutive annual period.

9  Nuclear Exclusion.

This policy does not apply

(a) Under any Liability Coverage, to bodily injury or property damage

   (1) with respect to which an insured under this policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters or Nuclear Insurance Association of Canada, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability, or

   (2) resulting from the hazardous properties of nuclear material and with respect to which (i) any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or (ii) the insured is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization

(b) Under any Medical Payments Coverage, or under any Supplementary Payments provision relating to first aid, to expenses incurred with respect to damage resulting from the hazardous properties of nuclear material and arising out of the operation of a nuclear facility by any person or organization

(c) Under any Liability Coverage, to damage resulting from the hazardous properties of nuclear material, if

   (1) the nuclear material (i) is at any nuclear facility owned by, or operated by or on behalf of, an insured or (ii) has been discharged or dispersed therefrom,

   (2) the nuclear material is contained in spent fuel or waste at any time possessed, handled, used, processed, stored, transported or disposed of by or on behalf of an insured; or

   (3) the damage arises out of the furnishing by an insured of services, materials, parts or equipment in connec-

tion with the planning, construction, maintenance, operation or use of any nuclear facility, but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion (3) applies only to property damage to such nuclear facility and any property thereof.

As used in this exclusion

"hazardous properties" include radioactive, toxic or explosive properties;

"nuclear material" means source material, special nuclear material or byproduct material;

"source material," "special nuclear material," and "byproduct material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a nuclear reactor;

"waste" means any waste material (1) containing byproduct material and (2) resulting from the operation by any person or organization of any nuclear facility included within the definition of nuclear facility under paragraph (a) or (b) thereof.

"nuclear facility" means

(a) any nuclear reactor,

(b) any equipment or device designed or used for (1) separating the isotopes of uranium or plutonium, (2) processing or utilizing spent fuel, or (3) handling, processing or packaging waste,

(c) any equipment or device used for the processing, fabricating or alloying of special nuclear material if at any time the total amount of such material in the custody of the insured at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235,

(d) any structure, basin, excavation, premises or place prepared or used for the storage or disposal of waste,

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations

"nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material

"property damage" includes all forms of radioactive contamination of property

# C-GL-21-201 04/80

POLLUTION
ENDORSEMENT

SAFECO

**Effective
6/9/80
EXCEPT**

ALASKA
GEORGIA (6/30/80)
HAWAII
KANSAS (6/15/80)
MAINE
MARYLAND (6/27/80)
MICHIGAN (9/15/80)
MONTANA (9/22/80)
NEW HAMPSHIRE
NEW JERSEY (11/15/80)
RHODE ISLAND
SOUTH CAROLINA (6/12/80)
TEXAS
VERMONT
WEST VIRGINIA (7/03/80)
WISCONSIN (8/01/80)

This endorsement alters the provisions for

BLANKET LIABILITY INSURANCE — COVERAGES A AND B
COMMERCIAL TOP NOTCH INSURANCE
GROWERS' AND RANCHERS' LIABILITY INSURANCE — COVERAGES A AND B
SPECIAL MULTI-PERIL LIABILITY INSURANCE

This insurance does not apply to Bodily Injury' or Property Damage caused by or resulting from the discharge or escape of matter into or on

(a) water, or
(b) air, or
(c) real property or
(d) personal property

This exclusion applies to any such discharge that occurs before or during the policy period.
This insurance will apply to a discharge that is
(a) sudden, and
(b) unexpected, and
(c) unknowingly caused, and
(d) unintentional, and
(e) occurs during the policy period

"In the event this form is attached to a Commerc                     stituted for "Bodily Injury."

COMPLETE THE FOLLOWING IF NOT ATTACHED TO POLICY W

| INSURED | | | | | | | NEW (FULL TERM) PREMIUM | ADDITIONAL PREMIUM | |
|---|---|---|---|---|---|---|---|---|---|
| ENDORSEMENT EFFECTIVE | (or the hour of day stated in the policy) | | | | | | | | |
| POLICY NUMBER | | | | | | | | | |
| POLICY EXP. DATE | GBI ACCT. NUMBER | | | | | | | | |
| ENDORSEMENT NUMBER | TYPING DATE | | | | | | | | |
| SERVICE OFFICE | | | | | | | | | |
| | | | | | | | | | |
| | | | | TOTALS GROSS | | | | | |

AUTHORIZED REPRESENTATIVE                          NET $ _____  ____ AP ____ AP

C GL 21 201 4/80

Replaces C-1597, C-1599; C-1616, C-1634 & C-2335.





SAFECO

SECTION II — LIABILITY — MARSH & McLENNAN, INC

REVISED ADDITIONAL DECLARATIONS ENDORSEMENT

This endorsement modifies insurance provided by the policy identified below and will replace any additional declarations issued before. No insurance is provided for any coverage unless a specific limit of the company's liability for such coverage is shown below. An "X" placed in the box beside any item below indicates a change made in the policy.

| Coverage | Limits of Liability | |
|---|---|---|

**1. LIABILITY**

Coverage A · Bodily Injury

(a) **Divided Limits Plan** — $ 300,000. each occurrence — $ 300,000. aggregate

☐ Other Than Automobile

Coverage B · Property Damage — $100,000. each occurrence — $100,000. aggregate

☐ (b) **Combined Limits Plan** — Coverages _____ $ _____ each occurrence

☐ (c) The Liability Form attached hereto is entitled: BLANKET LIABILITY INSURANCE C-1138

☐ (d) The following "hazards" as defined by the form entitled "Conditions Applicable Only to Section II" are excluded therefrom:

**2. MEDICAL**

☐ Coverage E · Premises — $ _____ each person — $ _____ each accident

☐ Coverage M · Personal — $ _____ each person — $ _____ each accident

**3. PERSONAL INJURY**

☒ Including an offense within the following groups of offenses _____ Insured's participation _____

☐ Exclusion C Deleted   ☐ Yes   ☐ No

Coverage P — $ _____ aggregate

**4. PERSONAL LIABILITY** ☒ indicates coverage is applicable.

☐ ☐ Coverage L · Personal Liability · The limit of liability is the same as shown for A and B but not less than $25,000 Combined Limits.

☐ ☐ Coverage N · Physical Damage to Property · $250 each occurrence is applicable unless the box for $500 coverage is checked.   ☐ $50

**5.** ☒ Any explanation and/or other change:

DELETING PERSONAL INJURY COVERAGE PER FORM C-1142.

ADDING EXTENDED LIABILITY COVERAGE PER FORM C-1731 (3/82).

ADDING FORM C-2604 (1/73) ATTACHED.

COMPLETE THE FOLLOWING IF NOT ATTACHED TO POLICY WHEN POLICY IS ISSUED:

| INSURED | | COVER-AGE | CLASS OR CODE | UNEARNED SR/PR FACTOR | OLD (FULL TERM) PREMIUM | RETURN PREMIUM | | NEW (FULL TERM) PREMIUM | ADDITIONAL PREMIUM | |
|---|---|---|---|---|---|---|---|---|---|---|
| | LINNTON PLYWOOD ASSOCIATION | | | | | | | | | |
| ENDORSEMENT EFFECTIVE | 4-23-84 (at the hour of day stated in the policy) | | | | $ | $ | | $ | $ | |
| POLICY NUMBER | CP 146038-4 | | | | | | | | | |
| POLICY EXP. DATE | 4-23-85 | | | | | | | | | |
| ENDORSEMENT NUMBER | | TYPING DATE | 4-25-84 | | | | | | | |
| SERVICE OFFICE | 14-11-5 | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | TOTALS GROSS | | | | |

NET $ _____   PP _____   AP _____

Authorized Representative _____   Schedule _____   A

ATTENTION POLICY SERVICE: Attach premium worksheet for coding if required. (continued on reverse side)

UNDERWRITING DAILY

ON II - LIABILITY

O INSURANCE COMPANY OF AMERICA
FIRST NATIONAL INSURANCE COMPANY OF AMERICA

**SAFECO**

**ADDITIONAL DECLARATIONS**                                   Policy No. **CP 646638-A**

This schedule is attached to, and forms a part of the policy specified above.
**Limits of Liability.**
No insurance is provided for any coverage unless a specific limit of the company's liability for such coverage is shown below.

Limits of Liability

| | Coverage A - Bodily Injury | Coverage B - Property Damage |
|---|---|---|
| **LIABILITY** | | |
| (a) Divided Limits Plan | $ **300,000.** each occurrence | $ **100,000.** each occurrence |
| Other Than Auto | $ **300,000.** aggregate | $ **100,000.** aggregate |
| (b) Combined Limits Plan | Coverages_____ | $_____ each occurrence |

(c) **Coverage Forms**
The Liability Form attached hereto is entitled: **BLANKET LIABILITY INSURANCE C-1138**

(d) **Hazards Excluded**
The following "hazards" as defined by the form entitled "Policy Conditions and Definitions" are excluded therefrom:

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**MEDICAL**

| | | |
|---|---|---|
| Coverage E - Premises | $_____ each person | $_____ each accident |
| Coverage M - Personal | $_____ each person | $_____ each accident |

**PERSONAL INJURY**                                                    $ **300,000.** aggregate
including an offense within the following groups of offenses _____ **A-B-C** _____ insured's participation _____ **NIL**
Exclusion C Deleted    ☒ Yes    ☐ No

**PERSONAL LIABILITY**    ☒ indicates coverage is applicable

☐ Coverage L - Personal Liability - The limit of liability is the same as shown for A and B but not less than $25,000 Combined Limits
☐ Coverage M - Physical Damage to Property - $250 each occurrence is applicable unless the box for $500 coverage is checked    ☐ $500

(continued on reverse side)

# UNDERWRITING DAILY

**SAFECO**

onsideration of the premium shown below, it is ag   /\   a policy is changed as follows:   MARSH & A.   IAN, INC. 3-170

SECTIONS

FOLLOWING FORMS ARE ADDED TO AND MADE A PART OF THE POLICY: IL0915(1/83)

TION II - LIABILITY

FOLLOWING FORMS ARE ADDED TO AND MADE A PART OF THE POLICY:'
21200(3/80), CGL21201(7/82)

: FOLLOWING FORMS ARE HEREBY DELETED FROM THE POLICY:
.21200(10/79), C1599(1/72)

## !OPERTY COVERAGE (SECTION I)

| COVERAGE DESCRIPTION | LOC. NO. | BLDG. NO. | LIMITS OF LIABILITY | | CO. INS. % | OLD RATE | NEW RATE | ANNUAL ☐ 3 YEAR PREMIUM | | | UNEARNED SR/PR FACTOR | ☐ ADDITIONAL PREMIUM RETURN PREMIUM ☐ |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | PREVIOUS LIMIT | NEW LIMIT | | | | OLD PREMIUM | NEW PREMIUM | DIFFERENCE | | |
| | | | $ | $ | | | | $ | $ | $ | | $ |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | TOTAL SECTION I CHANGE ▶ | $ | | $ | $ | | | |

## OTHER COVERAGES

| COVERAGE · AMOUNT · CLASS · CODE | RATE | EXPOSURE | ☐ ANNUAL ☐ 3 YEAR PREMIUMS | | | UNEARNED SR/PR FACTOR | ☐ ADDITIONAL PREMIUM RETURN PREMIUM ☐ |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | OLD PREMIUM | NEW PREMIUM | DIFFERENCE | | |
| | | | $ | $ | $ | | $ |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| TOTAL CHANGE THIS ENDORSEMENT ▶ | | | $ | $ | $ | | $ |
| REVISED POLICY/INSTALLMENT PREMIUM ▶ | | | $ | $ | | | |

(SUBSEQUENT INSTALLMENTS MAY BE SUBJECT TO REVISION)

COMPLETE THE FOLLOWING IF NOT ATTACHED TO POLICY WHEN POLICY IS ISSUED:

INSURED   LINNTON PLYWOOD ASSOCIATION

| | | |
| --- | --- | --- |
| ENDORSEMENT EFFECTIVE | 4-23-83 | (at the hour of day stated in the policy) |
| POLICY NUMBER | CP 646638 A | |
| POLICY EXP DATE | 4-23-85 | GSL ACCT. NUMBER |
| ENDORSEMENT NUMBER | | TYPING DATE   4-15-83 |
| SERVICE OFFICE | MH:TS:5 | |

AGENCY NAME _____

**AMOUNT DUE NOW**
☐ INSURED   ☐ COMPANY

_____
AUTHORIZED REPRESENTATIVE

SAFECO PRINTED IN U.S.

**SAFECO**  SAF.   INSURANCE COMPANY OF AMERICA
GENERAL INSURANCE COMPANY OF AMERICA
FIRST NATIONAL INSURANCE COMPANY OF AMERICA

## EMPLOYEE BENEFITS LIABILITY
### (COVERAGE SUPPLEMENT)

### 1. ADDITIONAL DECLARATIONS
500,00                              500,000

(a) Limit of Liability:     $ ~~300,000.~~      Each Claim    $ ~~300,000.~~    Aggregate Per Policy Year

(b) Deductible Amount:     $ 1,000.00

(c) Premium Computation:

| Estimated No. of Employees | Rate (Per Employee) | | Estimated Premium | |
|---|---|---|---|---|
| 203 | .054 .073 | Basic Charge | $ | INCL. |
| | | | $ | |
| | | Total | $ | INCL. |

(d) Minimum Premium:     $ ~~146.~~ 203.M

### 2. INSURING AGREEMENTS

#### (a) Coverage
The company will pay on behalf of the insured, all sums which the insured shall become legally obligated to pay as a result of damages sustained by an employee, prospective employee, former employee or the beneficiaries or legal representatives thereof, caused by any negligent act or omission of the insured, or any other person for whose acts the insured is legally liable in the administration of the insured's Employee Benefit Programs.

#### (b) Deductible
The deductible amount stated in the Additional Declarations shall be deducted from the amount of all claims arising out of the same negligent act or omission and the company shall be liable for loss only in excess of that amount.

However in event of any claim, irrespective of the amount, notice thereof shall be given by or on behalf of the insured to the company, in accordance with the terms of this insurance and the company may at its option, investigate, negotiate or settle such claim. If claim is paid by the company, the insured agrees to reimburse the company for the deductible amount advanced by it.

#### (c) Defense, Settlement, Supplementary Payments
The company will pay, in addition to the applicable limit of liability:

(1) all expenses incurred by the company, all cost taxed against the insured in any suit defended by the company and all interest on the entire amount of any judgment therein which accrues after entry of the judgment and before the company has paid or tendered or deposited in court that part of the judgment which does not exceed the limit of the company's liability thereon;

(2) premiums on appeal bonds required in any such suit, premiums on bonds to release attachments in any such suit for an amount not in excess of the applicable limit of liability of this policy, and the cost of bail bonds required of the insured not to exceed $250 per bail bond, but the company shall have no obligation to apply for or furnish any such bonds;

(3) reasonable expenses incurred by the insured at the company's request, including actual loss of wages or salary (but not loss of other income) not to exceed $25 per day because of his attendance at hearings or trials at such request.

#### (d) Exclusions
This Insurance Does Not Apply:

(1) To any dishonest, fraudulent, criminal or malicious act; libel; slander; discrimination or humiliation;

(2) To bodily injury to, or sickness, disease, or death, of any person, or to injury to or destruction of any tangible property, including the loss of use thereof;

(3) To any claim for failure of performance of contract by any insurer;

(4) To any claim based upon failure to comply with any law concerning Workmen's Compensation, Unemployment Insurance, Social Security or Disability benefits.

(5) To any claim based upon:
   (i) failure of Investment securities to perform as represented by an insured;
   (ii) advice given by an insured to an employee concerning participation in stock subscription plans;
   (iii) fiduciary liability imposed by the Employee Retirement Income Security Act of 1974.

### 3. DEFINITIONS

(a) "Insured" — The unqualified word "insured," wherever used, includes not only the named insured, but also any partner, officer, director, or stockholder, or any employee who is authorized to act in the administration of the insured's Employee Benefit Programs.

(b) "Employee Benefit Programs" — The term "Employee Benefit Programs" shall mean group life insurance, group health insurance, profit sharing plans, pension plans, employee stock subscription plans, workmen's compensation, unemployment insurance, social security, disability benefits insurance and travel, savings or vacation plans.

(c) "Administration" — The unqualified word "administration," wherever used, shall mean:
   (1) Giving counsel to employees with respect to the Employee Benefit Programs;
   (2) Interpreting the Employee Benefit Programs;
   (3) Handling of records in connection with the Employee Benefit Programs;
   (4) Effecting enrollment, termination or cancellation of employees under the Employee Benefit Programs;
   provided all such acts are authorized by the named insured.

(d) "Employee" — The unqualified word "employee" includes employees, former employees, retired employees, directors and former directors of the named insured, and their heirs, legatees and legal representatives.

**SAFECO**

---

This endorsement alters the provisions for:

**BLANKET LIABILITY INSURANCE—COVERAGES A & B
COMPREHENSIVE GENERAL LIABILITY INSURANCE
MANUFACTURERS' AND CONTRACTORS' LIABILITY INSURANCE
OWNERS', LANDLORDS' AND TENANTS' LIABILITY INSURANCE**

---

It is agreed that:

1. The company's obligation under the Bodily Injury Liability and Property Damage Liability Coverages to pay damages on behalf of the **insured** applies only to the amount of damages in excess of any deductible amounts stated in the schedule below as applicable to such coverages.

2. The deductible amounts stated in the schedule apply as follows:

   (a) **PER CLAIM BASIS** — If the deductible is on a "per claim" basis, the deductible amount applies under the Bodily Injury Liability or Property Damage Liability Coverage, respectively, to all **damages** because of **bodily injury** sustained by one person, or to all **property damage** sustained by one person or organization, as the result of any one **occurrence.**

   (b) **PER OCCURRENCE BASIS** — If the deductible is on a "per occurrence" basis, the deductible amount applies under the Bodily Injury Liability or Property Damage Liability Coverage, respectively, to all **damages** because of all **bodily injury** or **property damage** as the result of any one **occurrence.**

3. The terms of the policy, including those with respect to (a) the company's rights and duties with respect to the defense of suits and (b) the **insured's** duties in the event of an **occurrence** apply irrespective of the application of the deductible amount.

4. The company may pay any part or all of the deductible amount to effect settlement of any claim or suit and, upon notification of the action taken, the **named insured** shall promptly reimburse the company for such part of the deductible amount as has been paid by the company.

SCHEDULE

| Coverage | Amount and Basis of Deductible |
|---|---|
| Bodily Injury Liability | $ _____ per claim |
| | $ _____ per occurrence |
| Property Damage Liability | $ _____ per claim |
| | $ 250. per occurrence |

APPLICATION OF ENDORSEMENT (Enter here any limitations on the application of this endorsement. If no limitation is entered, the deductibles apply to all loss however caused):

---

COMPLETE THE FOLLOWING IF NOT ATTACHED TO POLICY WHEN POLICY IS ISSUED:

| INSURED | | | COVERAGE | CLASS OR CODE | UNEARNED SR./PR. FACTOR | OLD (FULL TERM) PREMIUM | RETURN PREMIUM | NEW (FULL TERM) PREMIUM | ADDITIONAL PREMIUM |
|---|---|---|---|---|---|---|---|---|---|
| ENDORSEMENT EFFECTIVE | 4-23-84 (at the hour of day stated in the policy) | | | | | $ | $ | $ | $ |
| POLICY NUMBER | CP 646638-A | | | | | | | | |
| POLICY EXP. DATE | | GSL ACCT NUMBER | | | | | | | |
| ENDORSEMENT NUMBER | | TYPING DATE | 4-25-84 | | | | | | |
| SERVICE OFFICE | | | | | | | | | |
| | | | | | | TOTALS GROSS | | | |

AUTHORIZED REPRESENTATIVE

PRINTED IN U.S.A.

SAFECO

(EMPLOYEES)

---

This endorsement modifies such insurance as is afforded
by the provisions of the policy relating to the following:

BLANKET LIABILITY INSURANCE — COVERAGES A & B
COMPREHENSIVE GENERAL LIABILITY INSURANCE
MANUFACTURERS' AND CONTRACTORS' LIABILITY INSURANCE
OWNERS', LANDLORDS' AND TENANTS' LIABILITY INSURANCE
STOREKEEPERS' INSURANCE

---

It is agreed that the "Persons Insured" provision is amended to in-
clude any employee of the named insured while acting within the
scope of his duties as such, but the insurance afforded to such em-
ployee does not apply:

1. to bodily injury to (a) another employee of the named insured
arising out of or in the course of his employment or (b) the named
insured or, if the named insured is a partnership or joint venture,

any partner or member thereof;

2. to property damage to property owned, occupied or used by,
rented to, in the care, custody or control of, or over which physical
control is being exercised for any purpose by (a) another employee
of the named insured or (b) the named insured, or, if the named
insured is a partnership or joint venture, any partner or member
thereof.

This endorsement is executed by the company stated in the declarations

W. D. HAMMERSLA, SECRETARY

GORDON H. SWEANY, PRESIDENT

COMPLETE THE FOLLOWING IF NOT ATTACHED TO POLICY WHEN POLICY IS ISSUED

| INSURED | | | EFFER -OF | CLASS DESCRIP | UNEARNED SR PR FACTOR | USD FULL TERM PREMIUM | RETURN PREMIUM | NEW (FULL TERM) PREMIUM | ADDITIONAL PREMIUM | |
|---|---|---|---|---|---|---|---|---|---|---|
| ENDORSEMENT EFFECTIVE | 12:01 A.M. Stand. Time at the address of the insured | | | | | $ | $ | $ | $ | |
| LOCATION OF RISK (if different) | | | | | | | | | | |
| POLICY EXP. DATE | EXPIRES NUMBER | | | | | | | | | |
| ENDORSEMENT NUMBER | ISSUED DATE | | | | | | | | | |
| SERVICE OFFICE | | | | | | | | | | |
| 1. SAFECO INSURANCE COMPANY OF AMERICA 6. GENERAL INSURANCE COMPANY OF AMERICA 7. FIRST NATIONAL INSURANCE COMPANY OF AMERICA (Policy is issued by insurer by the company designated by number) | | | | | | | | | | |
| | | | | | TOTALS GROSS | | | | | |

REDMER / TRANSFER AGENT

C-2106 R1 4/67

PRINTED IN U.S.A.

PERSONAL INJURY
LIABILITY INSURANCE

**SAFECO**

## 1. COVERAGE P—PERSONAL INJURY LIABILITY

The company will pay on behalf of the insured all sums which the insured shall become legally obligated to pay as damages because of injury (herein called "personal injury") sustained by any person or organization and arising out of one or more of the following offenses committed in the conduct of the named insured's business:

Group A — false arrest, detention or imprisonment, or malicious prosecution;

Group B — the publication or utterance of a libel or slander or of other defamatory or disparaging material, or a publication or utterance in violation of an individual's right of privacy; except publications or utterances in the course of or related to advertising, broadcasting or telecasting activities conducted by or on behalf of the named insured.

Group C — wrongful entry or eviction, or other invasion of the right of private occupancy;

If such offense is committed during the policy period within the United States of America, its territories or possessions, or Canada, and the company shall have the right and duty to defend any suit against the insured seeking damages on account of such personal injury even if any of the allegations of the suit are groundless, false or fraudulent, and may make such investigation and settlement of any claim or suit as it deems expedient, but the company shall not be obligated to pay any claim or judgment or to defend any suit after the applicable limit of the company's liability has been exhausted by payment of judgments or settlements.

### Exclusions

This insurance does not apply:

(a) to liability assumed by the insured under any contract or agreement;

(b) to personal injury arising out of the wilful violation of a penal statute or ordinance committed by or with the knowledge or consent of any insured;

(c) to personal injury sustained by any person as a result of an offense directly or indirectly related to the employment of such person by the named insured;

(d) to personal injury arising out of any publication or utterance described in Group B, if the first injurious publication or utterance of the same or similar material by or on behalf of the named insured was made prior to the effective date of this insurance;

(e) to personal injury arising out of a publication or utterance described in Group B concerning any organization or business enterprise, or its products or services, made by or at the direction of any insured with knowledge of the falsity thereof.

## 2. PERSONS INSURED

Each of the following is an insured under this insurance to the extent set forth below:

(a) if the named insured is designated in the declarations as an individual, the person so designated and his spouse.

(b) if the named insured is designated in the declarations as a partnership or joint venture, the partnership or joint venture so designated and any partner or member thereof but only with respect to his liability as such;

(c) if the named insured is designated in the declarations as other than an individual, partnership or joint venture, the organization so designated and any executive officer, director or stockholder thereof while acting within the scope of his duties as such.

This insurance does not apply to personal injury arising out of the conduct of any partnership or joint venture of which the insured is a partner or member and which is not designated in this policy as a named insured.

## 3. LIMITS OF LIABILITY: INSURED'S PARTICIPATION

Regardless of the number of (a) insureds under this policy, (b) persons or organizations who sustain personal injury, or (c) claims made or suits brought on account of personal injury, the total limit of the company's liability under this coverage for all damages shall not exceed the limit of personal injury liability stated in the declarations as "aggregate."

If a participation percentage is stated in the schedule for the insured, the company shall not be liable for a greater proportion of any loss than the difference between such percentage and one hundred percent and the balance of the loss shall be borne by the insured; provided, the company may pay the insured's portion of a loss to effect settlement of the loss, and, upon notification of the action taken, the named insured shall promptly reimburse the company therefor.

## 4. ADDITIONAL DEFINITION

When used in reference to this insurance.

"damages" means only those damages which are payable because of personal injury arising out of an offense to which this insurance applies.

POLICY:                    CP646638A
EFFECTIVE:                 4/23/79-4/23/82

LIABILITY FORM:            C-1138 4/78
CONDITIONS FORM:           C-1652 8/78
POLLUTION EXCLUSION:       C-1599 1/72

## 1. COVERAGE A – BODILY INJURY – except Automobile
## COVERAGE B – PROPERTY DAMAGE – except Automobile

The company will pay all sums which the insured shall become legally obligated to pay as damages because of bodily injury or property damage to which this insurance applies, caused by an occurrence. The company shall have the right and duty to defend any suit against the insured seeking damages on account of such bodily injury or property damage, even if any of the allegations of the suit are groundless, false or fraudulent, and may make such investigation and settlement of any claim or suit as it deems expedient. The company shall not be obligated to pay any claim or judgment or to defend any suit after the applicable limit of the company's liability has been exhausted by payment of judgments or settlements.

