General is aware of information on various discrete releases from information in the October 1, 1999 DEQ Site Assessment Program - Strategy Recommendation.

On February 17, 1995, 20-55 gallons of pale oil were accidentally released from an above ground storage tank. The oil entered an on-site storm drain and created a sheen on the Willamette River. The Oregon Department of Environmental Quality (ODEQ) issued LPA a Notice of Noncompliance and a Civil Penalty for failure to report the spill, inadequate cleanup, and failure to perform a hazardous waste determination on the cleanup material.

In July 1979, A Portland General Electric transformer located on a piling 100 feet off-shore of the LPA site failed and leaked one quart of mineral oil into the Willamette River. According to Portland General Electric, their response contractor was unable to find any oil to cleanup. The three transformers on the piling were subsequently moved to land.

In 1994, a 4,000 gallon, 6,000 gallon and 10,000 gallon gasoline underground storage tanks (USTs) were decommissioned by removal by LPA. About 80 cubic yards of gasoline contaminated soil were removed from the excavation, treated and placed on-site. No groundwater was encountered in the excavation. ODEQ issued a "no further action" letter dated September 27, 1994.

In 1989, a 5,000 gallon UST was decommissioned by removal at LPA. About 200 cubic yards of contaminated soil were removed from the excavation and disposed of at an off-site facility. No groundwater was encountered in the excavation. ODEQ issued a "no further action" letter dated October 19, 1989.

LPA operated under NPDES storm water permit No. 1200-z. There are two drainage basins in the developed, manufacturing portion of the property that have point discharges to the Willamette River: Storm water in one drainage area flows into a City of Portland storm water pipe, and drainage from the second area is discharged in a storm drain owned by Linnton Plywood. A complaint was received by ODEQ on September 3, 1994 concerning a milky discharge to the Willamette River from a malfunctioning separator.

With the exception of the July 1979 release arising from the Portland General Electric transformer, none of the foregoing has identified any release that resulted in "property damage" during the applicable General policy periods.

General is continuing to investigate any occurrence where there is a "discharge of matter" and if such a discharge is sudden, unexpected, unknowingly caused and unintentional and which occurred during the policy periods. General

reserves all of its rights to limit or decline coverage based on the pollution exclusions cited above.

The applicable policies require notice as soon as practical in the event of an occurrence, and immediate notice in the event of a claim or suit. Coverage does not apply if the evidence reveals that LPA did not provide notice to General, of this claim, as soon as practicable, and, to the extent that General' investigation was prejudiced by late notice, General reserves the right to limit or deny coverage on this basis.

Coverage does not apply if the Conditions sections of the policies have not been complied with. General reserves the right to deny or limit coverage based upon each of the above-referenced conditions.

Additionally, please be advised that General's acceptance of the defense of this matter is subject to the following additional reservation of rights;

General reserves all of its rights under the terms and provisions of the policies identified herein, including, but not limited to, those outlined in this letter.

General reserves the right to assert other terms and provisions of the subject policies pending our continuing investigation, and General specifically reserves the right to amend and supplement this reservation of rights at any time in the future.

The participation of General in the defense of LPA in the above-captioned matter does not constitute a waiver of any of its rights under the policies herein identified.

General reserves the right to withdraw from the defense of this matter when and if further investigation reveals that there is no potential for coverage existing under the policies.

General reserves the right to enter into settlement negotiations and to conclude any reasonable settlement herein.

General reserves the right to allocate between covered and non-covered damages and to seek reimbursement from LPA for any payment of settlements or judgments, and the costs associated with its defense.

General also specifically reserves its rights to have its duties judicially determined. If the courts decide that there is no duty to defend or indemnify

LPA, we will seek reimbursement from LPA for all costs and fees expended in LPA's defense as well as any settlements or judgments paid on LPA's behalf. No payments of settlements, judgments or defense costs shall constitute a waiver of General's right to seek later allocation and reimbursement of such settlements, judgments or defense costs, on the ground that there is no duty to defend or indemnify all or a portion of the subject action.

General reserves the right to enter into a defense sharing agreement with any other insurer or insurers which may have issued coverage to LPA, either as an insured or an insured, which may be applicable to this matter. In that regard, please immediately provide information with regard to any other LPA insurer to which this matter has been tendered.

