# Exhibit 4

**EXHIBIT A**

| a Control number | | OMB No. 1545-0008 | This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it. |
|---|---|---|---|

| b Employer identification number | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|
| 93-0336404 | 22137.00 | 5250.45 |

| c Employer's name, address, and ZIP code | 3 Social security wages | 4 Social security tax withheld |
|---|---|---|
| LINNTON PLYWOOD ASSOCIATION | 22137.00 | 1372.49 |
| 10504 N.W. ST. HELENS RD | 5 Medicare wages and tips | 6 Medicare tax withheld |
| PORTLAND OR   97231 | 22137.00 | 320.99 |
| | 7 Social security tips | 8 Allocated tips |

| d Employee's social security number | 9 Advance EIC payment | 10 Dependent care benefits |
|---|---|---|

| e Employee's name, address, and ZIP code | 11 Nonqualified plans | 12 Benefits included in box 1 |
|---|---|---|
| Gail L. Holter | 13 See instrs. for box 13 | 14 Other |
| | .00 (401K) | |

| 15 Statutory employee | Deceased | Pension plan | Legal rep. | Deferred compensation |
|---|---|---|---|---|

| 16 State | Employer's state I.D. no. | 17 State wages, tips, etc. | 18 State income tax | 19 Locality name | 20 Local wages, tips, etc. | 21 Local income tax |
|---|---|---|---|---|---|---|
| OR | 0050919-5 | 22137.00 | 2728.00 | | | |

Form **W-2** Wage and Tax Statement **1999**   Department of the Treasury—Internal Revenue Service

Copy C For EMPLOYEE'S RECORDS (See Notice to Employee on back of Copy B.)

---

LINNTON PLYWOOD ASSOCIATION
PAYROLL ACCOUNT

| EMPLOYEE NAME | SOC. SEC. NO. | EMPLOYEE NO. | PERIOD ENDING |
|---|---|---|---|
| Gail L. Holter | | 47 | 12/31/99 |

| EARNINGS | | | | DEDUCTIONS AND ADJUSTMENTS | | | |
|---|---|---|---|---|---|---|---|
| DESCRIPTION | HOURS | RATE | AMOUNT | DESCRIPTION | AMOUNT | DESCRIPTION | AMOUNT |
| REG PAY | 84.50 | 12.00 | 1014.00 | FED. INC TAX | 235.54 | AD & D | 4.50 |
| | | | | SOC SEC TAX | 77.57 | | |
| | | | | STATE INC. TAX | 123.00 | | |
| | | | | ACC. INS. | 1.79 | | |

| YEAR TO DATE | | | | | THIS PAY PERIOD | | |
|---|---|---|---|---|---|---|---|
| EARNINGS | FED. INC. TAX | SOC. SEC. TAX | STATE INC. TAX | | EARNINGS | DEDUCTIONS | NET PAY |
| 22137.00 | 5250.45 | 1693.47 | 2728.00 | | 1014.00 | 442.40 | 571.60 |

EXHIBIT C

☐ CORRECTED (if checked)

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | 1 Patronage dividends $3,091.00 | OMB No. 1545-0118 | Taxable Distributions Received From Cooperatives |
|---|---|---|---|
| LINNTON PLYWOOD ASSOCIATION 10504 N.W. ST. HELENS RD. PORTLAND, OREGON 97231 1-503-286-3672 | 2 Nonpatronage distributions $ | 19**97** | |
| | 3 Per-unit retain allocations $ | Form 1099-PATR | |

| PAYER'S Federal identification number | RECIPIENT'S identification number | 4 Federal income tax withheld $ | Copy B For Recipient |
|---|---|---|---|
| 93-0396404 | | 5 Redemption of nonqualified notices and retain allocations $ | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |

RECIPIENT'S name, street address (including apt. no.), city, state, and ZIP code

Gail L. Holter

| 6 $ | 7 Investment credit $ |
|---|---|
| 8 Work opportunity credit $ | 9 Patron's AMT adjustment $ |

Account number (optional)
OREGON 05290A-5

Form 1099-PATR    (keep for your records)    Department of the Treasury - Internal Revenue Service