# Exhibit 6

ENTERED
MAR 2 1 2014
IN REGISTER BY

FILED
2014 FEB 20 AM 8:24
CIRCUIT COURT
FOR MULTNOMAH COUN...

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MULTNOMAH

DOUG WEISS, RON ELSNER, STANLEY G. LOMNICKY, HARVEY E. YOUNG, and JOHN DUVALL,

Plaintiffs,

v.

LINNTON PLYWOOD ASSOCIATION, et al.,

Defendants.

Case No. 080710423 CORRECTED

STIPULATED ~~AMENDED~~ GENERAL JUDGMENT (MONEY AWARD)

This matter came before this Court on a Motion for Entry of Stipulated Amended General Judgment (Money Award) (Unopposed) on February 18, 2014. Previously, this matter came before this Court on Joint Motion to Approve Stipulation for Settlement to determine the fairness of a proposed Stipulation for Settlement, which determination was made and fairness confirmed by Order of this Court entered October 28, 2009.

A *General Judgment of Dismissal* was entered December 12, 2009. The parties have now stipulated to entry of this *Stipulated Amended General Judgment (Money Award)*.

BASED UPON the stipulation of the appearing parties hereto, as evidenced by the signatures of their attorneys below,

IT IS HEREBY ORDERED AND ADJUDGED that Judgment is hereby entered, as set forth below.

/////

/////

Page 1 – STIPULATED AMENDED GENERAL JUDGMENT (MONEY AWARD)

JORDAN RAMIS PC
Attorneys at Law
PO Box 230669
Portland OR 97281
Telephone: 503.598.7070 Fax: 503.598.7373
45057-33806 834010 3.DOCX\RMH/2/18/2014

# JUDGMENT

The terms of the stipulation for settlement as confirmed by the Court on October 20, 2009, is incorporated herein by this reference.

All sums payable pursuant to the terms of the Stipulation for Settlement shall constitute a lien upon the real property of defendant, Linnton Plywood Association as provided by ORS 18.150.

## MONEY AWARD

| | |
|---|---|
| Judgment Creditors: | The names addresses, and phone numbers of the Judgment Creditors are attached hereto as Exhibit 1. |
| Attorneys for Judgment Creditors: | Edward H. Trompke, OSB # 843653<br>c/o Jordan Ramis PC<br>Two Centerpointe Dr 6th Flr<br>Lake Oswego OR 97035<br>503.598.7070 |
| Name of Judgment Debtor: | Linnton Plywood Association<br>10504 NW St. Helens Rd<br>Portland OR 97231 |
| Date of Birth<br>Tax Identification No.<br>Driver's License No<br>State Issued | N/A<br>93-0396404<br>N/A |
| Attorney for Judgment Debtor: | Paul B. George, OSB # 990090<br>Lane Powell PC<br>601 SW 2nd Ave Ste 2100<br>Portland OR 97204<br>503.778.2145 |
| Other persons or public bodies who are entitled to any portion of a payment made on this judgment: | The names addresses, and phone numbers of such persons are attached hereto as Exhibit 2 |
| Principal Amount of Judgment: | $3,300,000 plus further amounts as may be paid pursuant to the stipulation(s) of the parties |

Page 2 – STIPULATED AMENDED GENERAL JUDGMENT (MONEY AWARD)

JORDAN RAMIS PC
Attorneys at Law
PO Box 230669
Portland OR 97281
Telephone: 503.598.7070 Fax: 503.598.7373
45057-33806 834010 1.DOCX\RMH/1/2/2014

| | | |
|---|---|---|
| 1 | Prejudgment interest on principal amount of judgment: | $N/A |
| 2 | | |
| | Interest at the rate of 9% per annum on the total judgment from date of entry of judgment until fully paid: | $N/A |
| 3 | | |
| 4 | Accrued Arrearages: | $N/A |
| 5 | Attorney fees, costs and disbursements awarded: | $25,000.00 to Jordan Ramis PC |
| 6 | | |
| | Pre judgment interest on attorney fees and costs: | $-0- |
| 7 | | |

Dated this 18th day of February, 2014, nunc pro tunc December 28, 2009.

