# Exhibit 9

July 30, 2014

**Linnton Plywood Association**
**Estimated Current "Net Proceeds" Analysis**

| | | |
|---|---|---|
| <u>Full Purchase Price</u> | | $5,750,000* |
| | | |
| Less Credit to Buyer for Deposits Paid (through Buyer's estimated December 2014 closing date) | -$334,665 | |
| | | |
| Less Credit to Buyer for 3 Years of Real Property Taxes Paid | -$463,967 (est) | |
| | | |
| Balance of Purchase Price Due at Closing | | $4,951,368 |
| | | |
| <u>Seller's Payment Obligations at Closing</u> | | |
| - Attorney Fees Trust Deed Liens | $800,000 (est) | |
| - The Weiss Judgment Lien | $3,139,045 | |
| - Real Property Taxes | $550,077 (est) | |
| - Trade Creditor (Attorney Fees) | $50,000 (est) | |
| - Realtor Commission | $60,000 | |
| - Closing Costs | $50,000 (est) | |
| <u>Less Total Seller Obligations</u> | | $4,649,122 |
| | | |
| Plus Net Seller Proceeds Out of Closing | $302,246 | |
| Plus Seller Cash on Hand | $200,000 (est) | |
| | | |
| <u>Seller's Estimated "Net Proceeds"</u> | | $502,246* |

*Subject to a $250,000 discount to Buyer per PSA (Section 2(e)), if purchase price paid in full at closing