# Exhibit 10

July 30, 2014

# LINNTON PLYWOOD ASSOCIATION

## Financial Information

## List of Current Liens to be Paid at Closing

1. Line of Credit Deed of Trust
   Recorded:  October 31, 2008
   Amount:  $350,000.00
   Beneficiary:  Foster Pepper LLP, an Oregon limited liability partnership

2. Second Line of Credit Deed of Trust
   Recorded:  February 3, 2011
   Amount:  $100,000.00
   Beneficiary:  Roberts Kaplan LLP, an Oregon limited liability partnership

3. Third Line of Credit Deed of Trust
   Recorded:  April 2, 2012
   Amount:  $350,000.00
   Beneficiary:  Lane Powell PC, an Oregon professional corporation

4. Stipulated Corrected General Judgment (Money Award), *Weiss, Doug/Linnton Plywood Association*, Case #:  080710423
   Filed:  Originally filed October 28, 2009, and as corrected on March 21, 2014
   Amount:  $3,139,045
   Beneficiary:  Linnton Plywood Association Members-Plaintiffs

5. Real Property Tax Statement July 1, 2013 to June 30, 2014 (including delinquent tax amounts 2010-2012)
   Total Amount Due:  $480,077.29
   Property Description:
   – 10504 NW St. Helens Rd., Section 02 1N 1W, TL 100   21.15 acres;
   – 10504 WI/NW St. Helens Rd., Section 02 1N 1W, TL 800   0.91 acres
   – 10504 WI/NW St. Helens Rd., Section 02 1N, 1W, TL 200   1.11 acres