# Exhibit 13

| | |
|---|---|
| **From:** | Lori Cora |
| **To:** | Cora, Lori |
| **Subject:** | Fw: Proposed dates for a Portland Harbor LCT call |
| **Date:** | Tuesday, February 10, 2015 2:51:43 PM |

LCT Communication

**Lori Houck Cora** | **Assistant Regional Counsel**
**U.S. Environmental Protection Agency** | **Region 10**
**P: (206) 553.1115 | F: (206) 553.1762 | cora.lori@epa.gov**

This message and its attachments may contain confidential and privileged attorney-client communication and/or attorney work-product.  If you are not the intended recipient, you are not authorized to read, copy, distribute or in any way disclose the contents of this email or its attachments.  If you have received this email in error, please notify the sender immediately and delete this email from your system.

----- Forwarded by Lori Cora/R10/USEPA/US on 02/10/2015 02:51 PM -----

From: Lori Cora/R10/USEPA/US
To: jdw@jdw-law.net, cunninghame@gorge.net, erin.madden@gmail.com, jweis@hk-law.com, lisa.bluelake@grandronde.org, Katherine.pease@noaa.gov, kurt.burkholder@doj.state.or.us, rick.j.kepler@state.or.us, jeremy_buck@fws.gov, barry.stein@sol.doi.gov, robert.a.taylor@noaa.gov, tzeilman@qwestoffice.net,
Cc: Kristine Koch/R10/USEPA/US@EPA, Chip Humphrey/R10/USEPA/US@EPA, Eric Blischke/R10/USEPA/US@EPA
Date: 07/26/2010 12:35 PM
Subject: Proposed dates for a Portland Harbor LCT call

Hello, Everyone.  I think its time for a Portland Harbor Legal Coordinating Team call.  I can provide a status update on a couple bankruptcy matters and on the negotiations with Linnton Plywood Association.  Other members can suggest other topics too.  Finding the time when most folks can participate is the hard part.

How about either August 9th at 10:00 - 11:00 a.m. or August 10th at 10:00 - 11:00 a.m.?

Lori Houck Cora
Assistant Regional Counsel
Office of Regional Counsel
U.S. Environmental Protection Agency
Region 10, ORC-158
1200 Sixth Avenue
Seattle, WA  98101
(206) 553-1115
cora.lori@epa.gov