# Exhibit 14

| | |
|---|---|
| **From:** | Lori Cora |
| **To:** | Cora, Lori |
| **Subject:** | Fw: Portland Harbor Legal Coordinating Team Conference Call -- August 9, 2010 10 a.m. -- CONFIDENTIAL DO NOT DISTRIBUTE |
| **Date:** | Tuesday, February 10, 2015 2:53:31 PM |
| **Attachments:** | EPA Portland Harbor July 27 2010 PRP Presentation.ppt |

LCT communication

**Lori Houck Cora** | Assistant Regional Counsel
**U.S. Environmental Protection Agency | Region 10**
**P: (206) 553.1115 | F: (206) 553.1762 | cora.lori@epa.gov**

This message and its attachments may contain confidential and privileged attorney-client communication and/or attorney work-product.  If you are not the intended recipient, you are not authorized to read, copy, distribute or in any way disclose the contents of this email or its attachments.  If you have received this email in error, please notify the sender immediately and delete this email from your system.

Forwarded by Lori Cora/R10/USEPA/US on 02/10/2015 02:52 PM

From: Lori Cora/R10/USEPA/US
To: jdw@jdw law.net, cunninghame@gorge.net, erin.madden@gmail.com, jweis@hk law.com, lisa.bluelake@grandronde.org, Katherine.pease@noaa.gov, kurt.burkholder@doj.state.or.us, rick.j.kepler@state.or.us, jeremy buck@fws.gov, barry.stein@sol.doi.gov, robert.a.taylor@noaa.gov, tzeilman@qwestoffice.net,
Cc: Kristine Koch/R10/USEPA/US@EPA
Date: 08/06/2010 10:34 AM
Subject: Portland Harbor Legal Coordinating Team Conference Call    August 9, 2010 10 a.m.    CONFIDENTIAL DO NOT DISTRIBUTE

CONFIDENTIAL
DO NOT DISTRIBUTE

Hello.   Everyone that responded to my email said they were available on  August 9, 2010 at 10 a.m. for a call.  The call-in number is:

1 866-299-3188,  Conference Code 2065530242

Topics I have to discuss are:

1.  CERCLA/NRD Settlement in Smurfit Stone Enterprises Chapter 11 Bankruptcy

2.  Aleris International, Inc.  Chapt. 11 Bankruptcy -- Recent request by Debtor for US involvement

3.  Status of Settlement Discussions with Linnton Plywood Association
Status of EPA discussions
Status of Trustee discussions
Background:  EPA's analysis of LPA's ability to pay indicates there are two sources of funds from which CERCLA claims could be paid:  1.  insurance proceeds of up to $1.9 Million and net proceeds of sale of the property.  Information supplied by LPA indicates that it has at least $4.1 Million in debts and creditors that would need to be paid out of sale proceeds.  Potential proceeds for CERCLA claims may be available if property sold for $4.2 or more.  Oregon DSL has made claims against LPA and LWG has sue

LPA for cost recovery too.

4. Status of EPA's PRP Search -- Attached is information put together by Kristine Koch. The power point presentation is confidential and not to be distributed to the public.

*(See attached file: EPA Portland Harbor July 27 2010 PRP Presentation.ppt)*

Please let us know if anyone else has a topic(s) they wish to discuss.


Lori Houck Cora
Assistant Regional Counsel
Office of Regional Counsel
U.S. Environmental Protection Agency
Region 10, ORC-158
1200 Sixth Avenue
Seattle, WA  98101
(206) 553-1115
cora.lori@epa.gov