# Exhibit 18

Patricia Dost
OSB# 902530
Pearl Legal Group
1010 NW Flanders, Suite 200
Portland, Oregon 97209
Facsimile: 503.445.1270
pdost@pearllegalgroup.com
   *Of Attorneys for NW Natural and TOC Holdings Co..*
Loren R Dunn
OSB# 060350
Riddell Williams
1001 Fourth Avenue Plaza, Suite 4500
Seattle, WA 98145-1065
Facsimile: 206.389.1708
ldunn@riddellwilliams.com
   *Of Attorneys for Evraz Inc., NA*
   **Please See List of Additional Attorneys**

FILED'10 MAY 18 15:12 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| ARKEMA INC., a Pennsylvania corporation, et al., | No. 3:09-CV-453-PK |
| Plaintiffs, | |
| vs. | [PROPOSED] ORDER OF STAY |
| A & C FOUNDRY PRODUCTS, INC., an Oregon corporation, et al., | |
| Defendants. | |

The plaintiffs' Motion for Referral to Alternative Dispute Resolution (Docket #169) came on for hearing on December 16, 2009 before the Honorable Magistrate Judge Paul Papak.

Page 1    [PROPOSED] ORDER OF STAY

PEARL LEGAL GROUP PC
1010 NW Flanders, Suite 200
Portland, OR 97209
Telephone 503.445.7101

The Court having heard argument and being fully advised, hereby orders:

1. Proceedings in this action are stayed until one year from the date that EPA issues a Final Record of Decision for the Portland Harbor Federal Superfund Site, or until further order of this Court.

2. The defendants may, but are not required to, participate in the Portland Harbor alternative dispute resolution process described in the plaintiffs' Motion for Referral to Alternative Dispute Resolution (Docket. No. 169) (the Portland Harbor ADR).

3. The plaintiffs shall report to the Court and to defendants on the progress of the Portland Harbor ADR and on the status of the Portland Harbor Feasibility Study and Record of Decision at six month intervals commencing six months from the date of this Order.

4. During the stay, no new pleadings, motions or claims may be filed by any party, except as follows:

    a. The plaintiffs will file a second amended complaint on or before January 15, 2010;

    b. The defendants may move to dismiss the second amended complaint under FRCP 12(b)(6) on or before February 16, or advise the Court by that date that a previously filed motion to dismiss under FRCP 12(b)(6) applies to the second amended complaint; and

    c. A defendant may request leave of court to file a third party claim against a person not currently a party to the case if necessary to avoid the application of the statute of limitations.

5. No discovery shall occur during the stay, except that

    a. Parties, by agreement of the parties or by leave of the Court, may conduct depositions to preserve testimony that may no longer be available at the expiration of the stay. The plaintiffs shall make reasonable efforts to provide

notice of the deposition to all parties to the Portland Harbor ADR and to other parties with whom the plaintiffs have tolling agreements with respect to the Portland Harbor NPL Site; and

b. Parties may issue subpoenas pursuant to FRCP 45(a)(1)(D) to non-parties to support the Portland Harbor ADR.

6. Nothing herein shall affect the ability of the United States to pursue in any way, whether administratively or judicially, or otherwise, any affirmative claim or remedy it might have under the Comprehensive Environmental Response Compensation and Liability Act, 42 U.S.C.§§9701 *et seq.*, or any other environmental statute, while acting in its sovereign capacity.

IT IS SO ORDERED this __18__ day of ~~January~~ May, 2010.

By: _____
Honorable Judge Michael W. Mosman
U.S. District Court Judge

Respectfully submitted December 30, 2009,

PEARL LEGAL GROUP

By:  s/ Patricia M. Dost
Patricia M. Dost
OSB# 902530
(503) 467-4675
Of Attorneys for Plaintiffs NW Natural and TOC Holdings Co

Page 3   [~~PROPOSED~~] ORDER OF STAY

PORT OF PORTLAND

By:    s/ David Ashton
       David Ashton
       OSB# 010193
       (503) 944-7090
       Of Attorneys for Port of Portland

PARKS BAUER SIME WINKLER & FERNETY LLP

By:    s/ J. Philip Parks
       J. Philip Parks
       OSB# 701121
       Facsimile: (503) 371-0429
       Of Attorneys for Chevron U.S.A. Inc.