### Exclusions

This insurance does not apply

(a) to bodily injury or property damage arising out of the ownership, maintenance, operation, use, loading or unloading of
(1) any automobile or aircraft owned or operated by or rented or loaned to any insured, or
(2) any other automobile or aircraft operated by any person in the course of his employment by any insured;
but this exclusion does not apply to the parking of an automobile on insured premises, if such automobile is not owned by or rented or loaned to any insured;

(b) to bodily injury or property damage included within the war hazard with respect to liability assumed by the insured under any contract or agreement or expenses for first aid under the Supplementary Payments provision;

(c) to any obligation for which the insured or any carrier as his insurer may be held liable under any workmen's compensation, unemployment compensation or disability benefits law, or under any similar law;

(d) to bodily injury to any employee of the insured arising out of and in the course of his employment by the insured; but this exclusion does not apply to liability assumed by the insured under any contract;

(e) to property damage: (1) to property owned or transported by the insured; (2) to property occupied by or rented to the insured; (3) to property under bailment to the insured (except injury to or destruction of such property arising out of the use of elevators or escalators or to liability assumed under sidetrack agreements), (4) to that particular part of any property (i) upon which operations are being performed by or on behalf of the insured; or (ii) out of which such injury or destruction arises; (5) to premises alienated by the named insured arising out of such premises or any part thereof; (6) to the named insured's products arising out of such products or any part of such products; (7) with respect to the completed operations hazard and with respect to any classification stated in the company's manual as "including completed operations," to work performed by or on behalf of the named insured arising out of such work or any portion thereof, or out of such materials, parts or equipment furnished in connection therewith;

(f) to damages claimed for the withdrawal, inspection, repair, replacement, or loss of use of the named insured's products or work completed by or for the named insured or of any property of which such products or work form a part, if such products, work or property are withdrawn from the market or from use because of any known or suspected defect or deficiency therein;

(g) to bodily injury or property damage arising out of: (1) the ownership, maintenance, operation, use, loading or unloading of any mobile equipment while being used in any prearranged or organized racing, speed or demolition contest or in any stunting activity or in practice or preparation for any such contest or activity; (2) and in the course of the transportation of mobile equipment by an automobile owned or operated by or rented or loaned to any insured;

(h) to loss of use of tangible property which has not been physically injured or destroyed resulting from:

(1) a delay in or lack of performance by or on behalf of the named insured of any contract or agreement, or
(2) the failure of the named insured's products or work performed by or on behalf of the named insured to meet the level of performance, quality, fitness or durability warranted or represented by the named insured;
but this exclusion does not apply to loss of use of other tangible property resulting from the sudden and accidental physical injury to or destruction of the named insured's products or work performed by or on behalf of the named insured after such products or work have been put to use by any person or organization other than an insured;

(i) to contractual liability assumed by the insured, if the insured or his indemnitee is an architect, engineer or surveyor, for bodily injury or property damage arising out of the rendering of or the failure to render professional services by such insured or indemnitee, including:
(1) the preparation or approval of maps, plans, opinions, reports, surveys, designs or specifications; and
(2) supervisory, inspection or engineering services.

(j) under Coverages A and B, to liability or injury arising out of or in connection with domestic activities of any insured which are not connected with the business of any insured.

## 2. COVERAGE E – PREMISES MEDICAL PAYMENTS

The company will pay to or for each person who sustains bodily injury caused by accident all reasonable medical expense incurred within one year from the date of the accident on account of such bodily injury, provided such bodily injury arises out of (a) a condition in the insured premises or (b) operations with respect to which the named insured is afforded coverage for bodily injury liability under this policy

### Exclusions

This insurance does not apply:

(a) to bodily injury

(1) arising out of the ownership, maintenance, operation, use, loading or unloading of
(i) any automobile or aircraft owned or operated by or rented or loaned to any insured, or
(ii) any other automobile or aircraft operated by any person in the course of his employment by any insured;
but this exclusion does not apply to the parking of an automobile on the insured premises, if such automobile is not owned by or rented or loaned to any insured;

(2) arising out of the ownership, maintenance, operation, use, loading or unloading of any mobile equipment while being used in any prearranged or organized racing, speed or demolition contest or in any stunting activity or in practice or preparation for any such contest or activity;

(3) arising out of and in the course of the transportation of mobile equipment by an automobile owned or operated by or rented or loaned to any insured;

(b) to bodily injury

(1) included within the completed operations hazard or the products hazard;

(2) arising out of operations performed for the named insured by independent contractors other than (i) maintenance and repair of the insured premises or (ii) structural alterations of such premises which do not involve changing the size of or moving buildings or other structures;

(3) resulting from the selling, serving or giving of any alcoholic beverage (i) in violation of any statute, ordinance or regulation, (ii) to a minor, (iii) to a person under the influence of alcohol or (iv) which causes or contributes to the intoxication of any person, if the named insured is a person or organization engaged in the business of manufacturing, distributing, selling or serving alcoholic beverages or, if not so engaged, is an owner or lessor of premises used for such purposes but only part (i) of this exclusion (b) (3) applies when the named insured is such an owner or lessor;

(4) included within the war hazard;

(c) to bodily injury
(1) to the named insured, any partner therein, any tenant or other person regularly residing on the insured premises or any employee of any of the foregoing if the bodily injury arises out of and in the course of his employment therewith;
(2) to any other tenant if the bodily injury occurs on that part of the insured premises rented from the named insured or to any employee of such a tenant if the bodily injury occurs on the tenant's part of the insured premises and arises out of and in the course of his employment for the tenant;
(3) to any person while engaged in maintenance and repair of the insured premises or alteration, demolition or new construction at such premises;
(4) to any person if any benefits for such bodily injury are payable or required to be provided under any workmen's compensation, unemployment compensation or disability benefits law, or under any similar law;
(5) to any person practicing, instructing or participating in any physical training, sport, athletic activity or contest;
(d) to any medical expense for services by the named insured, any employee thereof or any person or organization under contract to the named insured to provide such services.

## 3. PERSONS INSURED

Each of the following is an insured under this insurance to the extent set forth below:
(a) the named insured and, if an individual, the spouse of such named insured if a resident of the same household;
(b) for Coverages A and B
    (1) if the named insured is designated in the declarations as
        (i) a partnership or joint venture, the partnership or joint venture so designated and any partner or member thereof but only with respect to his liability as such;
        (ii) other than an individual, partnership or joint venture, the organization so designated and any executive officer, director or stockholder thereof while acting within the scope of his duties as such;
    (2) any person (other than an employee of the named insured) or organization while acting as real estate manager for the named insured; and
    (3) with respect to the operation, for the purpose of locomotion upon a public highway, of mobile equipment registered under any motor vehicle registration law,
        (i) an employee of the named insured while operating any such equipment in the course of his employment, and
        (ii) any other person while operating with the permission of the named insured any such equipment registered in the name of the named insured and any person or organization legally responsible for such operation, but only if there is no other valid and collectible insurance available, either on a primary or excess basis, to such person or organization;
    provided that no person or organization shall be an insured under this paragraph (3) with respect to:
    (A) bodily injury to any fellow employee or
    (B) property damage to property owned by, rented to, in charge of or occupied by the named insured or the employer of any person described in subparagraph (ii).
This insurance does not apply to bodily injury or property damage arising out of the conduct of any partnership or joint venture of which the insured is a partner or member and which is not designated in this policy as a named insured.

## 4. LIMITS OF LIABILITY

For the purpose of determining the limit of the company's liability, all bodily injury and property damage arising out of continuous or repeated exposure to substantially the same general conditions shall be considered as arising out of one occurrence.
Regardless of the number of insureds under this policy, the company's liability is limited as follows:
(a) Combined Limits Plan
    The limit of liability under the Combined Limits Plan expressed in the declarations as applicable to "each occurrence" is the total limit of the company's liability under the bodily injury liability and property damage liability coverages combined for all damages as the result of any one occurrence provided:

pleted operations hazard and the (ii) products hazard, such limit of liability shall be the total limit of the company's liability during each annual policy period as the result of one or more than one occurrence;
(2) with respect to all damages arising out of property damage (other than the completed operation hazard, or the products hazard) such limit of liability shall be the total limit of the company's liability during each annual policy period as the result of one or more than one occurrence, but said limit of liability shall apply separately to each project with respect to operations being performed away from premises owned by or rented to the insured;
(3) with respect to any occurrence for which the notice of this policy is given in lieu of security, or when when this policy is certified as proof of financial responsibility under the provisions of the motor vehicle financial responsibility law of any state or province, such limit of liability shall be applied in accordance with the applicable terms of such law, except that the total limit of liability shall not be reduced.

(b) Divided Limits Plan

### Coverage A —

The total liability of the company for all damages including damages for care and loss of services because of bodily injury sustained by one or more persons as the result of any one occurrence shall not exceed the limit of bodily injury liability stated in the declarations as applicable to "each occurrence." The total liability of the company for all damages because of (1) all bodily injury included within the completed operations hazard and (2) all bodily injury included within the products hazard shall not exceed the limit of bodily injury liability stated in the declarations as "aggregate."

### Coverage B —

The total liability of the company for all damages because of all property damage sustained by one or more persons or organizations as the result of any one occurrence shall not exceed the limit of property damage liability stated in the declarations as applicable to "each occurrence." The total liability of the company for all damages because of all property damage to which this coverage applies shall not exceed the limit of property damage liability stated in the declarations as "aggregate."
Such aggregate limit shall apply separately with respect to each project away from premises owned by or rented to the named insured.
Aggregate limits of liability as stated in this policy shall apply separately to each annual policy period.

### Coverage E —

The limit of liability for Premises Medical Payments Coverage stated in the declarations as applicable to "each person" is the limit of the company's liability for all medical expense for bodily injury to any one person as the result of any one accident; but subject to the above provision respecting "each person," the total liability of the company under Premises Medical Payments Coverage for all medical expense for bodily injury to two or more persons as the result of any one accident shall not exceed the limit of liability stated in the declarations as applicable to "each accident."

## 5. TERRITORIAL APPLICATION

This insurance applies only to bodily injury or property damage which occurs: (a) for Coverages A and B, during the policy period within the policy territory; (b) for Coverage E, during the policy period within the United States of America, its territories or possessions, or Canada.

## 6. ADDITIONAL DEFINITIONS

When used in reference to this insurance (including endorsements forming a part of the policy):
"contractual liability" means liability expressly assumed under a contract or agreement; provided, however, that contractual liability shall not be construed as including liability under a warranty of the fitness or quality of the named insured's products or a warranty that work performed by or on behalf of the named

(continued on following page)

insured will be done in a workmanlike manner;

"insured premises" for Coverage E, means all premises owned by or rented to the named insured with respect to which the named insured is afforded coverage for bodily injury liability under this policy, and includes the ways immediately adjoining on land;

"medical expense" means expenses for necessary medical, surgical, X-ray and dental services, including prosthetic devices, and necessary ambulance, hospital, professional nursing and funeral services;

"war hazard" includes all bodily injury and property damage due to war, whether or not declared, civil war, insurrection, rebellion or revolution or to any act or condition incident to any of the foregoing.

7. ADDITIONAL CONDITIONS

(a) Medical Reports; Proof and Payment of Claim

As soon as practicable the injured person or someone on his behalf shall give to the company written proof of claim, under oath if required, and shall, after each request from the company, execute authorization to enable the company to obtain medical reports and copies of records. The injured person shall submit to physical examination by physicians selected by the company when and as often as the company may reasonably require. The company may pay the injured person or any person or organization rendering the services and the payment shall reduce the amoung payable hereunder for such injury. Payment hereunder shall not constitute an admission of liability of any person or, except hereunder, of the company.

**SAFECO**

GENERAL CONDITIONS
AND DEFINITIONS

## GENERAL CONDITIONS

The following Conditions apply except as otherwise indicated. Additional Conditions or modifications of the following Conditions may appear in the specific coverage sections.

1. **Premium.** All premiums for this policy shall be computed in accordance with the company's rules, rates, rating plans, premiums and minimum premiums applicable to the insurance afforded herein.

   If this policy is issued for a period in excess of one year with a specified expiration date and a premium is payable at each anniversary, such premium shall be determined annually on the basis of the rates in effect at the anniversary date.

   If this policy is issued for a period without a specified expiration date, it may be continued by payment of the required premium for the succeeding annual period. Such premium must be paid to the company prior to each anniversary date, if not so paid, this policy shall expire on the first anniversary date that the said premium has not been received by the company.

2. **Time of Inception.** To the extent that coverage in this policy replaces coverage in other policies terminating noon standard time on the inception date of this policy, coverage under this policy shall not become effective until such other coverage has terminated.

3. **Cancellation.** This policy may be canceled by the named insured by surrender thereof to the company or any of its authorized agents or by mailing to the company written notice stating when thereafter the cancellation shall be effective. This policy may be canceled by the company by mailing to the named insured at the mailing address shown in the Declarations, written notice stating when not less than ten days thereafter such cancellation shall be effective. The mailing of notice as aforesaid shall be sufficient proof of notice. The time of surrender or the effective date and hour of cancellation stated in the notice shall become the end of the policy period. Delivery of such written notice either by the named insured or by the company shall be equivalent to mailing.

   If the named insured cancels, the company shall, upon demand and surrender of this policy, refund the excess of paid premium above the customary short rates for the expired time. If the company cancels, earned premium shall be computed pro rata. Premium adjustment may be made either at the time cancellation is effected or as soon as practicable after cancellation becomes effective, but payment or tender of unearned premium is not a condition of cancellation.

   Notice of cancellation addressed to the named insured and mailed to the mailing address shown in the Declaration shall be sufficient notice to effect cancellation of this policy.

4. **Concealment or Fraud.** This policy is void if any insured has intentionally concealed or misrepresented any material fact or circumstance relating to this insurance.

5. **Assignment.** Assignment of interest under this policy shall not bind the company until its consent is endorsed hereon. However, if the named insured shall die, this insurance shall apply.

   (a) to the named insured's legal representative as the named insured, but only while acting within the scope of his duties as such; or

   (b) to the person having temporary custody of the property of the named insured but only until the appointment and qualification of the legal representative.

6. **Subrogation.**

   (a) In the event of any payment under this policy, the company shall be subrogated to all the insured's rights of recovery against any person or organization and the insured shall execute and deliver instruments and papers and do whatever else is necessary to secure such rights. The insured shall do nothing after loss to prejudice such rights.

   (b) The company shall not be bound to pay any loss if the insured has impaired any right of recovery for loss however, it is agreed that the insured may

(1) as respects property while on the premises of the insured, release others in writing from liability for loss prior to loss, and such release shall not affect the right of the insured to recover hereunder, and

(2) as respects property in transit, accept such bills of lading, receipts or contracts of transportation as are ordinarily issued by carriers containing a limitation as to the value of such goods or merchandise.

7. **Inspection and Audit.** The company shall be permitted but not obligated to inspect the named insured's property and operations at any time. Neither the company's right to make inspections nor the making thereof nor any report thereon shall constitute an undertaking on behalf of or for the benefit of the named insured or others to determine or warrant that such property or operations are safe or healthful or are in compliance with any law, rule or regulation.

   The company may examine and audit the named insured's books and records at any time during the policy period and extensions and within three years after the final termination of this policy, as far as they relate to the subject matter of this insurance.

8. **Liberalization Clause.** In the event any filing is submitted to the insurance supervisory authorities on behalf of the company, and:

   (a) the filing is approved or accepted by the insurance authorities to be effective while this policy is in force or within 45 days prior to its inception, and

   (b) the filing includes insurance forms or other provisions that would extend or broaden this insurance by endorsement or substitution of form, without additional premium,

   the benefit of such extended or broadened insurance shall inure to the benefit of the insured as though the endorsement or substitution of form has been made.

9. **Insurance Under More Than One Coverage, Part or Endorsement.** In the event that more than one coverage, part or endorsement of this policy insures the same loss, damage or claim, the company shall not be liable for more than the actual loss or damage sustained by the insured.

10. **Waiver or Change of Provisions.** The terms of this insurance shall not be waived, changed or modified except by endorsement issued to form a part of this policy.

## DEFINITIONS APPLICABLE TO SECTION II

We are in the process of making our policies easier to read. Because there are so many different forms we cannot rewrite them all at one time. For a time then, where used in this policy, "you" and "your" refer to the "named insured" shown in the Declarations. "We," "Us" and "Our" refer to the company providing this insurance.

When used in this policy (including endorsements forming a part hereof)

"Alcoholic Beverage Hazard" means bodily injury or property damage for which the insured or his indemnitee may be held liable

(a) as a person or organization engaged in the business of manufacturing, distributing, selling or serving alcoholic beverages; or

(b) if not so engaged, as an owner or lessor of premises used for such purposes,

by reason of the selling, serving or giving of any alcoholic beverage

(1) in violation of any statute, ordinance or regulation,

(2) to a minor,

(3) to a person under the influence of alcohol, or

(4) which causes or contributes to the intoxication of any person,

but parts (2), (3) and (4) of this exclusion do not apply with respect to liability of the insured or his indemnitee as an owner or lessor described in (b) above.

*C-1652 R6 S/78*

PRINTED IN U.S.A.

designed for travel on public roads (including any machinery or
apparatus attached thereto), snowmobiles, all-terrain vehicles and
similar equipment and trailers designed for use therewith, but
does not include **mobile equipment;**

**"automobile business"** means the business or occupation of
selling, repairing, servicing, storing or parking **automobiles;**

**"bailment"** means a delivery of property by any person to the
**insured** for some purpose beneficial to either the **insured** or such
person or both under a contract, express or implied, for the
**insured** to carry out such purpose and to redeliver such property
or otherwise dispose of it as provided.

**"Blanket Contractual Hazard"** means liability assumed by the
**insured** under any contract or agreement except an **incidental
contract**; but this definition does not apply to a warranty of fitness
or quality of the **named insured's products** or a warranty that work
performed by or on behalf of the **named insured** will be done in a
workmanlike manner;

**"bodily injury"** means bodily injury, sickness or disease sustained
by any person which occurs during the policy period, including
death at any time resulting therefrom;

**"Broad Form Property Damage Hazard"** means property damage
to

(a) property used by the **insured,** or

(b) property in the care, custody or control of the **insured** or as to
which the **insured** is for any purpose exercising physical
control,

but parts (a) and (b) of this definition do not apply with respect to
liability under a written sidetrack agreement and part (b) of this
definition does not apply with respect to **property damage** (other
than to **elevators**) arising out of the use of an **elevator** at premises
owned by, rented to or controlled by the **named insured.**

**"Collapse Hazard"** includes "structural property damage" as
defined herein and **property damage** to any other property at any
time resulting therefrom "Structural property damage" means the
collapse of or structural injury to any building or structure due to

(a) grading of land, excavating, borrowing, filling, back-filling,
tunnelling, pile driving, cofferdam work or caisson work; or

(b) moving, shoring, underpinning, raising or demolition of any
building or structure or removal or rebuilding of any struc-
tural support thereof

The **collapse hazard** does not include **property damage**

(a) arising out of operations performed for the **named insured** by
independent contractors, or

(b) included within the **completed operations hazard** or the
**underground property damage hazard;** or

(c) for which liability is assumed by the **insured** under an **inci-
dental contract;**

**"completed operations hazard"** includes **bodily injury** and **prop-
erty damage** arising out of operations or reliance upon a repre-
sentation or warranty made at any time with respect thereto, but
only if the **bodily injury** or **property damage** occurs after such
operations have been completed or abandoned and occurs away
from premises owned by or rented to the **named insured.** "Opera-
tions" include materials, parts or equipment furnished in con-
nection therewith. Operations shall be deemed completed at the
earliest of the following times

(a) when all operations to be performed by or on behalf of the
**named insured** under the contract have been completed,

(b) when all operations to be performed by or on behalf of the
**named insured** at the site of the operations have been com-
pleted, or

(c) when the portion of the work out of which the injury or
damage arises has been put to its intended use by any person
or organization other than another contractor or subcontrac-
tor engaged in performing operations for a principal as a part
of the same project

Operations which may require further service or maintenance
work, or correction, repair or replacement because of any defect
or deficiency, but which are otherwise complete, shall be deemed
completed.

The **completed operations hazard** does not include **bodily injury**
or **property damage** arising out of

unless the **bodily injury** or **property damage** arises out of a
condition in or on a vehicle created by the loading or
unloading thereof,

(b) the existence of tools, uninstalled equipment or abandoned
or unused materials, or

(c) operations for which the classification stated in the policy or
in the company's manual specifies "including completed
operations";

**"elevator"** means any hoisting or lowering device to connect
floors or landings, whether or not in service, and all appliances
thereof including any car, platform, shaft, hoistway, stairway,
runway, power equipment and machinery; but does not include an
**automobile** servicing hoist, or a hoist without a platform outside a
building if without mechanical power or if not attached to building
walls, or a hod or material hoist used in alteration, construction or
demolition operations, or an inclined conveyor used exclusively
for carrying property or a dumbwaiter used exclusively for carry-
ing property and having a compartment height not exceeding four
feet, or hydraulic or mechanical hoists used for dumping materials
from trucks;

**"Explosion Hazard"** includes **property damage** arising out of
blasting or explosion. The **explosion hazard** does not include
**property damage**

(a) arising out of the explosion of air or stream vessels, piping
under pressure, prime movers, machinery or power trans-
mitting equipment; or

(b) arising out of operations performed for the **named insured** by
independent contractors; or

(c) included within the **completed operations hazard** or the
**underground property damage hazard;** or

(d) for which liability is assumed by the **insured** under an **inci-
dental contract;**

**"incidental contract"** means any written (a) lease of premises, (b)
easement agreement, except in connection with construction or
demolition operations on or adjacent to a railroad, (c) undertaking
to indemnify a municipality required by municipal ordinance,
except in connection with work for the municipality, (d) sidetrack
agreement, or (e) elevator maintenance agreement;

**"insured"** means any person or organization qualifying as an
**insured** in the **"Persons Insured"** provision of the applicable
insurance coverage. The insurance afforded applies separately to
each **insured** against whom claim is made or suit is brought,
except with respect to the limits of the company's liability

**"Malpractice and Professional Services Hazard (Form A)"** means
**bodily injury** or **property damage** due to

(a) the rendering of or failure to render

(1) medical, surgical, dental, X-ray or nursing service or
treatment, or the furnishing of food or beverages in con-
nection therewith;

(2) any service or treatment conducive to health or of a pro-
fessional nature; or

(3) any cosmetic or tonsorial service or treatment;

(b) the furnishing or dispensing of drugs or medical, dental or
surgical supplies or appliances; or

(c) the handling of or performing of autopsies on dead bodies

**"Malpractice and Professional Services Hazard (Form B)"** means
**bodily injury** or **property damage** due to the rendering of or failure
to render any cosmetic, ear piercing, tonsorial, massage, physical
therapy, chiropody, hearing aid, optical or optometrical services
or treatments.

**"Malpractice and Professional Services Hazard (Form C)"** means
**bodily injury** or **property damage** due to the rendering of or failure
to render any professional service.

**"mobile equipment"** means a land vehicle (including any ma-
chinery or apparatus attached thereto), whether or not self-
propelled, (a) not subject to motor vehicle registration, or (b)
maintained for use exclusively on premises owned by or rented to
the **named insured,** including the ways immediately adjoining, or
(c) designed for use principally off public roads, or (d) designed or
maintained for the sole purpose of affording mobility to equip-
ment of the following types forming an integral part of or per-
manently attached to such vehicle: power cranes, shovels, load-
ers, diggers and drills; concrete mixers (other than the mixin-

tion or repair equipment; air ...pressors, pumps and generators, including spraying, welding and building cleaning equipment; and geophysical exploration and well servicing equipment.

"named insured" means the person or organization named in Item 1. of the declarations of this policy;

"named insured's products" means goods or products manufactured, sold, handled or distributed by the **named insured** or by others trading under his name, including any container thereof (other than a vehicle), but **"named insured's products"** shall not include a vending machine or any property other than such container, rented to or located for use of others but not sold;

"occurrence" means an event including continuous or repeated exposure to conditions, which results in **bodily injury** or **property damage** neither expected nor intended from the standpoint of the insured;

"policy territory" means anywhere in the world, provided, however, that: (a) resulting claims are asserted within the United States of America, its possessions, or Canada, and (b) it shall apply to suits and judgments for damages resulting therefrom only if suit is commenced in a court in the United States of America, its possessions or in Canada;

"products hazard" includes bodily injury and property damage arising out of the **named insured's products** or reliance upon a representation or warranty made at any time with respect thereto, but only if the **bodily injury** or **property damage** occurs away from premises owned by or rented to the **named insured** and after physical possession of such products has been relinquished to others;

"property damage" means (a) physical injury to or destruction of tangible property which occurs during the policy period, including the loss of use thereof at any time resulting therefrom, or (b) loss of use of tangible property which has not been physically injured or destroyed provided such loss of use is caused by an **occurrence** during the policy period;

"suit" includes an arbitration proceeding to which the **insured** is required to submit or to which the **insured** has submitted with the company's consent.

"Underground Property Damage Hazard" includes underground property damage as defined herein and property damage to any other property at any time resulting therefrom "Underground property damage" means property damage to wires, conduits, pipes, mains, sewers, tanks, tunnels, any similar property; and any apparatus in connection therewith, beneath the surface of the ground or water, caused by and occurring during the use of mechanical equipment for the purpose of grading land, paving, excavating, drilling, borrowing, filling, back-filling or pile driving.

The underground property damage hazard does not include property damage

(a) arising out of operations performed for the named insured by independent contractors; or

(b) included within the completed operations hazard; or

(c) for which liability is assumed by the insured under an incidental contract;

## CONDITIONS APPLICABLE TO SECTION II

1. Supplementary Payments. The company will pay, in addition to the applicable limit of liability

   (a) all expenses incurred by the company, all costs taxed against the **insured** in any suit defended by the company and all interest on the entire amount of any judgment therein which accrues after entry of the judgment and before the company has paid or tendered or deposited in court that part of the judgment which does not exceed the limit of the company's liability thereon.

   (b) premiums on appeal bonds required in any such suit, premiums on bonds to release attachment in any such suit for an amount not in excess of the applicable limit of liability of this policy, but the company shall have no obligation to apply for or furnish any such bonds.

   (c) expenses incurred by the **insured** for first aid to others at the time of an accident, for bodily injury to which this policy applies.

   (d) reasonable expenses incurred by the **insured** at the company's request in assisting the company in the investiga-
---
tion of eac.. ...gs not to exceed $25 per day.