General reserves the right to assign defense of this matter to counsel of its choice.

General also reminds you of the continuing obligation of the insured to fully and completely cooperate with General in this matter, as well as the insured's obligation to keep General fully informed and apprised of all developments as this matter proceeds.

Per the above, General has agreed, subject to a reservation of rights, to participate in the defense of LPA for the claims tendered. If you have any questions with regard to this matter please feel free to call me. My direct telephone number is (530) 345-8399.

Sincerely,

General Insurance Company of America

Dennis W. Keener

Dennis W. Keener
Senior Specialist
Strategic Risk Claims

FOSTER PEPPER LLP

ATTORNEYS AT LAW

Direct Phone
(503) 221-7303

Direct Facsimile
(800) 601-9232

E-Mail
popoe@fosterpdx.com

November 14, 2008

VIA EMAIL

Dennis Keener
Claims Representative
Safeco Insurance
4470 Garden Brook Drive
Chico, CA 95973-8941

Re: Insured: Linnton Plywood Association
Property 10504 NW St. Helens Rd., Portland, Oregon
Claim No.: 04T 00067 2868
Portland Harbor Superfund Site

Dear Dennis:

Pursuant to my email of November 12, 2008, please accept this correspondence as the Insured's Notice of Lost Policy pursuant to the Oregon Environmental Cleanup Assistance Act, ORS 465.475 et al. (the "Act") for the following policies:

**Confirmed Policies**

| Policy No: | Effective Dates | Liab. Form | Cond. Form | Pollution Exclusion |
|---|---|---|---|---|
| CP383478 | 4/23/73 to 4/23/76 | C-10 1/73, | C1652 1/73, | C1599 1/72 |
| CP646638 | 4/23/76 to 4/23/79 | C-10 9/74*, | C1652 5/74*, | C1599 1/72* |
| CP646638A | 4/23/79 to 4/23/82 | C1138 4/78, | C1652 8/78, | C1599 1/72 |
| CP646638B | 4/23/82 to 4/23/85 | C1138 4/78*, | C1652 8/78*, | CGL21201 4/80* |

*Policy forms are unconfirmed. The noted forms are those that were likely to have been issued with the referenced policy.

**Unconfirmed Policies**

| Policy No: | Effective Dates | Liab. Form | Cond. Form | Other | Pollution Exclusion |
|---|---|---|---|---|---|
| BLP232479 | 4/23/66 to 4/23/67 | C-10 1/65 | | | |
| CP160977 | 4/23/67 to 4/23/70 | C-10 1/67 | CF640 10/66, | CF646 10/66 | |
| CP276891 (effective 4/23/71) | 4/23/70 to 4/23/73 | C-10 1/67 | CF640 6/69, | CF646 1/67 | C1599 11/70 |

30154714.02

Pursuant to the Act, Safeco is required to promptly and thoroughly investigate this Notice of Lost Policy, including providing all facts and documents known and discovered during an investigation concerning the issuance and terms of the Policies. Safeco is further required to provide an accurate copy of the terms of the Policies or a reconstruction of the Policies.

If Safeco is not able to locate portions of the Policies or determine their terms, condition or exclusions, Safeco must provide copies of all insurance Policy forms issued by Safeco during the applicable policy period that are potentially applicable to the environmental claim. Furthermore, Safeco must state which of the potentially applicable forms, if any, is most likely to have been issued by Safeco, or Safeco must state why it is unable to identify the forms after a good faith search.

Thank you for your continuing help with this matter. We look forward to your response.

Regards,

Elia E. Popovich

EEP/cs

November 14, 2008
Page 3
Re: Insured: Linnton Plywood Association
Claim No.: 04T 0067 2868

bcc: Jimmy Stahly
William Hutchison

30154714.02

Dennis Keener
Claims Representative
4470 Garden Brook Drive
Chico, CA 95973-8941

Phone (530) 345-8399
Fax (530) 345-8482
denkee@safeco.com




November 24, 2008

NOV 2 6 2008

FOSTER PEPPER
601 S.W. 2nd AVE., STE. 1800
PORTLAND, OR 97204-3171

Linnton Plywood Association
C/o Mr. Elia E. Popovich
Foster Pepper, LLP
601 SW 2nd Avenue, Suite 1800
Portland, Oregon 97204

Insured : Linnton Plywood Association
Claim No. : 04T 00067 2868
Site : 10504 NW St. Helens Road, Portland, OR
Portland Harbor Superfund Site

Dear Mr. Popovich:

This will serve to respond to your correspondence of November 14, 2008, wherein you provide notice of lost policy on behalf of your client Linnton Plywood Association (Linnton), to General Insurance Company of America (General), pursuant to the Oregon Environmental Cleanup Assistance Act, ORS 465.475 et al. (the Act) for policies issued by General to Linnton.