_____
Circuit Court Judge

IT IS SO STIPULATED:

_____   Dated: 1/2/14
Edward H. Trompke, OSB # 843653
Of Attorneys for Plaintiffs

_____   Dated: 1/19/14
Paul B. George, OSB # 990090
Of Attorney for Defendants

SUBMITTED BY:

JORDAN RAMIS PC
Edward H. Trompke, OSB # 843653
ed.trompke@jordanramis.com
Attorneys for Plaintiffs

Page 3 – STIPULATED AMENDED GENERAL JUDGMENT (MONEY AWARD)

JORDAN RAMIS PC
Attorneys at Law
PO Box 230669
Portland OR 97281
Telephone: 503.598.7070 Fax: 503.598.7373
45057-33806 834010_1.DOCX\RMH/1/2/2014

John G. Duvall
715 NW Donelson St.
Hillsboro OR 97124-2817
Phone: 503-598-7070

Ronald L. Elsner
18920 SW Kruger
Sherwood OR 97140-8623
Phone: 503-598-7070

Stanley G. Lomnicky
PO Box 159
Scappoose OR 97056
Phone: 503-598-7070

Douglas J. Weiss
4511 N Amherst
Portland OR 97203
Phone: 503-598-7070

Harvey E. Young
18100 NW Gillinhan Rd
Portland OR 97321
Phone: 503-598-7070

EXHIBIT 1
Page 1 of 1

Roy E. Ackley
16575 S.W. Woodcrest Ave.
Tigard, OR 97224

Thomas Ahrend
6132 SW Minnehaha Ct.
Lake Oswego, OR 97035

William H. Allen
1141 Oak Harbor Dr.
Morgan City, LA 70380-8044

James A. Alplanalp
64215 Cross Winds Rd.
Bend, OR 97701

Andrew G. Anderson
P.O. Box 542
Yelm, WA 98597

Barry A. Axtell
33871 Shamrock Lane
Scappoose, OR 97056-2411

Jung W. Bae
613 NW 87th St.
Vancouver, WA 98665

Max C. Bailey
2425 NE 44th Ave.
Portland, OR 97213

Michael L. Balteau
146510 Gracies Rd.
Gilchrist, OR 97737

Ronald A. Balteau
1015 Commercial St.
Astoria, OR 97103

George A. Becker
P.O. Box 1105
Brush Prairie, WA 98606-1105

Edwin D. Benberg
16355 S.W. 129th Ter.
Tigard, OR 97224

Bob A. Berg
4930 N Princeton
Portland, OR 97203

David L. Bergler
3822 NE 136th Place
Portland, OR 97230-2721

Ted T. Bettie
13141 SE Powell Sp5
Portland, OR 97236

Howard Blackman
700 Summer Street N.E. #150
Salem, OR 97310-1270

Charles K. Boddington
6864 N Sky St.
Portland, OR 97203

Jeannette Bouiss
2722 N.E. 33rd Ave.
Portland, OR 97212

Orville H. Brasten
6336 N. Campbell St.
Portland, OR 97217

Eugene W. Brewer
311 N Oak St
Ozark, AR 72949

Robert G. Brineter
55496 Pioneer Rd.
Scappoose, OR 97056-2223

Manuel B. Britt
9016 NE Sumner St.
Portland, OR 97220

EXHIBIT 2
Page 1 of 9

Maurice G. Britt
5608 N Commercial Ave.
Portland, OR  97217


Allen Brown
700 Summer St. N.E. # 150
Salem, OR  97310-1270


Marvin Buchanan
P.O. Box 1248
Scappoose, OR  97056


Norbert L. Buck
P.O. Box 83415
Portland, OR  97283


James H. Carriker
27595 N. Holiday Lane
Athol, ID  83801


Terrance M. Castrow
1430 Texas Ridge Rd.
Deary, ID  83823


Gregory A. Cate
54248 Kalberer Rd.
Scappoose, OR  97056


Luke A. Chapman
14431 Blivens Ln NE
Woodburn, OR  97071


Jerry Christopher
7718 (B) SW Barnes Rd
Portland, OR  97225


Peter Clark
5419 N. Amherst
Portland, OR  97203


Adrian W. Click
7317 N.E. 133rd Ave.
Vancouver, WA  98682


Dean H. Crain
17027 N.E. Everett St.
Portland, OR  97230


David G. Cyphers
9633 N Portsmouth
Portland, OR  97203


Ronald R. Dahl
19 Canoncito Vista
Tijeras, NM  87059


Lisa A. Daley
9536 N. Clarendon
Portland, OR  97203


James H. Deans
605 N.W. 151st St.
Vancouver, WA  98685