CITY OF PORTLAND

By:    s/ Jan. V. Betz
       Jan V. Betz
       OSB# 871670
       (503) 823-4047
       Of Attorneys for City of Portland

GROFF MURPHY PLLC

By:    s/ Stephen Parkinson
       Stephen Parkinson
       OSB# 090709
       (206) 628-9500
       Of Attorneys for Legacy Site Services LLC, agent for Arkema Inc.

BEVERIDGE & DIAMOND, P.C.

By: s/ Nicholas W. van Aelstyn
    Nicholas W. van Aelstyn
    California Bar No. 158265
    (admitted *pro hac vice,* June 18, 2009,
    Docket Document No. 5)
    (415) 262-4008
    Of Attorneys for ConocoPhillips Company

RIDDELL WILLIAMS

By: s/ Loren R. Dunn
    Loren R. Dunn
    OSB# 060350
    (206) 624-3600
    Of Attorneys for Evraz Inc., NA

TONKON TORP, LLP

By: s/ Max M. Miller, Jr.
    Max M. Miller, Jr.
    OSB# 832872
    (503) 802-2030
    Of Attorneys for Gunderson LLC

SALTER JOYCE ZIKER

By: s/ William F. Joyce
    William F. Joyce
    OSB# 040320
    (206) 957-5951
    Of Attorneys for Union Pacific Railroad
    Company

## LIST OF ADDITIONAL PLAINTIFFS' ATTORNEYS:

Gerald F. George
Pillsbury Winthrop Shaw Pittman
50 Fremont Street
San Francisco, CA 94105-2228
Telephone: 415.983.1762
Facsimile: 415.983.1200
Gerald.george@pillsburylaw.com
  *Of Attorneys for Chevron U.S.A. Inc.*

J. Philip Parks
OSB# 701121
Parks Bauer Sime Winkler & Fernety LLP
570 Liberty Street SE, Suite 200
Salem, Oregon 97301
Telephone: 503.371.3502
Facsimile: 503.371.0429
pparks@pbswlaw.com
  *Of Attorneys for Chevron U.S.A. Inc.*

Jan V. Betz
OSB# 871670
Deputy City Attorney
City of Portland
1221 SW Fourth Avenue, Room 430
Portland, OR 97204
Telephone: 503.823.4047
Facsimile: 503.823.3089
jbetz@ci.portland.or.us
Facsmile: 503.823-3089
  *Of Attorneys for City of Portland*

Stephen Parkinson
OSB# 090709
Groff Murphy PLLC
300 East Pine Street
Seattle Washington 98122
Telephone: 206.628.9500
Facsimile: 206.628.9506
sparkinson@groffmurphy.com
  *Of Attorneys for Legacy Site Services LLC, agent for Arkema Inc.*

Timothy M Sullivan
OSB# 004053
Beveridge & Daimond, PC
201 North Charles Street – Suite 2210
Baltimore, MD 21201
Telephone: 410.230.1300
Facsimile: 410.230.1389
tsullivan@bdlaw.com
    *Of Attorneys for ConocoPhillips Company*

Nicholas W. van Aelstyn
California Bar No. 158265
(admitted *pro hac vice,* June 18, 2009, Docket Document No. 5)
Beveridge & Diamond, PC
456 Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415.262.4008
Facsimile: 415.262.4040
nvanaelstyn@bdlaw.com
    *Of Attorneys for Plaintiff ConocoPhillips Company*

Max M. Miller, Jr.
OSB# 832872
Tonkon Torp, LLP
888 SW Fifth Avenue, Suite 1600
Portland, OR 97204-2012
Telephone: 503.802.2030
Facsimile: 503.972-3730
max.miller@tonkon.com
    *Of Attorneys for Gunderson LLC*

David Ashton
OSB# 010193
Port of Portland
121 NW Everett St.
Portland, OR 97209
PO Box 3529
Portland, OR 97208
Telephone: 503.944.7090
Fascimile: 503-944-7038
david.ashton@portofportland.com
    *Of Attorneys for the Port of Portland*

William F. Joyce
OSB# 040320
Salter Joyce Ziker, PLLC
1601 SW Fifth Avenue, Suite 2040
Seattle, WA 98101-1686
Telephone: 206.957.5951
Facsimile: 206.957.5961
wjoyce@sjzlaw.com
    *Of Attorneys for Union Pacific Railroad Company*