2. **Premium.** Premium designated in this policy as "advance premium" is a deposit premium only which shall be credited to the amount of the earned premium due at the end of the policy period. At the close of each period (or part thereof terminating with the end of the policy period) designated in the declarations as the audit period the earned premium shall be computed for such period and, upon notice thereof to the **named insured**, shall become due and payable. If the total earned premium for the policy period is less than the premium previously paid, the company shall return to the **named insured** the unearned portion paid by the **named insured.**

   The **named insured** shall maintain records of such information as is necessary for premium computation and shall send copies of such records to the company at the end of the policy period and at such times during the policy period as the company may direct.

3. **Financial Responsibility Laws.** Such insurance as is afforded by this policy for **bodily injury** liability or for **property damage** liability shall comply with the provisions of any motor vehicle financial responsibility law to the extent of the coverage and limits of liability required by such law but in no event in excess of the limits of liability stated in this policy.

4. **Insured's Duties in the Event of Occurrence, Claim or Suit.**
   (a) In the event of an **occurrence**, written notice containing particulars sufficient to identify the **insured** and also reasonably obtainable information with respect to the time, place and circumstances thereof and the names and addresses of the injured and of available witnesses shall be given by or for the **insured** to the company or any of its authorized agents as soon as practicable.

   (b) If claim is made or suit is brought against the **insured**, the **insured** shall immediately forward to the company every demand, notice, summons or other process received by him or his representative.

   (c) The **insured** shall cooperate with the company and, upon the company's request, assist in making settlements, in the conduct of suits and in enforcing any right of contribution or indemnity against any person or organization who may be liable to the **insured** because of injury or damage with respect to which insurance is afforded under this policy and the **insured** shall attend hearings and trials and assist in securing and giving evidence and obtaining the attendance of witnesses. The **insured** shall not, except at his own cost, voluntarily make any payment, assume any obligation or incur any expense other than for first aid to others at the time of the accident.

5. **Action Against Company.** No action shall lie against the company unless, as a condition precedent thereto, there shall have been full compliance with all of the terms of this policy, nor until the amount of the **insured's** obligation to pay shall have been finally determined either by judgment against the **insured** after actual trial or by written agreement of the **insured**, the claimant and the company.

   Any person or organization or the legal representative thereof who has secured such judgment or written agreement shall thereafter be entitled to recover under this policy to the extent of the insurance afforded by this policy. No person or organization shall have any right under this policy to join the company as a party in any action against the **insured** to determine the **insured's** liability, nor shall the company be impleaded by the **insured** or his legal representative. Bankruptcy or insolvency of the **insured** or of the **insured's** estate shall not relieve the company of any of its obligations hereunder.

6. **Other insurance.** If applicable to the loss, there is any valid and collectible insurance, whether on a primary, excess or contingent basis, available to the **insured** (in this or any other carrier), there shall be no insurance afforded hereunder as respects such loss, except that if the applicable limit of liability of this policy is in excess of the applicable limit of liability provided by the other insurance, this policy shall afford excess insurance over and above such other insurance in an amount sufficient to afford the **insured** a combined limit of liability equal to the applicable limit of liability afforded by this policy. Insurance under this policy shall not be construed to be concurrent or contributing with any other insurance

Case 3:14-cv-01772-MO   Document 33-14   Filed 04/10/15   Page 53 of 137

7. **Arbitration.** The company shall be entitled to exercise all of the **insured's** rights in the choice of arbitrators and in the conduct of any arbitration proceeding.

8. **Annual Aggregate.** If this policy is issued for a period in excess of one year, any limit of the company's liability stated in this policy as "aggregate" shall apply separately to each consecutive annual period.

9. **Nuclear Exclusion.**
   This policy does not apply:
   (a) Under any Liability Coverage, to **bodily injury** or **property damage**
       (1) with respect to which an **insured** under this policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters or Nuclear Insurance Association of Canada, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or
       (2) resulting from the hazardous properties of nuclear material and with respect to which (i) any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or (ii) the **insured** is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.
   (b) Under any Medical Payments Coverage, or under any Supplementary Payments provision relating to first aid, to expenses incurred with respect to damage resulting from the hazardous properties of nuclear material and arising out of the operation of a nuclear facility by any person or organization.
   (c) Under any Liability Coverage, to damage resulting from the hazardous properties of nuclear material, if
       (1) the nuclear material (i) is at any nuclear facility owned by, or operated by or on behalf of, an insured or (ii) has been discharged or dispersed therefrom;
       (2) the nuclear material is contained in **spent fuel** or **waste** at any time possessed, handled, used, processed, stored, transported or disposed of by or on behalf of an **insured;** or
       (3) the damage arises out of the furnishing by an **insured** of services, materials, parts or equipment in connec-

tion with the _____ ming, construction, maintenance, operation or use of any nuclear facility, but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion (3) applies only to **property damage** to such **nuclear facility** and any property thereat.

As used in this exclusion

"hazardous properties" include radioactive, toxic or explosive properties;

"nuclear material" means **source material, special nuclear material** or **byproduct material;**

"source material," "special nuclear material," and "byproduct material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof;

"spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a nuclear reactor;

"waste" means any waste material (1) containing byproduct material and (2) resulting from the operation by any person or organization of any **nuclear facility** included within the definition of **nuclear facility** under paragraph (a) or (b) thereof;

"nuclear facility" means

(a) any **nuclear reactor,**

(b) any equipment or device designed or used for (1) separating the isotopes of uranium or plutonium, (2) processing or utilizing **spent fuel,** or (3) handling, processing or packaging **waste,**

(c) any equipment or device used for the processing, fabricating or alloying of **special nuclear material** if at any time the total amount of such material in the custody of the **insured** at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235,

(d) any structure, basin, excavation, premises or place prepared or used for the storage or disposal of **waste,**

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material;

"property damage" includes all forms of radioactive contamination of property

This endorsement modifies such insurance as is afforded
by the provisions of the policy relating to the following:

**BLANKET LIABILITY INSURANCE — COVERAGES A AND B
COMMERCIAL TOP NOTCH INSURANCE
COMPREHENSIVE GENERAL LIABILITY INSURANCE
COMPLETED OPERATIONS AND PRODUCTS LIABILITY INSURANCE
CONTRACTUAL LIABILITY INSURANCE
GROWERS' AND RANCHERS' LIABILITY INSURANCE — COVERAGES A AND B
MANUFACTURERS' AND CONTRACTORS' LIABILITY INSURANCE
OWNERS' AND CONTRACTORS' PROTECTIVE LIABILITY INSURANCE
OWNERS', LANDLORDS' AND TENANTS' LIABILITY INSURANCE
SPECIAL MULTI-PERIL LIABILITY INSURANCE
STOREKEEPER'S INSURANCE**

## POLLUTION EXCLUSION

It is agreed that the insurance does not apply to Bodily Injury* or Property Damage caused by or resulting from the discharge of matter (either during the policy period or prior to its commencement) on or into water, land air or any other real or personal property; provided, however, that this endorsement shall not exclude insurance with respect to the discharge of matter, if the discharge is sudden, unexpected, unintentional and occurs during the policy period following the effective date of this endorsement.

When used in this Endorsement:

(a) "discharge of matter" means the emission of matter through its release, spillage, leakage or by means of dumping, emptying, pumping or due to failure of any equipment or resulting from any other source or cause whatsoever;

(b) "matter" means any substance (gas, liquid, or solid) of any description or origin.

It is further agreed that this endorsement shall not apply to liability arising out of the ownership, maintenance, or use of any automobile.

*In the event this form is attached to a Commercial Top Notch Policy "Personal Injury" shall be substituted for "Bodily Injury."

This endorsement is executed by the company stated in the declarations.

W D HAMMERSLA SECRETARY

GORDON H SWEANY PRESIDENT

COMPLETE THE FOLLOWING IF NOT ATTACHED TO POLICY WHEN POLICY IS ISSUED

| INSURED | | | COVERAGE | CLASS OR CODE | UNEARNED OR PR FACTOR | OLD FULL TERM PREMIUM | RETURN PREMIUM | NEW (FULL TERM) PREMIUM | ADDITIONAL PREMIUM | |
|---|---|---|---|---|---|---|---|---|---|---|
| ENDORSEMENT EFFECTIVE | | (at the hour or day stated in the policy) | | | | $ | $ | $ | $ | |
| POLICY OR BOND NUMBER | | SERVICE OFFICE | | | | | | | | |
| POLICY EXP DATE | | MFP ACCT NUMBER | | | | | | | | |
| ENDORSEMENT NUMBER | | TYPING DATE | | | | | | | | |

J = SAFECO INSURANCE COMPANY OF AMERICA
G = GENERAL INSURANCE COMPANY OF AMERICA
F = FIRST NATIONAL INSURANCE COMPANY OF AMERICA
(Policy or Bond is issued by the company designated by initial)

TOTALS GROSS

RESIDENT LICENSED AGENT

POLICY:                          CP646638
EFFECTIVE:                       4/23/76-4/23/79

LIABILITY FORM:                  C-10 9/74
CONDITIONS FORM:                 C-1652 5/74
POLLUTION EXCLUSION:             C-1599 1/72

GENL L INSURANCE COMPANY OF AMERIC.
FIRST NATIONAL INSURANCE COMPANY OF AMERICA

# BLANKET LIABILITY INSURANCE
## (COVERAGE SUPPLEMENT)

**1. COVERAGE A – BODILY INJURY** – except Automobile

**COVERAGE B – PROPERTY DAMAGE** – except Automobile

**COVERAGE C – BODILY INJURY** – Automobile

**COVERAGE D – PROPERTY DAMAGE** – Automobile

With respect to such of the foregoing coverages as have become effective under the provisions of the declarations page of this policy, the company will pay on behalf of the **insured** all sums which the **insured** shall become legally obligated to pay as damages because of **bodily injury** or **property damage** to which this insurance applies, caused by an **occurrence.** The company shall have the right and duty to defend any suit against the **insured** seeking damages on account of such **bodily injury** or **property damage,** even if any of the allegations of the suit are groundless, false or fraudulent, and may make such investigation and settlement of any claim or suit as it deems expedient. The company shall not be obligated to pay any claim or judgment or to defend any suit after the applicable limit of the company's liability has been exhausted by payment of judgments or settlements.

### Exclusions

This insurance does not apply:

(a) to **bodily injury** or **property damage** included within the **war hazard** with respect to liability assumed by the **insured** under any contract or agreement or expenses for first aid under the Supplementary Payments provision;

(b) to any obligation for which the **insured** or any carrier as his insurer may be held liable under any workmen's compensation, unemployment compensation or disability benefits law, or under any similar law;

(c) to **bodily injury** to any employee of the **insured** arising out of and in the course of his employment by the **insured;** but this exclusion does not apply to liability assumed by the **insured** under any contract;

(d) to **property damage:** (1) to property owned or transported by the **insured;** (2) to property occupied by or rented to the **insured,** except damage to a rented residence or private garage caused by a **private passenger automobile;** (3) to property under **bailment** to the **insured** (except injury to or destruction of such property arising out of the use of elevators or escalators or to liability assumed under sidetrack agreements), (4) to that particular part of any property (i) upon which operations are being performed by or on behalf of the **insured,** or (ii) out of which such injury or destruction arises, (5) to premises alienated by the **named insured** arising out of such premises or any part thereof, (6) to the **named insured's products** arising out of such products or any part of such products; (7) to work performed by or on behalf of the **named insured** arising out of the work or any portion thereof or out of materials, parts or equipment furnished in connection therewith;

(e) to **damages** claimed for the withdrawal, inspection, repair, replacement or loss of use of the **named insured's products** or work completed by or for the **named insured** or of any property of which such products or work form a part if such products, work or property are withdrawn from the market or from use because of any known or suspected defect or deficiency therein;

(f) to **bodily injury** or **property damage** arising out of the ownership, maintenance, operation, use, loading or unloading of any **mobile equipment** while being used in any prearranged or organized racing, speed or demolition contest or in any stunting activity or in practice or preparation for any such contest or activity;

(g) to loss of use of tangible property which has not been physically injured or destroyed resulting from

(i) a delay in or lack of performance by or on behalf of the **named insured** of any contract or agreement, or

(2) the failure of the **named insured's products** or work performed by or on behalf of the **named insured** to meet the level of performance, quality, fitness or durability warranted or represented by the **named insured;**

but this exclusion does not apply to loss of use of other tangible property resulting from the sudden and accidental physical injury to or destruction of the **named insured's products** or work performed by or on behalf of the **named insured** after such products or work have been put to use by any person or organization other than an **insured;**

(h) to **contractual liability** assumed by the **insured,** if the **insured** or his indemnitee is an architect, engineer or surveyor, for **bodily injury** or **property damage** arising out of the rendering of or the failure to render professional services by such **insured** or indemnitee, including

(1) the preparation or approval of maps, plans, opinions, reports, surveys, designs or specifications and

(2) supervisory, inspection or engineering services

(i) to **bodily injury** or **property damage** arising out of the ownership, maintenance, operation, use, loading or unloading of (1) any aircraft owned or operated by or rented or loaned to any **insured,** or (2) any other aircraft operated by any person in the course of his employment by any **insured;**

(j) under Coverages A and B, to liability or injury arising out of or in connection with domestic activities of any **insured** which are not connected with the business of any **insured.**

## 2. COVERAGE E – PREMISES MEDICAL PAYMENTS

The company will pay to or for each person who sustains **bodily injury** caused by accident all reasonable **medical expense** incurred within one year from the date of the accident on account of such **bodily injury,** provided such **bodily injury** arises out of (a) a condition in the **insured premises** or (b) operations with respect to which the **named insured** is afforded coverage for **bodily injury** liability under this policy.

### Exclusions

This insurance does not apply

(a) to **bodily injury**

(1) arising out of the ownership, maintenance, operation, use, loading or unloading of

(i) any **automobile** or aircraft owned or operated by or rented or loaned to any **insured,** or

(ii) any other **automobile** or aircraft operated by any person in the course of his employment by any **insured;**

but this exclusion does not apply to the parking of an **automobile** on the insured premises, if such **automobile** is not owned by or rented or loaned to any **insured;**

(2) arising out of the ownership, maintenance, operation, use, loading or unloading of any **mobile equipment** while being used in any prearranged or organized racing, speed or demolition contest or in any stunting activity or in practice or preparation for any such contest or activity;

(3) arising out of and in the course of the transportation of **mobile equipment** by an **automobile** owned or operated by or rented or loaned to any **insured;**

(b) to **bodily injury**

(1) included within the **completed operations hazard** or the **products hazard;**

(2) arising out of operations performed for the **named insured** by independent contractors other than (i) maintenance and repair of the **insured premises** or (ii) structural alterations at such premises which do not involve changing the size of or moving buildings or other structures;

(continued on reverse side)

PRINTED IN U.S.A

(c) for Coverages C and D

(i) resulting from the selling, serving or giving of any alcoholic beverage (i) at or by the named insured or required by the named insured, (ii) to a minor, (iii) to a person under the influence of alcohol or (iv) which causes or contributes to the intoxication of any person, if the named insured is a person or organization engaged in the business of manufacturing, distributing, selling or serving alcoholic beverages or, if not so engaged, is an owner or lessor of premises used for such purposes but only part (i) of this exclusion (b) (3) applies when the named insured is such an owner or lessor;

(4) included with the war hazard;

(c) to bodily injury

(1) to the named insured, any partner therein, any tenant or other person regularly residing on the insured premises or any employee of any of the foregoing if the bodily injury arises out of and in the course of his employment therewith;

(2) to any other tenant if the bodily injury occurs on that part of the insured premises rented from the named insured or to any employee of such a tenant if the bodily injury occurs on the tenant's part of the insured premises and arises out of and in the course of his employment for the tenant;

(3) to any person while engaged in maintenance and repair of the insured premises or alteration, demolition or new construction at such premises;

(4) to any person if any benefits for such bodily injury are payable or required to be provided under any workmen's compensation, unemployment compensation or disability benefits law, or under any similar law;

(5) to any person practicing, instructing or participating in any physical training, sport, athletic activity or contest;

(d) to any medical expense for services by the named insured, any employee thereof or any person or organization under contract to the named insured to provide such services.

## 3. PERSONS INSURED

Each of the following is an insured under this insurance to the extent set forth below:

(a) the named insured and, if an individual, the spouse of such named insured if a resident of the same household;

(b) for Coverages A and B

(1) if the named insured is designated in the declarations as

(i) a partnership or joint venture, the partnership or joint venture so designated and any partner or member thereof but only with respect to his liability as such;

(ii) other than an individual, partnership or joint venture, the organization so designated and any executive officer, director or stockholder thereof while acting within the scope of his duties as such.

(2) any person (other than an employee of the named insured) or organization while acting as real estate manager for the named insured; and

(3) with respect to the operation, for the purpose of locomotion upon a public highway, of mobile equipment registered under any motor vehicle registration law,

(i) an employee of the named insured while operating any such equipment in the course of his employment, and

(ii) any other person while operating with the permission of the named insured any such equipment registered in the name of the named insured and any person or organization legally responsible for such operation, but only if there is no other valid and collectible insurance available either on a primary or excess basis to such person or organization.

provided that no person or organization shall be an insured under this paragraph (3) with respect to

(A) bodily injury to a fellow employee of such person injured in the course of his employment, or

(B) property damage to property owned by, rented to, in charge of or occupied by the named insured, or the employer of any such person described in subparagraph (ii).

This insurance does not apply to bodily injury or property damage arising from the operation by the partnership or joint venture of which the insured is a partner or member and which is not designated in this policy as a named insured.

(c) for Coverages C and D

a non-owned automobile only while such automobile is being used in the business of the named insured;

(2) any other person while using an owned automobile or a hired automobile with the permission of the named insured, provided his actual operation or (if he is not operating) his other actual use thereof is within the scope of such permission, but with respect to bodily injury or property damage arising out of the loading or unloading thereof, such other person shall be an insured only if he is: (i) a lessee or borrower of the automobile, or (ii) an employee of the named insured or of such lessee or borrower;

(3) any other person or organization but only with respect to his or its liability because of acts or omissions of the named insured or an insured under (1) or (2) above.

None of the following is an insured:

(1) any person while engaged in the business of his employer with respect to bodily injury to any fellow employee of such person injured in the course of his employment;

(2) the owner or lessee (of whom the named insured is a sublessee) of a hired automobile, or the owner of a non-owned automobile, or the owner of an automobile leased under contract for one year or more to the named insured, or any agent or employee of any such owner or lessee;

(3) an executive officer with respect to an automobile owned by him or by a member of his household;

(4) any person while employed in or otherwise engaged in duties in connection with an automobile business, other than an automobile business operated by the named insured.

This insurance does not apply to bodily injury or property damage arising out of (1) a non-owned automobile used in the conduct of any partnership or joint venture of which the insured is a partner or member and which is not designated in this policy as a named insured or (2) if the named insured is a partnership, an automobile owned by or registered in the name of a partner thereof, unless such partner is named as an individual named insured.

## 4. LIMITS OF LIABILITY

For the purpose of determining the limit of the company's liability, all bodily injury and property damage arising out of continuous or repeated exposure to substantially the same general conditions shall be considered as arising out of one occurrence.

Regardless of the number of insureds under this policy, or automobiles to which this policy applies, the company's liability is limited as follows:

(a) Combined Limits Plan

The limit of liability under the Combined Limits Plan expressed in the declarations as applicable to "each occurrence" is the total limit of the company's liability under the bodily injury liability and property damage liability coverages combined for all damages as the result of any one occurrence provided:

(1) with respect to all damages included within the (ii) completed operations hazard and the (iii) products hazard, such limit of liability shall be the total limit of the company's liability during each annual policy period as the result of one or more than one occurrence;

(2) with respect to all damages arising out of property damage (other than automobile, the completed operation hazard, or the products hazard) such limit of liability shall be the total limit of the company's liability during each annual policy period as the result of one or more than one occurrence, but said limit of liability shall apply separately to each project with respect to operations being performed away from premises or away from premises owned by or rented to the insured;

(3) with respect to any occurrence for which the notice of this policy is given in lieu of security or when this policy is certified as proof of financial responsibility under the provisions of the motor vehicle financial responsibility law of any state or province, such limit of liability shall be applied in accordance with the applicable terms of such law, except that the total limit of liability shall not be reduced.

(b) Divided Limits Plan

## Coverage A –

The total liability of the company for all damages including damages for care and loss of services because of bodily injury sus-

(continued on following page)

tained by one or more persons as the result of any one **occurrence** shall not exceed the limit of **bodily injury** liability stated in the declarations as applicable to "each **occurrence**." The total liability of the company for all **damages** because of (1) all **bodily injury** included within the **completed operations hazard** and (2) all **bodily injury** included within the **products hazard** shall not exceed the limit of **bodily injury** liability stated in the declarations as "aggregate."

### Coverage B –

The total liability of the company for all **damages** because of all **property damage** sustained by one or more persons or organizations as the result of any one **occurrence** shall not exceed the limit of **property damage** liability stated in the declarations as applicable to "each **occurrence**." The total liability of the company for all **damages** because of all **property damage** to which this coverage applies shall not exceed the limit of **property damage** liability stated in the declarations as "aggregate."

Such aggregate limit shall apply separately with respect to each project away from premises owned by or rented to the **named insured**.

Aggregate limits of liability as stated in this policy shall apply separately to each annual policy period.

### Coverages C and D –

(1) The limit of **bodily injury** liability expressed in the declarations as applicable to "each person" is the limit of the company's liability for all damages because of **bodily injury** sustained by one person as the result of any one **occurrence**; but the total liability of the company for all damages because of **bodily injury** sustained by two or more persons as the result of any one **occurrence** shall not exceed the limit of **bodily injury** liability stated in the declarations as applicable to "each **occurrence**."

(2) The total liability of the company for all damages because of all **property damage** sustained by one or more persons or organizations as the result of any one **occurrence** shall not exceed the limit of **property damage** liability stated in the declarations as applicable to "each **occurrence**."

### Coverage E –

The limit of liability for Premises Medical Payments Coverage stated in the declarations as applicable to "each person" is the limit of the company's liability for all **medical expense** for **bodily injury** to any one person as the result of any one accident, but subject to the above provision respecting "each person" the total liability of the company under Premises Medical Payments Coverage for all **medical expense** for **bodily injury** to two or more persons as the result of any one accident shall not exceed the limit of liability stated in the declarations as applicable to "each accident."

## 5. POLICY PERIOD

This insurance applies only to **bodily injury** or **property damage** which occurs (a) for Coverages A, B, C and D, during the policy period within the **policy territory**; (b) for Coverage E, during the policy period within the United States of America, its territories or possessions, or Canada.

## 6. ADDITIONAL DEFINITIONS

When used in reference to this insurance (including endorsements forming a part of the policy)—

"**aircraft or automobile hazard**" includes **bodily injury** and **property damage** arising out of the ownership, maintenance, operation, use, loading or unloading of (a) any aircraft, **automobile** or **midget automobile**; but the hazard does not include a **bodily injury** if any **domestic employee** arising out of and in the course of his employment by any **insured** except while such employee is engaged in the operation or maintenance of aircraft or (b) except with respect to aircraft **bodily injury** or **property damage** occurring on the **insured premises** or

the ways immediately adjoining on land or (c) **bodily injury** or **property damage** included within the **loading or unloading** conveyance by the **insured** as a passenger;

"**automobile business**" means the business or occupation of selling, repairing, servicing, storing or parking **automobiles**;

"**contractual liability**" means liability expressly assumed under a contract or agreement, provided, however, that **contractual liability** shall not be construed as including liability under a warranty of the fitness or quality of the **named insured's products** or a warranty that work performed by or on behalf of the **named insured** will be done in a workmanlike manner;

"**domestic employee**" means an employee of an **insured** performing duties not in connection with the **business** of the **insured**;

"**fire hazard**" includes **property damage** to any **premises** not owned by an **insured** and to house furnishings therein if such **property damage** arises out of (a) fire, (b) explosion, or (c) smoke or smudge caused by sudden, unusual and faulty operation of any heating or cooking unit;

"**hired automobile**" means an **automobile** not owned by the **named insured** which is used under contract in behalf of, or loaned to, the **named insured**, provided such **automobile** is not owned by, leased under contract for one year or more, or registered in the name of (a) a partner or executive officer of the **named insured** or (b) an employee or agent of the **named insured** who is granted an operating allowance of any sort for the use of such **automobile**;

"**insured premises**"

for Coverage E, means all premises (except such premises as defined under paragraph (b) of this definition) owned by or rented to the **named insured** with respect to which the **named insured** is afforded coverage for **bodily injury** liability under this policy, and includes the ways immediately adjoining on land;

"**medical expense**" means expenses for necessary medical, surgical, X-ray and dental services, including prosthetic devices, and necessary ambulance, hospital, professional nursing and funeral services;

"**midget automobile**" means a land motor vehicle of the type commonly referred to as a "midget automobile," "kart," "go-kart," "speed-mobile" or by a comparable name, whether commercially built or otherwise;

"**non-owned automobile**" means an **automobile** which is neither an **owned automobile** nor a **hired automobile**;

"**owned automobile**" means an automobile owned by or leased under contract for one year or more to the **named insured**;

"**private passenger automobile**" means a four wheel private passenger, station wagon or jeep type **automobile**;

"**trailer**" includes semitrailer but does not include **mobile equipment**;

"**war hazard**" includes all **bodily injury** and **property damage** due to war, whether or not declared, civil war, insurrection, rebellion or revolution or to any act or condition incident to any of the foregoing.

## 7. ADDITIONAL CONDITIONS

### (a) Medical Reports; Proof and Payment of Claim

As soon as practicable the injured person or someone on his behalf shall give to the company written proof of claim, under oath if required, and shall, after each request from the company, execute authorization to enable the company to obtain medical reports and copies of records. The injured person shall submit to physical examination by physicians selected by the company when and as often as the company may reasonably require. The company may pay the injured person or any person or organization rendering the services and the payment shall reduce the amount payable hereunder for such injury. Payment hereunder shall not constitute an admission of liability of any person or, except hereunder, of the company.

– Excess Insurance - Hired and Non-Owned Automobiles

With respect to a **hired automobile** or a **non-owned automobile**, this insurance shall be excess insurance over any other valid and collectible insurance available to the **insured**.