As previously discussed, General's search for policy information relative to the Linnton policies has failed to locate complete copies of the subject policies, and therefore has been unable to fully confirm the complete terms, conditions, endorsements and policy limits applicable to the subject policies.

General has confirmed that it has issued the following policies identified in the table below. Each year of coverage provided a limit of $100,000 per occurrence and $100,000 aggregate in property damage liability.

*Confirmed Policies*

| *Policy No:* | *Effective Dates* | *Liab. Form* | *Cond. Form* | *Pollution Exclusion* |
|---|---|---|---|---|
| CP383478 | 4/23/73 to 4/23/76 | C-10 1/73, | C1652 1/73, | C1599 1/72 |
| CP646638 | 4/23/76 to 4/23/79 | C-10 9/74*, | C1652 5/74*, | C1599 1/72* |
| CP646638A | 4/23/79 to 4/23/82 | C1138 4/78, | C1652 8/78, | C1599 1/72 |
| CP646638B | 4/23/82 to 4/23/85 | C1138 4/78*, | C1652 8/78*, | CGL21201 4/80* |

*Policy forms are unconfirmed. The noted forms are those that were likely to have been issued with the referenced policy.

Secondary evidence exists to suggest that the following policies were issued to Linnton, and each of the policies listed in the table below is believed to have provided a limit of $100,000.00 per occurrence and $100,000 aggregate in property damage liability. The applicable forms noted are the forms most likely to have been issued with each policy.

This information, from secondary evidence, is unconfirmed and General reserves all of its rights to amend the policy information should the actual policy be revealed or if other policy information arises.

*Unconfirmed Policies*

| *Policy No.* | *Effective Dates* | *Liab. Form* | *Cond. Form* | *Other* | *Pollution Excl* |
|---|---|---|---|---|---|
| BLP232479 | 4/23/66 to 4/23/67 | C-10 1/65 | | | |
| CP160977 | 4/23/67 to 4/23/70 | C-10 1/67, | CF640 10/66, | CF646 10/66 | |
| CP276891 | 4/23/70 to 4/23/73 | C-10 1/67, | CF640 6/69, | CF646 1/67, | C-1599 11/70 |
| (effective 4/23/71) | | | | | |

Pursuant to your request, General is herewith providing copies of all forms, applicable to the subject policies, discovered in its investigation of lost policies. General also herewith provides copies of forms applicable and/or most likely applicable to the environmental claims tendered by Linnton, for each of the confirmed and unconfirmed polices detailed above.

If you have any question with regard to the information provided, please feel free to contact me directly.

Sincerely,

General Insurance Company of America

Dennis W. Keener

Dennis W. Keener
Analyst
Strategic Risk Claims

Dennis Keener
Claims Representative
4470 Garden Brook Drive
Chico, CA 95973-8941

Phone (530) 345-8399
Fax (530) 345-8482
denkee@safeco.com

November 24, 2008

NOV 2 6 2008
FOSTER PEPPER
601 S.W. 2nd AVE., STE. 1800
PORTLAND, OR 97204-3171

Linnton Plywood Association
C/o Mr. Elia E. Popovich
Foster Pepper, LLP
601 SW 2nd Avenue, Suite 1800
Portland, Oregon 97204

Insured : Linnton Plywood Association
Claim No. : 04T 00067 2868
Site : 10504 NW St. Helens Road, Portland, OR
Portland Harbor Superfund Site

Dear Mr. Popovich:

This will serve to respond to your correspondence of November 14, 2008, wherein you provide notice of lost policy on behalf of your client Linnton Plywood Association (Linnton), to General Insurance Company of America (General), pursuant to the Oregon Environmental Cleanup Assistance Act, ORS 465.475 et al. (the Act) for policies issued by General to Linnton.