John DeFrance
9988 S.E. 145th Ave.
Portland, OR  97236


Richard D. Devore
62541 Wagoner Hill Lane
Summerville, OR  97876


Palmer Dietz
3501 S.W. Hodges Rd.
Topeka, KS  66614


John E. Dykstra
2254 S.E. Bonnie Rd.
Prineville, OR  97754


Jack E. Eckstrom
P.O. Box 1413
Woodland, WA  98674

EXHIBIT 2
Page 2 of 9

Douglas R. Edmonds
1508 L ave.
LaGande, OR  97850

Tim C. Edwards
1310 NW 97th St.
Vancouver, WA  98665

Tom L. Edwards
1703 S.E. Cutter Lane
Vancouver, WA  98661

Douglas M. Elsesser
13512 N.E. 5th Court
Vancouver, WA  98685

Edwin W. Elsey
845 SE 32nd
Hillsboro, OR  97123

Eugene W. Elsey
845 SE 32nd
Hillsboro, OR  97123

Milton E. Erdman
55478 Fulleton Rd.
Warren, OR  97053

Martin Erhardt
1521 Plymouth St.
St. Helens, OR  97051

Al Feakin
15625 NW Gillhan Rd.
Portland, OR  97231

Brian E. Fowler
33699 Slavens Rd.
Warren, OR  97053

Stephen E. Fowler
33699 Slavens Rd.
Warren, OR  97053

Merle L. Frame
P.O. Box 1474
Ocean Park, WA  98640

Clarence L. Froehlich
5417 N.E. 77th Ct.
Vancouver, WA  98662

Gerald A. Garrett
4965 SE Ada Lane
Milwaukie, OR  97222-5316

Helen Gaskill
1661 Poplar Lane
Camano Island, WA  98292

Steven K. Gima
92-437 Kaiaulu St.
Kapolei, HI  96707

Arthur R. Goebel
50068 River Road
Pendleton, OR  97801

Gary C. Goetsch
3030 A Street
Baker City, OR  97814

Robert J. Gomes
14809 NE 82nd St
Vancouver, WA  98662

Kelly J. Gregg
11225 S.W. Ridgecrest Dr.
Beaverton, OR  97008

Floyd L. Haffner
6306 NW Amidon Rd
Woodland, WA  98674-2918

EXHIBIT 2
Page 3 of 9

Randall L. Hall
8316 N. Dana Ave.
Portland, OR  97203

Milton R. Hancock
P. O. Box 306
Netarts, OR  97143

Dennis G. Hansen
4134 N Concord
Portland, OR  97217

James D. Harrington
32859 Mountainview Dr.
Scappoose, OR  97056

Jeffrey B. Hoag
P.O. Box 453
Scappoose, OR  97056

Gail L. Holter
14560 S.W. 148th Place
Tigard, OR  97224-1295

Larry Holter
P.O. Box 537
St. Helens, OR  97051

Edwin Hruby
51431 Mt. View Rd.
Scappoose, OR  97056

Frank Hruby
6605 N Villard
Portland, OR  97217

Donald M. Hughes
74328 Eden Lane
Enterprise, OR  97828

Scott E. Hughes
9646 N Portsmouth
Portland, OR  97203

Raimo J. Huusela
8717 NE Milton St.
Portland, OR  97220

Virginia L. Hylton
13210 SE 7th St. #A-8
Vancouver, WA  98683

Wayne C. Illingworth
13610 SW 62nd
Portland, OR  97219-8141

Eric L. Ingebrigtsen
50350 Cowen Rd. Box 25
Scappoose, OR  97056

Jeff M. Ingebrigtsen
50350 Cowen Rd. #21
Scappoose, OR  97056-4424

Mark L. Iverson
P.O. Box AI
Scappoose, OR  97056

Matthew J. Jaqua
4759 Sesame St. NE
Salem, OR  97305

Clifford T. Johnsen
612 N.E. 108th Ave.
Portland, OR  97220

Archie A. Johnson
11602 NE 212th Ave.
Brush Prairie, WA  98606

Kenneth A. Johnson
2506 S.E. Lake Road
Milwaukie, OR  97222

Mary L. Johnson
11413 NE 207th Ave.
Brush Prairie, WA  98606

EXHIBIT 2
Page 4 of 9

Norman E. Johnson
824 Cedar Oak
St. Helens, OR  97051

Richard M. Johnson
1532 S.E. Sherrett St.
Portland, OR  97202

Jack J. Jones
39307 SE Evergreen Blvd
Washougal, WA  98671

Leonard E. Karvonen
312 SW 2nd Court
Battle Ground, WA  98604-8408

Harlan L. Keefer
7829 N. Crawford
Portland, OR  97203

Tommy L. Kelley