## CONDITIONS APPLICABLE ONLY TO SECTION II

### 1. SUPPLEMENTARY PAYMENTS

The company will pay in addition to the applicable limit of liability:

(a) all expenses incurred by the company, all costs taxed against the **insured** in any suit defended by the company and all interest on the entire amount of any judgment therein which accrues after entry of the judgment and before the company has paid or tendered or deposited in court that part of the judgment which does not exceed the limit of the company's liability thereon;

(b) premiums on appeal bonds required in any such suit, premiums on bonds to release attachments in any such suit for an amount not in excess of the applicable limit of liability of this policy, and the cost of bail bonds required of the **insured** because of accident or traffic law violation arising out of the use of any vehicle to which this policy applies, not to exceed $250 per bail bond, but the company shall have no obligation to apply for or furnish any such bonds;

(c) expenses incurred by the **insured** for first aid to others at the time of an accident, for bodily injury to which this policy applies;

(d) reasonable expenses incurred by the **insured** at the company's request in assisting the company in the investigation or defense of any claim or suit, including actual loss of earnings not to exceed $25 per day.

### 2. DEFINITIONS

When used in this policy (including endorsements forming a part hereof):

"**automobile**" means a land motor vehicle, trailer or semitrailer designed for travel on public roads (including any machinery or apparatus attached thereto), snowmobiles, all-terrain vehicles and similar equipment and trailers designed for use therewith, but does not include **mobile equipment**;

"**automobile hazard**" includes bodily injury or property damage arising out of:

(a) the ownership, maintenance, operation, use, loading or unloading of
 (1) any **automobile** owned or operated by or rented or loaned to any **insured**, or
 (2) any other **automobile** operated by any person in the course of his employment by any **insured**;

but this definition does not apply to the parking of an **automobile** on premises owned by, rented to or controlled by the **named insured** or the ways immediately adjoining, if such **automobile** is not owned by or rented or loaned to any **insured**.

(b) and in the course of the transportation of mobile equipment by an **automobile** owned or operated by or rented or loaned to the named insured;

"**bailment**" means a delivery of property by any person to the insured for some purpose beneficial to either the **insured** or such person or both under a contract, express or implied, for the insured to carry out such purpose and to redeliver such property or otherwise dispose of it as provided.

"**Blanket Contractual Hazard**" means liability assumed by the insured under any contract or agreement except an incidental contract; but this definition does not apply to a warranty of fitness or quality of the named insured's products or a warranty that work performed by or on behalf of the named insured will be done in a workmanlike manner;

"**bodily injury**" means bodily injury, sickness or disease sustained by any person which occurs during the policy period, including death at any time resulting therefrom.

"**Broad Form Property Damage Hazard**" means property damage to

(a) property used by the **insured**, or

(b) property in the care, custody or control of the **insured** or as to which the **insured** is for any purpose exercising physical control;

but parts (a) and (b) of this definition do not apply with respect to liability under a written sidetrack agreement and part (b) of this definition does not apply with respect to property damage (other than to **elevators**) arising out of the use of an **elevator** at premises owned by, rented to or controlled by the **named insured**.

"**completed operations hazard**" includes bodily injury and property damage arising out of operations or reliance upon a representation or warranty made at any time with respect thereto, but only if the bodily injury or property damage occurs after such operations have been completed or abandoned and occurs away from premises owned by or rented to the named insured. "Operations" include materials, parts or equipment furnished in connection therewith. Operations shall be deemed completed at the earliest of the following times:

(a) when all operations to be performed by or on behalf of the named insured under the contract have been completed,

(b) when all operations to be performed by or on behalf of the named insured at the site of the operations have been completed, or

(c) when the portion of the work out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

Operations which may require further service or maintenance work, or correction, repair or replacement because of any defect or deficiency, but which are otherwise complete, shall be deemed completed.

The **completed operations hazard** does not include bodily injury or property damage arising out of

(a) operations in connection with the transportation of property, unless the bodily injury or property damage arises out of a condition in or on a vehicle created by the loading or unloading thereof,

(b) the existence of tools, uninstalled equipment or abandoned or unused materials, or

(c) operations for which the classification stated in the policy or in the company's manual specifies "including completed operations";

"**elevator**" means any hoisting or lowering device to connect floors or landings, whether or not in service, and all appliances thereof including any car, platform, shaft, hoistway, stairway, runway, power equipment and machinery; but does not include an automobile servicing hoist, or a hoist without a platform outside a building if without mechanical power or if not attached to building walls, or a hod or material hoist used in alteration, construction or demolition operations, or an inclined conveyor used exclusively for carrying property or a dumbwaiter used exclusively for carrying property and having a compartment height not exceeding four feet, or hydraulic or mechanical hoists used for dumping materials from trucks;

"**incidental contract**" means any written (a) lease of premises, (b) easement agreement, except in connection with construction or demolition operations on or adjacent to a railroad, (c) undertaking to indemnify a municipality required by municipal ordinance, except in connection with work for the municipality, (d) sidetrack agreement, or (e) elevator maintenance agreement;

"**insured**" means any person or organization qualifying as an insured in the "Persons insured" provision of the applicable insurance coverage. The insurance afforded applies separately to each insured against whom claim is made or suit is brought, except with respect to the limits of the company's liability.

(continued on reverse side)

C-1652 P1 5/74

PRINTED IN U.S.A.

"mobile equipment" means a land vehicle (including any machinery or apparatus attached thereto), whether or not self-propelled, (a) not subject to motor vehicle registration, or (b) maintained for use exclusively on premises owned by or rented to the named insured, including the ways immediately adjoining, or (c) designed for use principally off public roads, or (d) designed or maintained for the sole purpose of affording mobility to equipment of the following types forming an integral part of or permanently attached to such vehicle: power cranes, shovels, loaders, diggers and drills; concrete mixers (other than the mix-in-transit type); graders, scrapers, rollers and other road construction or repair equipment; air-compressors, pumps and generators, including spraying, welding and building cleaning equipment; and geophysical exploration and well servicing equipment;

"named insured" means the person or organization named in Item 1. of the declarations of this policy;

"named insured's products" means goods or products manufactured, sold, handled or distributed by the named insured or by others trading under his name, including any container thereof (other than a vehicle), but "named insured's products" shall not include a vending machine or any property other than such container, rented to or located for use of others but not sold;

"non-owned automobile hazard" means any automobile other than an owned or hired automobile or, if the named insured is an individual, an automobile personally operated by the named insured or members of his family;

"occurrence" means an event including continuous or repeated exposure to conditions, which results in bodily injury or property damage neither expected nor intended from the standpoint of the insured;

"policy territory" means anywhere in the world; provided, however, that: (a) resulting claims are asserted within the United States of America, its possessions, or Canada, and (b) it shall apply to suits and judgments for damages resulting therefrom only if suit is commenced in a court in the United States of America, its possessions or in Canada;

"products hazard" includes bodily injury and property damage arising out of the named insured's products or reliance upon a representation or warranty made at any time with respect thereto, but only if the bodily injury or property damage occurs away from premises owned by or rented to the named insured and after physical possession of such products has been relinquished to others;

"property damage" means (a) physical injury to or destruction of tangible property which occurs during the policy period, including the loss of use thereof at any time resulting therefrom, or (b) loss of use of tangible property which has not been physically injured or destroyed provided such loss of use is caused by an occurrence during the policy period;

"suit" includes an arbitration proceeding to which the insured is required to submit or to which the insured has submitted with the company's consent.

### 3. Financial Responsibility Laws

Such insurance as is afforded by this policy for bodily injury liability or for property damage liability shall comply with the provisions of any motor vehicle financial responsibility law to the extent of the coverage and limits of liability required by such law but in no event in excess of the limits of liability stated in this policy.

### 4. Insured's Duties in the Event of Occurrence, Claim or Suit

(a) In the event of an occurrence, written notice containing particulars sufficient to identify the insured and also reasonably obtainable information with respect to the time, place and circumstances thereof, and the names and addresses of the injured and of available witnesses, shall be given by or for the insured to the company or any of its authorized agents as soon as practicable.

(b) If claim is made or suit is brought against the insured, the insured shall immediately forward to the company every demand, notice, summons or other process received by him or his representative.

(c) The insured shall cooperate with the company and, upon the company's request, assist in making settlements, in the conduct of suits and in enforcing any right of contribution or indemnity against any person or organization who may be liable to the insured because of injury or damage with respect to which insurance is afforded under this policy; and the insured shall attend hearings and trials and assist in securing and giving evidence and obtaining the attendance of witnesses. The insured shall not, except at his own cost, voluntarily make any payment, assume any obligation or incur any expense other than for first aid to others at the time of accident.

### 5. Action Against Company

No action shall lie against the company unless, as a condition precedent thereto, there shall have been full compliance with all of the terms of this policy, nor until the amount of the insured's obligation to pay shall have been finally determined either by judgment against the insured after actual trial or by written agreement of the insured, the claimant and the company.

Any person or organization or the legal representative thereof who has secured such judgment or written agreement shall thereafter be entitled to recover under this policy to the extent of the insurance afforded by this policy. No person or organization shall have any right under this policy to join the company as a party to any action against the insured to determine the insured's liability, nor shall the company be impleaded by the insured or his legal representative. Bankruptcy or insolvency of the insured or of the insured's estate shall not relieve the company of any of its obligations hereunder.

### 6. Other Insurance

If, applicable to the loss, there is any valid and collectible insurance, whether on a primary, excess or contingent basis, available to the insured (in this or any other carrier), there shall be no insurance afforded hereunder as respects such loss; except, that if the applicable limit of liability of this policy is in excess of the applicable limit of liability provided by the other insurance, this policy shall afford excess insurance over and above such other insurance in an amount sufficient to afford the insured a combined limit of liability equal to the applicable limit of liability afforded by this policy. Insurance under this policy shall not be construed to be concurrent or contributing with any other insurance which is available to the insured.

### 7. Three Year Policy

If this policy is issued for a period of three years, the limits of the company's liability shall apply separately to each consecutive annual period thereof.

### 8. Arbitration

The company shall be entitled to exercise all of the insured's rights in the choice of arbitrators and in the conduct of any arbitration proceeding.

### 9. Policy Term

In the event the policy is written without any insurance afforded under Section I — "Property" of the policy, the inception and expiration time shall be 12:01 A.M. Standard Time at the address of the insured as stated in the Declarations, otherwise such time shall be Noon Standard Time. This Provision is not applicable in California and Oregon.



This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

BLANKET LIABILITY INSURANCE — COVERAGES A AND B
COMMERCIAL TOP NOTCH INSURANCE
COMPREHENSIVE GENERAL LIABILITY INSURANCE
COMPLETED OPERATIONS AND PRODUCTS LIABILITY INSURANCE
CONTRACTUAL LIABILITY INSURANCE
GROWERS' AND RANCHERS' LIABILITY INSURANCE — COVERAGES A AND B
MANUFACTURERS' AND CONTRACTORS' LIABILITY INSURANCE
OWNERS' AND CONTRACTORS' PROTECTIVE LIABILITY INSURANCE
OWNERS', LANDLORDS' AND TENANTS' LIABILITY INSURANCE
SPECIAL MULTI-PERIL LIABILITY INSURANCE
· STOREKEEPER'S INSURANCE

## POLLUTION EXCLUSION

It is agreed that the insurance does not apply to Bodily Injury* or Property Damage caused by or resulting from the discharge of matter (either during the policy period or prior to its commencement) on or into water, land air or any other real or personal property, provided, however, that this endorsement shall not exclude insurance with respect to the discharge of matter, if the discharge is sudden, unexpected, unintentional and occurs during the policy period following the effective date of this endorsement.

When used in this Endorsement

(a) "discharge of matter" means the emission of matter through its release, spillage, leakage or by means of dumping, emptying, pumping or due to failure of any equipment or resulting from any other source or cause whatsoever.

(b) "matter" means any substance (gas, liquid, or solid) of any description or origin.

It is further agreed that this endorsement shall not apply to liability arising out of the ownership, maintenance, or use of any automobile

*In the event this form is attached to a Commercial Top Notch Policy "Personal Injury" shall be substituted for "Bodily Injury."

This endorsement is executed by the company stated in the signatures

W. D. HAMMERLE, SECRETARY

VICE-PRESIDENT AND AGENCY PRESIDENT

COMPLETE THE FOLLOWING IF NOT ATTACHED TO POLICY WHEN POLICY IS ISSUED

## ADDITIONAL DECLARATIONS

Policy No. CP 646638

This schedule is attached to, and forms a part of the policy specified above.

Limits of Liability. No insurance is afforded under any coverage unless specific limits of liability as to such coverage are set forth below. The limit of the company's liability on account of each such coverage shall be as stated herein, subject to all of the terms of the policy or supplement attached having reference thereto.

### Limits of Liability

**LIABILITY**

| | | |
|---|---|---|
| (a) Divided Limits Plan | Coverage A — Bodily Injury | Coverage B — Property Damage |
| | $ 300,000. each occurrence | $ 100,000. each occurrence |
| (1) Other Than Automobile | $ 300,000. aggregate | $ 100,000. aggregate |
| | Coverage C — Bodily Injury | Coverage D — Property Damage |
| (2) Automobile | $ 300,000. each person | $ 100,000. each occurrence |
| | $ 300,000. each occurrence | |
| (b) Combined Limits Plan | Coverages_____ | $_____ each occurrence |

(c) Coverage Forms

The Liability Form attached hereto is entitled: _____ BLANKET LIABILITY INSURANCE C-10

(d) Hazards Excluded

The following "hazards" as defined by the form entitled "Conditions Applicable Only to Section II" are excluded therefrom:

_____
_____
_____
_____

**MEDICAL**

| | | |
|---|---|---|
| Coverage E — Premises | $_____ each person | $_____ each accident |
| Coverage F — Automobile | $_____ each person | |
| Coverage M — Personal | $_____ each person | $_____ each accident |

Coverage F

Designation of person(s) insured:_____

Designation of automobiles Division 1_____

_____

**NO-FAULT AUTOMOBILE COVERAGES**    [ X ] indicates coverage is applicable.

[X] Basic Personal Injury Protection        $ _____NIL._____ deductible

[ ] Additional Personal Injury Protection   $_____        :_____ deductible

**PERSONAL INJURY**

Coverage P        $ 300,000. aggregate

Including an offense within the following groups of offenses 300,000. W/EXCL. 'C Insured's participation _____ %

DELETED

**PERSONAL LIABILITY**    [ X ] indicates coverage is applicable.

[ ] Coverage L — Personal Liability — The limit of liability is the same as shown for A and B but not less than $25,000 Combined Limits.

[ ] Coverage N — Physical Damage to Property — $250 each occurrence is applicable unless the box for $500 coverage is checked. [ ] $500

**UNINSURED MOTORISTS**

| | | |
|---|---|---|
| Coverage U — Bodily Injury | $ 15,000. each person | $ 30,000. each accident |
| Property Damage † | $_____ each accident | $_____ deductible |

†Where applicable by law.

Designation of insured:"._____ NAMED INSURED

Description of insured highway vehicles __ ANY AUTO OWNED BY THE NAMED INSURED

(continued on reverse side)

Schedule A

This memorandum is for information only, it is not a contract of insurance but attests that a policy as numbered herein, and as it stands at the date of this cer-

---

**SECTION III CRIME**

Policy No. **CP 646638**

The premises are located at the address shown in the declarations unless otherwise stated herein:
(Enter "same" if same as in the declarations)

1.    SAME

2.

3.

4.

| (Number | Street | Town | State) |

No other business is conducted in the premises, unless otherwise stated herein:

Safe Classification:_____ The alarm system is classified as ☐ Central ☐ Local. Certificate No._____

All words or phrases (other than captions) printed in Bold Face are defined in the policy.

Limits of Liability. No insurance is afforded under any insuring agreement unless specifically stated or specific limits of liability as to such insuring agreement are set forth below: The limit of the company's liability on account of each such coverage shall be as stated herein, subject to all of the terms of the policy or supplement attached having reference thereto.

| Insuring Agreements | | $   Limit of Liability | | | |
|---|---|---|---|---|---|
| | | LOC. 1 | LOC. 2 | LOC. 3 | LOC. 4 |
| **1.  Burglary and Robbery** | | | | | |
| (a) Paymaster Robbery - On a Messenger Accompanied by_____ Guards. | | | | | |
| (b) Robbery Inside the Premises | | | | | |
| (c) Robbery Outside the Premises | | | | | |
| (d) Home of Messenger-Burglary only ☐  Theft ☐ | | | | | |
| (e) Open Stock Burglary _____ 60 % 2,000. (Coinsurance Percent) (Coinsurance Limit) | | 3,000. | | | |
| (f) Safe Burglary | | | | | |
| (g) Burglary (not exceeding $50.00) | | | | | |
| **2.  Comprehensive Dishonesty, Disappearance and Destruction** | | | | | |
| (I) Employee Dishonesty  —  ☐ Option A  —  ☐ Option B. | | | | | |
| (II) Loss Inside the Premises | | | | | |
| (III) Loss Outside the Premises | | | | | |
| (IV) Money Orders and Counterfeit Paper Currency | | | | | |
| (V) Depositors Forgery | | | | | |
| (VI) Merchandise Burglary _____ % (Coinsurance Percent) (Coinsurance Limit) | | | | | |
| **3.  Blanket Crime** | | | | | |
| Total Limit of Liability | | | | | |
| **4.  Broad Form Storekeepers** | | | | | |
| Limit of insurance under each of Insuring Agreements I through IX | | | | | |
| Except under Insuring Agreement V, such limit applies in excess of a deductible of | | | | | |
| $_____ as to loss under one or more of said Insuring Agreements. | | | | | |
| **5.  Storekeepers Burglary and Robbery** | | | | | |
| Limit of insurance under each of Insuring Agreements I to VII inclusive | | | | | |
| **6.  Office Burglary and Robbery** | | | | | |
| Limit of insurance under each of Insuring Agreements I through VI | | | | | |
| **7.  OTHER** | | | | | |

State Supplement Name(s) and Form Number(s) attached hereto.

The liability of the company is subject to the terms of the following endorsements (indicated by form No.) attached hereto:_____

C-960; C-1055; C-1373

The insured by the acceptance of this policy, gives notice to the company of election to terminate or cancel prior bond or policy No(S)_____

such termination or cancellation to be effective as of the time this policy becomes effective.

Schedule    A

This memorandum is for information only; it is not a contract of insurance but attests that a policy as numbered herein and as it stands or the core of this certificate, has been issued by the company. Said policy is subject to change by endorsement and to assignment and cancellation in accordance with its terms

**SAFECO**

In consideration of a return premium XX __TO BE ADJUSTED AT AUDIT__ the insurance afforded by this

policy with respect to the following coverage(s) __"ADDITIONAL INSURED (VENDORS BROAD FORM)" FORM C-2113__

is hereby eliminated.

This endorsement is effective:

| XXXX | 4 | 23 | 77 |
|---|---|---|---|
| | MONTH | DAY | YEAR |

(Time and date of signature)

Accepted: X _____
Signature of Named Insured

_Linnton Plywood assoc_

All terms and conditions of the policy, issued by the company stated in the declarations, remain unchanged except as amended by this endorsement.

W. D. HAMMERSLA, SECRETARY

GORDON H. SWEANY, PRESIDENT

COMPLETE THE FOLLOWING IF NOT ATTACHED TO POLICY WHEN POLICY IS ISSUED:

| INSURED | LINNTON PLYWOOD ASSOCIATION | | COVER AGE | CLASS OR CODE | UNEARNED 1R/PR FACTOR | OLD (FULL TERM) PREMIUM | RETURN PREMIUM | NEW (FULL TERM) PREMIUM | ADDITIONAL PREMIUM |
|---|---|---|---|---|---|---|---|---|---|
| ENDORSEMENT EFFECTIVE | 4-23-77 | (at the hour of day stated in the policy) | | | | $ | $ | $ | $ |
| POLICY OR BOND NUMBER | CP 646638 | SERVICE OFFICE RK:AC:5 | | | | | | | |
| POLICY EXP DATE | 4-23-79 | MPP ACCT NUMBER | | | | | | | |
| ENDORSEMENT NUMBER | | TYPING DATE 5-20-77 | | | | | | | |

S - SAFECO INSURANCE COMPANY OF AMERICA
G - GENERAL INSURANCE COMPANY OF AMERICA
F - FIRST NATIONAL INSURANCE COMPANY OF AMERICA

TOTALS GROSS

POLICY:                          CP646638
EFFECTIVE:                       4/23/73-4/23/76

LIABILITY FORM:                  C-10 1/73
CONDITIONS FORM:                 C-1652 1/73
POLLUTION EXCLUSION:             C-1599 1/72

SAFECO INSURANCE COMPANY OF AMERICA
GENERAL INSURANCE COMPANY OF AMERICA
FIRST NATIONAL INSURANCE COMPANY __ AMERICA

## BLANKET LIABILITY INSURANCE
### (COVERAGE SUPPLEMENT)

17CP 14.2

**1.** **COVERAGE A – BODILY INJURY** – except Automobile
**COVERAGE B – PROPERTY DAMAGE** – except Automobile
**COVERAGE C – BODILY INJURY** – Automobile
**COVERAGE D – PROPERTY DAMAGE** – Automobile

With respect to the foregoing coverages as have become effective under the provisions of the declarations page of this policy, the company will pay on behalf of the **insured** all sums which the **insured** shall become legally obligated to pay as damages because of **bodily injury** or **property damage** to which this insurance applies, caused by an **occurrence.** The company shall have the right and duty to defend any suit against the **insured** seeking damages on account of such **bodily injury** or **property damage**, even if any of the allegations of the suit are groundless, false or fraudulent, and may make such investigation and settlement of any claim or suit as it deems expedient. The company shall not be obligated to pay any claim or judgment or to defend any suit after the applicable limit of the company's liability has been exhausted by payment of judgments or settlements.

### Exclusions

This insurance does not apply:

(a) to **bodily injury** or **property damage** included within the **war hazard** with respect to liability assumed by the **insured** under any contract or agreement or expenses for first aid under the Supplementary Payments provision;

(b) to any obligation for which the **insured** or any carrier as his insurer may be held liable under any workmen's compensation, unemployment compensation or disability benefits law, or under any similar law;

(c) to **bodily injury** to any employee of the **insured** arising out of and in the course of his employment by the **insured**; but this exclusion does not apply to liability assumed by the **insured** under any contract;

17C.P 20.1

(d) to **property damage**: (1) to property owned or transported by the **insured**; (2) to property occupied by or rented to the **insured**, except damage to a rented residence or private garage caused by a **private passenger automobile**; (3) to property under **bailment** to the **insured** (except injury to or destruction of such property erising out of the use of elevators or escalators or to liability assumed under sidetrack agreements); (4) to that particular part of any property (i) upon which operations are being performed by or on behalf of the **insured**, or (ii) out of which such injury or destruction arises; (5) to premises alienated by the **named insured** arising out of such premises or any part thereof; (6) to the **named insured's products** arising out of such products or any part of such products; (7) to work performed by or on behalf of the named insured arising out of the work or any portion thereof, or out of materials, parts or equipment furnished in connection therewith;

(e) to **damages** claimed for the withdrawal, inspection, repair, replacement, or loss of use of the named **insured's products** or work completed by or for the **named insured** or of any property of which such products or work form a part, if such products, work or property are withdrawn from the market or from use because of any known or suspected defect or deficiency therein;

(f) to **bodily injury** or **property damage** arising out of the ownership, maintenance, operation, use, loading or unloading of any mobile equipment while being used in any prearranged or organized racing, speed or demolition contest or in any stunting activity or in practice or preparation for any such contest or activity;

(g) to loss of use of tangible property which has not been physically injured or destroyed resulting from

(1) a delay in or lack of performance by or on behalf of the named insured of any contract or agreement or

(2) the failure of the named **insured's products** or work performed by or on behalf of the **named insured** to meet the level of performance, quality, fitness or durability warranted or represented by the **named insured**;

but this exclusion does not apply to loss of use of other tangible property resulting from the sudden and accidental physical injury to or destruction of the **named insured's products** or work performed by or on behalf of the **named insured** after such products or work have been put to use by any person or organization other than an **insured**;

(h) to **contractual liability** assumed by the **insured**, if the **insured** or his indemnitee is an architect, engineer or surveyor, for **bodily injury** or **property damage** arising out of the rendering of or the failure to render professional services by such **insured** or indemnitee, including

(1) the preparation or approval of maps, plans, opinions, reports, surveys, designs or specifications and ·

(2) supervisory, inspection or engineering services.

(i) to **bodily injury** or **property damage** arising out of the ownership, maintenance, operation, use, loading or unloading of (1) any aircraft owned or operated by or rented or loaned to any **insured**, or (2) any other aircraft operated by any person in the course of his employment by any **insured**;

(j) under Coverages A and B, to liability or injury arising out of or in connection with domestic activities of any **insured** which are not connected with the business of any **insured**.

## 2. COVERAGE E – PREMISES MEDICAL PAYMENTS

The company will pay to or for each person who sustains **bodily injury** caused by accident all reasonable **medical expense** incurred within one year from the date of the accident on account of such **bodily injury**, provided such **bodily injury** arises out of (a) a condition in the **insured premises** or (b) operations with respect to which the **named insured** is afforded coverage for **bodily injury** liability under this policy.

### Exclusions

This insurance does not apply:

(a) to **bodily injury**

(1) arising out of the ownership, maintenance, operation, use, loading or unloading of

(i) any **automobile** or aircraft owned or operated by or rented or loaned to any **insured**, or

(ii) any other **automobile** or aircraft operated by any person in the course of his employment by any **insured**;

but this exclusion does not apply to the parking of an **automobile** on the insured **premises**, if such automobile is not owned by or rented or loaned to any **insured**;

(2) arising out of the ownership, maintenance, operation, use, loading or unloading of any **mobile equipment** while being used in any prearranged or organized racing, speed or demolition contest or in any stunting activity or in practice or preparation for any such contest or activity;

(3) arising out of and in the course of the transportation of **mobile equipment** by an **automobile** owned or operated by or rented or loaned to any **insured**;

(b) to **bodily injury**

(1) included within the **completed operations hazard** or the **products hazard**;

(2) arising out of operations performed for the named insured by independent contractors other than (i) maintenance and repair of the **insured premises** or (ii) structural alterations at such premises which do not involve changing the size of or moving buildings or other structures;

(cont'nued on reverse side)

PRINTED IN U.S.A.