As previously discussed, General's search for policy information relative to the Linnton policies has failed to locate complete copies of the subject policies, and therefore has been unable to fully confirm the complete terms, conditions, endorsements and policy limits applicable to the subject policies.

General has confirmed that it has issued the following policies identified in the table below. Each year of coverage provided a limit of $100,000 per occurrence and $100,000 aggregate in property damage liability.

*Confirmed Policies*

| *Policy No:* | *Effective Dates* | *Liab. Form* | *Cond. Form* | *Pollution Exclusion* |
|---|---|---|---|---|
| CP383478 | 4/23/73 to 4/23/76 | C-10 1/73, | C1652 1/73, | C1599 1/72 |
| CP646638 | 4/23/76 to 4/23/79 | C-10 9/74*, | C1652 5/74*, | C1599 1/72* |
| CP646638A | 4/23/79 to 4/23/82 | C1138 4/78, | C1652 8/78, | C1599 1/72 |
| CP646638B | 4/23/82 to 4/23/85 | C1138 4/78*, | C1652 8/78*, | CGL21201 4/80* |

*Policy forms are unconfirmed. The noted forms are those that were likely to have been issued with the referenced policy.

Secondary evidence exists to suggest that the following policies were issued to Linnton, and each of the policies listed in the table below is believed to have provided a limit of $100,000.00 per occurrence and $100,000 aggregate in property damage liability. The applicable forms noted are the forms most likely to have been issued with each policy.

This information, from secondary evidence, is unconfirmed and General reserves all of its rights to amend the policy information should the actual policy be revealed or if other policy information arises.

*Unconfirmed Policies*

| *Policy No.* | *Effective Dates* | *Liab. Form* | *Cond. Form* | *Other* | *Pollution Excl* |
|---|---|---|---|---|---|
| BLP232479 | 4/23/66 to 4/23/67 | C-10 1/65 | | | |
| CP160977 | 4/23/67 to 4/23/70 | C-10 1/67, | CF640 10/66, | CF646 10/66 | |
| CP276891 | 4/23/70 to 4/23/73 | C-10 1/67, | CF640 6/69, | CF646 1/67, | C-1599 11/70 |
| | | | | | (effective 4/23/71) |

Pursuant to your request, General is herewith providing copies of all forms, applicable to the subject policies, discovered in its investigation of lost policies. General also herewith provides copies of forms applicable and/or most likely applicable to the environmental claims tendered by Linnton, for each of the confirmed and unconfirmed polices detailed above.

If you have any question with regard to the information provided, please feel free to contact me directly.

Sincerely,

General Insurance Company of America

Dennis W. Keener

Dennis W. Keener
Analyst
Strategic Risk Claims

**From:** KEENER, DENNIS W [mailto:Dennis.Keener@LibertyMutual.com]
**Sent:** Monday, August 10, 2009 8:36 AM
**To:** Bill Hutchison
**Subject:** RE: Remaining available/applicable coverage limits - LPA

Bill. Here's what I have.

12 policy years are confirmed: 1973-1985 at $100,000/policy year: Total Limits $1,200,000

7 policy years, from 1966-1973, are un-confirmed, evidenced by secondary evidence only. At $100,000/policy year, these policies would add an additional $700,000.