75525 Price Rd.
Rainier, OR  97048

Richard Kennedy
30168 Sandylane
Rainier, OR  97048

Milton L. Ketcham
1718 SE 11th Ave. #307
Camas, WA  98607

Chung K. Kim
6845 SE 208th
Aloha, OR  97005

Mike Kloeppel
20260 501st Ln.
McGregor, MN  55760-4666

Jason L. Kluthe
415 N.E. 117th Ave.
Portland, OR  97220

Loren G. Kluthe
3340 S. Pacific Hwy # 35
Medford, OR  97501

Roy Kluthe
124 NE 56th Ave.
Portland, OR 97213

Neil A. Koch
51664 S.E. 6th St.
Scappoose, OR  97056

Alvin Koehmstedt
P.O. Box 462
Garibaldi, OR  97118

Kenneth L. Kramer
P.O. Box 92
Scappoose, OR  97056

Randall A. Kurkinen
7017 NE 43rd St #C
Vancouver, WA  98661

Francis V. L'Amis
107 NE 91st Ave.
Vancouver, WA  98664-2518

Willard J. Lamb
4501 Willamette Dr.
Vancouver, WA  98661

Mitchel D. Lampa
2485 SW 171st Pl
Aloha, OR  97006-4300

Archie E. Laney
31264 New Kirk Rd.
Scappoose, OR  97056-2215

Clifford F. Laven
1615 N. Delaware Dr. #8
Apache Junction, AZ  85220

EXHIBIT 2
Page 5 of 9

Chinh Le
13000 N.E. 101st St.
Vancouver, WA 98682

Vinh Van Le
3217 SE 64th Ave.
Portland, OR 97206

Claude L. Leonard
2130 NE Siskiyou St.
Portland, OR 97212-2467

Dorothy L. Liebe
301 Durland
Laurel, MT 59044

C. Gary Lindgren
10804 NW 11th Ave.
Vancouver, WA 98685

James C. Lomnicky
51199 James View Dr.
Scappoose, OR 97056-2712

Kenneth A. Lonborg
10940 Double D Rd.
Fountain, CO 80817

Wilfred Loso
2150 N Saratoga St.
Portland, OR 97217

Filiberto Lucatero
7601 N. Hereford Ave. # 1
Portland, OR 97203

Thuong V. Ly
16828 39th Ave. -W
Lynnwood, WA 98037

Fred H. MacKenzie
5012 NE Orchard Dell Ct.
Vancouver, WA 98663-1955

Neill MacNeill
51031 SW Old Portland Rd.
Scappoose, OR 97056

Eesie E. Marceaux
61511 Tam McArthur Loop
Bend, OR 97702

Richard J. Mares
33662 SE Olive St.
Scappoose, OR 97056

Gerald J. Markle
14225 SE Fair Oaks Ln.
Oak Grove, OR 97267

Carlos Martinez
6700 N.E. 98th Ave.
Vancouver, WA 98664

Dean L. McCargar
3145 NE 39th Ave
Portland, OR 97212

Harlan L. McLain
1667 S.E. Eagle Lane
Gresham, OR 97080

Forrest C. Medford
6506 NE 238th Ave.
Vancouver, WA 98682

Everett Meehan
14844 S.E. Raintree Ct.
Milwaukie, OR 97267

Harold F. Miller
52123 SE 4th
Scappoose, OR 97056

EXHIBIT 2
Page 6 of 9

Grant R. Mishler
1032 Caroline St. - Box 192
Virgilina, VA 24598

Donald F. Moore
3141 N.E. 148th Ave. #405
Portland, OR 97230-4592

Darrel T. Morris
3810 Columbia Hts. Rd.
Longview, WA 98632

Kenneth T. Morris
3810 Columbia Hts. Rd.
Longview, WA 98632

Peter E. Macichowski
6819 NE 58th Ave.
Vancouver, WA 98661

Harvey O. Nelson
10005 N Smith St.
Portland, OR 97203

Thomas M. Nelson
7517 NW Vista Ave.
Vancouver, WA 98665

Luc V. Nguyen
14111 S.E. 25th Circle
Vancouver, WA 98683

Trinh V. Nguyen
6303 N.E. 56th Ave.
Vancouver, WA 98661

Jody V.C. Nickel
59670 Kimmell Lane
St. Helens, OR 97051

Howard Niemi
3145 N.E. 39th Ave.
Portland, OR 97212

Leonard J. Nofziger
29801 S Cramer Rd
Molalla, OR 97038

M. Magdalene Nosbush
5765 N Williams Ave.
Portland, OR 97217

Toe A. Olmanst
76 Touchstone
Lake Oswego, OR 97035

James L. Overcast
51116 James View Dr.
Scappoose, OR 97056-4209

Donald R. Parker
13223 Lake Karl Dr.
Hudson, FL 34669