*[handwritten margin notes: 17CP 14.2 ; 17C.P 20.1 ; 17CP 20.2 (an) needs to be added]*

beverage (i) in violation of any ...te, ordinance or regulation, (ii) to a minor, (iii) to a person under the influence of alcohol or (iv) which causes or contributes to the intoxication of any person, if the **named insured** is a person or organization engaged in the business of manufacturing, distributing, selling or serving alcoholic beverages or, if not so engaged, is an owner or lessor of premises used for such purposes but only part (i) of this exclusion (b) (3) applies when the **named insured** is such an owner or lessor;

(4) included with the **war hazard;**

(c) to **bodily injury**

(1) to the **named insured,** any partner therein, any tenant or other person regularly residing on the **insured premises** or any employee of any of the foregoing if the **bodily injury** arises out of and in the course of his employment therewith;

(2) to any other tenant if the **bodily injury** occurs on that part of the **insured premises** rented from the **named insured** or to any employee of such a tenant if the **bodily injury** occurs on the tenant's part of the **insured premises** and arises out of and in the course of his employment for the tenant;

(3) to any person while engaged in maintenance and repair of the **insured premises** or alteration, demolition or new construction at such premises;

(4) to any person if any benefits for such **bodily injury** are payable or required to be provided under any workmen's compensation, unemployment compensation or disability benefits law, or under any similar law;

(5) to any person practicing, instructing or participating in any physical training, sport, athletic activity or contest;

(d) to any **medical expense** for services by the **named insured,** any employee thereof or any person or organization under contract to the **named insured** to provide such services.

## 3. PERSONS INSURED

Each of the following is an **insured** under this insurance to the extent set forth below:

(a) the **named insured** and, if an individual, the spouse of such **named insured** if a resident of the same household;

(b) for Coverages A and B

(1) if the **named insured** is designated in the declarations as

(i) a partnership or joint venture, the partnership or joint venture so designated and any partner or member thereof but only with respect to his liability as such;

(ii) other than an individual, partnership or joint venture, the organization so designated and any executive officer, director or stockholder thereof while acting within the scope of his duties as such;

(2) any person (other than an employee of the **named insured**) or organization while acting as real estate manager for the **named insured;** and

(3) with respect to the operation, for the purpose of locomotion upon a public highway, of **mobile equipment** registered under any motor vehicle registration law,

(i) an employee of the **named insured** while operating any such equipment in the course of his employment, and

(ii) any other person while operating with the permission of the **named insured** any such equipment registered in the name of the **named insured** and any person or organization legally responsible for such operation, but only if there is no other valid and collectible insurance available, either on a primary or excess basis, to such person or organization;

provided that no person or organization shall be an **insured** under this paragraph (3) with respect to:

(A) **bodily injury** to any fellow employee of such person injured in the course of his employment, or

(B) **property damage** to property owned by, rented to, in charge of or occupied by the **named insured** or the employer of any person described in subparagraph (ii).

This insurance does not apply to **bodily injury** or **property damage** arising out of the conduct of any partnership or joint venture of which the **insured** is a partner or member and which is not designated in this policy as a **named insured.**

(1) any partner or executive officer thereof, but with respect to a **non-owned automobile** only while such **automobile** is being used in the business of the **named insured;**

(2) any other person while using an **owned automobile** or a hired automobile with the permission of the **named insured,** provided his actual operation or (if he is not operating) his other actual use thereof is within the scope of such permission, but with respect to **bodily injury** or **property damage** arising out of the loading or unloading thereof, such other person shall be an **insured** only if he is: (i) a lessee or borrower of the **automobile,** or (ii) an employee of the **named insured** or of such lessee or borrower;

(3) any other person or organization but only with respect to his or its liability because of acts or omissions of the **named insured** or an **insured** under (1) or (2) above.

None of the following is an **insured:**

(1) any person while engaged in the business of his employer with respect to **bodily injury** to any fellow employee of such person injured in the course of his employment;

(2) the owner or lessee (of whom the **named insured** is a sublessee) of a **hired automobile,** or the owner of a **non-owned automobile,** or the owner of an **automobile** leased under contract for one year or more to the **named insured,** or any agent or employee of any such owner or lessee;

(3) an executive officer with respect to an **automobile** owned by him or by a member of his household;

(4) any person while employed in or otherwise engaged in duties in connection with an **automobile business,** other than an **automobile business** operated by the **named insured.**

This insurance does not apply to **bodily injury** or **property damage** arising out of (1) a **non-owned automobile** used in the conduct of any partnership or joint venture of which the **insured** is a partner or member and which is not designated in this policy as a **named insured** or (2) if the **named insured** is a partnership, an **automobile** owned by or registered in the name of a partner thereof, unless such partner is named as an individual **named insured.**

## 4. LIMITS OF LIABILITY

For the purpose of determining the limit of the company's liability, all **bodily injury** and **property damage** arising out of continuous or repeated exposure to substantially the same general conditions shall be considered as arising out of one **occurrence.**

Regardless of the number of **insureds** under this policy, or **automobiles** to which this policy applies, the company's liability is limited as follows:

(a) Combined Limits Plan

The limit of liability under the Combined Limits Plan expressed in the declarations as applicable to "each **occurrence**" is the total limit of the company's liability under the **bodily injury** liability and **property damage** liability coverages combined for all damages as the result of any one **occurrence** provided:

(1) with respect to all damages included within the (i) **completed operations hazard** and the (ii) **products hazard,** such limit of liability shall be the total limit of the company's liability during each annual policy period as the result of one or more than one **occurrence;**

(2) with respect to all damages arising out of **property damage** (other than **automobile,** the **completed operation hazard,** or the **products hazard)** such limit of liability shall be the total limit of the company's liability during each annual policy period as the result of one or more than one occurrence, but said limit of liability shall apply separately to each project with respect to operations being performed away from premises owned by or rented to the **insured;**

(3) with respect to any **occurrence** for which the notice of this policy is given in lieu of security, or when this policy is certified as proof of financial responsibility under the provisions of the motor vehicle financial responsibility law of any state or province, such limit of liability shall be applied in accordance with the applicable terms of such law, except that the total limit of liability shall not be reduced

(b) Divided Limits Plan

Coverage A -

The total liability of the company for all **damages** and using damages for care and loss of services because of **bodily injury** and

(continued on following page)

shall not exceed the limit of **bodily injury** liability stated in the declarations as applicable to "each **occurrence.**" The total liability of the company for all **damages** because of (1) all **bodily injury** included within the **completed operations hazard** and (2) all **bodily injury** included within the **products hazard** shall not exceed the limit of **bodily injury** liability stated in the declarations as "aggregate."

#### Coverage B –

The total liability of the company for all **damages** because of all **property damage** sustained by one or more persons or organizations as the result of any one **occurrence** shall not exceed the limit of **property damage** liability stated in the declarations as applicable to "each **occurrence."** The total liability of the company for all **damages** because of all **property damage** to which this coverage applies shall not exceed the limit of **property damage** liability stated in the declarations as "aggregate."

Such aggregate limit shall apply separately with respect to each project away from premises owned by or rented to the **named insured.**

Aggregate limits of liability as stated in this policy shall apply separately to each annual policy period.

#### Coverages C and D –

(1) The limit of **bodily injury** liability expressed in the declarations as applicable to "each person" is the limit of the company's liability for all damages because of **bodily injury** sustained by one person as the result of any one **occurrence;** but the total liability of the company for all damages because of **bodily injury** sustained by two or more persons as the result of any one **occurrence** shall not exceed the limit of **bodily injury** liability stated in the declarations as applicable to "each **occurrence."**

(2) The total liability of the company for all damages because of all **property damage** sustained by one or more persons or organizations as the result of any one **occurrence** shall not exceed the limit of **property damage** liability stated in the declarations as applicable to "each **occurrence."**

#### Coverage E –

The limit of liability for Premises Medical Payments Coverage stated in the declarations as applicable to "each person" is the limit of the company's liability for all **medical expense** for **bodily injury** to any one person as the result of any one accident; but subject to the above provision respecting "each person," the total liability of the company under Premises Medical Payments Coverage for all **medical expense** for **bodily injury** to two or more persons as the result of any one accident shall not exceed the limit of liability stated in the declarations as applicable to "each accident."

#### 5. POLICY PERIOD

This insurance applies only to **bodily injury** or **property damage** which occurs: (a) for Coverages A, B, C and D, during the policy period within the **policy territory;** (b) for Coverage E, during the policy period within the United States of America, its territories or possessions, or Canada.

#### 6. ADDITIONAL DEFINITIONS

When used in reference to this insurance (including endorsements forming a part of the policy):

"**aircraft or automobile hazard**" includes **bodily injury** and **property damage** arising out of the ownership, maintenance, operation, use, loading or unloading of any aircraft, **automobile** or **midget automobile;** but this hazard does not include (a) **bodily injury** to any **domestic employee** arising out of and in the course of his employment by any **insured** except while such employee is engaged in the operation or maintenance of aircraft or (b) except with respect to aircraft, **bodily injury** or **property damage** occurring on the **insured premises** or away from such premises if the **bodily injury** or **property damage** arises out of the use of a land public conveyance by the **insured** as a passenger;

"**automobile business**" means the business or occupation of selling, repairing, servicing, storing or parking **automobiles;**

"**contractual liability**" means liability expressly assumed under a contract or agreement provided, however, that **contractual liability** shall not be construed as including liability under a warranty of the fitness or quality of the **named insured's products** or a warranty that work performed by or on behalf of the **named insured** will be done in a workmanlike manner;

"**domestic employee**" means an employee of an **insured** performing duties not in connection with the **business** of the **insured;**

"**fire hazard**" includes **property damage** to any **premises** not owned by an **insured** and to house furnishings therein if such **property damage** arises out of (a) fire, (b) explosion, or (c) smoke or smudge caused by sudden, unusual and faulty operation of any heating or cooking unit;

"**hired automobile**" means an **automobile** not owned by the **named insured** which is used under contract in behalf of, or loaned to, the **named insured,** provided such **automobile** is not owned by, leased under contract for one year or more, or registered in the name of (a) a partner or executive officer of the **named insured** or (b) an employee or agent of the **named insured** who is granted an operating allowance of any sort for the use of such **automobile;**

"**insured premises**":

for Coverage E, means all premises (except such premises as defined under paragraph (b) of this definition) owned by or rented to the **named insured** with respect to which the **named insured** is afforded coverage for **bodily injury** liability under this policy, and includes the ways immediately adjoining on land;

"**medical expense**" means expenses for necessary medical, surgical, X-ray and dental services, including prosthetic devices, and necessary ambulance, hospital, professional nursing and funeral services;

"**midget automobile**" means a land motor vehicle of the type commonly referred to as a "midget automobile," "kart," "go-kart," "speed-mobile" or by a comparable name, whether commercially built or otherwise;

"**non-owned automobile**" means an **automobile** which is neither an **owned automobile** nor a **hired automobile;**

"**owned automobile**" means an automobile owned by or leased under contract for one year or more to the **named insured;**

"**private passenger automobile**" means a four wheel private passenger, station wagon or jeep type **automobile;**

"**trailer**" includes semitrailer but does not include **mobile equipment;**

"**war hazard**" includes all **bodily injury** and **property damage** due to war, whether or not declared, civil war, insurrection, rebellion or revolution or to any act or condition incident to any of the foregoing.

#### 7. ADDITIONAL CONDITIONS

(a) **Medical Reports; Proof and Payment of Claim**

As soon as practicable the injured person or someone on his behalf shall give to the company written proof of claim, under oath if required, and shall, after each request from the company, execute authorization to enable the company to obtain medical reports and copies of records. The injured person shall submit to physical examination by physicians selected by the company when and as often as the company may reasonably require. The company may pay the injured person or any person or organization rendering the services and the payment shall reduce the amount payable hereunder for such injury. Payment hereunder shall not constitute an admission of liability of any person or, except hereunder, of the company.

(b) **Excess Insurance – Hired and Non-Owned Automobiles**

With respect to a **hired automobile** or a **non-owned automobile,** this insurance shall be excess insurance over any other valid and collectible insurance available to the **insured.**

## COMMERCIAL POLICY
### CONDITIONS APPLICABLE TO ALL SECTIONS

The Company agrees with the **insured**, named in the declarations made a part hereof, in consideration of the payment of the premium and subject to the limits of liability, amounts of insurance, exclusions, conditions and other terms of this policy to insure the **insured** in accordance with the provisions of the schedule or schedules attached hereto and made a part hereof.

A. **Premium:** All premiums for this policy shall be computed in accordance with the company's rules, rates, rating plans, premiums and minimum premiums applicable to the insurance afforded herein.

Premium designated in this policy as "advance premium" is a deposit premium only which shall be credited to the amount of the earned premium due at the end of the policy period. At the close of each period (or part thereof terminating with the end of the policy period) designated in the declarations as the audit period the earned premium shall be computed for such period and, upon notice thereof to the **named insured**, shall become due and payable. If the total earned premium for the policy period is less than the premium previously paid, the company shall return to the **named insured** the unearned portion paid by the **named insured**.

The **named insured** shall maintain records of such information as is necessary for premium computation, and shall send copies of such records to the company at the end of the policy period and at such times during the policy period as the company may direct.

B. **Liberalization Clause:** If during the period that insurance is in force under this policy, or within 45 days prior to the inception date thereof, on behalf of this company there be adopted, or filed with and approved or accepted by the insurance supervisory authorities, all in conformity with law, any changes in the form attached to this policy by which this form of insurance could be extended or broadened without increased premium charge by endorsement or substitution of form, then such extended or broadened insurance shall inure to the benefit of the **insured** hereunder as though such endorsement or substitution of form had been made.

C. **Inspection and Audit:** The company shall be permitted but not obligated to inspect the **named insured's** property and operations at any time. Neither the company's right to make inspections nor the making thereof nor any report thereon shall constitute an undertaking, on behalf of or for the benefit of the **named insured** or others, to determine or warrant that such property or operations are safe or healthful, or are in compliance with any law, rule or regulation.

The company may examine and audit the **named insured's** books and records at any time during the policy period and extensions thereof and within three years after the final termination of this policy, as far as they relate to the subject matter of this insurance.

D. **Cancellation:** This policy may be canceled by the **named insured** by surrender thereof to the company or any of its authorized agents or by mailing to the company written notice stating when thereafter the cancellation shall be effective. This policy may be canceled by the company by mailing to the **named insured** at the address shown in this policy, written notice stating when not less than ten days thereafter such cancellation shall be effective. The mailing of notice as aforesaid shall be sufficient proof of notice. The time of surrender or the effective date and hour of cancellation stated in the notice shall become the end of the policy period. Delivery of such written notice either by the **named insured** or by the company shall be equivalent to mailing.

If the **named insured** cancels, earned premium shall be computed in accordance with the customary short rate table and procedure. If the company cancels, earned premium shall be computed pro rata. Premium adjustment may be made either at the time cancellation is effected or as soon as practicable after cancellation becomes effective, but payment or tender of unearned premium is not a condition of cancellation.

E. **Deferred Premium Payment Plan:** If the **insured** elects to pay the premium in equal annual payments as indicated on the first page of this policy the premium for this policy is hereby made so payable. Default in making any payment shall be construed as a request of the **insured** to cancel this policy, in which case this company shall, upon demand and surrender of this policy, or after ten days written notice to the **insured**, comply with the said request.

If this policy is canceled, either at the request of the **insured** or at the election of this company, this company shall refund to the **insured** only the excess of paid premium over earned premium. In the event the earned premium exceeds the paid premium the **insured** shall pay this company the difference.

F. **Subrogation:** In the event of any payment under this policy, the company shall be subrogated to all the **insured's** rights of recovery therefor against any person or organization and the **insured** shall execute and deliver instruments and papers and do whatever else is necessary to secure such rights. The **insured** shall do nothing after loss to prejudice such rights.

G. **Impairment of Recovery:** Except as noted below, this company shall not be bound to pay any loss if the **insured** shall have impaired any right to recovery for loss to the property insured; however it is agreed that:
1. As respects property while on the premises of the **insured**, permission is given the **insured** to release others in writing from liability for loss prior to loss, and such release shall not affect the right of the **insured** to recover hereunder, and
2. As respects property in transit, the **insured** may, without prejudice to this insurance, accept such bills of lading, receipts or contracts of transportation as are ordinarily issued by carriers containing a limitation as to the value of such goods or merchandise.

H. **Conformity With Statute:** The terms of this policy and forms attached hereto which are in conflict with the statutes of the state wherein this policy is issued are hereby amended to conform to such statutes.

I. **Changes:** Notice to any agent or knowledge possessed by any agent or by any other person shall not effect a waiver or a change in any part of this policy or estop the company from asserting any right under the terms of this policy; nor shall the terms of this policy be waived or changed, except by endorsement issued to form a part of this policy.

J. **Assignment:** Assignment of interest under this policy shall not bind the company until its consent is endorsed hereon; If, however, the **named insured** shall die, such insurance as is afforded by this policy shall apply (1) to the **named insured's** legal representative, as the **named insured**, but only while acting within the scope of his duties as such, and (2) with respect to the property of the **named insured**, to the person having proper temporary custody thereof, as **insured**, but only until the appointment and qualification of the legal representative.

K. **Modification of Terms:** Any provisions contained in this policy (or supplements, schedules and endorsements attached thereto) which are in conflict with conditions A thru J above are hereby waived.

L. **Extension:** If coverage provided by this policy replaces a similar coverage of a policy expiring on the effective date of this policy, then coverage hereunder shall be extended to the expiration time of the policy so replaced.

IN WITNESS WHEREOF, this Company has caused this policy to be signed by its president and secretary at Seattle, Washington, and countersigned on the declarations page by a duly authorized representative of the company.

D HAMMERLA SECRETARY

GORDON H SWEANY, PRESIDENT



## CONDITIONS APPLICABLE ONLY TO SECTION II

### 1. SUPPLEMENTARY PAYMENTS

The company will pay in addition to the applicable limit of liability:

(a) all expenses incurred by the company, all costs taxed against the insured in any suit defended by the company and all interest on the entire amount of any judgment therein which accrues after entry of the judgment and before the company has paid or tendered or deposited in court that part of the judgment which does not exceed the limit of the company's liability thereon;

(b) premiums on appeal bonds required in any such suit, premiums on bonds to release attachments in any such suit for an amount not in excess of the applicable limit of liability of this policy, and the cost of bail bonds required of the insured because of accident or traffic law violation arising out of the use of any vehicle to which this policy applies, not to exceed $250 per bail bond, but the company shall have no obligation to apply for or furnish any such bonds;

(c) expenses incurred by the insured for first aid to others at the time of an accident, for bodily injury to which this policy applies;

(d) reasonable expenses incurred by the insured at the company's request in assisting the company in the investigation or defense of any claim or suit, including actual loss of earnings not to exceed $25 per day.

### 2. DEFINITIONS

When used in this policy (including endorsements forming a part hereof):

"automobile" means a land motor vehicle, trailer or semitrailer designed for travel on public roads (including any machinery or apparatus attached thereto), snowmobiles, all-terrain vehicles and similar equipment and trailers designed for use therewith, but does not include mobile equipment;

"automobile hazard" includes bodily injury or property damage arising out of:

(a) the ownership, maintenance, operation, use, loading or unloading of

(1) any automobile owned or operated by or rented or loaned to any insured, or

(2) any other automobile operated by any person in the course of his employment by any insured;

but this definition does not apply to the parking of an automobile on premises owned by, rented to or controlled by the named insured or the ways immediately adjoining, if such automobile is not owned by or rented or loaned to any insured.

(b) and in the course of the transportation of mobile equipment by an automobile owned or operated by or rented or loaned to the named insured;

"bailment" means a delivery of property by any person to the insured for some purpose beneficial to either the insured or such person or both under a contract, express or implied, for the insured to carry out such purpose and to redeliver such property or otherwise dispose of it as provided.

"Blanket Contractual Hazard" means liability assumed by the insured under any contract or agreement except an incidental contract; but this definition does not apply to a warranty of fitness or quality of the named insured's products or a warranty that work performed by or on behalf of the named insured will be done in a workmanlike manner;

"bodily injury" means bodily injury, sickness or disease sustained by any person which occurs during the policy period, including death at any time resulting therefrom;

"Broad Form Property Damage Hazard" means property damage to

(a) property used by the insured, or

(b) property in the care, custody or control of the insured or as to which the insured is for any purpose exercising physical control, and

but parts (a) and (b) of this definition do not apply with respect to liability under a written sidetrack agreement and part (b) of this definition does not apply with respect to property damage (other than to elevators) arising out of the use of an elevator at premises owned by, rented to or controlled by the named insured.

"completed operations hazard" includes bodily injury and property damage arising out of operations or reliance upon a representation or warranty made at any time with respect thereto, but only if the bodily injury or property damage occurs after such operations have been completed or abandoned and occurs away from premises owned by or rented to the named insured. "Operations" include materials, parts or equipment furnished in connection therewith. Operations shall be deemed completed at the earliest of the following times:

(a) when all operations to be performed by or on behalf of the named insured under the contract have been completed,

(b) when all operations to be performed by or on behalf of the named insured at the site of the operations have been completed, or

(c) when the portion of the work out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

Operations which may require further service or maintenance work, or correction, repair or replacement because of any defect or deficiency, but which are otherwise complete, shall be deemed completed.

The completed operations hazard does not include bodily injury or property damage arising out of

(a) operations in connection with the transportation of property, unless the bodily injury or property damage arises out of a condition in or on a vehicle created by the loading or unloading thereof,

(b) the existence of tools, uninstalled equipment or abandoned or unused materials, or

(c) operations for which the classification stated in the policy or in the company's manual specifies "including completed operations";

"Contractual Hazard Beyond 15 Days" means liability assumed by the insured under any written contract or agreement unless the insured shall have furnished the company a copy of such agreement within (15) fifteen days from the date such agreement is signed by the insured except an incidental contract; but this definition does not apply to a warranty that work performed by or on behalf of the named insured will be done in a workmanlike manner;

"elevator" means any hoisting or lowering device to connect floors or landings, whether or not in service, and all appliances thereof including any car, platform, shaft, hoistway, stairway, runway, power equipment and machinery; but does not include an automobile servicing hoist, or a hoist without a platform outside a building if without mechanical power or if not attached to building walls, or a hod or material hoist used in alteration, construction or demolition operations, or an inclined conveyor used exclusively for carrying property or a dumbwaiter used exclusively for carrying property and having a compartment height not exceeding four feet, or hydraulic or mechanical hoists used for dumping materials from trucks;

"incidental contract" means any written (a) lease of premises, (b) easement agreement, except in connection with construction or demolition operations on or adjacent to a railroad, (c) undertaking to indemnify a municipality required by municipal ordinance, except in connection with work for the municipality, (d) sidetrack agreement, or (e) elevator maintenance agreement;

"insured" means any person or organization qualifying as an insured in the "Persons Insured" provision of the applicable insurance coverage. The insurance afforded applies separately to each insured against whom claim is made or suit is brought, except with respect to the limits of the company's liability;

(continued on reverse side)

PRINTED IN U.S.A.

"mobile equipment" means machinery or apparatus (including any attached machinery or apparatus attached thereto), whether or not self-propelled, (a) not subject to motor vehicle registration, or (b) maintained for use exclusively on premises owned by or rented to the named insured, including the ways immediately adjoining, or (c) designed for use principally off public roads, or (d) designed or maintained for the sole purpose of affording mobility to equipment of the following types forming an integral part of or permanently attached to such vehicle: power cranes, shovels, loaders, diggers and drills; concrete mixers (other than the mix-in-transit type); graders, scrapers, rollers and other road construction or repair equipment; air compressors, pumps and generators, including spraying, welding and building cleaning equipment; and geophysical exploration and well servicing equipment;

"named insured" means the person or organization named in Item 1. of the declarations of this policy;

"named insured's products" means goods or products manufactured, sold, handled or distributed by the named insured or by others trading under his name, including any container thereof (other than a vehicle), but "named insured's products" shall not include a vending machine or any property other than such container, rented to or located for use of others but not sold;

"non-owned automobile hazard" means any automobile other than an owned or hired automobile or, if the named insured is an individual, an automobile personally operated by the named insured or members of his family;

"occurrence" means an event including continuous or repeated exposure to conditions, which results in bodily injury or property damage neither expected nor intended from the standpoint of the insured;

"personal hazard" means any domestic activities of the insured, not in connection with the business of the insured;

"policy territory" means anywhere in the world; provided, however, that: (a) resulting claims are asserted within the United States of America, its possessions, or Canada, and (b) it shall apply to suits and judgments for damages resulting therefrom only if suit is commenced in a court in the United States of America, its possessions or in Canada;

"products hazard" includes bodily injury and property damage arising out of the named insured's products or reliance upon a representation or warranty made at any time with respect thereto, but only if the bodily injury or property damage occurs away from premises owned by or rented to the named insured and after physical possession of such products has been relinquished to others;

"property damage" means (a) physical injury to or destruction of tangible property which occurs during the policy period, including the loss of use thereof at any time resulting therefrom, or (b) loss of use of tangible property which has not been physically injured or destroyed provided such loss of use is caused by an occurrence during the policy period;

"suit" includes an arbitration proceeding to which the insured is required to submit or to which the insured has submitted with the company's consent.

## 3. Financial Responsibility Laws

Such insurance as is afforded by this policy for bodily injury liability or for property damage liability shall comply with the provisions of any motor vehicle financial responsibility law to the extent of the coverage and limits of liability required by such law but in no event in excess of the limits of liability stated in this policy.

## 4. Insured's Duties in the Event of Occurrence, Claim or Suit

(a) In the event of an occurrence, written notice containing particulars sufficient to identify the insured and also reasonably obtainable information with respect to the time, place and

circumstances thereof, and the names and addresses of the injured and of available witnesses, shall be given by or for the insured to the company or any of its authorized agents as soon as practicable.

(b) If claim is made or suit is brought against the insured, the insured shall immediately forward to the company every demand, notice, summons or other process received by him or his representative.

(c) The insured shall cooperate with the company and, upon the company's request, assist in making settlements, in the conduct of suits and in enforcing any right of contribution or indemnity against any person or organization who may be liable to the insured because of injury or damage with respect to which insurance is afforded under this policy; and the insured shall attend hearings and trials and assist in securing and giving evidence and obtaining the attendance of witnesses. The insured shall not, except at his own cost, voluntarily make any payment, assume any obligation or incur any expense other than for first aid to others at the time of accident.

## 5. Action Against Company

No action shall lie against the company unless, as a condition precedent thereto, there shall have been full compliance with all of the terms of this policy, nor until the amount of the insured's obligation to pay shall have been finally determined either by judgment against the insured after actual trial or by written agreement of the insured, the claimant and the company.