Total payments made to date, against limits total $62,959. DK

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | LINNTON PLYWOOD SHAREHOLDERS AND HOLDERS OF PATRONAGE RETAINS PER COURT STIPULATION | | | | |
| 2 | PATRONAGE RETAINS AFTER 2002 LOSS | LOSS 2002 | TOTAL PATRONAGE RETAINS PER COURT STIPULATION | STOCK | TOTAL DISTRIBUTION |
| 3 | 18107.60 | | 18107.60 | 5000.00 | 23107.60 |
| 4 | 17103.51 | | 17103.51 | | 17103.51 |
| 5 | 20133.80 | | 20133.80 | 5000.00 | 25133.80 |
| 6 | 12788.21 | | 12788.21 | 5000.00 | 17788.21 |
| 7 | 0.00 | | 0.00 | 5000.00 | 5000.00 |
| 8 | 16746.42 | | 16746.42 | 5000.00 | 21746.42 |
| 9 | 9688.53 | | 9688.53 | | 9688.53 |
| 10 | 26802.23 | | 26802.23 | | 26802.23 |
| 11 | 21477.39 | | 21477.39 | 5000.00 | 26477.39 |
| 12 | 842.70 | 23969.96 | 24812.66 | 5000.00 | 29812.66 |
| 13 | -4380.57 | 22391.29 | 18010.72 | 5000.00 | 23010.72 |
| 14 | -2278.02 | 19233.95 | 16955.93 | 5000.00 | 21955.93 |
| 15 | 5001.33 | | 5001.33 | | 5001.33 |
| 16 | 13819.17 | | 13819.17 | | 13819.17 |
| 17 | 12627.95 | | 12627.95 | | 12627.95 |
| 18 | 18437.37 | | 18437.37 | | 18437.37 |
| 19 | 11250.16 | | 11250.16 | 5000.00 | 16250.16 |
| 20 | 0.00 | | 0.00 | 5000.00 | 5000.00 |
| 21 | 30443.98 | | 30443.98 | | 30443.98 |
| 22 | 18599.00 | | 18599.00 | | 18599.00 |
| 23 | 12150.19 | | 12150.19 | | 12150.19 |
| 24 | -4001.25 | 16585.85 | 12584.60 | 5000.00 | 17584.60 |
| 25 | 23992.03 | | 23992.03 | 5000.00 | 28992.03 |
| 26 | 0.00 | | 0.00 | 5000.00 | 5000.00 |
| 27 | 0.00 | | 0.00 | 5000.00 | 5000.00 |
| 28 | 13186.67 | | 13186.67 | 5000.00 | 18186.67 |
| 29 | 4571.93 | 21976.06 | 26547.99 | 5000.00 | 31547.99 |
| 30 | 43314.15 | | 43314.15 | 5000.00 | 48314.15 |
| 31 | 1714.47 | | 1714.47 | | 1714.47 |
| 32 | 1892.27 | | 1892.27 | | 1892.27 |
| 33 | -16785.58 | 22030.90 | 5245.32 | 5000.00 | 10245.32 |
| 34 | -11786.38 | 27722.74 | 15936.36 | 5000.00 | 20936.36 |
| 35 | 3958.07 | 8900.11 | 12858.18 | 5000.00 | 17858.18 |
| 36 | 26353.27 | | 26353.27 | | 26353.27 |
| 37 | -4304.21 | 23770.18 | 19465.97 | 5000.00 | 24465.97 |
| 38 | 11561.41 | | 11561.41 | | 11561.41 |
| 39 | -16640.96 | 22873.12 | 6232.16 | 5000.00 | 11232.16 |
| 40 | 16872.10 | | 16872.10 | | 16872.10 |
| 41 | 8416.98 | | 8416.98 | | 8416.98 |
| 42 | 19973.33 | | 19973.33 | 5000.00 | 24973.33 |
| 43 | 14406.71 | | 14406.71 | | 14406.71 |
| 44 | 12380.80 | | 12380.80 | 5000.00 | 17380.80 |
| 45 | 3391.66 | | 3391.66 | | 3391.66 |
| 46 | 20907.96 | | 20907.96 | | 20907.96 |
| 47 | 1685.73 | | 1685.73 | | 1685.73 |
| 48 | 13048.91 | | 13048.91 | | 13048.91 |
| 49 | 13998.29 | | 13998.29 | 5000.00 | 18998.29 |
| 50 | 13195.42 | | 13195.42 | 5000.00 | 18195.42 |
| 51 | 15367.95 | | 15367.95 | | 15367.95 |