Richard L. Parker
18520 NW Sauvie Island Rd.
Portland, OR 97231-1314

Melvin B. Pederson
4918 NE 39th Ave.
Vancouver, WA 98661

Robert M. Peterson
59428 Kappler Rd
St. Helens, OR 97051

Frank R. Prosser
15651 Andrie St. N.W.
Ramsey, MN 55303

Irving L. Prosser
31840 Tide Creek Rd.
Deer Island, OR 97054

Lester L. Prosser
8010 N Edison
Portland, OR 97203

EXHIBIT 2
Page 7 of 9

Norman L. Prosser  
31722 Tide Creek Rd.  
Deer Island, OR  97054

Robert A. Pryor  
2609 E. 20th St.  
Vancouver, WA  98661

Earl E. Putman  
3709 NE 36th Ave.  
Vancouver, WA  98661

Herbert Randall  
37 Da Vinci St.  
Lake Oswego, OR  97035

Larry R. Richards  
2812 SE 138th Loop  
Vancouver, WA  98664

Harold Rider  
1196 Venture Out  
Mesa, AZ  85205

Mitchel G. Rider/GD Wygant  
P.O. Box 609  
Portland, OR  97207

Joe F. Rinke  
1201 Fox Run Rd.  
Homedale, ID  83628

Terry A. Romine  
52064 S.E. 6th St.  
Scappoose, OR  97056-3807

Dale R. Rupp  
9816 NE 269th St.  
Battle Ground, WA  98604

Larry D. Salvey  
530 Inman Rd.  
Lyman, SC  29365

Fred Schaper  
4338 NE Mason  
Portland, OR  97218

Joseph J. Schmit  
51507 Oak Grove Dr  
Scappoose, OR  97056

Joseph A. Seeber  
13 Park Place  
Delmar, NY  12054

Dale Shadrick  
32560 Vernonia Hwy  
Scappoose, OR  97056

John C. Shepard  
2201 S.E. 100th Ct.  
Vancouver, WA  98664

William N. Simdorn  
33315 Meadowbrook Dr.  
Scappoose, OR  97056

Gregory G. Skarberg  
58 Holbrook Lane  
Aberdeen, WA  98520

Suk C. Skarberg  
58 Holbrook Lane  
Aberdeen, WA  98520

William B. Skiles  
650 N. Hawes Rd. # 2743  
Mesa, AZ  85207

Max M. Smith  
56408 Old Portland Rd.  
Warren, OR  97053

Rodney K. Stafford  
56280 Old Portland Rd.  
Warren, OR  97053

EXHIBIT 2  
Page 8 of 9

| | |
|---|---|
| Jimmy R. Stahly<br>10549 NW St. Helens Rd.<br>Portland, OR 97231 | Robert V. Tyner<br>728 Springwood Rd.<br>Hot Springs, AR 71913-9214 |
| Danny V. Stangland<br>375 Metlako Way # 22<br>Columbia City, OR 97018 | Emmett D. Watson<br>7418 SE Woodward<br>Portland, OR 97206-1859 |
| Rak Sung<br>4940 S.W. Comus St.<br>Portland, OR 97219 | Daryl E. Weber<br>4206 Fox Borough Trail<br>Arlington, TX 76001 |
| Joseph A. Susbauer<br>9340 SW 12th Dr.<br>Portland, OR 97219 | |
| Chester Svoboda<br>3248 NE Lincoln<br>Hillsboro, OR 97124 | John S. Weiss<br>10878 S.W. Dover Ct.<br>Tigard, OR 97224 |
| Glenn L. Swanson<br>23154 N.E. Halsey<br>Troutdale, OR 97060 | Dennis V. Weitzel<br>42300 Hwy 49<br>Ahwahnee, CA 93601 |
| John S. Thomas<br>9319 N Woolsey Ct.<br>Portland, OR 97203 | James A. Weitzel<br>4137 N.E. 69th.<br>Portland, OR 97218 |
| Robert E. Thomas<br>135 Ogan Lane<br>St. Helens, OR 97051 | Kingston L. Wick<br>1153 Molalla Ave. # 206<br>Oregon City, OR 97045 |
| Ronald E. Thomas<br>2813 NE 154th St.<br>Vancouver, WA 98665 | Max K. Wolfe<br>5001 Pacific Ave. Apt 228<br>Tacoma, WA 98408 |
| Stephen R. Thomas<br>2409 N. Watts<br>Portland, OR 97217 | Marvin L. Wray<br>52626 NW Eastview Dr.<br>Scappoose, OR 97056 |
| Huy Ba Tran<br>5410 N.E. 34th St. #A<br>Vancouver, WA 98661 | Dennis T. Yeoman<br>26742 Wonderly Rd.<br>Rainier, OR 97048 |

EXHIBIT 2<br>Page 9 of 9