Any person or organization or the legal representative thereof who has secured such judgment or written agreement shall thereafter be entitled to recover under this policy to the extent of the insurance afforded by this policy. No person or organization shall have any right under this policy to join the company as a party to any action against the insured to determine the insured's liability, nor shall the company be impleaded by the insured or his legal representative. Bankruptcy or insolvency of the insured or of the insured's estate shall not relieve the company of any of its obligations hereunder.

## 6. Other Insurance

If, applicable to the loss, there is any valid and collectible insurance, whether on a primary, excess or contingent basis, available to the insured (in this or any other carrier), there shall be no insurance afforded hereunder as respects such loss; except, that if the applicable limit of liability of this policy is in excess of the applicable limit of liability provided by the other insurance, this policy shall afford excess insurance over and above such other insurance in an amount sufficient to afford the insured a combined limit of liability equal to the applicable limit of liability afforded by this policy. Insurance under this policy shall not be construed to be concurrent or contributing with any other insurance which is available to the insured.

## 7. Three Year Policy

If this policy is issued for a period of three years, the limits of the company's liability shall apply separately to each consecutive annual period thereof.

## 8. Arbitration

The company shall be entitled to exercise all of the insured's rights in the choice of arbitrators and in the conduct of any arbitration proceeding.

## 9. Policy Term

In the event the policy is written without any insurance afforded under Section I — "Property" of the policy, the inception and expiration time shall be 12:01 A.M. Standard Time at the address of the insured as stated in the Declarations, otherwise such time shall be Noon Standard Time.



This endorsement modifies such insurance as is afforded
by the provisions of the policy relating to the following:

**BLANKET LIABILITY INSURANCE — COVERAGES A AND B**
**COMMERCIAL TOP NOTCH INSURANCE**
**COMPREHENSIVE GENERAL LIABILITY INSURANCE**
**COMPLETED OPERATIONS AND PRODUCTS LIABILITY INSURANCE**
**CONTRACTUAL LIABILITY INSURANCE**
**GROWERS' AND RANCHERS' LIABILITY INSURANCE — COVERAGES A AND B**
**MANUFACTURERS' AND CONTRACTORS' LIABILITY INSURANCE**
**OWNERS' AND CONTRACTORS' PROTECTIVE LIABILITY INSURANCE**
**OWNERS', LANDLORDS' AND TENANTS' LIABILITY INSURANCE**
**SPECIAL MULTI-PERIL LIABILITY INSURANCE**
**STOREKEEPER'S INSURANCE**

## POLLUTION EXCLUSION

It is agreed that the insurance does not apply to Bodily Injury* or Property Damage caused by or resulting from the discharge of matter (either during the policy period or prior to its commencement) on or into water, land, air or any other real or personal property, provided, however, that this endorsement shall not exclude insurance with respect to the discharge of matter, if the discharge is sudden, unexpected, unintentional and occurs during the policy period following the effective date of this endorsement.

When used in this Endorsement:

(a) "discharge of matter" means the emission of matter through its release, spillage, leakage or by means of dumping, emptying, pumping or due to failure of any equipment or resulting from any other source or cause whatsoever;

(b) "matter" means any substance (gas, liquid, or solid) of any description or origin.

It is further agreed that this endorsement shall not apply to liability arising out of the ownership, maintenance, or use of any automobile.

*In the event this form is attached to a Commercial Top Notch Policy "Personal Injury" shall be substituted for "Bodily Injury."

This endorsement is executed by the company stated in the Declarations.

W. D. HAMMERLY, A. SECRETARY

COMPLETE THE FOLLOWING IF NOT ATTACHED TO POLICY WHEN ISSUED (IF BLANK)

| | | | | | |
|---|---|---|---|---|---|
| EFFECTIVE DATE | | In the twentieth state, state is the zone | | | |
| POLICY (OR CERTIFICATE) NUMBER | | AGENCY AT POLICE | | | |
| POLICY DATE | | MPM ACCT NUMBER | | | |
| EXP. DATE | | TYPING DATE | | | |
| AGENCY NO. | | | | | |



S = SAFECO INSURANCE COMPANY OF AMERICA
G = GENERAL INSURANCE COMPANY OF AMERICA
F = FIRST NATIONAL INSURANCE COMPANY OF AMERICA
4347 BROOKLYN AVE. N.E., SEATTLE, WASHINGTON 98105 (Each a Stock Insurance Company)
(Coverage is provided by the Company designated by initial)

CP 383478-

383478

*Commercial Polic*

Item 1. Named Insured and Address (Number, Street, Town, County, State, ZIP Code)

**LINNTON PLYWOOD ASSOCIATION**
**10504 N.W. ST. HELENS RD**
**PORTLAND, OREGON 97231**

MPP ACCOUNT NO

Business of Named Insured is:

**PLYWOOD MFG.**

The Named Insured is ☐ Individual   ☐ Corp.   ☐ Partnership   ☐ Joint Venture   ☐ Other **COOPERATIVE ASS**

Item 2. Policy Term

| THREE | APRIL 23, 1973 | APRIL 23, 1976 |
|---|---|---|
| Years | Inception | Expiration |

Item 3. The insurance offered shall apply in accordance with the schedule or schedules attached hereto, and only with respect to th
coverage under such schedule or schedules as specified therein.

| SECTION | COVERAGE | AS PROVIDED UNDER SCHEDULE(S) |
|---|---|---|
| I PROPERTY COVERAGE | Location of premises: (Enter "same" if same location as above) 1. 2. 3. 4. | |
| II LIABILITY COVERAGE | Liability      (1) Other than Automobile |  A |
| | (2) Automobile | A |
| | (3) Personal | |
| | Medical Payments      (1) Premises | |
| | (2) Automobile | A |
| | (3) Personal | |
| | Uninsured Motorists | A |
| III | CRIME | A |
| IV | AUTOMOBILE PHYSICAL DAMAGE | A |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Item 4. Provisional premium subject to audit

If paid in advance . . . . . . . . . . . . $

If paid in installments, the first
year installment is . . . . . . . . . $ **5,564.**

Countersignature

## SECTION II – LIABILITY

Policy No. **CP 383478**

| CHECK BOX IF ITEM IS CHANGED | Limits of Liability |
|---|---|

Liability

    A. Divided Limits Plan

Coverage A · Bodily Injury          Coverage B · Property Damage

☐   1. Other Than Automobile
$ **- - -** each person     $ **100,000.** each occurrence
$ **300,000.** each occurrence     $ **100,000.** aggregate
$ **300,000.** aggregate

Coverage C · Bodily Injury          Coverage D · Property Damage

☐   2. Automobile
$ **100,000.** each person     $ **100,000.** each occurrence
$ **300,000.** each occurrence

Coverages **- - -**

☐  B. Combined Limits Plan
$ **- - -** each occurrence

☐ The Liability Form attached hereto is entitled: **BLANKET LIABILITY INSURANCE C-10**

☐ The following hazards are excluded therefrom: _____

Medical Payments

☐ Coverage E · Premises     $ **- - -** each person     $ **- - -** each accident
☐ Coverage F · Automobile     $ **2,000.** each person
☐ Coverage M · Personal     $ **- - -** each person     $ **- - -** each accident

Coverage F

☐ Designation of person insured: **NAMED INSURED**
☐ Designation of automobiles Division 1 **ANY OWNED AUTOMOBILE**

each person          general

☐ Coverage P · Personal Injury Liability    $ **300,000.** aggregate     $ **300,000.** aggregate
☐ including an offense within the following groups of offenses **A-B-C** insured's participation **- - -** %

☐ Coverage U · Uninsured Motorists    $ **10,000.** each person     $ **20,000.** each accident
☐ Designated insured: **NAMED INSURED**
☐ Description of insured highway vehicles **ANY AUTOMOBILE OWNED BY THE NAMED INSURED.**

| ☒ Premium Change | Additional | Return | Subject to Audit | Short or Pro-Rate % |
|---|---|---|---|---|
| | | | **NO CHANGE** | |

Any explanation and/or other change:

In consideration of the continuance of the policy, it is agreed that from its effective date. (1) This endorsement becomes a part of the above numbered policy. (2) All limits of liability of the Additional Declarations are deleted and replaced by those specified above; (3) This policy provides the coverage as stated herein.

*W. D. Hammersla, SECRETARY*      *Gordon H. Sweany, PRESIDENT*

| INSURED | **LINNTON PLYWOOD ASSOCIATION** | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ENDORSEMENT EFFECTIVE | **4-23-73** | (at the hour of day stated in the policy) | COVER AGE | CLASS OR CODE | UNEARNED SR/PR FACTOR | ULU (FULL TERM) PREMIUM | RETURN PREMIUM | NEW (FULL TERM) PREMIUM | ADDITIONAL PREMIUM |
| POLICY OR BOND NUMBER | **CP383478** | SERVICE OFFICE | **ER:MK(5)** | | | | $ | $ | $ | $ |
| POLICY EXP. DATE | **4-23-76** | MPR ACCT NUMBER | | | | | | | | |
| ENDORSEMENT NUMBER | **1A** | TYPING DATE | **4-27-73** | | | | | **N/A** | | |

S · SAFECO INSURANCE COMPANY OF AMERICA
G · GENERAL INSURANCE COMPANY OF AMERICA
F · FIRST NATIONAL INSURANCE COMPANY OF AMERICA
(Policy or Bond is issued by the company designated by initial)  **G**

**REPLACES ORIGINAL C-1653**

Authorized
Representative _____      Schedule _____

IMPORTANT: This endorsement forms part of your policy. Attach to your policy promptly for your protection.

(continued on reverse side)

G.R.
Non Money
By _____

DAILY REPORT               DIVISION OFFICE

*Revised Additional Declarations*

| CHECK BOX IF ITEM IS CHANGED | | Limits of Liability | |
|---|---|---|---|

Liability
A. Divided Limits Plan
☐ 1. Other Than Automobile

Coverage A - Bodily Injury
$ 300,000. each occurrence
$ 300,000. aggregate

Coverage B - Property Damage
$ 100,000. each occurrence
$ 100,000. aggregate

☐ 2. Automobile

Coverage C - Bodily Injury
$ 100,000. each person
$ 300,000. each occurrence

Coverage D - Property Damage
$ 100,000. each occurrence

☐ B. Combined Limits Plan

Coverages _____
$ _____ each occurrence

☐ The Liability Form attached hereto is entitled: BLANKET LIABILITY INSURANCE   C-10

☐ The following hazards are excluded therefrom: _____

Medical Payments
☐ Coverage E - Premises                  $ _____ each person          $ _____ each accident
☒ Coverage F - Automobile                $ _____ each person          $ _____ each accident
☐ Coverage M - Personal                  $ _____ each person          $ _____ each accident

Coverage F
☒ Designation of person insured: _____
☒ Designation of automobiles Division 1 _____

☐ Coverage P - Personal injury Liability        $ 300,000. aggregate
☐ Including an offense within the following groups of offenses  A-B-C  _____ insured's participation _____ %

☐ Coverage U - Uninsured Motorists - Bodily Injury  $ 10,000. each person   $ 20,000. each accident
☐         † Where applicable by law.   · Property Damage † $ _____ deductible   $ _____ each accident
☐ Designated insured: _____ NAMED INSURED
☐ Description of insured highway vehicles  ANY AUTOMOBILE OWNED BY THE NAMED INSURED

| ☒ Premium Change | Additional | Return | Subject to Audit | Short or Pro-Rate % | Revised Total Premium | |
|---|---|---|---|---|---|---|
| | | | | | | PPD |
| | | INCL. | | | | DPP |

Any explanation and/or other change:

In consideration of the continuance of the policy, it is agreed that from its effective date: (1) This endorsement becomes a part of the above numbered policy. (2) All limits of liability of the Additional Declarations are deleted and replaced by those specified above. (3) This policy provides the coverage as stated herein.

W. D. HAMMERSLA, SECRETARY

GORDON H. SWEANY, PRESIDENT

| INSURED | LIANTON PLYWOOD ASSOCIATION | | | |
|---|---|---|---|---|
| ENDORSEMENT EFFECTIVE | 4-23-74 | | (at the hour of day stated in the policy) | |
| POLICY OR BOND NUMBER | CP 383478 | SERVICE OFFICE | ZF:J5:5 | |
| POLICY EXP. DATE | 4-23-76 | MPP ACCT NUMBER | | |
| ENDORSEMENT NUMBER | 2 | TYPING DATE | 4-25-74 | |

S = SAFECO INSURANCE COMPANY OF AMERICA.
G = GENERAL INSURANCE COMPANY OF AMERICA
F = FIRST NATIONAL INSURANCE COMPANY OF AMERICA
(Policy or bond is issued by the company designated by initial)

[ S ]

Authorized
Representative _____

Schedule  A

ATTENTION POLICY SERVICE: Attach premium worksheet for coding if required.

(continued on reverse side)

DAILY REPORT DIVISION OFFICE
® SAFECO Insurance Company of America, registered trademark owner. PRINTED IN U.S.A.

C-14B R11 5/73

CHECK BOX IF ITEM IS CHANGED

| | Limits of Liability |
|---|---|

Liability
A. Divided Limits Plan
☐     1. Other Than Automobile

Coverage A - Bodily Injury
$ 300,000.     each occurrence
$ 300,000.     aggregate

b.    Coverage B - Property Damage
$ 100,000.     each occurrence
$ 100,000.     aggregate

☒   2. Automobile

Coverage C - Bodily Injury
$ 300,000.     each person
$ 300,000.     each occurrence

Coverage D - Property Damage
$ 100,000.     each occurrence

☐   B. Combined Limits Plan

Coverages _____
$ _____ each occurrence

☐ The Liability Form attached hereto is entitled:   BLANKET LIABILITY INSURANCE C-19

☐ The following hazards are excluded therefrom: _____

Medical Payments
☐ Coverage E - Premises     $_____ each person     $_____ each accident
☐ Coverage F - Automobile     $_____ each person
☐ Coverage M - Personal     $_____ each person     $_____ each accident

Coverage F
☐ Designation of person insured: _____
☐ Designation of automobiles Division 1 _____

☐ Coverage P - Personal Injury Liability    $ 300,000.    aggregate
☐ Including an offense within the following groups of offenses A-B-C _____ insured's participation _____ %

☐ Coverage U - Uninsured Motorists - Bodily Injury    $ 10,000.    each person    $ 20,000.    each accident
☐ † Where applicable by law.   - Property Damage † $_____ deductible    $_____ each accident
   Designated insured: NAMED INSURED
☐ Description of insured highway vehicles ANY AUTOMOBILE OWNED BY THE NAMED INSURED

| ☒ Premium Change | Additional | Return | Subject to Audit | Short or Pro-Rate % | Revised Total Premium | |
|---|---|---|---|---|---|---|
| | 40. | | | .311 | PPD | |
| | | | | | DPP | |

Any explanation and/or other change:

PER BREAKDOWN ATTACHED

In consideration of the continuance of the policy, it is agreed that from its effective date, (1) This endorsement becomes a part of the above numbered policy. (2) All limits of liability, of the Additional Declarations are deleted and replaced by those specified above; (3) This policy provides the coverage as stated herein.

| | | | |
|---|---|---|---|
| INSURED | LINNTON PLYWOOD ASSOCIATION | | |
| ENDORSEMENT EFFECTIVE | 7-1-75 | (at the hour of day stated in the policy) | |
| POLICY OR BOND NUMBER | CP 383478 | SERVICE OFFICE | JC:DM:5 |
| POLICY EXP. DATE | 4-23-76 | MPP ACCT NUMBER | |
| ENDORSEMENT NUMBER | 9 | TYPING DATE | 8-6-75 |

S - SAFECO INSURANCE COMPANY OF AMERICA
G - GENERAL INSURANCE COMPANY OF AMERICA    ☐ S
F - FIRST NATIONAL INSURANCE COMPANY OF AMERICA
(Policy or bond is issued by the company designated by initial)

W. D. HAMMERSLA, SECRETARY      GORDON H. SWEANY, PRESIDENT

Authorized
Representative _____     Schedule A

ATTENTION POLICY SERVICE: Attach premium worksheet for coding if required.
(continued on reverse side)

## SECTION II - LIABILITY

Policy No. CP 58478

This schedule is attached to, and forms a part of the policy specified above.

Limits of Liability. No insurance is afforded under any coverage unless specific limits of liability as to such coverage are set forth below. The limit of the company's liability on account of each such coverage shall be as stated herein, subject to all of the terms of the policy or supplement attached having reference thereto.

### Limits of Liability

**Liability**

**A. Divided Limits Plan**

**1. Other Than Automobile**

| Coverage A - Bodily Injury | Coverage B - Property Damage |
|---|---|
| $ 300,000. each occurrence | $ 100,000. each occurrence |
| $ 300,000. aggregate | $ 100,000. aggregate |

**2. Automobile**

| Coverage C - Bodily Injury | Coverage D - Property Damage |
|---|---|
| $ 300,000. each person | $ 100,000. each occurrence |
| $ 300,000. each occurrence | |

**B. Combined Limits Plan**

Coverages _____
$ _____ each occurrence

The Liability Form attached hereto is entitled ____ BLANKET LIABILITY INSURANCE C-10 ____

The following hazards as defined by the form entitled "Conditions Applicable Only to Section II" are excluded therefrom:

"PERSONAL HAZARD" AND "CONTRACTUAL HAZARD BEYOND 15 DAYS" BOTH AS DEFINED ON FORM C-1652

**Medical Payments**

Coverage E - Premises
$ _____ each person        $ _____ each accident

Coverage F - Automobile
No fault liab... schedule coverage 2000 each person ...
...

Coverage F
Designation of person insured ____ NAMED INSURED ____
Designation of automobiles Division I ____ ANY LICENSED OWNED PRIVATE PASSENGER AUTOMOBILE ____

| Coverage P - Personal Injury Liability | each person | | general aggregate |
|---|---|---|---|
| $ 300,000. | | $ 300,000. | |

EXCL. 'C' DELETED

Including an offense within the following groups of offenses ___ A B C ___ Insured's participation _____ %

| Coverage U - Uninsured Motorists - Bodily Injury | each person | each occ.pers. |
|---|---|---|
| $ 10,000. | | $ 20,000. |
| Property Damage † | each occident | deduct. one |
| $ | | $ |

† Where applicable by law

Designated insured ____ NAMED INSURED ____
Description of insured highway vehicles ____ ANY AUTOMOBILE OWNED BY THE NAMED INSURED. ____

(continued on reverse side)

Schedule ___ A ___

## DAILY REPORT DIVISION OFFICE



S = SAFECO INSURANCE COMPANY OF AMERICA
F = FIRST NATIONAL INSURANCE COMPANY OF AMERICA
Home Office: 4347 Brooklyn Ave. N.E., Seattle, Washington 98105 (Each a Stock Insurance Company)
(Coverage is provided by the company designated by initial)

## SECTION III CRIME

Policy No. __CP 389478__

The premises are located at the address shown in the declarations as Location No. _____**1**_____, unless otherwise stated herein:

    (Number)             Street             Town             State)

No other business is conducted in the premises, unless otherwise stated herein.

Safe Classification: _____The alarm system is classified as ☐ Central ☐ Local. Certificate No. _____

All words or phrases (other than captions) printed in Bold Face are defined in the policy.

Limits of Liability. No insurance is afforded under any insuring agreement unless specifically stated or specific limits of liability as to such insuring agreement are set forth below: The limited of the company's liability on account of each such coverage shall be as stated herein, subject to all of the terms of the policy or supplement attached having reference thereto.

Insuring Agreements

| | Limits of Liability | Premium |
|---|---|---|
| 1. **Burglary and Robbery** | | |
| (a) Paymaster Robbery – On a Messenger Accompanied by _____ Guards......... $ _____ | $ | |
| (b) Robbery Inside the Premises ............................................................. $ _____ | $ | |
| (c) Robbery Outside the Premises ........................................................... $ _____ | $ | |
| (d) Home of Messenger – Burglary only ☐ Theft ☐ ........................................ $ _____ | $ | |
| (e) Open Stock Burglary ......... **60** ......% ... **2000.** ........ $ **3,000.** | $ | **INCL.** |
|     (Coinsurance Percent)  (Coinsurance Limit) | | |
| (f) Safe Burglary................................................................................ $ _____ | $ | |
| (g) Burglary (not exceeding $ 50.00) ...................................................... $ _____ | $ | |
| 2. **Comprehensive Dishonesty, Disappearance and Destruction** | | |
| (I) Employee Dishonesty — ☐ Option A — ☐ Option B......................... $ _____ | $ | |
| (II) Loss Inside the Premises .............................................................. $ _____ | $ | |
| (III) Loss Outside the Premises ............................................................ $ _____ | $ | |
| (IV) Money Orders and Counterfeit Paper Currency ..................................... $ _____ | $ | |
| (V) Depositors Forgery ..................................................................... $ _____ | $ | |
| (VI) Merchandise Burglary...................... % _____.................... $ _____ | $ | |
|    (Coinsurance Percent)  (Coinsurance Limit) | | |
| 3. **Blanket Crime** | | |
| Total Limit of Liability | $ _____ | $ |
| 4. **Broad Form Storekeepers** | | |
| Limit of insurance under each of Insuring Agreements I through IX | $ _____ | $ |
| Except under Insuring Agreement V, such limit applies in excess of a deductible of | | |
| $ _____ as to loss under one or more of said Insuring Agreements. | | |
| 5. **Storekeepers Burglary and Robbery** | | |
| Limit of insurance under each of Insuring Agreements I to VII inclusive | $ _____ | $ |
| 6. **Office Burglary and Robbery** | | |
| Limit of insurance under each of Insuring Agreements I through VI | $ _____ | $ |
| 7. **OTHER** | | |
| | $ _____ | $ |

        State Supplement Name(s) and Form Number(s) attached hereto:

        The premium:        If paid in advance ............................... $ _____
                          If paid in installments, the first
                          year installment is ....................... $ __**INCL.**__

The liability of the company is subject to the terms of the following endorsements (indicated by form No.) attached hereto: _____
        __C-960; C-1055 ; C-1373__

The insured by the acceptance of this policy, gives notice to the company of election to terminate or cancel prior bond or policy No(s) ____

such termination or cancellation to be effective as of the time this policy becomes effective.

                                                                     Schedule _____

This memorandum is for information only, it is not a contract of insurance but attests that a policy as numbered herein, and as it stands at the date of this certificate, has been issued by the company. Said policy is subject to change by endorsement and to assignment and cancellation in accordance with its terms.

DAILY REPORT DIVISION OFFICE



SAFECO INSURANCE COMPANY OF AMERICA
GENERAL INSURANCE COMPANY OF AMERICA
FIRST NATIONAL INSURANCE COMPANY OF AMERICA

*Additional Declarations*

Policy No. **CP 383478**

SECTION **IV** - AUTOMOBILE PHYSICAL DAMAGE

This schedule is attached to and forms a part of the policy specified above.

### SCHEDULE OF AUTOMOBILES

| I T E M No. | Year, Trade Name, Type Serial or Motor No. | Purchased Month New and or Year Used | Actual Cost incl. equip. or Symbol if private pass. | Limit of Liability (other than collision) | O Comp. | P Collision Deduct. or | P Collision included | Q Fire | R Theft | T Comb. Add'l. Cov. | V Towing and Labor |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | 1964 CHEV. PICKUP S#4C154H165821 | | 2079. | 2079. | -- | -- | -- | INCL | INCL | INCL | |
| 2. | 1972 CHEV. IMPALA 4 DR. SEDAN S#1M69H2C184663 | 5-2-4 | ACV | | INCL | 100. | INCL. | | | | |
| | | | | | | | | | | | |

The company's maximum liability under this endorsement on any one automobile shall not exceed ........ $ **10,000.**
The maximum liability for any one loss shall not exceed .............................................. $ **20,000.**
Any loss is payable as interest may appear to the named insured and (Name and address)

Schedule _____ A _____

Section   - Automobile Physical Damage
Additional Declarations          **DIVISION**

POLICY:                          CP276891
EFFECTIVE:                       4/23/70-4/23/73

LIABILITY FORM:                  C-10 1/67
CONDITIONS FORM:                 CF-640 6/69
OTHER FORM:                      CF-646 1/67
POLLUTION EXCLUSION:             C-1599 11/70 (effective 4/23/71)

# BLANKET
# LIABILITY
# POLICY

## PREPARED FOR

### LINNTON PLYWOOD ASSOCIATION

INDEX OF COVERAGES*

| | Section | Schedule | | Section | Schedule |
|---|---|---|---|---|---|
| PROPERTY | | | INLAND MARINE | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | GLASS COVERAGE | | |
| LIABILITY | | | | | |
| MISC. LIABILITY | II | A | OTHER INSURANCE | | |
| PERSONAL INJURY | II | A | | | |
| | | | | | |
| MEDICAL PAYMENTS | | | | | |
| AUTOMOBILE | II | A | | | |
| | | | | | |
| CRIME | | | | | |
| | III | A | | | |
| | | | | | |
| | | | | | |
| AUTOMOBILE PHYSICAL DAMAGE | | | | | |
| | IV | A | | | |

SAFECO
INSURANCE

GENERAL INSURANCE COMPANY OF AMERICA
Home Office/ Seattle, Washington

MARSH & MC LENNAN, INC. OF OREGON

*This index is not intended to be a part of the policy and therefore    your Independent Insurance Agent
does not modify the contents thereof.

## COMMERCIAL POLICY
### CONDITIONS APPLICABLE TO ALL SECTIONS

AGREES with the insured, named in the declarations made a part hereof, in consideration of the payment of the premium and subject to the limits of liability, amounts of insurance, exclusions, conditions and other terms of this policy to insure the insured in accordance with the provisions of the schedule or schedules attached hereto and made a part hereof.

**A. Premium:** All premiums for this policy shall be computed in accordance with the company's rules, rates, rating plans, premiums and minimum premiums applicable to the insurance afforded herein.

Premium designated in this policy as "advance premium" is a deposit premium only which shall be credited to the amount of the earned premium due at the end of the policy period. At the close of each period (or part thereof terminating with the end of the policy period) designated in the declarations as the audit period the earned premium shall be computed for such period and, upon notice thereof to the named insured, shall become due and payable. If the total earned premium for the policy period is less than the premium previously paid, the company shall return to the named insured the unearned portion paid by the named insured.

The named insured shall maintain records of such information as is necessary for premium computation, and shall send copies of such records to the company at the end of the policy period and at such times during the policy period as the company may direct.