| 52 | -8444.82 | 22489.22 | 14044.40 | 5000.00 | 19044.40 |
| 53 | 14343.70 | | 14343.70 | 5000.00 | 19343.70 |
| 54 | 13517.20 | | 13517.20 | 5000.00 | 18517.20 |
| 55 | -6061.58 | 20127.09 | 14065.51 | 5000.00 | 19065.51 |
| 56 | 0.00 | | 0.00 | 5000.00 | 5000.00 |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 2 | PATRONAGE RETAINS AFTER 2002 LOSS | LOSS 2002 | TOTAL PATRONAGE RETAINS PER COURT STIPULATION | STOCK | TOTAL DISTRIBUTION |
| 57 | -2985.34 | 5037.65 | 2052.31 | 5000.00 | 7052.31 |
| 58 | -10735.85 | 24310.77 | 13574.92 | 5000.00 | 18574.92 |
| 59 | 20404.87 | | 20404.87 | | 20404.87 |
| 60 | 11307.91 | | 11307.91 | | 11307.91 |
| 61 | 7723.49 | | 7723.49 | 5000.00 | 12723.49 |
| 62 | 6800.79 | | 6800.79 | | 6800.79 |
| 63 | 19723.67 | | 19723.67 | 5000.00 | 24723.67 |
| 64 | 8085.83 | | 8085.83 | | 8085.83 |
| 65 | 14308.39 | | 14308.39 | | 14308.39 |
| 66 | -3678.83 | | -3678.83 | 5000.00 | 1321.17 |
| 67 | 35690.63 | | 35690.63 | | 35690.63 |
| 68 | 12115.65 | | 12115.65 | 5000.00 | 17115.65 |
| 69 | 27052.99 | | 27052.99 | | 27052.99 |
| 70 | 1370.68 | | 1370.68 | | 1370.68 |
| 71 | 3205.49 | | 3205.49 | 5000.00 | 8205.49 |
| 72 | -12652.75 | 20557.99 | 7905.24 | 5000.00 | 12905.24 |
| 73 | 1944.57 | | 1944.57 | | 1944.57 |
| 74 | 8748.00 | | 8748.00 | | 8748.00 |
| 75 | -9620.28 | 24118.82 | 14498.54 | 5000.00 | 19498.54 |
| 76 | 31847.29 | | 31847.29 | | 31847.29 |
| 77 | 6486.83 | | 6486.83 | 5000.00 | 11486.83 |
| 78 | 31777.25 | | 31777.25 | | 31777.25 |
| 79 | 26243.36 | | 26243.36 | 5000.00 | 31243.36 |
| 80 | -7165.31 | 21709.68 | 14544.37 | 5000.00 | 19544.37 |
| 81 | 19155.07 | | 19155.07 | | 19155.07 |
| 82 | 11841.50 | | 11841.50 | 5000.00 | 16841.50 |
| 83 | 469.38 | | 469.38 | 5000.00 | 5469.38 |
| 84 | -12462.03 | 18783.46 | 6321.43 | 5000.00 | 11321.43 |
| 85 | 14042.70 | | 14042.70 | 5000.00 | 19042.70 |
| 86 | 2992.28 | | 2992.28 | | 2992.28 |
| 87 | 15725.29 | | 15725.29 | 5000.00 | 20725.29 |
| 88 | 1397.70 | | 1397.70 | | 1397.70 |
| 89 | 1187.69 | | 1187.69 | | 1187.69 |
| 90 | -15461.77 | 22579.32 | 7117.55 | 5000.00 | 12117.55 |
| 91 | 14808.85 | | 14808.85 | 5000.00 | 19808.85 |
| 92 | 18126.42 | | 18126.42 | 5000.00 | 23126.42 |
| 93 | 0.00 | | 0.00 | 5000.00 | 5000.00 |
| 94 | 13690.40 | | 13690.40 | 5000.00 | 18690.40 |
| 95 | 5513.09 | | 5513.09 | | 5513.09 |
| 96 | 32987.22 | | 32987.22 | | 32987.22 |
| 97 | 14288.30 | | 14288.30 | 5000.00 | 19288.30 |
| 98 | -10556.59 | 23358.86 | 12802.27 | 5000.00 | 17802.27 |
| 99 | 1402.14 | | 1402.14 | | 1402.14 |
| 100 | 3517.71 | | 3517.71 | 5000.00 | 8517.71 |
| 101 | 25894.87 | | 25894.87 | | 25894.87 |
| 102 | 927.62 | | 927.62 | | 927.62 |
| 103 | -2399.92 | 8273.34 | 5873.42 | 5000.00 | 10873.42 |