**B. Liberalization Clause:** If during the period that insurance is in force under this policy, or within 45 days prior to the inception date thereof, on behalf of this company there be adopted, or filed with and approved or accepted by the insurance supervisory authorities, all in conformity with law, any changes in the form attached to this policy by which this form of insurance could be extended or broadened without increased premium charge by endorsement or substitution of form, then such extended or broadened insurance shall inure to the benefit of the insured hereunder as though such endorsement or substitution of form had been made.

**C. Inspection and Audit:** The company shall be permitted but not obligated to inspect the named insured's property and operations at any time. Neither the company's right to make inspections nor the making thereof nor any report thereon shall constitute an undertaking, on behalf of or for the benefit of the named insured or others, to determine or warrant that such property or operations are safe.

The company may examine and audit the named insured's books and records at any time during the policy period and extensions thereof and within three years after the final termination of this policy, as far as they relate to the subject matter of this insurance.

**D. Cancellation:** This policy may be canceled by the named insured by surrender thereof to the company or any of its authorized agents or by mailing to the company written notice stating when thereafter the cancellation shall be effective. This policy may be canceled by the company by mailing to the named insured at the address shown in this policy, written notice stating when not less than ten days thereafter such cancellation shall be effective. The mailing of notice as aforesaid shall be sufficient proof of notice. The time of surrender or the effective date and hour of cancellation stated in the notice shall become the end of the policy period. Delivery of such written notice either by the named insured or by the company shall be equivalent to mailing.

If the named insured cancels, earned premium shall be computed in accordance with the customary short rate table and procedure. If the company cancels, earned premium shall be computed pro rata. Premium adjustment may be made either at the time cancellation is effected or as soon as practicable after cancellation becomes effective, but payment or tender of unearned premium is not a condition of cancellation.

**E. Deferred Premium Payment Plan:** If the insured elects to pay the premium in equal annual payments as indicated on the first page of this policy the premium for this policy is hereby made so payable. Default in making any payment shall be construed as a request of the insured to cancel this policy, in which case this company shall, upon demand and surrender of this policy, or after ten days written notice to the insured, comply with the said request.

If this policy is canceled, either at the request of the insured or at the election of this company, this company shall refund to the insured only the excess of paid premium over earned premium. In the event the earned premium exceeds the paid premium the insured shall pay this company the difference.

**F. Subrogation:** In the event of any payment under this policy, the company shall be subrogated to all the insured's rights of recovery therefor against any person or organization and the insured shall execute and deliver instruments and papers and do whatever else is necessary to secure such rights. The insured shall do nothing after loss to prejudice such rights.

**G. Impairment of Recovery:** Except as noted below, this company shall not be bound to pay any loss if the insured shall have impaired any right of recovery for loss to the property insured; however it is agreed that:

1. As respects property while on the premises of the insured, permission is given the insured to release others in writing from liability for loss prior to loss, and such release shall not affect the right of the insured to recover hereunder, and

2. As respects property in transit, the insured may, without prejudice to this insurance, accept such bills of lading, receipts or contracts of transportation as are ordinarily issued by carriers containing a limitation as to the value of such goods or merchandise.

**H. Conformity With Statute:** The terms of this policy and forms attached hereto which are in conflict with the statutes of the state wherein this policy is issued are hereby amended to conform to such statutes.

**I. Changes:** Notice to any agent or knowledge possessed by any agent or by any other person shall not effect a waiver or a change in any part of this policy or estop the company from asserting any right under the terms of this policy; nor shall the terms of this policy be waived or changed, except by endorsement issued to form a part of this policy.

**J. Assignment:** Assignment of interest under this policy shall not bind the company until its consent is endorsed hereon; if, however, the named insured shall die, such insurance as is afforded by this policy shall apply (1) to the named insured's legal representative, as the named insured, but only while acting within the scope of his duties as such, and (2) with respect to the property of the named insured, to the person having proper temporary custody thereof, as insured, but only until the appointment and qualification of the legal representative.

**K. Modification of Terms:** Any provisions contained in this policy for supplements, schedules and endorsements attached thereto which are in conflict with conditions A thru J above are hereby waived.

**L. Extension:** If coverage provided by this policy replaces a similar coverage of a policy expiring on the effective date of this policy, then coverage hereunder shall be extended to the expiration time of the policy so replaced.

IN WITNESS WHEREOF, General Insurance Company of America has caused this policy to be signed by its president and secretary at Seattle, Washington, and countersigned on the declarations page by a duly authorized representative of the company.

SECRETARY          PRESIDENT

## BLANKET LIABILITY INSURANCE
(COVERAGE SUPPLEMENT)

I. COVERAGE A — BODILY INJURY — except Automobile

COVERAGE B — PROPERTY DAMAGE — except Automobile

COVERAGE C — BODILY INJURY — Automobile

COVERAGE D — PROPERTY DAMAGE — Automobile

COVERAGE L — PERSONAL LIABILITY

The company will pay on behalf of the insured all sums which the insured shall become legally obligated to pay as damages because of bodily injury or property damage to which this insurance applies, caused by an occurrence. The company shall have the right and duty to defend any suit against the insured seeking damages on account of such bodily injury or property damage, even if any of the allegations of the suit are groundless, false or fraudulent, and may make such investigation and settlement of any claim or suit as it deems expedient. The company shall not be obligated to pay any claim or judgment or to defend any suit after the applicable limit of the company's liability has been exhausted by payment of judgments or settlements.

### Exclusions

This insurance does not apply:

(a) to bodily injury or property damage included within the war hazard with respect to liability assumed by the insured under any contract or agreement or expenses for first aid under the Supplementary Payments provision;

(b) to any obligation for which the insured or any carrier as his insurer may be held liable under any workmen's compensation, unemployment compensation or disability benefits law, or under any similar law;

(c) to bodily injury to any employee of the insured arising out of and in the course of his employment by the insured; but this exclusion does not apply to (1) any domestic employee, or (2) liability assumed by the insured under any contract;

(d) to property damage: (1) to property owned or transported by the insured; (2) to property occupied by or rented to the insured, except damage to a rented residence or private garage caused by a private passenger automobile; (3) to property under bailment to the insured (except injury to or destruction of such property arising out of the use of elevators or escalators or to liability assumed under sidetrack agreements); (4) to that particular part of any property (a) upon which operations are being performed by or on behalf of the insured, or (b) out of which such injury or destruction arises; (5) to premises alienated by the named insured arising out of such premises or any part thereof; (6) to the named insured's products arising out of such products or any part of such products; (7) to work performed by or on behalf of the named insured arising out of the work or any portion thereof, or out of materials, parts or equipment furnished in connection therewith;

But parts (2) and (3) of this exclusion do not apply under Coverage L to property damage included within the fire hazard;

(e) to bodily injury or property damage resulting from the failure of the named insured's products or work completed by or for the named insured to perform the function or serve the purpose intended by the named insured, if such failure is due to a mistake or deficiency in any design, formula, plan, specifications, advertising material or printed instructions prepared or developed by any insured; but this exclusion does not apply to bodily injury or property damage resulting from the active malfunctioning of such products or work;

(f) to damages, because of property damage, due:

(1) to the cost of repairing or replacing any defective goods or products manufactured, sold, handled or distributed by the named insured or defective work completed by or for the named insured;

(2) to the loss of use of any such defective goods or products or completed work, or to damages resulting from the loss of use of such defective goods or products or completed work;

(g) to damages claimed for the withdrawal, inspection, repair, replacement, or loss of use of the named insured's products or work completed by or for the named insured or of any property

of which such products or work form a part, if such products, work or property are withdrawn from the market or from use because of any known or suspected defect or deficiency therein;

(h) to contractual liability assumed by the insured, if the insured or his indemnitee is an architect, engineer or surveyor, for bodily injury or property damage arising out of professional services performed by such insured or indemnitee, including

(1) the preparation or approval of maps, plans, opinions, reports, surveys, designs or specifications and

(2) supervisory, inspection or engineering services.

(i) to bodily injury or property damage arising out of the ownership, maintenance, operation, use, loading or unloading of (1) any aircraft owned or operated by or rented or loaned to the named insured, or (2) any other aircraft operated by any person in the course of his employment by the named insured;

But this exclusion does not apply under Coverage L to bodily injury to any domestic employee arising out of and in the course of his employment by any insured except while such employee is engaged in the operation or maintenance of aircraft;

(j) under Coverage L, to any liability or injury arising out of or in connection with any business, or the rendering or omission of any professional services, or the automobile hazard.

### II. COVERAGE E — PREMISES MEDICAL PAYMENTS

The company will pay to or for each person who sustains bodily injury caused by accident all reasonable medical expense incurred within one year from the date of the accident on account of such bodily injury, provided such bodily injury arises out of (a) a condition in the insured premises or (b) operations with respect to which the named insured is afforded coverage for bodily injury liability under this policy.

### Exclusions

This insurance does not apply

(a) to bodily injury

(1) arising out of the ownership, maintenance, operation, use, loading or unloading of

(i) any automobile or aircraft owned or operated by or rented or loaned to the named insured, or

(ii) any other automobile or aircraft operated by any person in the course of his employment by the named insured;

but this exclusion does not apply to the parking of an automobile on the insured premises, if such automobile is not owned by or rented or loaned to the named insured;

(2) arising out of the ownership, maintenance, operation, use, loading or unloading of any watercraft, if the bodily injury occurs away from the insured premises; or

(3) arising out of and in the course of the transportation of mobile equipment by an automobile owned or operated by or rented or loaned to the named insured;

(b) to bodily injury

(1) included within the completed operations hazard or the products hazard;

(2) arising out of operations performed for the named insured by independent contractors other than (i) maintenance and repair of the insured premises or (ii) structural alterations at such premises which do not involve changing the size of or moving buildings or other structures;

(3) resulting from the selling, serving or giving of any alcoholic beverage (i) in violation of any statute, ordinance or regulation, (ii) to a minor, (iii) to a person under the influence of alcohol or (iv) which causes or contributes to the intoxication of any person; but this exclusion (b) (3) applies only if the named insured is a person or organization engaged in the business of manufacturing, distributing, selling or serving alcoholic beverages or is an owner or lessor of premises used for such purposes;

(4) included within the war hazard;

(continued on reverse side)

(c) to bodily injury

(1) to the named insured, any partner therein, any tenant or other person regularly residing on the insured premises or any employee of any of the foregoing if the bodily injury arises out of and in the course of his employment therewith;

(2) to any other tenant if the bodily injury occurs on that part of the insured premises rented from the named insured or to any employee of such a tenant if the bodily injury occurs on the tenant's part of the insured premises and arises out of and in the course of his employment for the tenant;

(3) to any person while engaged in maintenance and repair of the insured premises or alteration, demolition or new construction at such premises;

(4) to any person if any benefits for such bodily injury are payable or required to be provided under any workmen's compensation, unemployment compensation or disability benefits law, or under any similar law;

(5) to any person practicing, instructing or participating in any physical training, sport, athletic activity or contest;

(d) to any medical expense for services by the named insured, any employee thereof or any person or organization under contract to the named insured to provide such services.

## III. COVERAGE M – PERSONAL MEDICAL PAYMENTS

The company will pay to or for each person who sustains bodily injury caused by accident all reasonable medical expense incurred within one year from the date of the accident on account of such bodily injury, provided such bodily injury (a) is sustained while on the insured premises or (b) is sustained elsewhere and (1) arises out of a condition in the insured premises or the ways immediately adjoining on land, or (2) is caused by any insured, by any domestic employee in the course of his employment by an insured, or by any animal owned by or in the care of any insured or (3) is sustained by any domestic employee and arises out of and in the course of his employment by any insured.

Exclusions

This coverage does not apply:

(a) to bodily injury arising out of any act or omission in connection with premises (other than the insured premises) owned, rented or controlled by any insured, but this exclusion does not apply to bodily injury sustained by any domestic employee arising out of and in the course of his employment by any insured;

(b) to bodily injury arising out of (1) business pursuits of any insured except activities therein which are ordinarily incident to non-business pursuits or (2) the rendering of or failing to render professional services;

(c) to bodily injury included within (1) the aircraft or automobile hazard or (2) the war hazard;

(d) to bodily injury to any person, including a domestic employee, if any person or organization has a policy providing workmen's compensation or occupational disease benefits for such bodily injury or if benefits for such bodily injury are in whole or in part either payable or required to be provided under any workmen's compensation or occupational disease law;

(e) to bodily injury to (1) any insured under parts (1) and 4(a) of "Persons Insured", (2) any person, other than a domestic employee, regularly residing on any part of the insured premises or (3) any person while on the insured premises because business pursuits are conducted or professional services are rendered on the insured premises.

## IV. COVERAGE N – PHYSICAL DAMAGE TO PROPERTY

The company will at its option either (a) pay for the actual cash value of property physically injured or destroyed during the policy period by any insured, or (b) repair or replace such property with other property of like quality and kind, but the limit of the company's liability under Coverage N for "each occurrence" shall not exceed $250.00.

Exclusions

This coverage does not apply to injury or destruction:

(a) of property owned by or rented to any insured, any tenant of any insured or any resident of the named insured's household;

(b) caused intentionally by , insured over twelve years old;

(c) arising out of (1) any act or omission in connection with premises (other than the insured premises) owned, rented or controlled by any insured, (2) business pursuits or professional services or (3) the ownership, maintenance, operation, use, loading or unloading of any land motor vehicle, trailer or semi-trailer, farm machinery or equipment, aircraft or watercraft.

## V. PERSONS INSURED

Each of the following is an insured under this insurance to the extent set forth below:

1. the named insured and, if an individual, the spouse of such named insured if a resident of the same household;

2. for Coverages A and B

(a) if the named insured is designated in the declarations as

(1) a partnership or joint venture, the partnership or joint venture so designated and any partner or member thereof but only with respect to his liability as such;

(2) other than an individual, partnership or joint venture, the organization so designated and any executive officer, director or stockholder thereof while acting within the scope of his duties as such;

(b) any person (other than an employee of the named insured) or organization while acting as real estate manager for the named insured; and

(c) with respect to the operation, for the purpose of locomotion upon a public highway, of mobile equipment registered under any motor vehicle registration law,

(1) an employee of the named insured while operating any such equipment in the course of his employment, and

(2) any other person while operating with the permission of the named insured any such equipment registered in the name of the named insured and any person or organization legally responsible for such operation, but only if there is no other valid and collectible insurance available, either on a primary or excess basis, to such person or organization;

provided that no person or organization shall be an insured under this paragraph (c) with respect to:

(i) bodily injury to any fellow employee of such person injured in the course of his employment, or

(ii) property damage to property owned by, rented to, in charge of or occupied by the named insured or the employer of any person described in subparagraph (2).

This insurance does not apply to bodily injury or property damage arising out of the conduct of any partnership or joint venture of which the insured is a partner or member and which is not designated in this policy as a named insured.

3. for Coverages C and D

(a) any partner or executive officer thereof, but with respect to a non-owned automobile only while such automobile is being used in the business of the named insured;

(b) any other person while using an owned automobile or a hired automobile with the permission of the named insured, provided his actual operation or (if he is not operating) his other actual use thereof is within the scope of such permission, but with respect to bodily injury or property damage arising out of the loading or unloading thereof, such other person shall be an insured only if he is: (1) a lessee or borrower of the automobile, or (2) an employee of the named insured or of such lessee or borrower;

(c) any other person or organization but only with respect to his or its liability because of acts or omissions of the named insured or an insured under (a) or (b) above.

None of the following is an insured:

(1) any person while engaged in the business of his employer with respect to bodily injury to any fellow employee of such person injured in the course of his employment;

(2) the owner or lessee (of whom the named insured is a sub-lessee) of a hired automobile, or the owner of a non-owned automobile, or the owner of an automobile leased under contract for one year or more to the named insured,

(continued on following page)

(3) an executive officer with ... ject to on automobile owned by him or by a member of his household;

(4) any person while employed in or otherwise engaged in duties in connection with an automobile business, other than an automobile business operated by the named insured.

This insurance does not apply to bodily injury or property damage arising out of (1) a non-owned automobile used in the conduct of any partnership or joint venture of which the insured is a partner or member and which is not designated in this policy as a named insured, or (2) if the named insured is a partnership, an automobile owned by or registered in the name of a partner thereof, unless such partner is named as an individual named insured.

4. for Coverages L, M and N

(a) if residents of the named insured's household, his spouse, the relatives of either, and any other person under the age of twenty-one in the care of any insured;

(b) under Coverages L and M, with respect to animals and watercraft owned by any insured, any person or organization legally responsible therefor, except a person using or having custody or possession of any such animal or watercraft without the permission of the owner;

(c) under Coverages L and M, with respect to farm tractors and trailers and self-propelled or motor or animal drawn farm implements, any employee or any insured while engaged in the employment of the insured.

## VI. LIMITS OF LIABILITY

Regardless of the number of (1) insureds under this policy, or (2) automobiles to which this policy applies, the company's liability is limited as follows:

### Coverages A, B, C and D —

A. Divided Limits Plan

(1) The limit of bodily injury liability expressed in the additional declarations as applicable to "each person" is the limit of the company's liability for all damages because of bodily injury sustained by one person as the result of any one occurrence; but the total liability of the company for all damages because of bodily injury sustained by two or more persons as the result of any one occurrence shall not exceed the limit of bodily injury liability stated in the declarations as applicable to "each occurrence". The total liability of the company for all damages because of (1) all bodily injury included within the completed operations hazard and (2) all bodily injury included within the products hazard shall not exceed the limit of bodily injury liability stated in the declarations as "aggregate".

(2) The total liability of the company for all damages because of all property damage sustained by one or more persons or organizations as the result of any one occurrence shall not exceed the limit of property damage liability stated in the declarations as applicable to "each occurrence". The total liability of the company for all damages because of all property damage to which this coverage applies shall not exceed the limit of property damage liability stated in the declarations as "aggregate".

Such aggregate limit shall apply separately with respect to each project away from premises owned by or rented to the named insured.

Aggregate limits of liability as stated in this policy shall apply separately to each annual policy period.

B. Combined Limits Plan

The limit of liability under the Combined Limits Plan expressed in the additional declarations as applicable to "each occurrence" is the total limit of the company's liability under the bodily injury liability and property damage liability coverages combined for all damages as the result of any one occurrence provided:

(a) with respect to all damages included within the (1) completed operations hazard and the (2) products hazard, such limit of liability shall be the total limit of the company's liability during each annual policy period as the result of one or more than one occurrence;

(b) with respect to all damage (other than ...obile, the completed operation hazard, or the products hazard) such limit of liability shall be the total limit of the company's liability during each annual policy period as the result of one or more than one occurrence, but said limit of liability shall apply separately to each project with respect to operations being performed away from premises owned by or rented to the insured;

(c) with respect to any occurrence for which the notice of this policy is given in lieu of security, or when this policy is certified as proof of financial responsibility under the provisions of the motor vehicle financial responsibility law of any state or province, such limit of liability shall be applied in accordance with the applicable terms of such law, except that the total limit of liability shall not be reduced.

For the purpose of determining the limit of the company's liability, all bodily injury and property damage arising out of continuous or repeated exposure to substantially the same general conditions shall be considered as arising out of one occurrence.

### Coverage E —

The limit of liability for Premises Medical Payments Coverage stated in the declarations as applicable to "each person" is the limit of the company's liability for all medical expense for bodily injury to any one person as the result of any one accident; but subject to the above provision respecting "each person", the total liability of the company under Premises Medical Payments Coverage for all medical expense for bodily injury to two or more persons as the result of any one accident shall not exceed the limit of liability stated in the declarations as applicable to "each accident".

### Coverage L —

The limits of liability afforded for Coverages A and B shall apply to Coverage L, provided the limits of liability so afforded shall not be less than: $25,000 per person and $25,000 each occurrence for bodily injury; $25,000 each occurrence for property damage liability; or if combined limits, $25,000 each occurrence.

### Coverage M —

The limit of liability stated in the declarations as applicable to "each person" is the limit of the company's liability under Coverage M for all medical expense for bodily injury to any one person as the result of any one accident; but subject to the above provision respecting "each person", the total liability of the company under Coverage M for all medical expense for bodily injury to two or more persons as the result of any one accident shall not exceed the limit of liability stated in the declarations as applicable to "each accident".

### Coverage E and M —

When more than one medical payments coverage afforded by this policy applies to the loss, the company shall not be liable for more than the amount of the highest applicable limit of liability.

## VII. POLICY PERIOD

This insurance applies only to bodily injury or property damage which occurs: (1) for Coverages A, B, C and D, during the policy period within the policy territory; (2) for Coverages L and M, during the policy period; (3) for Coverage E, during the policy period within the United States of America, its territories or possessions, or Canada.

## VIII. ADDITIONAL DEFINITIONS

When used in reference to this insurance (including endorsements forming a part of the policy):

"aircraft or automobile hazard" includes bodily injury and property damage arising out of the ownership, maintenance, operation, use, loading or unloading of any aircraft, automobile or midget automobile; but this hazard does not include (1) bodily injury to any domestic employee arising out of and in the course of his employment by any insured except while such employee is engaged in the operation or maintenance of aircraft or (2) except with respect to aircraft, bodily injury or property damage occurring on the insured premises or the ways immediately adjoining on land or (3) under Coverage L, bodily injury or property damage arising out of the operations of independent contractors involving on

(continued on reverse side)

automobile or midget automobile not owned or hired by the insured or used in connection with his business pursuits or in the rendering of professional services or (4) bodily injury or property damage arising out of the use of a land public conveyance by the insured as a passenger;

"automobile business" means the business or occupation of selling, repairing, servicing, storing or parking automobiles;

"business" means any professional, commercial occupation or industrial enterprise, except (1) activities which are ordinarily incident to non-business pursuits; (2) activities of an incidental business nature (not the regular business or occupation of an insured) while conducted on the insured premises or on vacant land owned or rented to an insured; (3) one, two, three or four family dwellings (including outbuildings), farms and farm land when such are rented or held for rental to others by an insured; (4) acts or activities of the named insured or spouse incident to his or her employment by another, except (a) while operating commercial or industrial machinery or equipment; or (b) while engaged in rendering professional services (other than teaching); or (c) while holding an elective or appointive office of a municipal, county, state or federal government;

"contractual liability" means liability expressly assumed under a contract or agreement, provided, however, that contractual liability shall not be construed as including liability under a warranty of the fitness or quality of the named insured's products or a warranty that work performed by or on behalf of the named insured will be done in a workmanlike manner.

"domestic employee" means an employee of an insured performing duties not in connection with the business of the insured;

"fire hazard" includes property damage to any premises not owned by an insured and to house furnishings therein if such property damage arises out of (1) fire, (2) explosion, or (3) smoke or smudge caused by sudden, unusual and faulty operation of any heating or cooking unit;

"hired automobile" means an automobile not owned by the named insured which is used under contract in behalf of, or loaned to, the named insured, provided such automobile is not owned by, leased under contract for one year or more, or registered in the name of (a) a partner or executive officer of the named insured or (b) an employee or agent of the named insured who is granted an operating allowance of any sort for the use of such automobile;

"insured premises"

(a) for Coverage E, means all premises (except such premises as defined under paragraph (b) of this definition) owned by or rented to the named insured with respect to which the named insured is afforded coverage for bodily injury liability under this policy, and includes the ways immediately adjoining on land;

(b) for Coverages L, M and N, means (1) all premises where the named insured or his spouse maintains a residence and private approaches thereto and other premises and private approaches thereto for use in connection with said residence, except (1) private grounds maintained or used for conducting business pursuits and farms, (2) individual or family cemetery plots or burial vaults, (3) premises in which an insured is temporarily residing, if not owned by an insured, and (4) vacant land, other than farm land, owned by or rented to an insured;

"medical expense" means expenses for necessary medical, surgical, x-ray and dental services, including prosthetic devices, and necessary ambulance, hospital, professional nursing and funeral services;

"midget automobile" means a land motor vehicle of the type commonly referred to as a "midget automobile", "kart", "go-kart", "speed-mobile" or by a comparable name, whether commercially built or otherwise;

"non-owned automobile" means an automobile which is neither an owned automobile nor a hired automobile;

"owned automobile" means an automobile owned by or leased under contract for one year or more to the named insured;

"private passenger automobile" means a four wheel private passenger, station wagon or jeep type automobile;

"trailer" includes semitrailer but does not include mobile equipment;

"war hazard" includes all bodily injury and property damage due to war, whether or not declared, civil war, insurrection, rebellion or revolution or to any act or condition incident to any of the foregoing.

IX. ADDITIONAL CONDITIONS

A. Medical Reports; Proof and Payment of Claim

As soon as practicable the injured person or someone on his behalf shall give to the company written proof of claim, under oath if required, and shall, after each request from the company, execute authorization to enable the company to obtain medical reports and copies of records. The injured person shall submit to physical examination by physicians selected by the company when and as often as the company may reasonably require. The company may pay the injured person or any person or organization rendering the services and the payment shall reduce the amount payable hereunder for such injury. Payment hereunder shall not constitute an admission of liability of any person or, except hereunder, of the company.

B. Insured's Duties When Loss Occurs – Coverage N.

When loss occurs, the insured shall give written notice as soon as practicable to the company or any of its authorized agents, file sworn proof of loss with the company within ninety-one days after the occurrence of loss, exhibit the damaged property, if within his control, and cooperate with the company in all matters pertaining to the loss or claims with respect thereto.

C. Excess Insurance – Coverage L.

With respect to loss arising out of the ownership, maintenance, operation, use, loading or unloading of (1) any automobile or midget automobile at the insured premises or (2) watercraft, or any land public conveyance, this insurance shall be excess insurance over any other valid and collectible insurance available to the insured.

D. Excess Insurance – Hired and Non-Owned Automobiles

With respect to a hired automobile or a non-owned automobile, this insurance shall be excess insurance over any other valid and collectible insurance available to the insured.

GENERAL INSURANCE COMPANY OF AMERICA

## CONDITIONS APPLICABLE ONLY TO SECTION II

### SUPPLEMENTARY PAYMENTS

The company will pay, in addition to the applicable limit of liability:

(a) all expenses incurred by the company, all costs taxed against the insured in any suit defended by the company and all interest on the entire amount of any judgment therein which accrues after entry of the judgment and before the company has paid or tendered or deposited in court that part of the judgment which does not exceed the limit of the company's liability thereon;

(b) premiums on appeal bonds required in any such suit, premiums on bonds to release attachments in any such suit for an amount not in excess of the applicable limit of liability of this policy, and the cost of bail bonds required of the insured not to exceed $250 per bail bond, but the company shall have no obligation to apply for or furnish any such bonds;

(c) expenses incurred by the insured for first aid to others at the time of an occurrence for bodily injury to which this policy applies;

(d) reasonable expenses incurred by the insured at the company's request, including actual loss of wages or salary (but not loss of other income) not to exceed $25 per day because of his attendance at hearings or trials at such request.