| 104 | 12627.73 | | 12627.73 | 5000.00 | 17627.73 |
| 105 | 30281.71 | | 30281.71 | 5000.00 | 35281.71 |
| 106 | 22591.14 | | 22591.14 | | 22591.14 |
| 107 | 15280.03 | | 15280.03 | 5000.00 | 20280.03 |
| 108 | 6224.40 | 20863.54 | 27087.94 | 5000.00 | 32087.94 |
| 109 | 16658.72 | | 16658.72 | 5000.00 | 21658.72 |
| 110 | 3408.12 | | 3408.12 | | 3408.12 |
| 111 | -9152.15 | 25090.31 | 15938.16 | 5000.00 | 20938.16 |
| 112 | 26305.80 | | 26305.80 | 5000.00 | 31305.80 |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 2 | PATRONAGE RETAINS AFTER 2002 LOSS | LOSS 2002 | TOTAL PATRONAGE RETAINS PER COURT STIPULATION | STOCK | TOTAL DISTRIBUTION |
| 113 | -27444.21 | 21556.90 | -5887.31 | | -5887.31 |
| 114 | -21404.60 | 22924.04 | 1519.44 | 5000.00 | 6519.44 |
| 115 | -10162.10 | 24910.11 | 14748.01 | 5000.00 | 19748.01 |
| 116 | -12759.48 | 19124.26 | 6364.78 | 5000.00 | 11364.78 |
| 117 | 5711.73 | | 5711.73 | 5000.00 | 10711.73 |
| 118 | 11195.00 | | 11195.00 | 5000.00 | 16195.00 |
| 119 | 27926.47 | | 27926.47 | 5000.00 | 32926.47 |
| 120 | 5526.18 | | 5526.18 | 5000.00 | 10526.18 |
| 121 | 0.00 | | 0.00 | 5000.00 | 5000.00 |
| 122 | -28233.72 | 21599.99 | -6633.73 | | -6633.73 |
| 123 | -16366.70 | 23723.17 | 7356.47 | 5000.00 | 12356.47 |
| 124 | 12898.03 | | 12898.03 | 5000.00 | 17898.03 |
| 125 | 14356.20 | | 14356.20 | | 14356.20 |
| 126 | 12656.37 | | 12656.37 | | 12656.37 |
| 127 | 17760.29 | | 17760.29 | | 17760.29 |
| 128 | 13456.63 | | 13456.63 | 5000.00 | 18456.63 |
| 129 | 8396.14 | | 8396.14 | 5000.00 | 13396.14 |
| 130 | 18839.82 | | 18839.82 | | 18839.82 |
| 131 | 3934.77 | | 3934.77 | | 3934.77 |
| 132 | 23469.64 | | 23469.64 | | 23469.64 |
| 133 | 3206.85 | | 3206.85 | 5000.00 | 8206.85 |
| 134 | 680.33 | | 680.33 | | 680.33 |
| 135 | 2517.73 | | 2517.73 | 5000.00 | 7517.73 |
| 136 | 903.00 | | 903.00 | 5000.00 | 5903.00 |
| 137 | 10456.13 | | 10456.13 | | 10456.13 |
| 138 | 20041.51 | | 20041.51 | 5000.00 | 25041.51 |
| 139 | 25219.10 | | 25219.10 | | 25219.10 |
| 140 | 16378.20 | | 16378.20 | 5000.00 | 21378.20 |
| 141 | 3719.52 | | 3719.52 | 5000.00 | 8719.52 |
| 142 | -29850.03 | 23848.52 | -6001.51 | 5000.00 | -1001.51 |
| 143 | 8174.22 | | 8174.22 | 5000.00 | 13174.22 |
| 144 | 19543.11 | | 19543.11 | | 19543.11 |
| 145 | 0.00 | | 0.00 | 5000.00 | 5000.00 |
| 146 | 25505.82 | | 25505.82 | 5000.00 | 30505.82 |
| 147 | 9454.79 | | 9454.79 | | 9454.79 |
| 148 | 0.00 | | 0.00 | 5000.00 | 5000.00 |
| 149 | 0.00 | | 0.00 | 5000.00 | 5000.00 |
| 150 | 4566.17 | | 4566.17 | | 4566.17 |
| 151 | 15765.39 | 1253.54 | 17018.93 | 5000.00 | 22018.93 |
| 152 | -2259.26 | 17455.49 | 15196.23 | 5000.00 | 20196.23 |
| 153 | 29919.55 | | 29919.55 | | 29919.55 |