### DEFINITIONS

When used in this policy (including endorsements forming a part hereof):

"automobile" means a land motor vehicle, trailer or semitrailer designed for travel on public roads (including any machinery or apparatus attached thereto), but does not include mobile equipment;

"automobile hazard" includes bodily injury or property damage arising out of:

(1) the ownership, maintenance, operation, use, loading or unloading of

   (a) any automobile owned or operated by or rented or loaned to the named insured, or

   (b) any other automobile operated by any person in the course of his employment by the named insured;

but this definition does not apply to the parking of an automobile on premises owned by, rented to or controlled by the named insured or the ways immediately adjoining, if such automobile is not owned by or rented or loaned to the named insured.

(2) and in the course of the transportation of mobile equipment by an automobile owned or operated by or rented or loaned to the named insured;

"bailment" means a delivery of property by any person to the insured for some purpose beneficial to either the insured or such person or both under a contract, express or implied, for the insured to carry out such purpose and to redeliver such property or otherwise dispose of it as provided.

44.5 "bodily injury" means bodily injury, sickness or disease sustained by any person;

"completed operations hazard" includes bodily injury and property damage arising out of operations or reliance upon a representation or warranty made at any time with respect thereto, but only if the bodily injury or property damage occurs after such operations have been completed or abandoned and occurs away from premises owned by or rented to the named insured. "Operations" include materials, parts or equipment furnished in connection therewith. Operations shall be deemed completed at the earliest of the following times:

(1) when all operations to be performed by or on behalf of the named insured under the contract have been completed,

(2) when all operations to be performed by or on behalf of the named insured at the site of the operations have been completed, or

(3) when the portion of the work out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

Operations which may require further service or maintenance work, or correction, repair or replacement because of any defect or deficiency, but which are otherwise complete, shall be deemed completed.

The completed operations hazard does not include bodily injury or property damage arising out of

(a) operations in connection with the transportation of property, unless the bodily injury or property damage arises out of a condition in or on a vehicle created by the loading or unloading thereof,

(b) the existence of tools, uninstalled equipment or abandoned or unused materials, or

(c) operations for which the classification stated in the policy or in the company's manual specifies "including completed operations";

"damages" includes damages for death and for care and loss of services resulting from bodily injury and damages for loss of use of property resulting from property damage;

"elevator" means any hoisting or lowering device to connect floors or landings, whether or not in service, and all appliances thereof including any car, platform, shaft, hoistway, stairway, runway, power equipment and machinery; but does not include an automobile servicing hoist, or a hoist without a platform outside a building if without mechanical power or if not attached to building walls, or a hod or material hoist used in alteration, construction or demolition operations, or an inclined conveyor used exclusively for carrying property or a dumbwaiter used exclusively for carrying property and having a compartment height not exceeding four feet, or hydraulic or mechanical hoists used for dumping materials from trucks;

"incidental contract" means any written (1) lease of premises, (2) easement agreement, except in connection with construction or demolition operations on or adjacent to a railroad, (3) undertaking to indemnify a municipality required by municipal ordinance, except in connection with work for the municipality, (4) sidetrack agreement, or (5) elevator maintenance agreement;

"insured" means any person or organization qualifying as an insured in the "Persons Insured" provision of the applicable in-

(continued in reverse side)

CF 646 1/67

Section II · Conditions

surance coverage. The insurance afforded applies separately to each insured against whom claim is made or suit is brought, except with respect to the limits of the company's liability;

"mobile equipment" means a land vehicle (including any machinery or apparatus attached thereto), whether or not self-propelled, (1) not subject to motor vehicle registration, or (2) maintained for use exclusively on premises owned by or rented to the named insured, including the ways immediately adjoining, or (3) designed for use principally off public roads, or (4) designed or maintained for the sole purpose of affording mobility to equipment of the following types forming an integral part of or permanently attached to such vehicle: power cranes, shovels, loaders, diggers and drills; concrete mixers (other than the mix-in-transit type); graders, scrapers, rollers and other road construction or repair equipment; air-compressors, pumps and generators, including spraying, welding and building cleaning equipment; and geophysical exploration and well servicing equipment;

"named insured" means the person or organization named in Item 1, of the declarations of this policy;

"named insured's products" means goods or products manufactured, sold, handled or distributed by the named insured or by others trading under his name, including any container thereof (other than a vehicle), but "named insured's products" shall not include a vending machine or any property other than such container, rented to or located for use of others but not sold;

"non-owned automobile hazard" means any automobile other than an owned or hired automobile or, if the named insured is an individual, an automobile personally operated by the named insured or members of his family;

"occurrence" means an event, including injurious exposure to conditions, which results, during the policy period, in bodily injury or property damage neither expected nor intended from the standpoint of the insured;

"personal hazard" means any domestic activities of the insured, not in connection with the business of the insured;

"policy territory" means anywhere in the world; provided, however, that: (1) resulting claims are asserted within the United States of America, its possessions, or Canada, and (2) it shall apply to suits and judgments for damages resulting therefrom only if suit is commenced in a court in the United States of America, its possessions or in Canada;

"products hazard" includes bodily injury and property damage arising out of the named insured's products or reliance upon a representation or warranty made at any time with respect thereto, but only if the bodily injury or property damage occurs away from premises owned by or rented to the named insured and after physical possession of such products has been relinquished to others;

"property damage" means injury to or destruction of tangible property;

"suit" includes an arbitration proceeding to which the insured is required to submit or to which the insured has submitted with the company's consent.

### Financial Responsibility Laws

Such insurance as is afforded by this policy for bodily injury liability or for property damage liability shall comply with the provisions of any motor vehicle financial responsibility law to the extent of the coverage and limits of liability required by such law but in no event in excess of the limits of liability stated in this policy.

### Insured's Duties in the Event of Occurrence, Claim or Suit

In the event of an occurrence, written notice containing particulars sufficient to identify the insured and also reasonably obtainable information with respect to the time, place and circumstances thereof, and the names and addresses of the injured and of available witnesses, shall be given by or for the insured to the com-

pany or any of its authorized agents as soon as practicable. The named insured shall promptly take at his expense all reasonable steps to prevent other bodily injury or property damage from arising out of the same or similar conditions, but such expense shall not be recoverable under this policy.

If claim is made or suit is brought against the insured, the insured shall immediately forward to the company every demand, notice, summons or other process received by him or his representative.

The insured shall cooperate with the company and, upon the company's request, assist in making settlements, in the conduct of suits and in enforcing any right of contribution or indemnity against any person or organization who may be liable to the insured because of bodily injury or property damage with respect to which insurance is afforded under this policy; and the insured shall attend hearings and trials and assist in securing and giving evidence and obtaining the attendance of witnesses. The insured shall not, except at his own cost, voluntarily make any payment, assume any obligation or incur any expense other than for first aid to others at the time of an occurrence.

### Action Against Company

No action shall lie against the company unless, as a condition precedent thereto, there shall have been full compliance with all of the terms of this policy, nor until the amount of the insured's obligation to pay shall have been finally determined either by judgment against the insured after actual trial or by written agreement of the insured, the claimant and the company.

Any person or organization or the legal representative thereof who has secured such judgment or written agreement shall thereafter be entitled to recover under this policy to the extent of the insurance afforded by this policy. No person or organization shall have any right under this policy to join the company as a party to any action against the insured to determine the insured's liability, nor shall the company be impleaded by the insured or his legal representative. Bankruptcy or insolvency of the insured or of the insured's estate shall not relieve the company of any of its obligations hereunder.

### Other Insurance

If, applicable to the loss, there is any valid and collectible insurance, whether on a primary, excess or contingent basis, available to the insured (in this or any other carrier), there shall be no insurance afforded hereunder as respects such loss; except, that if the applicable limit of liability of this policy is in excess of the applicable limit of liability provided by the other insurance, this policy shall afford excess insurance over and above such other insurance in an amount sufficient to afford the insured a combined limit of liability equal to the applicable limit of liability afforded by this policy. Insurance under this policy shall not be construed to be concurrent or contributing with any other insurance which is available to the insured.

### Three Year Policy

If this policy is issued for a period of three years, the limits of the company's liability shall apply separately to each consecutive annual period thereof.

### Arbitration

The company shall be entitled to exercise all of the insured's rights in the choice of arbitrators and in the conduct of any arbitration proceeding.

### Policy Term

In the event the policy is written without any insurance afforded under Section I — "Property" of the policy, the inception and expiration time shall be 12:01 A.M. Standard Time at the address of the insured as stated in the Declarations, otherwise such time shall be Noon Standard Time.

# C-1599  11/70



SAFECO INSURANCE COMPANY OF AMERICA
GENERAL INSURANCE COMPANY OF AMERICA
FIRST NATIONAL INSURANCE COMPANY OF AMERICA

Effective
11/1/71

This endorsement modifies such insurance as is afforded
by the provisions of the policy relating to the following

BLANKET LIABILITY INSURANCE – COVERAGES A AND B
COMMERCIAL TOP NOTCH INSURANCE
COMPREHENSIVE GENERAL LIABILITY INSURANCE
COMPLETED OPERATIONS AND PRODUCTS LIABILITY INSURANCE
CONTRACTUAL LIABILITY INSURANCE
GROWERS' AND RANCHERS' LIABILITY INSURANCE – COVERAGES A AND B
MANUFACTURERS' AND CONTRACTORS' LIABILITY INSURANCE
OWNERS' AND CONTRACTORS' PROTECTIVE LIABILITY INSURANCE
OWNERS', LANDLORDS' AND TENANTS' LIABILITY INSURANCE
SPECIAL MULTI-PERIL LIABILITY INSURANCE
STOREKEEPER'S INSURANCE

COLORADO
NEVADA
NEW MEXICO
VERMONT
WYOMING

OREGON
1/5/71

## POLLUTION EXCLUSION

It is agreed that the insurance does not apply to Bodily Injury or Property Damage caused by or resulting from the discharge of matter (either during the policy period or prior to its commencement) on or into water, land air or any other real or personal property, provided, however, that this endorsement shall not exclude insurance with respect to the discharge of matter, if the discharge is sudden, unexpected, unintentional and occurs during the policy period following the effective date of this endorsement.

When used in this Endorsement:

(a) "discharge of matter" means the emission of matter through its release, spillage, leakage or by means of dumping, emptying, pumping or due to failure of any equipment or resulting from any other source or cause whatsoever.

(b) "matter" means any substance (gas, liquid, or solid) of any description or origin.

It is further agreed that this endorsement shall not apply to liability arising out of the ownership, maintenance, or use of any automobile.

F'8 ??  ?

All terms and conditions of the policy, issued by either SAFECO Insurance Company of America, General Insurance Company of America, or First National Insurance Company of America, remain unchanged except as amended by this endorsement.

*(signature)*
H. O. HANNERBALL  SECRETARY

*(signature)*
GENERAL INSURANCE  PRESIDENT

COMPLETE THE FOLLOWING IF NOT ATTACHED TO POLICY WHEN POLICY IS ISSUED

| INSURED | | EXPIR. AGE | CLASS OR CODE | UNEARNED EARN. FACTOR | OLD ANNUAL TERM PREMIUM | NEW TERM PREMIUM | NEW FULL TERM PREMIUM | ADDITIONAL PREMIUM | |
|---|---|---|---|---|---|---|---|---|---|
| ENDORSEMENT EFFECTIVE | | (in the hour of am  when) in the am × p| | | | | | | |
| POLICY NUMBER | EFFECTIVE DATE | | | | | | | | |
| POLICY EXP DATE | NEW POLICY NUMBER | | | | | | | | |
| ENDORSEMENT NUMBER | EXPIRING DATE | | | | | | | | |

RESIDENT LICENSED AGENT

Identical to C-1599 9/70 except for addition of boldface type.

PERSONAL INJURY LIABILITY INSURANCE

## 1. COVERAGE P—PERSONAL INJURY LIABILITY

The company will pay on behalf of the **insured** all sums which the **insured** shall become legally obligated to pay as **damages** because of injury (herein called "**personal injury**") sustained by any person or organization and arising out of one or more of the following offenses committed in the conduct of the **named insured's** business:

Group A —   false arrest, detention or imprisonment, or malicious prosecution;

Group B —   the publication or utterance of a libel or slander or of other defamatory or disparaging material, or a publication or utterance in violation of an individual's right of privacy; except publications or utterances in the course of or related to advertising, broadcasting or telecasting activities conducted by or on behalf of the **named insured**;

Group C —   wrongful entry or eviction, or other invasion of the right of private occupancy;

If such offense is committed during the policy period within the United States of America, its territories or possessions, or Canada, and the company shall have the right and duty to defend any suit against the **insured** seeking **damages** on account of such **personal injury** even if any of the allegations of the suit are groundless, false or fraudulent, and may make such investigation and settlement of any claim or suit as it deems expedient, but the company shall not be obligated to pay any claim or judgment or to defend any suit after the applicable limit of the company's liability has been exhausted by payment of judgments or settlements.

### Exclusions

This insurance does not apply:

(a) to liability assumed by the **insured** under any contract or agreement;

(b) to **personal injury** arising out of the wilful violation of a penal statute or ordinance committed by or with the knowledge or consent of any **insured**;

(c) to **personal injury** sustained by any person as a result of an offense directly or indirectly related to the employment of such person by the **named insured**;

(d) to **personal injury** arising out of any publication or utterance described in Group B, if the first injurious publication or utterance of the same or similar material by or on behalf of the **named insured** was made prior to the effective date of this insurance;

(e) to **personal injury** arising out of a publication or utterance described in Group B concerning any organization or business enterprise, or its products or services, made by or at the direction of any **insured** with knowledge of the falsity thereof.

## 2. PERSONS INSURED

Each of the following is an **insured** under this insurance to the extent set forth below:

(a) if the **named insured** is designated in the declarations as an individual, the person so designated and his spouse;

(b) if the **named insured** is designated in the declarations as a partnership or joint venture, the partnership or joint venture so designated and any partner or member thereof but only with respect to his liability as such;

(c) if the **named insured** is designated in the declarations as other than an individual, partnership or joint venture, the organization so designated and any executive officer, director or stockholder thereof while acting within the scope of his duties as such.

This insurance does not apply to **personal injury** arising out of the conduct of any partnership or joint venture of which the **insured** is a partner or member and which is not designated in this policy as a **named insured.**

## 3. LIMITS OF LIABILITY: INSURED'S PARTICIPATION

Regardless of the number of (a) **insureds** under this policy, (b) persons or organizations who sustain **personal injury**, or (c) claims made or suits brought on account of **personal injury**, the total limit of the company's liability under this coverage for all **damages** shall not exceed the limit of **personal injury** liability stated in the declarations as "aggregate."

If a participation percentage is stated in the schedule for the **insured**, the company shall not be liable for a greater proportion of any loss than the difference between such percentage and one hundred percent and the balance of the loss shall be borne by the **insured**; provided, the company may pay the **insured's** portion of a loss to effect settlement of the loss, and, upon notification of the action taken, the **named insured** shall promptly reimburse the company therefor.

## 4. ADDITIONAL DEFINITION

When used in reference to this insurance,

"**damages**" means only those **damages** which are payable because of **personal injury** arising out of an offense to which this insurance applies.



This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

## PERSONAL INJURY LIMITATION

IN CONSIDERATION OF THE PREMIUM CHARGED, IT IS AGREED THAT

EXCLUSION 'C' IS DELETED AS RESPECTS FORM C-1142 'PERSONAL

INJURY LIABILITY SUPPLEMENT'

All terms and conditions of the policy, issued by SAFECO Insurance Company of America, General Insurance Company of America or First National Insurance Company of America, remain unchanged except as amended by this endorsement.

_____ SECRETARY                                          _____ PRESIDENT

COMPLETE THE FOLLOWING IF NOT ATTACHED TO POLICY WHEN POLICY IS ISSUED

| INSURED | | | POLICY PAGE | DATE OF ENDT | INSURANCE OR AG FACTOR | O.D. FULL TERM PREMIUM | RETURN PREMIUM | NEW FULL TERM PREMIUM | ADDITIONAL PREMIUM |
|---|---|---|---|---|---|---|---|---|---|
| ENDORSEMENT EFFECTIVE | | (of the time of box noted in the policy) | | | | $ | $ | $ | $ |
| POLICY NUMBER | BRANCH OFFICE | | | | | | | | |
| POLICY EXP DATE | MER ACCT NUMBER | | | | | | | | |
| ENDORSEMENT NUMBER | TYPING DATE | | | | | | | | |
| | | | | | TOTALS GROSS | | | | |

_____
RESIDENT LICENSED AGENT

MARSH & MC LENNAN, INC.   3-170

A/P AT AUDIT

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

BLANKET LIABILITY INSURANCE
MANUFACTURERS' AND CONTRACTORS' LIABILITY INSURANCE

ADDITIONAL INTEREST — OPERATIONS

It is agreed that such insurance as is afforded for bodily injury and property damage applies also to the person or organization designated below as an insured, but only with respect to (his) (its) liability for operations performed for such person or organization by or on behalf of the named insured, and general supervision thereof by such person or organization.

Description of Person or organization:

**CITY OF PORTLAND AND ALL OTHER
GOVERNMENTAL BODIES HAVING
JURISDICTION IN THE AREA, THEIR
OFFICERS, AGENTS AND EMPLOYEES
AS RESPECT JOB #12464 N.W. 107TH AVE.,
FROM N.W. ST. HELENS ROAD TO APPROXIMATELY
170 FEET EASTERLY**

All terms and conditions of the policy, issued by either SAFECO Insurance Company of America, General Insurance Company of America, or First National Insurance Company of America, remain unchanged except as amended by this endorsement.

_____ SECRETARY                                    _____ PRESIDENT

COMPLETE THE FOLLOWING IF NOT ATTACHED TO POLICY WHEN POLICY IS ISSUED:

| INSURED | | | | COVERAGE | CLASS OF CODE | UNEARNED SF PR FACTOR | OLD FULL TERM PREMIUM | RETURN PREMIUM | NEW (FULL TERM) PREMIUM | ADDITIONAL PREMIUM | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | LINNTON PLYWOOD ASSOCIATION | | | | | | | | | | |
| ENDORSEMENT EFFECTIVE | 9-9-75 | 4-5 | hour of day stated in the policy | | | $ | $ | | $ | $ | |
| POLICY NUMBER | CP 585478 | BRANCH OFFICE | M2:US:5 | | | | | | | | |
| POLICY EXP. DATE | 4-23-76 | APP ACCT NUMBER | | | | | | | | | |
| ENDORSEMENT NUMBER | 10 | TYPING DATE | 12-16-75 | | | | | | | | |

TOTALS GROSS

RESIDENT LICENSED AGENT

FLAT CHARGE   BI  $11.
                PD  $9.

C-1529 8/68  PRINTED IN U.S.A.



> This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:
>
> BLANKET LIABILITY INSURANCE – COVERAGES A & B
> COMPREHENSIVE GENERAL LIABILITY INSURANCE
> MANUFACTURERS' AND CONTRACTORS' LIABILITY INSURANCE
> OWNERS',LANDLORDS' AND TENANTS' LIABILITY INSURANCE
> STOREKEEPERS' INSURANCE

### ADDITIONAL INSURED
(Employees)

It is agreed that the "Persons Insured" provision is amended to include any employee of the named insured while acting within the scope of his duties as such, but the insurance afforded to such employee does not apply:

1. to bodily injury to (a) another employee of the named insured arising out of or in the course of his employment or (b) the named insured or, if the named insured is a partnership or joint venture, any partner or member thereof;

2. to property damage to property owned, occupied or used by, rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by (a) another employee of the named insured or (b) the named insured, or, if the named insured is a partnership or joint venture, any partner or member thereof.

All terms and conditions of the policy issued by General Insurance Company of America remain unchanged except as amended by this endorsement.

Hammersla SECRETARY                              Inda H. Sweeney PRESIDENT

COMPLETE THE FOLLOWING IF NOT ATTACHED TO POLICY WHEN POLICY IS ISSUED.

| INSURED | | | COVER AGE | CLASS OR CODE | UNEARNED SR/PR FACTOR | OLD (FULL TERM PREMIUM | RETURN PREMIUM | NEW (FULL TERM) PREMIUM | ADDITIONAL PREMIUM | |
|---|---|---|---|---|---|---|---|---|---|---|
| ENDORSEMENT EFFECTIVE | | AT THE HOUR OF DAY STATED IN THE POLICY | | | | $ | $ | $ | $ | |
| POLICY NUMBER | BRANCH OFFICE | | | | | | | | | |
| POLICY EXP DATE | WPF ACCT NUMBER | | | | | | | | | |
| ENDORSEMENT NUMBER | TYPING DATE | | | | | | | | | |
| | | | | | TOTALS GROSS | | | | | |

RESIDENT LICENSED AGENT

C-2100 R1.4  67

## AMENDATORY ENDORSEMENT 'A'
## ADDITIONAL INTERESTS

IN CONSIDERATION OF THE PREMIUM FOR WHICH THIS POLICY IS WRITTEN,
IT IS AGREED THAT THE CITY OF PORTLAND, ITS OFFICERS, AGENTS AND
EMPLOYEES ARE NAMED AS ADDITIONAL INSUREDS BUT ONLY AS RESPECTS ANY CLAIM
OR CLAIMS FOR DAMAGE OR INJURY TO PERSON OR PROPERTY RESULTING FROM
OR GROWING OUT OF THE OPERATIONS OF THE NAMED INSURED UNDER A REVOCABLE
PERMIT FROM THE CITY OF PORTLAND AS AUTHORIZED BY ORDINANCE #109387
FOR THE USE OF EXISTING ACCESS ROADS AND THE CONSTRUCTION OF TWO
AUXILIARY SPUR ROADS IN THE BULL RUN RESERVE.

All terms and conditions of the policy, issued either by SAFECO Insurance Company of America, General Insurance Company of America or First National Insurance Company of America, remain unchanged except as amended by this endorsement.

W. D. HAMMERSLA, SECRETARY

GORDON H. SWEANY, PRESIDENT

COMPLETE THE FOLLOWING IF NOT ATTACHED TO POLICY WHEN POLICY IS ISSUED:

| INSURED | | | COVER AGE | CLASS OR CODE | UNEARNED S/R/PR FACTOR | OLD (FULL TERM) PREMIUM | RETURN PREMIUM | NEW (FULL TERM) PREMIUM | ADDITIONAL PREMIUM | |
|---|---|---|---|---|---|---|---|---|---|---|
| ENDORSEMENT EFFECTIVE | | (at the hour of day stated in the policy) | | | | $ | $ | $ | $ | |
| POLICY NUMBER | | SERVICE OFFICE | | | | | | | | |
| POLICY EXP. DATE | | MPR ACCT NUMBER | | | | | | | | |
| ENDORSEMENT NUMBER | | TYPING DATE | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| RESIDENT LICENSED AGENT | | | | | TOTALS GROSS | | | | | |

C-30  R4 4/68

PRINTED IN U.S.A.


AMENDATORY 'B'

"WITHOUT PREJUDICE TO COVERAGE OTHERWISE EXISTING HEREIN, THE CITY OF PORTLAND
AND ALL OTHER GOVERNMENTAL BODIES HAVING JURISDICTION IN THE AREA, THEIR OFFICERS
AND EMPLOYEES ARE INCLUDED AS ADDITIONAL INSUREDS UNDER THIS POLICY AS TO ANY
CLAIM OR CLAIMS FOR INJURY TO PERSON, INCLUDING DEATH, OR DAMAGE TO PROPERTY,
RESULTING FROM OR GROWING OUT OF THE OPERATIONS OF THE NAMED INSURED UNDER
CONTRACT WITH THE CITY OF PORTLAND FOR FURNISHING AND DELIVERING LANDFILL COVER
MATERIAL F.O.B. ST. JOHNS FILL, 9360 N. SWIFT BLVD., PORTLAND, OREGON FOR THE
DIVISION OF REFUSE DISPOSAL, DEPARTMENT OF PUBLIC WORKS OF CITY, IN ACCORDANCE
WITH THE SPECIFICATIONS CITED IN SAID CONTRACT, DURING THE PERIOD FROM DATE OF
SAID CONTRACT THROUGH DECEMBER 31, 1973.

IT IS UNDERSTOOD AND AGREED THAT THIS POLICY SHALL NOT TERMINATE OR BE CANCELLED
PRIOR TO COMPLETION OF SAID CONTRACT WITHOUT FIRST GIVING THIRTY (30) DAYS'
WRITTEN NOTICE OF INTENTION TO CANCEL OR TERMINATE SAID POLICY TO THE AUDITOR OF
THE CITY OF PORTLAND.

NOTWITHSTANDING THE NAMING OF ADDITIONAL INSUREDS, THE POLICY SHALL PROTECT EACH
INSURED IN THE SAME MANNER AS THOUGH A SEPARATE POLICY HAD BEEN ISSUED TO EACH;
BUT NOTHING HEREIN SHALL OPERATE TO INCREASE THE INSURER'S LIABILITY AS SET FORTH
ELSEWHERE IN THE POLICY BEYOND THE AMOUNT OR AMOUNTS FOR WHICH THE INSURER WOULD
HAVE BEEN LIABLE IF ONLY ONE PERSON OR INTEREST HAD BEEN NAMED AS INSURED."

All terms and conditions of the policy, issued either by SAFECO Insurance Company of America, General Insurance Company of
America or First National Insurance Company of America, remain unchanged except as amended by this endorsement.

W D HAMMERSLA SECRETARY

GORDON H. SWEANY PRESIDENT

COMPLETE THE FOLLOWING IF NOT ATTACHED TO POLICY WHEN POLICY IS ISSUED:

| INSURED | | | COVER AGE | CLASS OR CODE | UNEARNED SR/PR FACTOR | OLD (FULL TERM) PREMIUM | RETURN PREMIUM | NEW (FULL TERM) PREMIUM | ADDITIONAL PREMIUM | |
|---|---|---|---|---|---|---|---|---|---|---|
| ENDORSEMENT EFFECTIVE | | (at the hour of day stated in the policy) | | | | $ | $ | | $ | $ |
| POLICY NUMBER | | SERVICE OFFICE | | | | | | | | |
| POLICY EXP DATE | | MPH ACCT NUMBER | | | | | | | | |
| ENDORSEMENT NUMBER | | TYPING DATE | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| RESIDENT LICENSED AGENT | | | | | | TOTALS GROSS | | | | |