| 154 | 24489.48 | | 24489.48 | 5000.00 | 29489.48 |
| 155 | 12012.28 | | 12012.28 | 5000.00 | 17012.28 |
| 156 | 23821.62 | | 23821.62 | 5000.00 | 28821.62 |
| 157 | 12524.91 | | 12524.91 | 5000.00 | 17524.91 |
| 158 | 16818.05 | | 16818.05 | 5000.00 | 21818.05 |
| 159 | 6214.02 | 26198.91 | 32412.93 | 5000.00 | 37412.93 |
| 160 | 0.00 | | 0.00 | 5000.00 | 5000.00 |
| 161 | 32320.68 | | 32320.68 | 5000.00 | 37320.68 |
| 162 | 0.00 | | 0.00 | 5000.00 | 5000.00 |
| 163 | 16797.77 | | 16797.77 | | 16797.77 |
| 164 | 21396.49 | | 21396.49 | | 21396.49 |
| 165 | 18591.31 | | 18591.31 | 5000.00 | 23591.31 |
| 166 | 6820.48 | | 6820.48 | 5000.00 | 11820.48 |
| 167 | 1558.66 | | 1558.66 | | 1558.66 |
| 168 | 0.00 | | 0.00 | 5000.00 | 5000.00 |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 2 | PATRONAGE RETAINS AFTER 2002 LOSS | LOSS 2002 | TOTAL PATRONAGE RETAINS PER COURT STIPULATION | STOCK | TOTAL DISTRIBUTION |
| 169 | 7392.00 | | 7392.00 | | 7392.00 |
| 170 | 12451.21 | | 12451.21 | 5000.00 | 17451.21 |
| 171 | 11680.36 | | 11680.36 | | 11680.36 |
| 172 | 21785.66 | | 21785.66 | | 21785.66 |
| 173 | 7616.11 | | 7616.11 | 5000.00 | 12616.11 |
| 174 | 6145.27 | 5836.78 | 11982.05 | 5000.00 | 16982.05 |
| 175 | 7689.41 | 2632.43 | 10321.84 | 5000.00 | 15321.84 |
| 176 | 15162.92 | | 15162.92 | 5000.00 | 20162.92 |
| 177 | 5642.32 | | 5642.32 | 5000.00 | 10642.32 |
| 178 | 3021.93 | | 3021.93 | 5000.00 | 8021.93 |
| 179 | -10377.78 | 25909.02 | 15531.24 | 5000.00 | 20531.24 |
| 180 | 12753.44 | | 12753.44 | | 12753.44 |
| 181 | 19890.16 | | 19890.16 | 5000.00 | 24890.16 |
| 182 | 6919.23 | | 6919.23 | | 6919.23 |
| 183 | 4989.00 | | 4989.00 | | 4989.00 |
| 184 | -9118.29 | 24557.56 | 15439.27 | 5000.00 | 20439.27 |
| 185 | 29227.55 | | 29227.55 | | 29227.55 |
| 186 | 3798.67 | | 3798.67 | | 3798.67 |
| 187 | -11727.31 | 17800.21 | 6072.90 | 5000.00 | 11072.90 |
| 188 | -5625.53 | 23433.29 | 17807.76 | 5000.00 | 22807.76 |
| 189 | -28799.66 | 22187.59 | -6612.07 | 5000.00 | -1612.07 |
| 190 | 13366.90 | | 13366.90 | 5000.00 | 18366.90 |
| 191 | 15503.45 | | 15503.45 | 5000.00 | 20503.45 |
| 192 | 6153.54 | | 6153.54 | | 6153.54 |
| 193 | 19407.39 | | 19407.39 | 5000.00 | 24407.39 |
| 194 | 0.00 | | 0.00 | 5000.00 | 5000.00 |
| 195 | 6180.60 | 1504.24 | 7684.84 | 5000.00 | 12684.84 |
| 196 | 13073.55 | 1253.54 | 14327.09 | 5000.00 | 19327.09 |
| 197 | 17165.48 | | 17165.48 | 5000.00 | 22165.48 |
| 198 | 379.86 | | 379.86 | 5000.00 | 5379.86 |
| 199 | 8910.61 | | 8910.61 | 5000.00 | 13910.61 |
| 200 | 27706.61 | | 27706.61 | | 27706.61 |
| 201 | 21452.76 | | 21452.76 | 5000.00 | 26452.76 |
| 202 | | | | | |
| 203 | **1689581.69** | **794463.80** | **2484045.49** | **630000.00** | **3114045.49** |